D4P

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------

Gabby Klein, et. al
                           Plaintiffs,

V.

Altria Group Inc, et, al.
                  Defendant.


-----------------------------------------------------

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ **DEC 1 1 2019** ★

BROOKLYN OFFICE

CONSOLIDATION ORDER

CV-19-5579(FB)(AKT)
CV-19-6774 (FB)(AKT)

 

IT IS ORDERED that case number _CV-19-6774_   be consolidated into lead case number _CV-19-5579_   as related actions.

IT IS ORDERED that case number _CV-19-6774_  be administratively closed and all further entries be made on the lead case, docket number _CV-19-5579_.

/S/ Frederic Block
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
        December 10, 2019


RD 12|11|19