UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— x

GABBY KLEIN, et al., Individually and on     :
Behalf of All Others Similarly Situated,     :

              Plaintiffs,    :

                    :    Civil Action No. 2:19-cv-05579-FB-AKT
vs.                   :    **(Consolidated)**

ALTRIA GROUP, INC., HOWARD A.     :    <u>CLASS ACTION</u>
WILLARD III, and WILLIAM F. GIFFORD,  :
JR.,                    :

              Defendants.   :

———————————————————— x

## STIPULATION AND [~~PROPOSED~~] TRANSFER ORDER

This stipulation is entered into between Lead Plaintiffs Donald Sherbondy, Sarah Sherbondy, and Construction Laborers Pension Trust of Greater St. Louis ("Lead Plaintiffs") and Defendants Altria Group, Inc., Howard A. Willard III, and William F. Gifford, Jr. ("Defendants"; collectively with Lead Plaintiffs, the "Parties").

WHEREAS, on October 2, 2019, plaintiff Gabby Klein commenced this action by filing a complaint against Defendants alleging violations of the federal securities laws (the "*Klein* Action");

WHEREAS, on December 2, 2019, plaintiff Patrick F. Cipolla filed a complaint in this District against Defendants, alleging violations of the federal securities laws (the "*Cipolla* Action");

WHEREAS, on December 9, 2019, Defendants filed a letter, pursuant to Section 2.A of the Court's practices, requesting a pre-motion conference in advance of filing a motion to transfer the *Klein* Action and the *Cipolla* Action to the Richmond Division of the Eastern District of Virginia, the district in which Altria Group, Inc. maintains its corporate headquarters (see ECF No. 30);

WHEREAS, on December 11, 2019, this Court consolidated the *Klein* Action and the *Cipolla* Action (*see* ECF No. 33), and the *Cipolla* Action was subsequently closed;

WHEREAS, on January 24, 2020, this Court entered a Stipulation and Order setting a schedule for the filing of a consolidated amended complaint and the briefing of any motion to dismiss (*see* ECF No. 47);

WHEREAS, the Parties have conferred and Lead Plaintiffs do not oppose Defendants' request to transfer this consolidated action to the Richmond Division of the Eastern District of Virginia:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned parties, subject to approval of the Court, that:

1.      This consolidated action shall be transferred to the Richmond Division of the Eastern District of Virginia.

DATED:  February 6, 2020

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
VINCENT M. SERRA

*David Rosenfeld* /BDK

DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  (631) 367-7100
Fax:  (631) 367-1173
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

*Counsel for Lead Plaintiff
Construction Laborers Pension Trust of
Greater St. Louis and
Lead Counsel for the Class*

WACHTELL, LIPTON, ROSEN
 & KATZ
STEPHEN R. DIPRIMA
BENJAMIN D. KLEIN

*Stephen R. DiPrima*

STEPHEN R. DIPRIMA

51 West 52nd Street
New York NY  10019
Telephone:  (212) 403-1382
Fax:  (212) 403-2382
srdiprima@wlrk.com

*Attorneys for Defendants Altria Group, Inc.
Howard A. Willard III, and
William F. Gifford, Jr.*

- 2 -

POMERANTZ LLP
MICHAEL J. WERNKE
JEREMY A. LIEBERMAN
J. ALEXANDER HOOD II

*Michael Wernke*/BDK
_____
MICHAEL J. WERNKE

600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Fax: (212) 661-8665
mjwernke@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

POMERANTZ LLP
PATRICK V. DAHLSTROM
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Fax: (312) 377-1184

*Counsel for Lead Plaintiff
Donald Sherbondy and Sarah Sherbondy
and Lead Counsel for the Class*

\*     \*     \*

**ORDER**

IT IS SO ORDERED.

DATED: ___2\7\20___          /s/ Frederic Block
                             _____
                             THE HONORABLE FREDERIC BLOCK
                             UNITED STATES DISTRICT JUDGE

- 3 -