UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

GABBY KLEIN, DONALD SHERBONDY, SARAH SHERBONDY AND CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS, Individually and on Behalf of All Others Similarly Situated,

       *Plaintiffs*,

  v.

ALTRIA GROUP, INC., HOWARD A. WILLARD III, WILLIAM F. GIFFORD, JR., JUUL LABS, INC., ADAM BOWEN, JAMES MONSEES, KEVIN BURNS, and K.C. CROSTHWAITE,

       *Defendants*.

No. 3:20-cv-00075-DJN

**JOINT MOTION TO AMEND BRIEFING SCHEDULE
AND ALLOW ADDITIONAL PAGES**

  Lead Plaintiffs Construction Laborers Pension Trust of Greater St. Louis, Donald Sherbondy, and Sarah Sherbondy (collectively "Lead Plaintiffs") and Defendants Altria Group, Inc., Howard A. Willard III, William F. Gifford, Jr., JUUL Labs, Inc., Adam Bowen, James Monsees, Kevin Burns and K.C. Crosthwaite (collectively, "Defendants," and with Lead Plaintiffs, the "Parties"), by counsel, submit this joint motion to amend the briefing schedule that the Court entered in its order of February 26, 2020 (Dkt. No. 72) and to permit the parties additional pages for their briefs in connection with Defendants' forthcoming motions to dismiss. In support of this motion, the Parties state as follows:

  1.  On February 26, 2020, the Court entered an Order adopting a proposed schedule, which the United States District Court for the Eastern District of New York had entered prior to the transfer of this case to this district. The February 26, 2020 order required Lead Plaintiffs to

file a consolidated amended complaint by March 24, 2020; defendants to answer, move to dismiss, or otherwise respond to the consolidated amended complaint within 60 days; Lead Plaintiffs to file any opposition brief within 60 days after defendants filed their motion to dismiss; and defendants to file any reply brief within 45 days after Lead Plaintiffs file their opposition brief.

2. General Order Nos. 2020-03 and 2020-07 extended the deadline for Lead Plaintiffs' consolidated amended complaint to April 21, 2020.

3. On April 21, 2020, Lead Plaintiffs filed a 160-page consolidated complaint that named JUUL Labs, Inc., Adam Bowen, James Monsees, Kevin Burns and K.C. Crosthwaite as additional defendants. *See* Dkt. No. 74.

4. The defendants added to the consolidated complaint have executed waivers of service. By operation of those waivers, certain of the additional defendants must move, plead, or otherwise respond to the consolidated complaint by June 29, 2020, while others must move, plead, or otherwise respond by July 6, 2020. *See* Dkt. Nos. 75-79; Fed. R. Civ. P. 4(d)(3).

5. Because Defendants' forthcoming motions to dismiss will involve the same underlying allegations and similar causes of action, it will be more efficient for the Court to hear those motions at the same time and maintain a uniform briefing schedule for all Defendants.

6. In addition, because of the length of the consolidated complaint, there is good cause for the Court to allow additional pages for their briefs in connection with the forthcoming motions to dismiss in excess of those permitted under Local Civil Rule 7(F)(3).

7. The Parties therefore request that the Court amend the briefing schedule set forth in its February 26, 2020 order as follows:

    a. Defendants shall answer, move to dismiss, or otherwise respond to the consolidated complaint by July 8, 2020;

b. If Defendants move to dismiss, Lead Plaintiffs shall file their opposition by September 17, 2020;

c. Consistent with the Court's prior order, Defendants shall file their replies within 45 days after Lead Plaintiffs file their opposition;

d. Defendants Altria Group, Inc., Howard Willard, and William Gifford may have 10 additional pages for any brief they jointly submit in support of a motion to dismiss;

e. Lead Plaintiffs may have 10 additional pages for any opposition brief responding to a motion to dismiss by Defendants Altria Group, Inc., Howard Willard, and William Gifford.

Dated: June 1, 2020

By: /s/ *Steven J. Toll*
Steven J. Toll (VSB #15300)
Daniel S. Sommers
S. Douglas Bunch
COHEN MILSTEIN SELLERS &
    TOLL PLLC
1100 New York Ave., NW
Suite 500
Washington, DC 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

*Local Counsel for Lead Plaintiffs*

Samuel H. Rudman
David A. Rosenfeld
Vincent M. Serra
Philip T. Merenda
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, New York 11747
Telephone:   631-367-7100

Facsimile: 631-367-1173
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com
pmerenda@rgrdlaw.com

*Counsel for Lead Plaintiff Laborers Pension Trust of Greater St. Louis*

Jeremy A. Lieberman
Michael J. Wernke
POMERANTZ LLP
600 Third Avenue
New York, New York 10016
Telephone:  212-661-1100
Facsimile: 212-661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

*Counsel for Lead Plaintiffs Donald Sherbondy and Sarah Sherbondy*


By: /s/ *Edward J. Fuhr*
Edward J. Fuhr (VSB #28082)
Eric H. Feiler (VSB #44048)
Johnathon E. Schronce (VSB #80903)
HUNTON ANDREWS KURTH LLP
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: 804-788-8201
Facsimile: 804-788-8218
efuhr@hunton.com
efeiler@hunton.com
jschronce@hunton.com


Stephen R. DiPrima (*pro hac vice*)
Benjamin D. Klein (*pro hac vice*)
WACHTELL LIPTON ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: 212-413-1382
Facsimile: 212-403-2382
srdiprima@wlrk.com
bdklein@wlrk.com

4

*Counsel for Defendants Altria Group, Inc., Howard A. Willard III, and William F. Gifford, Jr.*


 */s/ K. Ross Powell*
W. Neil Eggleston (VSB #18367)
Joshua Z. Rabinovitz
K. Ross Powell (VSB #89495)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington D.C. 20004
(202) 389-2000
Neil.Eggleston@kirkland.com
Joshua.Rabinovitz@kirkland.com
Ross.Powell@kirkland.com

*Counsel for Defendant Juul Labs, Inc.*


 */s/ Brian E. Pumphrey*
Brian C. Riopelle (VSB No. 36454)
Brian E. Pumphrey (VSB No. 47312)
MCGUIRE WOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
briopelle@macguirewoods.com
bpumphrey@mcguirewoods.com

*Counsel for Defendant Adam Bowen*


 */s/ James N. Kramer*
James N. Kramer
Alexander K. Talarides
M. Todd Scott
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

*Attorneys for Defendant James Monsees*

5

/s/ Elliot Peters
Elliot Peters
Eric MacMichael
Keker Van Nest & Peters
633 Battery St.
San Francisco, CA 94111
(415) 391-5400
epeters@keker.com
emacmichael@keker.com

*Counsel for Defendant Kevin Burns*

/s/ Christian J. Word
Andrew B. Clubok (*pro hac vice pending*)
Susan E. Engel (*pro hac vice pending*)
Christian J. Word (VSB #46008)
Matthew J. Peters (*pro hac vice pending*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
andrew.clubok@lwcom
susan.engel@lw.com
christian.word@lw.com
matthew.peters@lw.com

*Counsel for Defendant K.C. Crosthwaite*

6

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June, 2020, I caused a true and correct copy of the foregoing to be filed on the Electronic Case Filing System, which will send a notice of electronic filing to all counsel of record.

By:    /s/ *Edward J. Fuhr*
Edward J. Fuhr (VSB #28082)
Eric H. Feiler (VSB #44048)
Johnathon E. Schronce (VSB #80903)
HUNTON ANDREWS KURTH LLP
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: 804-788-8201
Facsimile: 804-788-8218
efuhr@hunton.com
efeiler@hunton.com
jschronce@hunton.com

*Counsel for Defendants Altria Group, Inc., Howard A. Willard III, and William F. Gifford, Jr.*