IN THE UNITED STATES DISRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

GABBY KLEIN, *et al.*,
        Plaintiffs,

v.

ALTRIA GROUP, INC. *et al.*,
        Defendants.

Civil No. 3:20cv75 (DJN)

**ORDER**

This matter comes before the Court on the parties' Joint Motion to Amend Briefing Schedule and Allow Additional Pages (ECF No. 89.) The parties jointly request an amended briefing schedule and additional pages for their briefs in connection with Defendants' forthcoming motions to dismiss. Because the parties are in agreement, and the Court finds good cause, the Motion (ECF No. 89) is hereby GRANTED. Accordingly, it is hereby ORDERED that:

1. Defendants shall answer, move to dismiss or otherwise respond to the consolidated complaint by July 8, 2020;

2. If Defendants move to dismiss, Lead Plaintiffs shall file their opposition by September 17, 2020;

3. Defendants shall have forty-five (45) days thereafter to file any replies;

4. Defendants may have ten (10) additional pages for any brief that they submit in support of a motion to dismiss; and

5. Lead Plaintiffs may have ten (10) additional pages for any opposition brief responding to a motion to dismiss by Defendants.

No further extensions or enlargement of page limits will be given absent a showing of good cause.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Date: June 2, 2020