IN THE UNITED STATES DISRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

GABBY KLEIN, *et al.*,
          Plaintiffs,

v.

ALTRIA GROUP, INC. *et al.*,
          Defendants.

Civil No. 3:20cv75 (DJN)

**ORDER**

This matter comes before the Court on Plaintiffs' Notice of Errata (ECF No. 106). Plaintiffs seek to modify several paragraphs of the Consolidated Class Action Complaint (ECF No. 74) through their errata. Because the errata does not make substantive changes to the allegations in the Consolidated Class Action Complaint and Defendants will not be prejudiced by the modifications, the Court hereby ORDERS that the Corrected Consolidated Class Action Complaint (ECF No. 106-1) shall serve as the operative complaint. The Clerk is hereby DIRECTED to file the Corrected Consolidated Class Action Complaint (ECF No. 106-1) as a separate entry on the docket. The briefing schedule (ECF No. 92) on Plaintiffs' Consolidated Class Action Complaint shall remain in effect and Defendants shall respond to the operative complaint.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

                           /s/
                           David J. Novak
                           United States District Judge

Richmond, Virginia
Date: July 2, 2020