**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| GABBY KLEIN, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | Case No. 3:20-cv-75 |
| v. | ) | |
| | ) | Hon. David J. Novak |
| ALTRIA GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS OF DEFENDANTS
JUUL LABS, INC., ADAM BOWEN, AND KEVIN BURNS**

Defendants Juul Labs, Inc., Adam Bowen, and Kevin Burns hereby move to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for the reasons set forth in the accompanying memorandum in support.

1

Dated: July 8, 2020

Respectfully submitted,

 /s/ Brian C. Riopelle
Brian C. Riopelle (VSB No. 36454)
Brian E. Pumphrey (VSB No. 47312)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
briopelle@mcguirewoods.com
bpumphrey@mcguirewoods.com

Eugene Illovsky (admitted pro hac vice)
Kevin Calia (admitted pro hac vice)
BOERSCH & ILLOVSKY LLP
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Tel:  (415) 500-6640
Fax: (415) 967-3062
eugene@boersch-illovsky.com
kevin@boersch-illovsky.com

*Counsel for Defendant Adam Bowen*

 /s/ K. Ross Powell
W. Neil Eggleston (VSB #18367)
Joshua Z. Rabinovitz
Thomas P. Weir
K. Ross Powell (VSB #89495)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington D.C. 20004
(202) 389-2000
Neil.Eggleston@kirkland.com
Joshua.Rabinovitz@kirkland.com
Tom.Weir@kirkland.com
Ross.Powell@kirkland.com

*Counsel for Defendant Juul Labs, Inc.*

 /s/ Robert A. Angle
Robert A. Angle (VBS #37691)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point, 15th Floor
Richmond, VA 23219
(804) 697-1246
Robert.Angle@troutman.com

Elliot R. Peters (admitted pro hac vice)
Eric H. MacMichael (admitted pro hac vice)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel: (415) 391-5400
Fax: (415) 397-7188
epeters@keker.com
emacmichael@keker.com

*Counsel for Defendant Kevin Burns*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 8th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a Notice of Electronic Filing to all counsel of record.

<div align="center" style="text-align:right">

*/s/ K. Ross Powell*
K. Ross Powell

</div>