# Exhibit 3

## NCBI

Resources ⊡    How To ⊡

Sign in to NCBI

## PMC

US National Library of Medicine
National Institutes of Health

PMC

Search

Advanced    Journal list

Help

COVID-19 is an emerging, rapidly evolving situation.
Get the latest public health information from CDC: https://www.coronavirus.gov .
Get the latest research from NIH: https://www.nih.gov/coronavirus.
Find NCBI SARS-CoV-2 literature, sequence, and clinical content: https://www.ncbi.nlm.nih.gov/sars-cov-2/.

Journal List > ACS AuthorChoice > PMC6008736



## CHEMICAL RESEARCH IN TOXICOLOGY

ACS Publications

This Journal | Search | Submit a manuscript

Chem Res Toxicol. 2018 Jun 18; 31(6): 431–434.    PMCID: PMC6008736

Published online 2018 May 18.    PMID: 29775302

doi: 10.1021/acs.chemrestox.8b00097

# Free-Base Nicotine Determination in Electronic Cigarette Liquids by $^1$H NMR Spectroscopy

Anna K. Duell,[†] James F. Pankow,[‡] and David H. Peyton*[†]

☐ Author information ☐ Article notes ☐ Copyright and License information Disclaimer

**This article has been corrected.** See Chem Res Toxicol. 2019 August 29; : .

This article has been cited by other articles in PMC.

## Associated Data

☐ Supplementary Materials

## Abstract

Go to: ⊡

**Formats:**

Article | PubReader | ePub (beta) | PDF (966K) | Citation

**Share**

f Facebook    Twitter    8+ Google+

**Save items**

☆ Add to Favorites    ▾

**Similar articles in PubMed**

Free-Base Nicotine Is Nearly Absent in Aerosol from IQO [Chem Res Toxicol. 2019]

Free-Base Nicotine Fraction $\alpha_{fb}$ i [Chem Res Toxicol. 2020]

Assessment of nicotine concentration in electronic nicotine deliver [Przegl Lek. 2015]

A consideration of the role of gas/particle partitioning in the [Chem Res Toxicol. 2001]

The chemical components of electronic cigarette cartridge [Nicotine Tob Res. 2015]

See reviews...

See all...

**Cited by other articles in PMC**

Trendy e-cigarettes enter Europe: chemical characterizati [Archives of Toxicology. 2020]

Characterization of Nicotine Salts in 23 Electronic Cigarette Refill Liquids

A comparison of the electrical characteristics, liqu [Scientific Reports. 2020]

Free Radical, Carbonyl, and Nicotine





Levels Produced by Juul Electronic

An Analytical Perspective on Determination of Free Ba [Journal of Analytical Methods ...]

See all...

**Links**

Compound

PubMed

**Recent Activity**

Turn Off    Clear

Free-Base Nicotine Determination in Electronic Cigarette Liquids by 1H

See more...

E-liquids usually contain significant nicotine, which will exist primarily in two forms, monoprotonated and free-base, the proportions of which are alterable through the effective pH of the medium. The fraction of nicotine in the free-base form is $\alpha_{fb}$, with $0 \leq \alpha_{fb} \leq 1$. When dosed via aerosol, the two nicotine forms have different mechanisms and kinetics of delivery, as well as differing implications for harshness of the inhaled aerosol, so $\alpha_{fb}$ is relevant regarding abuse liability. Previous attempts to determine $\alpha_{fb}$ in electronic cigarette liquids and vapor have been flawed. We employed the exchange-averaged $^1$H NMR chemical shifts of nicotine to determine $\alpha_{fb}$ in samples of e-liquids. This method is rapid and direct and can also be used with collected aerosol material. The e-liquids tested were found to have $0.03 \leq \alpha_{fb} \leq 0.84$. The $\alpha_{fb}$ values in collected aerosol liquid samples were highly correlated with those for the parent e-liquids. E-liquids designed to combine high total nicotine level (addictive delivery) with low $\alpha_{fb}$ (for ease of inhalation) are likely to be particularly problematic for public health.

In the United States during 2016, electronic cigarettes (e-cigarettes) were used regularly by ~8 million adults.[1,2] For high school students, CDC surveys estimate e-cigarette use in 2013, 2014, 2015, and 2016 to have been 5, 13, 16, and 11%, respectively, and for conventional cigarettes 13, 9, 9, and 8%, respectively.[2,3] Often argued[4] though not proven to be safer than conventional cigarettes,[5,6] e-cigarettes are not, in any case, risk free. And, many e-cigarette liquids (e-liquids) contain substantial nicotine, which is addictive and can be toxic.

ACS AuthorChoice

Nicotine has three forms: free-base (Nic, aka unprotonated), monoprotonated (NicH[+]), and diprotonated (NicH$_2^{2+}$). The protonation state of nicotine can be altered by changing the acid/base conditions in the medium.[7,8] In water at 25 °C, p$K_1$ (for NicH$_2^{2+}$) and p$K_2$ (for NicH[+]) are 3.10 and 8.01, respectively.[9] Tobacco smoke aerosols are believed to contain primarily the Nic and NicH[+] forms (Figure 1) because conditions in the aerosol particulate material (PM) are not considered to be sufficiently acidic to generate significant NicH$_2^{2+}$.[7,8]

Figure 1

Distribution of nicotine in vape and tobacco aerosols primarily involves two forms: (left) Nic (free-base) which has volatility; and (right) NicH[+] (monoprotonated) which is nonvolatile. The fraction of the free-base for ($\alpha_{fb}$) depends on the acid/base conditions. In water at 25 °C, p$K_a$ = 8.01.

The fraction of nicotine in the free-base form is $\alpha_{fb}$, with $0 \leq \alpha_{fb} \leq 1$:

$$\alpha_{fb} \equiv \frac{[\text{Nic}]}{[\text{Nic}] + [\text{NicH}^+]} \qquad\qquad 1$$

where NicH$_2^{2+}$ is neglected. The $\alpha_{fb}$ can affect the kinetics and location of nicotine uptake from an inhaled aerosol because the free-base form is volatile: it can deposit from an inhaled tobacco smoke (or vape) aerosol from the gas phase *and* by particle deposition, whereas only particle deposition is operative for protonated nicotine.[10] It has been argued that these considerations make it likely that $\alpha_{fb}$ affects nicotine addiction potential.[11,12] In addition, high $\alpha_{fb}$ values have long been connected with tobacco smoke harshness upon inhalation.[13]

In water, neglecting NicH$_2^{2+}$

$$\alpha_{fb} = \frac{1}{1 + 10^{-pH}/K_a} \qquad \qquad 2$$

where $K_a$ is the acidity constant for NicH$^+$ in water ($K_2$ as given above). Other than nicotine level, commercial labels on e-liquid products currently provide little compositional information, and these labels certainly do not indicate $\alpha_{fb}$ values.

Historically, methods for determination of $\alpha_{fb}$ in tobacco smoke PM have been flawed.[10] One method introduced a significant amount of water for subsequent measurement of the pH of the aqueous phase,[14] and a second introduced water and an organic solvent (e.g., chloroform) for what was intended to be a selective extraction of the neutral free-base form.[15] Given the disrupting effects of added liquids, neither method can give good results. Pankow et al.[16] describe a successful method for $\alpha_{fb}$ determination in tobacco smoke PM that uses equilibration with a gas volume as a means to detect volatile nicotine, which is taken to be proportional to $\alpha_{fb}$. In addition, direct measurement by $^1$H NMR spectroscopy of $\alpha_{fb}$ is possible for tobacco smoke PM[17] and for PM from the now-defunct Eclipse product[7] which gave aerosols compositionally similar to those from e-liquids. (Others attempted using NMR, but added a solvent that will perturb $\alpha_{fb}$.[18]) Our work reported here describes the development of $^1$H NMR spectroscopy for measurement of $\alpha_{fb}$ in e-liquids and their aerosols. The materials and methods are provided in the Supporting Information.

For each sample, nicotine $^1$H chemical shifts ($\delta$) were measured for different protons on the nicotine molecule (H$_a$ through H$_e$). The assignments are in accordance with those previously made[17] and verified by the J-coupling patterns and integrations. The $\delta$ of H$_e$ was subtracted from H$_a$ through H$_d$ to obtain the difference, $\Delta\delta$, as in eq 3, noting that $\Delta\delta$ depends on its position in the molecule, that is, some of the protons shift more than others.

$$\Delta\delta = [\delta H_{aromatic\,proton}(i.e., H_a\,through\,H_d)] - [\delta H_e] \qquad \qquad 3$$

Nicotine standards (24 mg nicotine / mL in PG/GL mixtures; see Supporting Information) were then used to calculate $\Delta\delta$ for the monoprotonated and free-base states of nicotine after assessment with a variety of acids and concentrations thereof. In practice, we used only the aromatic protons H$_a$ and H$_b$ to avoid steric or direct charge contributions that may affect the chemical shifts of H$_c$ and H$_d$; these protons being proximal to the nicotine pyrrolidine ring.

Commercial e-liquid samples were then evaluated by the use of eq 4, with the resonances indicated in Figure2:[17]

$$\alpha_{fb} = \frac{[(\Delta\delta_{commercial\,sample}) - (\Delta\delta_{monoprotonated\,sample})]}{[(\Delta\delta_{free\text{-}base\,standard}) - (\Delta\delta_{monoprotonated\,standard})]} \qquad 4$$



Open in a separate window

Figure 2

$^1$H NMR spectra showing the chemical shift changes for nicotine in a propylene glycol + glycerol (PG + GL) stock mixture with the addition of acid and base, independently. (A) 1 × $t$-butylamine added (relative to moles nicotine). (B) PG + GL e-liquid stock (no acid or base additives). (C) 5 × acetic acid added. Stock mixture contained 54 PG:46 GL (by moles) and 24 mg/mL nicotine. Samples were prepared by isolating the e-liquid sample in an inner concentric NMR tube, with DMSO-$d_6$ lock solvent in the outer tube, at 40 °C.

Thus, for "Taurus" (using the $H_a$ and $H_e$ chemical shifts):

$$\alpha_{fb} = \frac{[(6.120\,ppm) - (5.942\,ppm)]}{[(6.331\,ppm) - (5.942\,ppm)]} = 0.46 \qquad 5$$

Free-base fractions ($\alpha_{fb}$) for a selection of commercial e-liquids were also calculated; the results are shown in Figure3, with $\alpha_{fb}$ ranging from 0.03 to 0.84.





[Figure 3](#)

Free-base nicotine fraction ($\alpha_{fb}$) in commercial e-liquids as an average using aromatic protons $H_a$ and $H_b$. The ranges between free base values are indicated. Nicotine amounts as indicated to the right of each name were determined by NMR integrations, relative to the PG and GL resonances.

The accuracy of the method was verified by adding acid and base, respectively, to "Zen" flavored e-liquid aliquots. The resulting free-base and protonated direct chemical shift values were used to calculate $\alpha_{fb} = 0.83 \pm 0.00$ (range), which was statistically equal to the overall-calibration derived value of $0.84 \pm 0.01$ (range), using [eq 4](#) as before.

As an initial examination of how vaporization may affect $\alpha_{fb}$, e-liquids with high and low $\alpha_{fb}$ values were vaporized, and the PM collected and analyzed. The "Zen" e-liquid, which had the highest free-base content of the e-liquids tested, was found to have a post-vaporization $\alpha_{fb}$ of $0.80 \pm 0.01$ (range), which is similar to the unvaporized value of $0.84 \pm 0.01$. "Maui" (24 mg/mL) was determined to have a post-vaporization $\alpha_{fb}$ of $0.78 \pm 0.01$ (range), which is comparable to the unvaporized $\alpha_{fb}$, which was $0.80 \pm 0.00$. The JUUL "crème brulee" flavored e-liquid was found to have a post-vaporization $\alpha_{fb}$ of $0.05 \pm 0.03$ (range), also comparable to its unvaporized value of $0.07 \pm 0.02$. JUUL e-liquids are advertised to contain benzoic acid, which we verified by NMR as being present primarily in its ionic, benzoate form.

The NMR method presented here may be compared with contemporary analogs for e-liquids of the two historical methods for $\alpha_{fb}$ in tobacco smoke PM. First, Stepanov and Fujioka,[19] Lisko et al.,[20] and El-Hellani et al.[8] all describe diluting an aliquot of e-liquid with water, measuring the pH, and then calculating $\alpha_{fb}$ by [eq 2](#). The result is that the values obtained suffer from both medium

effects (water is different from an e-liquid) and dilution, though the pH values may, nevertheless, provide some useful relative indications of the overall acid/base balances in different e-liquids. However, that can be compromised if air-related $CO_2$ is present in the added water and affects the measured pH values. This problem is likely evidenced in the data of Lisko et al.[20] (see Supporting Information). Second, El-Hellani et al.[8] describe making 6 mL aqueous solutions of e-liquids, extracting with 6 mL toluene, and then determining nicotine in the toluene solvent extract as a measure of the nicotine percentage in the water. This approach suffers from the same dilution, medium, possible $CO_2$ incursion effects discussed above and introduces uncertainties regarding the extent to which the toluene extraction step affects the position of the $NicH^+ \leftrightarrows Nic + H^+$ equilibrium in the aqueous dilution.

In order to confirm the above concern directly, the JUUL "crème brulee" e-liquid was diluted into $D_2O$ to determine if $\alpha_{fb}$ was affected by dilution into this deuterium analog of water. The dilution (5:1, by volume) was found to result in fully monoprotonated nicotine.

Although we used a 600 MHz NMR system for this work, it is possible that these methods could be adapted for lower field NMR, and even benchtop instruments. This is a rapid and easy way to measure $\alpha_{fb}$ in e-liquids accurately and may be of interest to those concerned with addiction and regulation.

In summary, $\alpha_{fb}$ of e-liquids can be determined directly by $^1H$ NMR using protonation-dependent chemical shifts for nicotine. In a small number of tests, $\alpha_{fb}$ values were found to be largely unaffected by the vaping process. Of the products tested, only the JUUL liquids were found to combine high nicotine levels with low $\alpha_{fb}$ values. Pharmacokinetic uptake rates for nicotine may vary among the products, and certainly tobacco company documents (e.g., Chen)[13] suggest that products with high nicotine levels but low $\alpha_{fb}$ such as JUUL will yield vape aerosols of much reduced harshness as compared to products with even only moderate nicotine levels but $\alpha_{fb} \approx 1$. This may well contribute to the current use prevalence[21] of JUUL products among youth.

## Acknowledgments

Go to: ☑

Thank you to Kevin McWhirter for the preparation of some of the sample mixtures.

## Glossary

Go to: ☑

## Abbreviations

PG          propylene glycol

GL          glycerol

e-cigarettes    electronic cigarettes

## Supporting Information Available                    Go to: ☑

The Supporting Information is available free of charge on the ACS Publications website at DOI: 10.1021/acs.chemrestox.8b00097.

> Materials and Methods section and a discussion of "pH of water dilutions of electronic cigarette fluids" (PDF)

## Notes                    Go to: ☑

This work was supported by the U.S. National Institutes of Health, grant R01ES025257. Research reported was supported by the NIEHS and FDA Center for Tobacco Products (CTP). The content is solely the responsibility of the authors and does not necessarily represent the views of the NIH or the FDA.

## Notes                    Go to: ☑

The authors declare no competing financial interest.

## Supplementary Material                    Go to: ☑

tx8b00097_si_001.pdf[(934K, pdf)]

## References                    Go to: ☑

1. U.S. Census Bureau (2017) QuickFacts, United States; U.S. Census Bureau: Washington, DC, https://www.census.gov/quickfacts/fact/table/US/PST04522 16 (accessed May 21, 2018).

2. Centers for Disease Control and Prevention (2018) Smoking and Tobacco Use; Electronic Cigarettes; CDC: Atlanta, GA, http://www.cdc.gov/tobacco/basic_information/e-cigarettes/ (accessed May 21, 2018). [Google Scholar]

3. Jamal A.; Gentzke A.; Hu S. S.; Cullen K. A.; Apelberg B. J.; Homa D. M.; King B. A. (2017) Tobacco Use Among Middle and High School Students-United States, 2011–

2016. Mmwr-Morbid Mortal W 66, 597–605. 10.15585/mmwr.mm6623a1. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

4. Shahab L.; Goniewicz M. L.; Blount B. C.; Brown J.; McNeill A.; Alwis K. U.; Feng J.; Wang L. Q.; West R. (2017) Nicotine, Carcinogen, and Toxin Exposure in Long-Term E-Cigarette and Nicotine Replacement Therapy Users A Cross-sectional Study. Ann. Intern. Med. 166, 390–400. 10.7326/M16-1107. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

5. Soneji S. S.; Sung H. Y.; Primack B. A.; Pierce J. P.; Sargent J. D. (2018) Quantifying population-level health benefits and harms of e-cigarette use in the United States. PLoS One 13, e0193328.10.1371/journal.pone.0193328. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

6. Kaur G.; Pinkston R.; McLemore B.; Dorsey W. C.; Batra S. (2018) Immunological and toxicological risk assessment of e-cigarettes. Eur. Respir. Rev. 27, 170119.10.1183/16000617.0119-2017. [PubMed] [CrossRef] [Google Scholar]

7. Pankow J. F.; Barsanti K. C.; Peyton D. H. (2003) Fraction of free-base nicotine in fresh smoke particulate matter from the Eclipse ″cigarette″ by [1]H NMR spectroscopy. Chem. Res. Toxicol. 16, 23–27. 10.1021/tx020050c. [PubMed] [CrossRef] [Google Scholar]

8. El-Hellani A.; El-Hage R.; Baalbaki R.; Salman R.; Talih S.; Shihadeh A.; Saliba N. A. (2015) Free-Base and Protonated Nicotine in Electronic Cigarette Liquids and Aerosols. Chem. Res. Toxicol. 28, 1532–1537. 10.1021/acs.chemrestox.5b00107. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

9. Barlow R. B.; Hamilton J. T. (1962) Effects of pH on the activity of nicotine and nicotine monomethiodide on the rat diaphragm preparation. Br. J. Pharmacol. Chemother. 18, 543–549. 10.1111/j.1476-5381.1962.tb01173.x. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

10. Pankow J. F. (2001) A consideration of the role of gas/particle partitioning in the deposition of nicotine and other tobacco smoke compounds in the respiratory tract. Chem. Res. Toxicol. 14, 1465–1481. 10.1021/tx0100901. [PubMed] [CrossRef] [Google Scholar]

11. Hurt R. D.; Robertson C. R. (1998) Prying open the door to the tobacco industry's secrets about nicotine - The Minnesota Tobacco Trial. Jama-J. Am. Med. Assoc 280, 1173–1181. 10.1001/jama.280.13.1173. [PubMed]

[CrossRef] [Google Scholar]

12. Wayne G. F.; Connolly G. N.; Henningfield J. E. (2006) Brand differences of free-base nicotine delivery in cigarette smoke: the view of the tobacco industry documents. Tobacco Control 15, 189–198. 10.1136/tc.2005.013805. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

13. Chen L. (1976) pH of Smoke: A Review, Report Number N-170, internal document of Lorillard Tobacco Company; Lorillard Tobacco Company: Greensboro, NC; 18 pp, Bates nos. 00118164/8181, https://www.industrydocumentslibrary.ucsf.edu/tobacco/docs/#id=ykhn0101 (accessed May 21, 2018).

14. Lephardt J. (1991) Acid/Base Character of Tobacco Smoke, interoffice correspondence, internal document of Philip Morris, U.S.A.; Philip Morris: Richmond, VA; 5 pp, Bates nos. 2022945340/5344, https://www.industrydocumentslibrary.ucsf.edu/tobacco/docs/#id=frwp0124 (accessed May 21, 2018).

15. (1966) Determination of Extractable Nicotine Alkaloids in Smoke Apparatus. In British American Tobacco Records; Bates nos. 100066367/6370, https://www.industrydocumentslibrary.ucsf.edu/tobacco/docs/jlmd0195 (accessed May 21, 2018).

16. Pankow J. F.; Tavakoli A. D.; Luo W. T.; Isabelle L. M. (2003) Percent free base nicotine in the tobacco smoke particulate matter of selected commercial and reference cigarettes. Chem. Res. Toxicol. 16, 1014–1018. 10.1021/tx0340596. [PubMed] [CrossRef] [Google Scholar]

17. Barsanti K. C.; Luo W.; Isabelle L. M.; Pankow J. F.; Peyton D. H. (2007) Tobacco smoke particulate matter chemistry by NMR. Magn. Reson. Chem. 45, 167–170. 10.1002/mrc.1939. [PubMed] [CrossRef] [Google Scholar]

18. Whidby J. F., Bassfield R., and Ferguson R. N. (1975) An NMR Method for the Determination of Free Nicotine Base of Cigarette Smoke Condensate. In 29th Tobacco Chemist's Research Conference, Beltsville College Park, MD; Bates nos. 1001823838–1001823849, https://www.industrydocumentslibrary.ucsf.edu/tobacco/docs/#id=krvj0037 (accessed May 21, 2018). [Google Scholar]

19. Stepanov I.; Fujioka N. (2015) Bringing attention to e-

cigarette pH as an important element for research and regulation. Tobacco Control 24, 413–414. 10.1136/tobaccocontrol-2014-051540. [PubMed] [CrossRef] [Google Scholar]

20. Lisko J. G.; Tran H.; Stanfill S. B.; Blount B. C.; Watson C. H. (2015) Chemical Composition and Evaluation of Nicotine, Tobacco Alkaloids, pH, and Selected Flavors in E-Cigarette Cartridges and Refill Solutions. Nicotine Tob. Res. 17, 1270–1278. 10.1093/ntr/ntu279. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

21. Willett J. G.; Bennett M.; Hair E. C.; Xiao H.; Greenberg M. S.; Harvey E.; Cantrell J.; Vallone D. (2018) Recognition, use and perceptions of JUUL among youth and young adults. Tob Control 054273.10.1136/tobaccocontrol-2018-054273. [PubMed] [CrossRef] [Google Scholar]

Support Center

**GETTING STARTED**
NCBI Education
NCBI Help Manual
NCBI Handbook
Training & Tutorials
Submit Data

**RESOURCES**
Chemicals & Bioassays
Data & Software
DNA & RNA
Domains & Structures
Genes & Expression
Genetics & Medicine
Genomes & Maps
Homology
Literature
Proteins
Sequence Analysis
Taxonomy
Variation

**POPULAR**
PubMed
Bookshelf
PubMed Central
BLAST
Nucleotide
Genome
SNP
Gene
Protein
PubChem

**FEATURED**
Genetic Testing Registry
GenBank
Reference Sequences
Gene Expression Omnibus
Genome Data Viewer
Human Genome
Mouse Genome
Influenza Virus
Primer-BLAST
Sequence Read Archive

**NCBI INFORMATION**
About NCBI
Research at NCBI
NCBI News & Blog
NCBI FTP Site
NCBI on Facebook
NCBI on Twitter
NCBI on YouTube
Privacy Policy

National Center for Biotechnology Information, U.S. National Library of Medicine
8600 Rockville Pike, Bethesda MD, 20894 USA
**Policies and Guidelines** | **Contact**

