# Exhibit 7



USA TODAY

TECH

# Vaping company JUUL investigated by Massachusetts for allegedly marketing to minors

**Ryan Suppe**  USA TODAY
Published 6:02 p.m. ET Jul. 25, 2018

SAN FRANCISCO — JUUL, the e-cigarette company that's dominating the market, is being investigated for allegedly marketing to minors.

In a livestreamed press conference Tuesday, Massachusetts Attorney General Maura Healey said her office is investigating JUUL Labs and other online electronic-cigarette retailers over concern that they're targeting these vaping devices to children and young teens.

Healey said the slim mechanisms — which contain the same amount of nicotine as a pack of cigarettes and come in flavors like mango and crème brûlée — are popular among middle and high school students, who can easily fool school teachers into thinking the device is a flash drive.

The Attorney General's Office will investigate JUUL's approach to ensuring minors aren't buying products from its site and from other online retailers that sell JUUL products.

Healey compared JUUL's marketing efforts to cigarette companies using cartoons, cute mascots and other advertisements in the past to "get tens of millions of smokers addicted while they were young."

**More:** Teen gets 'wet lung' after vaping for three weeks, prompting doctors to issue warning

**More:** Juuling, 'peanut butter cup'-flavored vapes: Young adults experiment with e-cigarettes

**More:** Juul e-cigarettes are 'in' with today's teens. Here's how the FDA is cracking down

In response to the announcement, JUUL Labs' chief communication officer Matt David said in a statement that the company has never marketed to minors. Instead, word of mouth

among adults is how the company's e-cigarette has become so popular.

"Like many Silicon Valley technology startups, our growth is not the result of marketing but rather a superior product disrupting an archaic industry," he said. "When adult smokers find an effective alternative to cigarettes, they tell other adult smokers."

The Attorney General's Office also sent cease and desist demands to online companies, Direct Eliquid and Eonsmoke, ordering them to stop selling JUUL products without using an age verification system that meets Massachusetts regulations.

In 2015, those regulations established electronic smoking devices can't be sold to anyone under the age of 18. They also require online retailers verify the age of buyers via a "commercially available database" and the signature of an adult buyer before the package can be shipped.

"The AG's Office believes that Direct Eliquid LLC and Eonsmoke, LLC are in violation of these regulations," the release said.

The office asked both companies for information about transactions, shipping and delivery procedures, age verification procedures, communications with JUUL, and complaints from consumers in the state.

In April, the Food and Drug Administration issued warnings to 40 online and traditional e-cigarette retailers, including convenience stores and vape specialty shops. A day later, JUUL — which is valued at more than $15 billion, according to *Bloomberg* — announced a $30 million campaign with independent researchers and public health experts to curb underage use of JUUL products.

David said JUUL wants "to partner and engage with policymakers, lawmakers, educators and parents to combat underage use," and that the company is "committed to working with those who want to keep JUUL out of the hands of young people."