# Exhibit 12

News Releases & Advisories

**NC DOJ**

**Robocall Hotline:**(844)-8-NO-ROBO
**All Other Complaints:**(877)-5-NO-SCAM
**Outside NC:**919-716-6000



☐  Menu

# Attorney General Josh Stein Announces Investigation into E-Cigarette Maker Juul

Release date: 10/15/2018

(RALEIGH) Attorney General Josh Stein today announced that he has launched an investigation into Juul, the e-cigarette company. He sent the company a civil investigative demand to ask for more information about Juul's marketing practices, retailers, contact with resellers, efforts to verify age before purchase, and any youth education and awareness programs. He also asks for information about the number of North Carolinians using Juul.

"The use of e-cigarettes among young people is increasing at staggering rates," said Attorney General Josh Stein. "Juul dominates the market. I am extremely concerned about the way Juul has marketed its product to young people, who face increased risk for ad     🇺🇸 English          ▾  )

health problems."

Juul controls about 70 percent of the market for e-cigarettes. According to the CDC, 2.1 million high schoolers and middle schoolers reported using e-cigarettes in 2017. By the fall of 2018, that number had grown to approximately 3.7 million minors using e-cigarettes. Health risks include nicotine addiction, nicotine poisoning, heart disease, lung disease, behavior changes, and more.

For more information, view the Attorney General's fact sheet **here**. Video of today's press conference can be viewed at **facebook.com/ncdoj**.

A copy of the CID can be found **here**.

Contact:
Laura Brewer (919) 716-6484

###

**News Releases**, **Uncategorized**

**Main Campus**
114 West Edenton Street
Raleigh, NC 27603

**NC Justice Academy**
**Salemburg Campus:**
PO Box 99

Tri
Sta
230