IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GABBY KLEIN, DONALD SHERBONDY, SARAH SHERBONDY and CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALTRIA GROUP, INC., HOWARD A. WILLARD III, WILLIAM F. GIFFORD, JR., JUUL LABS, INC., ADAM BOWEN, JAMES MONSEES, KEVIN BURNS, and K.C. CROSTHWAITE, <br><br> Defendants. | Case No. 3:20-cv-00075-DJN |

**DEFENDANT JAMES MONSEES' JOINDER AND MOTION TO DISMISS
PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR
<u>VIOLATIONS OF THE FEDERAL SECURITIES LAWS</u>**

Pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, and the

Private Securities Litigation Reform Act of 1995, and on the grounds set forth in the accompanying

Memorandum, which is incorporated herein by reference, Defendant James Monsees hereby

moves the Court to dismiss the claims asserted against him in Plaintiffs' Consolidated Class Action

Complaint for Violations of the Federal Securities Laws filed in the above-captioned matter (the

"Complaint"). In moving to dismiss the Complaint, Mr. Monsees joins, and incorporates herein

by reference, the Motion to Dismiss the Complaint separately filed by JUUL Labs, Inc., Adam

Bowen, and Kevin Burns (Dkt. Nos. 119 and 120).

1

Dated: July 8, 2020                                     **Orrick, Herrington & Sutcliffe LLP**


By: */s/ Elizabeth M. Anderson*
     Elizabeth M. Anderson,
     Bar No. 84159
     emanderson@orrick.com

Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone:    +1 202 339 8400
Facsimile:     +1 202 339 8500

Walter F. Brown, Jr. (*admitted pro hac vice*)
James N. Kramer (*admitted pro hac vice*)
**Orrick, Herrington & Sutcliffe LLP**
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Telephone:    +1 415 773 5700
Facsimile:     +1 415 773 5759
wbrown@orrick.com
jkramer@orrick.com

*Attorneys for Defendant James Monsees*

2

## CERTIFICATE OF SERVICE

I certify that on this 8th day of July, 2020, I electronically filed the foregoing Defendant James Monsees' Joinder and Motion To Dismiss Plaintiffs' Consolidated Class Action Complaint For Violations Of The Federal Securities Laws with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Elizabeth M. Anderson

Elizabeth M. Anderson
**Orrick Herrington & Sutcliffe LLP**
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone:     +1 202 339 8400
Facsimile:     +1 202 339 8500
emanderson@orrick.com

3