IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GABBY KLEIN, DONALD SHERBONDY, SARAH SHERBONDY and CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ALTRIA GROUP, INC., HOWARD A. WILLARD III, WILLIAM F. GIFFORD, JR., JUUL LABS, INC., ADAM BOWEN, JAMES MONSEES, KEVIN BURNS, and K.C. CROSTHWAITE,

Defendants.

Case No. 3:20-cv-00075-DJN

**[PROPOSED] ORDER GRANTING DEFENDANT JAMES MONSEES' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR <u>VIOLATIONS OF THE FEDERAL SECURITIES LAWS</u>**

Before the Court is Defendant James Monsees' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint"), filed on July 8, 2020 (the "Motion"). Upon review of the Motion, and for good cause shown, the Court GRANTS the Motion, and hereby DISMISSES all of the claims asserted against Defendant Monsees in their entirety, and with prejudice.

IT IS SO ORDERED THIS _____ DAY OF _____, 2020.

_____
HONORABLE DAVID J. NOVAK
UNITED STATES DISTRICT JUDGE