**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

|  |  |
|---|---|
| GABBY KLEIN, DONALD SHERBONDY, SARAH SHERBONDY AND CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS, Individually and on Behalf of All Others Similarly Situated,<br><br>       *Plaintiffs*,<br><br>   v.<br><br>ALTRIA GROUP, INC., HOWARD A. WILLARD III, WILLIAM F. GIFFORD, JR., JUUL LABS, INC., ADAM BOWEN, JAMES MONSEES, KEVIN BURNS, AND K.C. CROSTHWAITE,<br><br>       *Defendants*. | No. 3:20-cv-00075-DJN |

**DEFENDANT K.C. CROSTHWAITE'S MOTION TO DISMISS THE CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, and on the grounds set forth in the accompanying Memorandum, which is incorporated herein by reference, Defendant Kevin C. (K.C.) Crosthwaite, Jr. hereby moves the Court to dismiss the claims asserted against him in the Corrected Consolidated Class Action Complaint (ECF No. 108) filed in the above-captioned matter by Lead Plaintiffs Donald Sherbondy and Sarah Sherbondy, and Construction Laborers Pension Trust of Greater St. Louis.

Dated: July 8, 2020                        By:     /s/ *J. Christian Word*

Andrew Clubok (*pro hac vice*)
J. Christian Word (VSB #46008)
Susan E. Engel (*pro hac vice*)
Matthew J. Peters (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
christian.word@lw.com
andrew.clubok@lw.com
susan.engel@lw.com
matthew.peters@lw.com

*Counsel for Defendant K.C. Crosthwaite*

2

## CERTIFICATE OF SERVICE

I certify that this 8th day of July 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ *J. Christian Word*
J. Christian Word