**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

GABBY KLEIN, DONALD SHERBONDY, AND
CONSTRUCTION LABORERS PENSION TRUST OF
GREATER ST. LOUIS, *Individually and on Behalf
of All Others Similarly Situated*,

        *Plaintiff*,

        v.

ALTRIA GROUP, INC., HOWARD A. WILLARD III,
and WILLIAM F. GIFFORD, JUUL LABS, INC.,
ADAM BOWEN, JAMES MONSEES, KEVIN
BURNS, AND K.C. CROSWAITE,

        *Defendants*.

Case No.: 3:20-cv-00075-DJN

**DECLARATION OF EDWARD J. FUHR**
**IN FURTHER SUPPORT OF THE ALTRIA DEFENDANTS' MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 1746, I, Edward J. Fuhr, declare as follows:

1. I am an attorney at the law firm Hunton Andrews Kurth LLP, attorneys for defendants Altria Group, Inc., Howard A. Willard, III, and William F. Gifford (the "Altria defendants") in this matter.

2. I respectfully submit this declaration in further support of the Altria defendants' motion to dismiss, and to provide the Court with certain documents that are referred to in the Altria defendants' reply memorandum of law in further support of that motion.

3. Submitted herewith are true and correct copies or excerpts of the following:

| **Exhibit**[1] | **Description** |
|---|---|
| **47** | Deutsche Bank Research, *Proprietary Survey Sheds Light on Duel Over JUUL* (Sept. 25, 2018) |
| **48** | Altria Group, Inc., Earnings Release (Apr. 25, 2019) |
| **49** | Altria Client Services Presentation, *E-vapor Product Appeal Among Tobacco Users and Non-users and the Role of Flavor in Tobacco Harm Reduction* (Sept. 18, 2018) |

*          *          *

I declare under penalty of perjury that the foregoing is true and correct.

Executed On:  November 2, 2020

/S/ EDWARD J. FUHR<br>Edward J. Fuhr

---

[1] For ease of reference, the exhibits attached to Altria's reply brief are numbered beginning after the last exhibit attached to Altria's motion to dismiss.