# EXHIBIT 47

Deutsche Bank
Research



Europe
North America

Consumer
Tobacco

Industry
# Global Tobacco

Date
25 September 2018

Industry Update

# Proprietary Survey Sheds Light on Duel Over JUUL

*Tobacco stocks have been in focus over the last few weeks in response to a series of* statements *made by FDA commissioner Scott Gottlieb declaring youth vaping an "epidemic" following new federal data (yet to be released in full). In addition to levying penalties against retailers, the FDA has asked five manufacturers of e-cigarettes[1] to submit "robust" plans within 60 days that will address the use of products by minors.*

*In partnership with dbDIG,[2] we have conducted a new, expanded survey (prior survey conducted in April) of JUUL users to gain better insights on (i) youth consumption of JUUL/vaping, and (ii) the role these products play in helping cigarette smokers quit. We summarize our key findings in this report.*

## Disruption disrupted

Incumbent tobacco stocks have lost more than $100B of value in market cap YTD and underperformed the market and XLP significantly this year,[3] as investors have become concerned about the increasing popularity (and disrupter status) of alternative products such as JUUL, and their potential to cause faster-than-expected cigarette volume declines. Our view, reinforced by recent Nielsen data and the results of our new survey (detailed below), has been that products like JUUL have thus far not had the negative effects on traditional smoking that many tobacco investors have feared, instead proving more incremental than cannibalistic for the tobacco industry as a whole. Of course, this has opened them up to public and regulatory scrutiny, embodied by the FDA's actions over the last several weeks.

From here, we expect the FDA, state attorneys general, and/or federal/state legislatures to consider additional regulatory/enforcement actions against products such as JUUL over the coming months/quarters, in addition to voluntary steps likely to be taken by the manufacturers themselves.[4] Such regulatory/enforcement actions could include a combination of:

Steve Powers

Research Analyst

+212-250-5480

Gerry Gallagher

Research Analyst

+44-20-754-50251

Faiza Alwy

Research Analyst

+1-212-250-7611

Christopher Barnes, CFA

Research Associate

+1-212-454-0778

Katy Ansel

Research Associate

+1-212-250-1027

| Top picks | | |
|---|---|---|
| Altria (MO.N),USD60.71 | | Buy |
| Philip Morris International (PM.N),USD79.91 | | Buy |
| British American Tobacco (BATS.L),GBP3,540.00 | | Buy |
| Imperial Brands (IMB.L),GBP2,632.00 | | Buy |
| *Source: Deutsche Bank* | | |



---

1  *Including JUUL, Vuse (BAT), MarkTen (MO), blu e-cigs (Imperial), and Logic*
2  *dbDIG is the Deutsche Bank Data Innovation Group. The dbDIG Primary Research team collects, develops, and analyzes alternative data to provide differentiated and actionable insights to the bank's clients*
3  MO underperformed XLP by 9 pts, PM underperformed by 18 pts YTD
4  For example, increased age verification, more prominent warning labels on packages/online, voluntary introduction of more muted flavors or lower nicotine content pods, etc.

---

Deutsche Bank Securities Inc.

Distributed on: 26/09/2018 04:00:15 GMT

Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MCI (P) 091/04/2018.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018
Tobacco
Global Tobacco

- Limitations on available flavors

- Fast-tracking of new bluetooth enabled products such that devices cannot be used near schools

- Limitations on allowable nicotine concentrations

- Limitations on where/how products are purchased

- Alternative tax regimes

While such actions would adversely impact products of incumbents like MO (MarkTen Elite), Imperial (myBlu), and British American Tobacco (Vuse) alongside JUUL, we believe they would be seen as positives for incumbent tobacco stocks—slowing the rate of "next generation" product growth and leveling the competitive playing field in cigarette alternatives (if not skewing competitive advantage back towards incumbents better equipped to operate within the confines of heavy regulation).

### Survey says… Three Key Takeaways

Overall, we are left with three key takeaways from our September survey (see additional sections herein for further detailed findings):

**First, JUUL clearly represents successful and compelling technology, with significant overlap with today's US traditional cigarette smoking population**

- Among all consumers, approximately one in six have tried JUUL and 11% currently use it. For comparison, about a quarter of consumers report being smokers, with 24% of smokers now also JUUL users.

- Among current users, 65% have been JUULing for less than 6 months, and just 11% using more than 12 months—indicative of JUUL's rapid rate of growth.

- Moreover, satisfaction rates for those who have tried and use JUUL are very high, and 73% of current users would recommend JUUL to a friend.

- Taste is extremely/very important for those who have tried JUUL, followed by cost, flavor variety, health factors, and nicotine strength. Mango overall is most preferred flavor, though older users prefer tobacco flavors on a relative basis.

[_Implication_: _Negative for incumbent tobacco players if JUUL is left unencumbered by regulation or competitive response._]

**Second, however, JUUL has also clearly attracted a younger population, skewed both to young adult smokers as well as underage consumers**

- Based on our survey, 13% of teens (age 14-17) use JUUL, as do 20% of those aged 18-34, with 40% of teens who have tried JUUL converting to regular or occasional users. Usage of JUUL is significantly higher than the incidence of teen smoking (4%).

- While teens are much less likely to use JUUL "regularly" this is likely due to accessibility and affordability factors, noting that among teen respondents who do not use JUUL regularly, nearly half cited a lack of

_**dbDIG Survey Methodology:**_ _In conjunction with dbDIG, we conducted a national online survey of 548 JUUL users (both former and current) in the U.S. age 14 and up. The results have been weighted on gender, age, region, income and race/ethnicity to match nationally representative data we have collected on JUUL users through ongoing nationally representative survey research. The margin of error for the total survey sample is +/- 4.4%. The survey was conducted from August 30-September 7, 2018._

_**Industry valuation and risks:**_ _For MO (Buy, $67 PT), PM (Buy, $100 PT), BATS (Buy, £60 PT), and IMB (Buy, £34 PT), we derive our price targets using a DCF methodology (6.5%-8.5% WACC, -1% to 0% terminal growth). Upside risks include better-than-expected top-line growth, cost savings, M&A, and/or subtleties of US tax reform. Downside risks include faster-than-expected volume erosion in traditional Smokeable/Smokeless products, difficulty in realizing net pricing, adverse regulatory/ legislative action, adverse macro dynamics (e.g., rising interset rates), share loss, and/ or unrealized potential in next generation products._

Deutsche Bank Securities Inc.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018
Tobacco
Global Tobacco

their own device as a prohibiting factor; nearly a third cited cost (not mutually exclusive), and only 15% cited health concerns.

- 70% of teen users first heard about JUUL from a friend, and their strong flavor preferences are fruity/mango/mint—only 1% prefer tobacco flavors.

[*Implication*: *Negative for incumbent tobacco players long-term if JUUL is left unencumbered by regulation or competitive response, given that JUUL usage among teens appears to be significantly higher than the incidence of teen smoking; however, as mentioned at the outset, the apparent adoption by underage consumers itself raises the prospect of incremental regulation, in our view.*]

**Third, there is inconclusive (and at best, mixed) evidence from our survey supporting the idea that JUUL/e-vapor consumption has facilitated smoking reduction/cessation; in fact, there is some evidence suggesting that JUUL/e-vapor usage increases tobacco users' likelihood of using other products**

- 70% of JUUL users smoke, based on our survey (~half regularly), with "regular" JUUL users more likely to smoke than only "occasional" ones (78% smoke overall, 58% regularly). Moreover, the overwhelming majority (78%) of current JUUL users believe JUUL to be healthier than smoking.

- However, while 3 out of 4 current smokers using JUUL have attempted to quit smoking in the past 12 months (59% using JUUL in their attempt), only a small minority have reported being successful (we estimate ~3% of current JUUL users, though there is some evidence of a higher rate of success among users using JUUL for over 1 year).

- Conversely, 60% of smokers who use JUUL report that they are smoking more since they started using JUUL, with 20% each saying they smoke the same amount or less (similar behavior as is reported surrounding alternative e-vapor products). Similarly, among the current JUUL users also using smokeless tobacco products, over 70% say they are using more smokeless tobacco since they started using JUUL. While this deserves further investigation, the fact that both smoking and smokeless usage is perceived to be increasing alongside JUUL use may indicate that for some JUUL/e-vapor users, the product may be tied to increased nicotine consumption.

- We further note that only 28% of JUUL users who are also smokers say that they first tried JUUL because they wanted to quit smoking.

[*Implication*: *If corroborated by additional data, the lack of JUUL/e-vapor's effectiveness as a cessation aid raises the prospect of incremental regulation, in our view—especially in combination with point #2 around youth adoption above. Neutral-to-positive for incumbent tobacco players.*]

## Investment Recommendations

We remain Buy-rated on Altria/MO (Buy, $67 PT), Philip Morris International/PM (Buy, $100 PT), British American Tobacco/BATS (Buy, £60 PT), and Imperial Brands/IMB (Buy, £34 PT).

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018
Tobacco
Global Tobacco



Figure 1: Overall, thus far, JUUL appears more net incremental to nicotine consumption than cannibalistic



*Source: Nielsen, Deutsche Bank analysis*

Deutsche Bank Securities Inc.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco

# dbDIG Survey Results

In conjunction with dbDIG, we conducted a national online survey of 548 JUUL users (both former and current) in the US ages 14 and above. The results have been weighted on gender, age, region, income and race/ethnicity to match nationally representative data we have collected on JUUL users through ongoing nationally representative survey research. The margin of error for the total survey sample is ± 4.4%. The survey was conducted from August 30th to September 7th.

*dbDIG is the Deutsche Bank Data Innovation Group. The dbDIG Primary Research team collects, develops, and analyzes alternative data to provide differentiated and actionable insights to the bank's clients.*

## Who is the JUUL user, and why do they JUUL?

**Finding 1: 16% of all US consumers have tried JUUL, while 11% currently use it; usage among teens appears to be significantly higher than the incidence of teen smoking—a potential "threat" to traditional tobacco in attracting new smokers, but also a potential trigger for additional FDA enforcement**

- Usage among (all) consumers is approximately one-third that of cigarette smokers. 26% of consumers report being smokers, compared to 11% who use JUUL.

- 13% of teens use JUUL, compared with 24% of those in the 18-24 age bracket. JUUL usage among teens is significantly higher than the incidence of teen smoking (5%), as it is among 18-24 year olds whose smoking usage rate is 18%.

- In addition to those who currently use it or have tried it, 16% of all consumers have heard of JUUL (but have not tried it). About a third of teens have heard of JUUL (but have not tried it yet).

- 82% of those 45+ have never heard of JUUL, compared to 46% of teens and 68% of the overall population.

Figure 2: Approximately 1 in 6 (16%) US consumers have tried JUUL and 10% use it, including 13% of teens and 24% of 18-24 year-olds



*Source: dbDIG Survey, Deutsche Bank Research*

---

Deutsche Bank Securities Inc.

Page 5

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco



- In aggregate, teens (ages 14-17) comprise 8% of overall JUUL users, while 18-24 year-olds comprise 27%; 45+ age cohort only represent 15% of JUUL users (compared to 47% of cigarette smokers).

Figure 3: JUUL users skew younger than cigarette smokers (even with likely elevated aging bias in our survey)



*Source: dbDIG Survey, Deutsche Bank Research, CDC*

Finding 2: Two-thirds of those who have tried JUUL currently use it. Teens are much less likely to use JUUL "regularly" compared with "occasionally." This is likely due to teens' inability to easily (and legally) access either a device or pods

- Among those who have used JUUL, 34% do so regularly, 30% occasionally, and 36% have used JUUL but do not do so currently.

- 64% regular/occasional usage is comparative to the 71% regular usage in the April 2018 survey, which used a different question construction.

- While 34% of survey respondents are regular users overall, just 11% of teen users are JUULing regularly compared to 25% among 18-24, 42% among 25-34, 46% among 35-44, and 28% among 45+.

Deutsche Bank Securities Inc.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco

Figure 4: About a third of respondents say they currently use JUUL regularly; however, only 11% of teens do



Source: dbDIG Survey, Deutsche Bank Research

- 38% of teens use JUUL 4+ times per day vs. 63% for all users. Teens are much more likely (62%) to be using JUUL 2-3 times per day versus the average 27% among all users.

Figure 5: Teens typically use JUUL 2-3 times per day; 38% use more than 4 times per day vs. 63% for all users



Source: dbDIG Survey, Deutsche Bank Research

- Teens are also using far fewer pods per week – 49% are using fewer than 1, and 31% are using 1-2. In comparison, 23% of all users are using fewer than 1 pod, and 29% are using 1-2 pods per week.

- 45% of 25-34 year olds are using 3-5 pods per week.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco



Source: dbDIG Survey, Deutsche Bank Research

Figure 6: Almost half of teens are using fewer than 1 pod per week



- 20% of teens and 29% of 18-24 year olds are much more likely to say the number of pods they are using has increased over the past month.

- This compares to 50% of 25-34 and 60% of 35-44 who say the number of pods they are using is increasing.

Figure 7: Usage trends are increasing more than average for 25-44 year-olds



Source: dbDIG Survey, Deutsche Bank Research

Finding 3: Satisfaction among current users is high. A large majority are likely to recommend JUUL to a friend. Users are still most likely to have heard about JUUL via word of mouth or seeing it in a store.

- 76% of all respondents are satisfied with their overall experience of JUUL, while 89% of **current users** are satisfied.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco

- 46% of respondents note that they are "extremely satisfied" (64% among current users).[5]

- Teens and 18-24 year-olds are generally less satisfied (68% and 53%, respectively), though 91% of teen **users** are satisfied.

- 90% of current smokers (regular/occasional) are satisfied with their JUUL experience.

Figure 8: 89% of all JUUL users are satisfied; 18-24 year-olds are least satisfied on a relative basis



*Source: dbDIG Survey, Deutsche Bank Research*

- Overall 57% would recommend JUUL to a friend (73% current users), compared with a similar 62% in April.

- While teens overall are less likely to recommend JUUL to a friend (36%), 60% of teen **users** would recommend JUUL.

- The lower recommendation level amongst teens could largely be accounted for by the fact that teens are trying to keep their usage secret or only share the fact that they use it with a select number of peers.

---

5   This compares with 83% overall satisfaction in the April 2018 survey. However, given the weighting used in this wave, these differences are likely not very significant. Overall satisfaction in the current survey is 82% when weighting is removed.

Deutsche Bank Securities Inc.                                                                 Page 9

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco

Figure 9: Consistent with our prior survey, close to 60% of all respondents would recommend the product to a friend; for teens and younger age brackets, this percentage is lower at about a third



*Source: dbDIG Survey, Deutsche Bank Research*

- 44% of respondents heard about JUUL from a friend (70% of teens), while 24% saw it in a store and 23% learned about it from the internet. Just 7% learned about it from a physician.

- 37% of **users** (42% of teens) say they first tried JUUL because their friends already used it.

Figure 10: Word of mouth ("from a friend") was the primary way respondents first heard about JUUL (44%); this is much higher for teens (70%)



*Source: dbDIG Survey, Deutsche Bank Research*

Finding 4: Taste and cost are top of mind when thinking about how important different attributes of JUUL are overall, while smokers are most interested in taste and health "benefits."[6]

---

6  Answers are not mutually exclusive.

Deutsche Bank Securities Inc.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco

- Thinking about the importance of different attributes of JUUL, taste (79% extremely/very important) rises to the top (for all respondents), followed by cost (72%), flavor variety (68%), health "benefits" (68%) and nicotine strength (67%).

- For teens, cost (80% extremely/very important) and taste (78%) are most important, followed by flavor variety (69%), nicotine strength (57%), and that it's better for health (56%).

- Smokers are most concerned with taste (87%) and health (81%), followed by cost (79%) and nicotine strength (77%).

Figure 11: Taste is the most important factor overall; cost/price is most important for teens



*Source: dbDIG Survey, Deutsche Bank Research*

- Almost half of teens who have tried JUUL but are not currently using it (regularly or occasionally), don't use it because they tried a friend's device but have not bought their own; almost 30% thought it was too expensive (answers are not mutually exclusive).

- 27% of smokers don't use JUUL because they prefer cigarettes.

Deutsche Bank Securities Inc.                                                                 Page 11

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco

Figure 12: Almost half of teens who have tried JUUL but are not currently using it (regularly or occasionally), don't use it because they tried a friend's device but have not bought their own; almost 30% thought it was too expensive



Source: dbDIG Survey, Deutsche Bank Research

Finding 5: The majority of users have only been using JUUL for 6 months or less.

- 65% of current users have been JUULing for less than 6 months, 24% using for 6-12 months, and just 11% using for more than 12 months.

- There is little differentiation in length of use among major demographic groups.

- Overall, this speaks to JUUL's rapid rate of recent growth, but we note that 18% of teens report that they started using JUUL less than 3 months ago vs. 43% of teens who said the same in our April survey.

Deutsche Bank Securities Inc.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco

---

Figure 13: About a quarter of respondents started using JUUL less than three months ago, and only 11% have used (regularly or occasionally) for more than a year



How long have you been using JUUL?

Legend:
- More than 1 year
- 6-12 months
- 3-6 months
- Less than 3 months

Current survey: Less than 3 months 24%, 3-6 months 41%, 6-12 months 24%, More than 1 year 11%
Current survey teens: Less than 3 months 18%, 3-6 months 44%, 6-12 months 21%, More than 1 year 17%
Prior survey: Less than 3 months 28%, 3-6 months 36%, 6-12 months 22%, More than 1 year 14%
Prior survey teens: Less than 3 months 43%, 3-6 months 33%, 6-12 months 10%, More than 1 year 15%

*Source: dbDIG Survey, Deutsche Bank Research*

---

Finding 6: A majority of users believe they will use JUUL more in the coming year; driven by taste, "health," the superiority of JUUL vs. other devices, and the "cool" factor

- 55% of current users (70% of regular; 39% of occasional) believe they will use JUUL more in the next twelve months.

- From a demographic perspective, more male users compared with female users intend to increase their usage.

- 76% of 35-44 age cohort users intend to increase usage (vs. 33% for the 18-24 age cohort and 49% for teens).

- Only 16% of those who have tried JUUL (but don't currently use it) believe they will use it more in the next year.

- 66% of smokers who are currently using JUUL intend to increase their usage.

*The primary drivers for increased usage are taste, that it's healthier than smoking, that it's better than other vape products, and that it's "cool"*

*The primary drivers for increased usage among teens are that it's healthier than smoking and taste. The "cool" factor is actually lower (20%) than the other age cohorts.*

*The primary driver for decreased usage is health across all demographics*

---

Deutsche Bank Securities Inc.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco

Figure 14: Of those that currently use JUUL, 55% said they intend to increase their usage of JUUL



Source: dbDIG Survey, Deutsche Bank Research

**Finding 7: Fruity and sweet flavors are strongly preferred, particularly among younger consumers.**

- In terms of flavors, the favorite overall is mango (22%) followed by fruit (18%) and mint (17%).

- Teens strongly prefer fruit (39%) and mango (27%) then mint (17%), while older users 35-54 prefer tobacco (26% vs a 16% average) and only 1% of Teens prefer tobacco.

Figure 15: Consistent with our prior survey, youngest users' preferences skew noticeably towards fruity/sweet flavors; older users have a noticeably higher preference for classic tobacco flavor



Source: dbDIG Survey, Deutsche Bank Research

Deutsche Bank Securities Inc.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco

**Finding 8: An increase in JUUL pod prices is unlikely to decrease usage among most users except for teens who are more ambivalent given their limited funds and access to pods**

- If JUUL were to increase prices, 75% of current users say they would still use the same amount, with 12% saying they "might or might not".

- However, only 43% of teen users say the same, with 34% saying they "might or might not." Similarly, 57% of 18-24 year old users would be likely to use the same amount, with 21% saying "might or might not."

Figure 16: Close to 60% of those surveyed exhibit no price sensitivity; Under-24 age brackets exhibit the most price sensitivity



If JUUL pod prices increased by $5, would you still use the same amount?

*Source: dbDIG Survey, Deutsche Bank Research*

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco

## What is the interplay between JUUL and other forms of tobacco use?

### Finding 1: 70% of JUUL users smoke (half regularly); teens are less likely to be smokers

- Half (49%) of current JUUL users smoke regularly, with another 22% smoking occasionally.

- Among regular JUUL users, 58% are also regular smokers and 20% are occasional smokers (78% overall).

- Just 12% of current teen users smoke regularly and 15% occasionally (27% total).

- As noted earlier, the likely incidence of current teen JUUL usage among the US population in our survey work (13%) is much higher than the incidence of cigarette smoking (4%).

Figure 17: 70% of JUUL users (regular + occasional) also smoke; 11% of current JUUL users never smoked



Source: dbDIG Survey, Deutsche Bank Research

Deutsche Bank Securities Inc.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco



Figure 18: Half of JUUL users are still smoking cigarettes

*Source: dbDIG Survey, Deutsche Bank Research*

**Finding 2: Most JUUL users believe that JUULing is healthier than smoking.**

■ 70% of all users and 78% of current users believe JUUL is healthier than smoking (38%/45% "much" healthier). Results are similar among teens compared to the overall user base.



Figure 19: Close to 40% of respondents thought e-cigarettes are much healthier than smoking cigarettes

*Source: dbDIG Survey, Deutsche Bank Research*

**Finding 3: Most smokers claim to have tried to quit in the past year, with a majority using JUUL as part of their (not yet successful) effort to quit.**

■ 76% of current smokers who use JUUL have attempted to quit in the past 12 months.

Deutsche Bank Securities Inc.                                                                        Page 17

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco

- 59% of those say they have used JUUL in their attempt, but only 28% of smokers said they first tried to JUUL because they wanted to smoke less/quit smoking cigarettes.

**Figure 20: 80% of regular JUUL users are either trying to quit smoking (cigarettes) or have tried to quit in the last 12 months**



*Source: dbDIG Survey, Deutsche Bank Research*

**Figure 21: Fewer than a quarter of respondents said they first tried JUUL because they wanted to smoke less/quit smoking**



*Source: dbDIG Survey, Deutsche Bank Research*

**Finding 4: Only a small minority of JUUL users report having successfully quit smoking using JUUL, though longer-duration users do exhibit modestly higher rates of cessation.**

- 16% of current JUUL users are former smokers. Of those, about half (49%) quit smoking in the past 2 years during which JUUL usage has become more widespread.

Deutsche Bank Securities Inc.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018
Tobacco
Global Tobacco

- Of those who have quit in the past 2 years, half again (51%) used JUUL to quit smoking either on its own or in combination with other products.

- Of those who used another product to quit (vaporizer, gum, patch, smokeless tobacco etc.), 49% claim that they are continuing to use JUUL to prevent a relapse to smoking.

- 79% of JUUL users who have started using JUUL in the last <3 months are smokers; only 2% of have quit smoking in the past year – the remainder (19%) are former/non-smokers.

- 71% of JUUL users who have started using JUUL in the last 3-6 months are smokers; only 2% of have quit smoking in the past year – the remainder (28%) are former/non-smokers.

- 71% of JUUL users who have started using JUUL in the last 6-12 months are smokers; only 4% of have quit smoking in the past year – the remainder (25%) are former/non-smokers.

- 65% of JUUL users who have started using JUUL in the last 1+ year are smokers; only 9% of have quit smoking in the past 1-2 years – the remainder (26%) are former/non-smokers.

Figure 22: 16% of current JUUL users are former smokers



*Source: dbDIG Survey, Deutsche Bank Research*

Figure 23: Of those, about half (49%) quit smoking in the past 2 years as JUUL has been ramping



*Source: dbDIG Survey, Deutsche Bank Research*

Deutsche Bank Securities Inc.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco



Figure 24: Only ~2% of users who started using JUUL within the past year have quit smoking in the past year vs. 9% of users using JUUL for over 1 year having quit smoking within the past 2 years



Source: dbDIG Survey, Deutsche Bank Research

**Finding 5: That said, many smokers perceive the amount they are smoking to have increased since they began using JUUL. Although only a measure of perception, smokeless tobacco users also report using more smokeless tobacco since they started using JUUL.**

- 60% of smokers who use JUUL report that they are smoking more since they started using JUUL, with 20% each saying the same amount or less. This compares to 64% of smokers who use other vaping devices reporting that they are smoking more since they started using such devices, with 18% each saying the same amount or less.[7]

- The same is true for other nicotine products with 73% of smokeless tobacco users saying they are consuming smokeless products more since they started using JUUL, compared with 17% the same amount and 10% responding less. This compares to 72% of smokeless tobacco users who use other vaping devices reporting that they are smoking more since they started using such products, compared with 17% the same amount and 8% less.

- While a majority of JUUL-using smokers said they would use more in the coming year (55%), most cited "liking the taste" as a reason why (47%); nearly as many people chose "want something to use in places where I can't smoke" (27%) as they did "want to smoke less/quit smoking" (33%).

---

7   While it is possible that there was some respondent confusion in answering the question (it did not specify "smoking cigarettes"), the fact that smokeless consumption is also perceived to be increasing may indicate that for some JUUL users, the product may be tied to an increased need for or usage of nicotine overall.

Deutsche Bank Securities Inc.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco

Figure 25: 60% of smokers who use JUUL report that they are smoking more since they started using JUUL



Source: dbDIG Survey, Deutsche Bank Research

Figure 26: Smokeless tobacco JUUL users also report that they are using more smokeless tobacco since they started using JUUL



Source: dbDIG Survey, Deutsche Bank Research

Deutsche Bank Securities Inc.

Page 21

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco



Figure 27: Among all respondents who use other (non-JUUL) vapor products, 64% of smokers report that they have increased the amount they are smoking

Since you started using vapor products/e-cigs, would you say you are smoking more, less, or the same amount?

Legend:
- Smoking a lot less
- Smoking a little less
- Smoking the same amount
- Smoking a little more
- Smoking a lot more

*Source: dbDIG Survey, Deutsche Bank Research*

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco

Figure 28: 72% of smokers who use smokeless tobacco also say they are smoking more since beginning to use smokeless products



Source: dbDIG Survey, Deutsche Bank Research

**Finding 6: A majority would switch to or try a lower strength JUUL pod. However, it is unclear whether this would result in less nicotine usage or simply result in users buying more pods.**

- 42% would want to switch to a lower strength pod if it was available (56% of current users, 51% of smoker users), while 31% would try a lower strength pod (31% / 31%). 12% are unsure and 8% would not switch.

Figure 29: Over 40% of survey respondents have been looking for a pod with lower nicotine content



Source: dbDIG Survey, Deutsche Bank Research

Deutsche Bank Securities Inc.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco



Finding 7: The same proportion of current JUUL users and former JUUL users report smoking daily, but former users are more likely to smoke multiple times per day. Current JUUL users also report that they are smoking a smaller quantity of cigarettes per day. If JUUL grows, this could potentially present a threat to traditional tobacco in terms of sales volume.

- 84% of smokers who are current JUUL users report that they are smoking daily (58% several times a day/26% once a day).

- This compares with those who have tried JUUL who are smoking the same amount on a daily basis (83% daily), but are smoking more often (78% several times a day/6% once a day).

Figure 30: Smoking frequency is higher amongst those who have tried JUUL but don't currently use it vs. those who use it occasionally



Source: dbDIG Survey, Deutsche Bank Research

- On average, current JUUL users who smoke report smoking 19 out of the past 30 days, compared with 26 days for those who have tried JUUL. However, personal estimates over a longer time frame (estimating monthly usage versus daily usage) like this can be unreliable.

Page 24

Deutsche Bank Securities Inc.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco

Figure 31: Smokers who use JUUL everyday report less smoking vs. those who don't currently use it



*Source: dbDIG Survey, Deutsche Bank Research*

■ Just 19% of smokers who use JUUL smoke 10+ cigarettes per day, compared with 45% among former JUUL users.

■ The number one reason that smokers who formerly used JUUL do not use it is that they simply "prefer cigarettes" (27%).

Figure 32: Amongst regular JUUL users who are smokers, over a third smoke more than 5 cigarettes a day



*Source: dbDIG Survey, Deutsche Bank Research*

Deutsche Bank Securities Inc.                                                          Page 25

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.



# Appendix 1

## Important Disclosures

### *Other information available upon request

| Disclosure checklist | | | |
|---|---|---|---|
| Company | Ticker | Recent price* | Disclosure |
| Altria | MO.N | 60.71 (USD) 25 Sep 2018 | 1, 7, 8, 14, 15 |
| British American Tobacco | BATS.L | 3525.50 (GBp) 25 Sep 2018 | 3, 6, 7, 9, 14 |
| Imperial Brands | IMB.L | 2636.21 (GBp) 25 Sep 2018 | 6, 9, 14 |
| Philip Morris International | PM.N | 79.91 (USD) 25 Sep 2018 | 1, 7, 8, 14, 15 |

*Prices are current as of the end of the previous trading session unless otherwise indicated and are sourced from local exchanges via Reuters, Bloomberg and other vendors . Other information is sourced from Deutsche Bank, subject companies, and other sources. For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/Research/Disclosures/CompanySearch. Aside from within this report, important risk and conflict disclosures can also be found at https://research.db.com/Research/Topics/Equities?topicId=RB0002. Investors are strongly encouraged to review this information before investing.

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

1.  Within the past year, Deutsche Bank and/or its affiliate(s) has managed or co-managed a public or private offering for this company, for which it received fees.

6.  Deutsche Bank and/or its affiliate(s) owns one percent or more of a class of common equity securities of this company calculated under computational methods required by US law.

7.  Deutsche Bank and/or its affiliate(s) has received compensation from this company for the provision of investment banking or financial advisory services within the past year.

8.  Deutsche Bank and/or its affiliate(s) expects to receive, or intends to seek, compensation for investment banking services from this company in the next three months.

14. Deutsche Bank and/or its affiliate(s) has received non-investment banking related compensation from this company within the past year.

15. This company has been a client of Deutsche Bank Securities Inc. within the past year, during which time it received non-investment banking securities-related services.

## Important Disclosures Required by Non-U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

1.  Within the past year, Deutsche Bank and/or its affiliate(s) has managed or co-managed a public or private offering for this company, for which it received fees.

3.  Deutsche Bank and/or its affiliate(s) acts as a corporate broker or sponsor to this company.

6.  Deutsche Bank and/or its affiliate(s) owns one percent or more of a class of common equity securities of this company calculated under computational methods required by US law.

7.  Deutsche Bank and/or its affiliate(s) has received compensation from this company for the provision of investment banking or financial advisory services within the past year.

9.  Deutsche Bank and/or its affiliate(s) owns one percent or more of any class of common equity securities of this company calculated under computational methods required by India law.

For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/Research/Disclosures/CompanySearch

## Analyst Certification

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst about the subject issuers and the securities of those issuers. In addition, the undersigned lead analyst has not and will not receive any compensation for providing a specific recommendation or view in this report. Steve Powers, Gerry Gallagher

## Historical recommendations and target price. Altria (MO.N)

*(as of 09/25/2018)*



Current Recommendations

Buy
Hold
Sell
Not Rated
Suspended Rating

** Analyst is no longer at Deutsche Bank

| 1. | 03/26/2018 | Buy, Target Price Change USD 72.00 Stephen Powers | 3. | 07/27/2018 | Buy, Target Price Change USD 67.00 Stephen Powers |
| 2. | 04/27/2018 | Buy, Target Price Change USD 68.00 Stephen Powers | | | |

## Historical recommendations and target price. British American Tobacco (BATS.L)

*(as of 09/25/2018)*



Current Recommendations

Buy
Hold
Sell
Not Rated
Suspended Rating

** Analyst is no longer at Deutsche Bank

| 1. | 02/25/2016 | Buy, Target Price Change GBP 4200.00 Gerry Gallagher | 4. | 07/28/2016 | Buy, Target Price Change GBP 5300.00 Gerry Gallagher |
| 2. | 04/11/2016 | Buy, Target Price Change GBP 4500.00 Gerry Gallagher | 5. | 07/20/2017 | Buy, Target Price Change GBP 6000.00 Gerry Gallagher |
| 3. | 07/06/2016 | Buy, Target Price Change GBP 5000.00 Gerry Gallagher | | | |

Deutsche Bank Securities Inc.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco

## Historical recommendations and target price. Imperial Brands (IMB.L)
*(as of 09/25/2018)*



**Current Recommendations**

 Buy
 Hold
 Sell
 Not Rated
 Suspended Rating

\*\* Analyst is no longer at Deutsche Bank

| | | |
|---|---|---|
| 1. | 02/11/2016 | Buy, Target Price Change GBP 4100.00 Gerry Gallagher |
| 2. | 05/04/2016 | Buy, Target Price Change GBP 4300.00 Gerry Gallagher |
| 3. | 10/28/2016 | Buy, Target Price Change GBP 4600.00 Gerry Gallagher |
| 4. | 11/08/2016 | Buy, Target Price Change GBP 4350.00 Gerry Gallagher |
| 5. | 05/03/2017 | Buy, Target Price Change GBP 4100.00 Gerry Gallagher |
| 6. | 10/12/2017 | Buy, Target Price Change GBP 3700.00 Gerry Gallagher |
| 7. | 02/07/2018 | Buy, Target Price Change GBP 3400.00 Gerry Gallagher |

## Historical recommendations and target price. Philip Morris International (PM.N)
*(as of 09/25/2018)*



**Current Recommendations**

 Buy
 Hold
 Sell
 Not Rated
 Suspended Rating

\*\* Analyst is no longer at Deutsche Bank

| | | |
|---|---|---|
| 1. | 04/10/2018 | Buy, Target Price Change USD 120.00 Gerry Gallagher |
| 2. | 04/24/2018 | Buy, Target Price Change USD 100.00 Gerry Gallagher |

Deutsche Bank Securities Inc.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018
Tobacco
Global Tobacco

## Equity Rating Key

Buy: Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus pro-jected dividend yield ) , we recommend that investors buy the stock.
Sell: Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock.
Hold: We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.

Newly issued research recommendations and target prices supersede previously published research.

## Equity rating dispersion and banking relationships



North America Universe

---

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

## Additional Information

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). Though the information herein is believed to be reliable and has been obtained from public sources believed to be reliable, Deutsche Bank makes no representation as to its accuracy or completeness. Hyperlinks to third-party websites in this report are provided for reader convenience only. Deutsche Bank neither endorses the content nor is responsible for the accuracy or security controls of those websites.

If you use the services of Deutsche Bank in connection with a purchase or sale of a security that is discussed in this report, or is included or discussed in another communication (oral or written) from a Deutsche Bank analyst, Deutsche Bank may act as principal for its own account or as agent for another person.

Deutsche Bank may consider this report in deciding to trade as principal. It may also engage in transactions, for its own account or with customers, in a manner inconsistent with the views taken in this research report. Others within Deutsche Bank, including strategists, sales staff and other analysts, may take views that are inconsistent with those taken in this research report. Deutsche Bank issues a variety of research products, including fundamental analysis, equity-linked analysis, quantitative analysis and trade ideas. Recommendations contained in one type of communication may differ from recommendations contained in others, whether as a result of differing time horizons, methodologies, perspectives or otherwise. Deutsche Bank and/or its affiliates may also be holding debt or equity securities of the issuers it writes on. Analysts are paid in part based on the profitability of Deutsche Bank AG and its affiliates, which includes investment banking, trading and principal trading revenues.

Opinions, estimates and projections constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank provides liquidity for buyers and sellers of securities issued by the companies it covers. Deutsche Bank research analysts sometimes have shorter-term trade ideas that may be inconsistent with Deutsche Bank's existing longer-term ratings. Some trade ideas for equities are listed as Catalyst Calls on the Research Website ( https://research.db.com/Research/ ) , and can be found on the general coverage list and also on the covered company ' s page. A Catalyst Call represents a high-conviction belief by an analyst that a stock will outperform or underperform the market and/or a specified sector over a time frame of no less than two weeks and no more than three months. In addition to Catalyst Calls, analysts may occasionally discuss with our clients, and with Deutsche Bank salespersons and traders, trading strategies or ideas that reference catalysts or events that may have a near-term or medium-term impact on the market price of the securities discussed in this report, which impact may be directionally counter to the analysts' current 12-month view of total return or investment return as described herein. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof if an opinion, forecast or estimate changes or becomes inaccurate. Coverage and the frequency of changes in market conditions and in both general and company-specific economic prospects make it difficult to update research at defined intervals. Updates are at the sole discretion of the coverage analyst or of the Research Department Management, and the majority of reports are published at irregular intervals. This report is provided for informational purposes only and does not take into account the particular investment objectives, financial situations, or needs of individual clients. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst ' s judgment. The financial instruments discussed in this report may not be suitable for all investors, and investors must make their own informed investment decisions. Prices and availability of financial instruments are subject to change without notice, and investment transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Performance calculations exclude transaction costs, unless otherwise indicated. Unless otherwise indicated, prices are current as of the end of the previous trading session and are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is also sourced from Deutsche Bank, subject companies, and other parties.

The Deutsche Bank Research Department is independent of other business divisions of the Bank. Details regarding our organizational arrangements and information barriers we have to prevent and avoid conflicts of interest with respect to our research are available on our website ( https://research.db.com/Research/ ) under Disclaimer.

Deutsche Bank Securities Inc.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.



Macroeconomic fluctuations often account for most of the risks associated with exposures to instruments that promise to pay fixed or variable interest rates. For an investor who is long fixed-rate instruments (thus receiving these cash flows), increases in interest rates naturally lift the discount factors applied to the expected cash flows and thus cause a loss. The longer the maturity of a certain cash flow and the higher the move in the discount factor, the higher will be the loss. Upside surprises in inflation, fiscal funding needs, and FX depreciation rates are among the most common adverse macroeconomic shocks to receivers. But counterparty exposure, issuer creditworthiness, client segmentation, regulation (including changes in assets holding limits for different types of investors), changes in tax policies, currency convertibility (which may constrain currency conversion, repatriation of profits and/or liquidation of positions), and settlement issues related to local clearing houses are also important risk factors. The sensitivity of fixed-income instruments to macroeconomic shocks may be mitigated by indexing the contracted cash flows to inflation, to FX depreciation, or to specified interest rates – these are common in emerging markets. The index fixings may – by construction – lag or mis-measure the actual move in the underlying variables they are intended to track. The choice of the proper fixing (or metric) is particularly important in swaps markets, where floating coupon rates (i.e., coupons indexed to a typically short-dated interest rate reference index) are exchanged for fixed coupons. Funding in a currency that differs from the currency in which coupons are denominated carries FX risk. Options on swaps (swaptions) the risks typical to options in addition to the risks related to rates movements.

Derivative transactions involve numerous risks including market, counterparty default and illiquidity risk. The appropriateness of these products for use by investors depends on the investors' own circumstances, including their tax position, their regulatory environment and the nature of their other assets and liabilities; as such, investors should take expert legal and financial advice before entering into any transaction similar to or inspired by the contents of this publication. The risk of loss in futures trading and options, foreign or domestic, can be substantial. As a result of the high degree of leverage obtainable in futures and options trading, losses may be incurred that are greater than the amount of funds initially deposited – up to theoretically unlimited losses. Trading in options involves risk and is not suitable for all investors. Prior to buying or selling an option, investors must review the "Characteristics and Risks of Standardized Options", at http://www.optionsclearing.com/about/publications/character-risks.jsp . If you are unable to access the website, please contact your Deutsche Bank representative for a copy of this important document.

Participants in foreign exchange transactions may incur risks arising from several factors, including the following: (i) exchange rates can be volatile and are subject to large fluctuations; (ii) the value of currencies may be affected by numerous market factors, including world and national economic, political and regulatory events, events in equity and debt markets and changes in interest rates; and (iii) currencies may be subject to devaluation or government-imposed exchange controls, which could affect the value of the currency. Investors in securities such as ADRs, whose values are affected by the currency of an underlying security, effectively assume currency risk.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. Aside from within this report, important conflict disclosures can also be found at https://research.db.com/Research/ on each company ' s research page. Investors are strongly encouraged to review this information before investing.

Deutsche Bank (which includes Deutsche Bank AG, its branches and affiliated companies) is not acting as a financial adviser, consultant or fiduciary to you or any of your agents (collectively, "You" or "Your") with respect to any information provided in this report. Deutsche Bank does not provide investment, legal, tax or accounting advice, Deutsche Bank is not acting as your impartial adviser, and does not express any opinion or recommendation whatsoever as to any strategies, products or any other information presented in the materials. Information contained herein is being provided solely on the basis that the recipient will make an independent assessment of the merits of any investment decision, and it does not constitute a recommendation of, or express an opinion on, any product or service or any trading strategy.

The information presented is general in nature and is not directed to retirement accounts or any specific person or account type, and is therefore provided to You on the express basis that it is not advice, and You may not rely upon it in making Your decision. The information we provide is being directed only to persons we believe to be financially sophisticated, who are capable of evaluating investment risks independently, both in general and with regard to particular transactions and investment strategies, and who understand that Deutsche Bank has financial interests in the offering of its products

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

and services. If this is not the case, or if You are an IRA or other retail investor receiving this directly from us, we ask that you inform us immediately.

In July 2018, Deutsche Bank revised its rating system for short term ideas whereby the branding has been changed to Catalyst Calls ("CC") from SOLAR ideas; the rating categories for Catalyst Calls originated in the Americas region have been made consistent with the categories used by Analysts globally; and the effective time period for CCs has been reduced from a maximum of 180 days to 90 days.

**United States**: Approved and/or distributed by Deutsche Bank Securities Incorporated, a member of FINRA, NFA and SIPC. Analysts located outside of the United States are employed by non-US affiliates that are not subject to FINRA regulations.

**Germany**: Approved and/or distributed by Deutsche Bank AG, a joint stock corporation with limited liability incorporated in the Federal Republic of Germany with its principal office in Frankfurt am Main. Deutsche Bank AG is authorized under German Banking Law and is subject to supervision by the European Central Bank and by BaFin, Germany ' s Federal Financial Supervisory Authority.

**United Kingdom**: Approved and/or distributed by Deutsche Bank AG acting through its London Branch at Winchester House, 1 Great Winchester Street, London EC2N 2DB. Deutsche Bank AG in the United Kingdom is authorised by the Prudential Regulation Authority and is subject to limited regulation by the Prudential Regulation Authority and Financial Conduct Authority. Details about the extent of our authorisation and regulation are available on request.

**Hong Kong**: Distributed by Deutsche Bank AG, Hong Kong Branch or Deutsche Securities Asia Limited (save that any research relating to futures contracts within the meaning of the Hong Kong Securities and Futures Ordinance Cap. 571 shall be distributed solely by Deutsche Securities Asia Limited). The provisions set out above in the "Additional Information" section shall apply to the fullest extent permissible by local laws and regulations, including without limitation the Code of Conduct for Persons Licensed or Registered with the Securities and Futures Commission. .

**India**: Prepared by Deutsche Equities India Private Limited (DEIPL) having CIN: U65990MH2002PTC137431 and registered office at 14th Floor, The Capital, C-70, G Block, Bandra Kurla Complex Mumbai (India) 400051. Tel: + 91 22 7180 4444. It is registered by the Securities and Exchange Board of India (SEBI) as a Stock broker bearing registration nos.: NSE (Capital Market Segment) - INB231196834, NSE (F&O Segment) INF231196834, NSE (Currency Derivatives Segment) INE231196834, BSE (Capital Market Segment) INB011196830; Merchant Banker bearing SEBI Registration no.: INM000010833 and Research Analyst bearing SEBI Registration no.: INH000001741. DEIPL may have received administrative warnings from the SEBI for breaches of Indian regulations. The transmission of research through DEIPL is Deutsche Bank's determination and will not make a recipient a client of DEIPL. Deutsche Bank and/or its affiliate(s) may have debt holdings or positions in the subject company. With regard to information on associates, please refer to the "Shareholdings" section in the Annual Report at: https://www.db.com/ir/en/annual-reports.htm .

**Japan**: Approved and/or distributed by Deutsche Securities Inc.(DSI). Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association and The Financial Futures Association of Japan. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. We may also charge commissions and fees for certain categories of investment advice, products and services. Recommended investment strategies, products and services carry the risk of losses to principal and other losses as a result of changes in market and/or economic trends, and/or fluctuations in market value. Before deciding on the purchase of financial products and/or services, customers should carefully read the relevant disclosures, prospectuses and other documentation. "Moody's", "Standard & Poor's", and "Fitch" mentioned in this report are not registered credit rating agencies in Japan unless Japan or "Nippon" is specifically designated in the name of the entity. Reports on Japanese listed companies not written by analysts of DSI are written by Deutsche Bank Group's analysts with the coverage companies specified by DSI. Some of the foreign securities stated on this report are not disclosed according to the Financial Instruments and Exchange Law of Japan. Target prices set by Deutsche Bank's equity analysts are based on a 12-month forecast period..

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco

**Korea**: Distributed by Deutsche Securities Korea Co.

**South Africa**: Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10).

**Singapore**: This report is issued by Deutsche Bank AG, Singapore Branch or Deutsche Securities Asia Limited, Singapore Branch (One Raffles Quay #18-00 South Tower Singapore 048583, +65 6423 8001), which may be contacted in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated by Deutsche Bank in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), they accept legal responsibility to such person for its contents.

**Taiwan**: Information on securities/investments that trade in Taiwan is for your reference only. Readers should independently evaluate investment risks and are solely responsible for their investment decisions. Deutsche Bank research may not be distributed to the Taiwan public media or quoted or used by the Taiwan public media without written consent. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation to trade in such securities/instruments. Deutsche Securities Asia Limited, Taipei Branch may not execute transactions for clients in these securities/instruments.

**Qatar**: Deutsche Bank AG in the Qatar Financial Centre (registered no. 00032) is regulated by the Qatar Financial Centre Regulatory Authority. Deutsche Bank AG - QFC Branch may undertake only the financial services activities that fall within the scope of its existing QFCRA license. Its principal place of business in the QFC: Qatar Financial Centre, Tower, West Bay, Level 5, PO Box 14928, Doha, Qatar. This information has been distributed by Deutsche Bank AG. Related financial products or services are only available only to Business Customers, as defined by the Qatar Financial Centre Regulatory Authority.

**Russia**: The information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

**Kingdom of Saudi Arabia**: Deutsche Securities Saudi Arabia LLC Company (registered no. 07073-37) is regulated by the Capital Market Authority. Deutsche Securities Saudi Arabia may undertake only the financial services activities that fall within the scope of its existing CMA license. Its principal place of business in Saudi Arabia: King Fahad Road, Al Olaya District, P.O. Box 301809, Faisaliah Tower - 17th Floor, 11372 Riyadh, Saudi Arabia.

**United Arab Emirates**: Deutsche Bank AG in the Dubai International Financial Centre (registered no. 00045) is regulated by the Dubai Financial Services Authority. Deutsche Bank AG - DIFC Branch may only undertake the financial services activities that fall within the scope of its existing DFSA license. Principal place of business in the DIFC: Dubai International Financial Centre, The Gate Village, Building 5, PO Box 504902, Dubai, U.A.E. This information has been distributed by Deutsche Bank AG. Related financial products or services are available only to Professional Clients, as defined by the Dubai Financial Services Authority.

**Australia and New Zealand**: This research is intended only for "wholesale clients" within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act, respectively. Please refer to Australia-specific research disclosures and related information at https://australia.db.com/australia/content/research-information.html Where research refers to any particular financial product recipients of the research should consider any product disclosure statement, prospectus or other applicable disclosure document before making any decision about whether to acquire the product. In preparing this report, the primary analyst or an individual who assisted in the preparation of this report has likely been in contact with the company that is the subject of this research for confirmation/clarification of data, facts, statements, permission to use company-sourced material in the report, and/or site-visit attendance. Without prior approval from Research Management, analysts may not accept from current or potential Banking clients the costs of travel, accommodations, or other expenses incurred by analysts attending site visits, conferences, social events, and the like. Similarly, without prior approval from Research Management and Anti-Bribery and Corruption ("ABC") team, analysts may not accept perks or other items of value for their personal use from issuers they cover.

Deutsche Bank Securities Inc.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.

25 September 2018

Tobacco

Global Tobacco



Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published without Deutsche Bank's prior written consent. Copyright © 2018 Deutsche Bank AG

Deutsche Bank Securities Inc.

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.



### David Folkerts-Landau
Group Chief Economist and Global Head of Research

| | | |
|---|---|---|
| **Pam Finelli**<br>Global Chief Operating Officer<br>Research | **Michael Spencer**<br>Head of APAC Research<br>Global Head of Economics | **Steve Pollard**<br>Head of Americas Research<br>Global Head of Equity Research |
| **Anthony Klarman**<br>Global Head of<br>Debt Research | **Kinner Lakhani**<br>Head of EMEA<br>Equity Research | **Dave Clark**<br>Head of APAC<br>Equity Research |

**Andreas Neubauer**
Head of Research - Germany

**Spyros Mesomeris**
Global Head of Quantitative
and QIS Research

## International Production Locations

**Deutsche Bank AG**
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

**Deutsche Bank AG**
Mainzer Landstrasse 11-17
60329 Frankfurt am Main
Germany
Tel: (49) 69 910 00

**Deutsche Bank AG**
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

**Deutsche Securities Inc.**
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6770

**Deutsche Bank AG London**
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500

Provided for the exclusive use of Mac Livingston at Altria on 11-Oct-2018 04:09 PM.