# EXHIBIT 48



# ALTRIA REPORTS 2019 FIRST-QUARTER RESULTS; REAFFIRMS 2019 FULL-YEAR EARNINGS GUIDANCE

RICHMOND, Va. - April 25, 2019 - Altria Group, Inc. (Altria) (NYSE: MO) today announces its 2019 first-quarter business results and reaffirms its guidance for 2019 full-year adjusted diluted earnings per share (EPS).

"After taking steps to position Altria for long-term success at the end of 2018, we entered 2019 with an evolved business platform that includes our strong core tobacco businesses and new strategic investments with tremendous potential for growth," said Howard Willard, Altria's Chairman and Chief Executive Officer.  "We believe we've made significant progress in the first quarter on key initiatives to realize the potential of our evolved business platform."

"As expected, Altria's first quarter adjusted diluted EPS declined in the mid-single digit range as we incurred higher interest expense as a result of our recently issued debt, without the full benefit of savings from our cost reduction program, which began to ramp up at the end of the quarter.  We continue to expect full-year adjusted diluted EPS growth of 4% to 7%."

As previously announced, a conference call with the investment community and news media will be webcast on April 25, 2019 at 9:00 a.m. Eastern Time.  Access to the webcast is available at www.altria.com/webcasts and via the Altria Investor app.

## Altria Headline Financials[1]

| ($ in millions, except per share data) | Q1 2019 | Change vs. Q1 2018 |
|---|---|---|
| Net revenues | $5,628 | (7.9)% |
| Revenues net of excise taxes | $4,389 | (6.0)% |
| | | |
| Reported tax rate | 26.1% | 2.9 pp |
| Adjusted tax rate | 24.0% | 0.8 pp |
| | | |
| Reported diluted EPS | $0.60 | (40.0)% |
| Adjusted diluted EPS | $0.90 | (5.3)% |

[1] *"Adjusted" financial measures presented in this release exclude the impact of special items.  See "Basis of Presentation" for more information.*

## Cash Returns to Shareholders

***Dividends:***

- Altria's current annualized dividend rate is $3.20 per share, representing an annualized dividend yield of 5.9% as of April 22, 2019.
- Altria paid $1.5 billion in dividends in the first quarter.
- Altria expects to maintain a dividend payout ratio target of approximately 80% of adjusted diluted EPS.  Future dividend payments remain subject to the discretion of Altria's Board of Directors (Board).

6601 West Broad Street, Richmond VA 23230

## Forward-Looking and Cautionary Statements

This release contains projections of future results and other forward-looking statements that involve a number of risks and uncertainties and are made pursuant to the Safe Harbor Provisions of the Private Securities Litigation Reform Act of 1995.

Important factors that may cause actual results and outcomes to differ materially from those contained in the projections and forward-looking statements included in this release are described in Altria's publicly filed reports, including its Annual Report on Form 10-K for the year ended December 31, 2018.  These factors include the following: significant competition; changes in adult consumer preferences and demand for Altria's operating companies' products; fluctuations in raw material availability, quality and price; reliance on key facilities and suppliers; reliance on critical information systems, many of which are managed by third-party service providers; fluctuations in levels of customer inventories; the effects of global, national and local economic and market conditions; changes to income tax laws; federal, state and local legislative activity, including actual and potential federal and state excise tax increases; increasing marketing and regulatory restrictions; the effects of price increases related to excise tax increases and concluded tobacco litigation settlements, consumption rates and consumer preferences within price segments; health concerns relating to the use of tobacco products and exposure to environmental tobacco smoke; privately imposed smoking restrictions; and, from time to time, governmental investigations.

Furthermore, the results of Altria's tobacco businesses are dependent upon their continued ability to promote brand equity successfully; to anticipate and respond to evolving adult consumer preferences; to develop, manufacture, market and distribute products that appeal to adult tobacco consumers (including, where appropriate, through arrangements with, and investments in, third parties); to improve productivity; and to protect or enhance margins through cost savings and price increases.

Altria and its tobacco businesses are also subject to federal, state and local government regulation, including by the FDA. Altria and its subsidiaries continue to be subject to litigation, including risks associated with adverse jury and judicial determinations, courts reaching conclusions at variance with the companies' understanding of applicable law, bonding requirements in the limited number of jurisdictions that do not limit the dollar amount of appeal bonds and certain challenges to bond cap statutes.

In addition, the factors related to Altria's investment in AB InBev include the following: the risk that Altria's equity securities in AB InBev are subject to restrictions on transfer until October 10, 2021; the risk that Altria's reported earnings from and carrying value of its equity investment in AB InBev and the dividends paid by AB InBev on shares owned by Altria may be adversely affected by unfavorable foreign currency exchange rates and other factors, including the risks encountered by AB InBev in its business; the risk that the tax treatment of Altria's transaction consideration from the AB InBev/SABMiller business combination and the accounting treatment of its equity investment are not guaranteed; and the risk that the tax treatment of Altria's investment in AB InBev may not be as favorable as Altria anticipates.

The factors related to Altria's investment in JUUL include the following: the possibility that regulatory approvals required for the conversion of the shares into voting shares may not be obtained in a timely manner, if at all; and that such approvals may be subject to unanticipated conditions; the possibility that the expected benefits of the transaction may not materialize in the expected manner or timeframe, if at all; the potential inaccuracy of the financial projections (including projections relating to JUUL's domestic growth and international expansion); prevailing economic, market, regulatory or business conditions, or changes in such conditions, negatively affecting the parties; the risk of a downgrade in Altria's credit ratings; risks that the transaction disrupts JUUL's current plans and operations; the fact that Altria's reported earnings, financial position and expected use of equity accounting and any future dividends paid by JUUL on shares owned by Altria may be adversely affected by tax and other factors, including the risks encountered (including regulatory and litigation risks) and decisions made by JUUL in its business; risks related to the investment disrupting Altria, JUUL or their respective management; and risks relating to the effect of the transaction on JUUL's ability to retain and hire key personnel or on its relationships with customers, suppliers and other third parties.

The factors related to Altria's investment in Cronos include the following: the possibility that the expected benefits of the transaction may not materialize in the expected manner or timeframe, if at all; the potential inaccuracy of the

financial projections; prevailing economic, market, or business conditions negatively affecting the parties; risks that the transaction disrupts Cronos's current plans and operations; the fact that Altria's reported earnings and financial position and any dividends paid by Cronos on shares owned by Altria may be adversely affected by unfavorable foreign currency exchange rates, tax and other factors, including the risks encountered by Cronos in its business; risks related to the disruption of the transaction to Altria, Cronos and their respective management; and risks relating to the effect of the transaction on Cronos's ability to retain and hire key personnel and maintain relationships with customers, suppliers and other third parties.

Altria cautions that the foregoing list of important factors is not complete and does not undertake to update any forward-looking statements that it may make except as required by applicable law. All subsequent written and oral forward-looking statements attributable to Altria or any person acting on its behalf are expressly qualified in their entirety by the cautionary statements referenced above.

Source: Altria Group, Inc.

| Altria Client Services | Altria Client Services |
|---|---|
| Investor Relations | Media Relations |
| 804-484-8222 | 804-484-8897 |

11