# EXHIBIT 49

# E-vapor Product Appeal Among Tobacco Users and Non-users and the Role of Flavor in Tobacco Harm Reduction

Jessica Parker Zdinak, Ph.D.
September 18, 2018
72nd Tobacco Science Research Conference



# Tobacco Harm Reduction at Altria

**Continuum of Risk**

**Combusted Tobacco Products**          **Non-combusted Tobacco Products**

MOST
HARMFUL

LEAST
HARMFUL



July 28, 2017: Protecting American Families: Comprehensive Approach to Nicotine and Tobacco
https://www.fda.gov/NewsEvents/Speeches/ucm569024.htm

# Harm Reduction Opportunities

**~5 MM**
**Adult Smokeless Consumers**

**~40 MM**
**Adult Cigarette Smokers**

**~10 MM**
**Adult E-Vapor Consumers**

*Source: 18+ATCT 12MM ending December 2017
Numbers may not foot due to rounding



# Tobacco Harm Reduction Product Platforms

| E-Vapor | Oral Tobacco/ Nicotine Products | Heated Tobacco Products |
|---|---|---|
|  |  |  |



# MarkTen® E-Vapor Products Portfolio













# Role of Flavors in Tobacco Harm Reduction

Before Product Trial

→ Appeal = Perceptions and Behavioral Intentions (PBI) Study

After Trial and Use

→ Switching behaviors = Actual Use Study

Impact on Non-Users

→ Unintended consequences = PBI study



# The Role of Appeal in Flavor Selection Before Trial

**Research Question:**
What role, if any, do flavor options play in appeal of
ENDS products among tobacco users and non-users?

❑ We conducted a quasi-experimental online survey (perceptions and behavioral intentions study) with 4,210 adult tobacco users and non-users

❑ We assessed product appeal of 14 flavor varieties and characterized use intentions among non-users who selected a MarkTen® (M10) e-vapor use product as appealing



# Perceptions and Behavioral Intentions Study: Methodology

- **Quantitative, online study (02/23/17 – 04/24/17)**

- **4,210 adult users and nonusers**
  1. Cigarette Smokers (planning to quit; n=841)
  2. Cigarette Smokers (not planning to quit; n=847)
  3. E-vapor Users (n=841)
     - Dual Users (smoke cigarettes and use e-vapor/e-cigarettes; n=622) & Exclusive e-vapor users (n=219)
     - Closed system users (n=260) & Open system users (n=337)
     - Users of both closed and open systems (n=244)
  4. Former tobacco users (n=841)
  5. Never tobacco users (n=840)

- **Special Population: Legal Age to 24 year olds**
  - Users (includes Cigarette Smokers and E-vapor Users; n=843)
  - Non-Users (includes Former and Never Users; n=838)



# Perceptions and Behavioral Intentions Study: Design

**RESPONDENT SAMPLE**
**(Current, Former, and Never Tobacco Users)**

**SCREENER**
**(Intentions to quit smoking & tobacco, intentions to use cigarettes & other nicotine products)**

**PRE-TEST**
**(Intentions to try, use, dual use, switch; Risk perceptions)**

**Random Assignment Quota-Filled**

**PROMOTIONAL MATERIALS:**
**FULL EXPOSURE**
**(Digital video spot, print materials, picture of lineup of EV products)**

**PROMOTIONAL MATERIALS:**
**REDUCED EXPOSURE**
**(Picture of lineup of EV products)**

**POST-TEST**
**(Intentions to try, use, dual use, switch; Risk perceptions; Appeal assessment)**

**SURVEY EXIT QUESTIONS AND DEBRIEF**
**(Demographic and psychographic questions, and debrief)**



# Flavor Portfolio Maximizes Appeal of MarkTen® Products Among Adult Smokers and Vapers

| Which of the following products are most appealing to you? (select up to 3) | Adult smokers planning to quit (N = 415) | Adult smokers NOT planning to quit (N = 423) | E-vapor users (N = 426) |
|---|---|---|---|
| Smooth Menthol | 16% | 13% | 18% |
| Bold Menthol | 14% | 16% | 17% |
| Smooth Classic | 13% | 15% | 15% |
| Smooth Cream | 12% | 10% | 19% |
| Menthol | 12% | 14% | 14% |
| Classic | 11% | 12% | 13% |
| Oasis | 11% | 11% | 23% |
| Winter Mint | 11% | 12% | 20% |
| Fusion | 11% | 10% | 19% |
| Classic | 10% | 13% | 16% |
| Blend | 9% | 11% | 14% |
| Mardi Gras | 9% | 8% | 14% |
| Harvest Blend | 7% | 5% | 6% |
| Vineyard Blend | 6% | 4% | 12% |
| None | 29% | 26% | 9% |

No statistical significance testing
Not all participants rated a product as appealing



Source: Perceptions and Behavioral Intentions Study for Products Currently Marketed as MarkTen® E-vapor  (ALCS-CMI-16-13-EV)



# Adult Non-tobacco Users Do Not Find MarkTen® Flavors Appealing

Which of the following products are most appealing to you? (select up to 3)

| | Former users (N = 417) | Never users (N = 425) | LA-24 Non-users (N = 410) |
|---|---|---|---|
| Smooth Menthol | 8% | 5% | 5% |
| Bold Menthol | 5% | 2% | 3% |
| Smooth Classic | 5% | 2% | 4% |
| Smooth Cream | 6% | 7% | 7% |
| Menthol | 5% | 2% | 3% |
| Classic | 4% | 2% | 2% |
| Oasis | 8% | 3% | 8% |
| Winter Mint | 4% | 3% | 7% |
| Fusion | 7% | 4% | 7% |
| Classic | 4% | 1% | 2% |
| Blend | 6% | 2% | 3% |
| Mardi Gras | 5% | 4% | 3% |
| Harvest Blend | 3% | 3% | 3% |
| Vineyard Blend | 5% | 1% | 3% |
| None | 63% | 81% | 73% |

No statistical significance testing
Not all participants rated a product as appealing

Source: Perceptions and Behavioral Intentions Study for Products Currently Marketed as MarkTen® E-vapor  (ALCS-CMI-16-13-EV)


Altria

# No Impact of Appeal on Intentions to Use





\* Indicates a stat. sig. diff. between pre and post



# ENDS Flavors Play a Critical Role in Harm Reduction

**Research Question:**
What role, if any, do flavor options play in switching behavior associated with ENDS?

❑ We conducted an 8-week, 2-phase, actual use study with 614 adult cigarette smokers not planning to quit

❑ We characterized MarkTen® (M10) e-vapor use behavior and its influence on other tobacco use behavior

❑ We examined the potential role of flavor variety (14 flavors) on behavioral outcomes



# Actual Use Study: Sample Disposition & Methods

Screening N = 2,065

2,027 Enrolled: 2-week Trial

441 Lost to Follow-up

406 Product-Related

78 Time Commitment

1,102: 6-week Trial

377 Noncompliant

8 Outliers

Final Per Protocol 721

614 Smokers

**Adult Cigarette Smokers = 344**
**Adult Dual E-Vapor/Cigarette Users = 270**
Exclusive E-Vapor Users= 107 (not reported here)

Lost to follow up: Did not return, even after re-contact
Product-related: Did not use during trial or did not score $\geq$ 4 on intentions to use
Noncompliant: Missed 5 or more daily surveys in a row or missed > 2 Day 7 surveys


Altria

# Actual Use Study: Overview

## Study Overview

Recruitment (Tobacco Users, LA+) → Screening → 2-Week Trial Period (1 variety per day, Daily Diary) → Post-Trial Visit → 6-Weeks Extended Use (Weekly site visits, Free-choice of product, Daily Entries) → Study End Survey

- ≥ 3 Intentions to Try
- No plans to quit smoking in next 3 months

≥ 4 Intentions to Use



# 14 Flavors Were Needed to Meet Preferences* During Trial

## Total Unduplicated Reach and Frequency Analysis (TURF)
### Top Liking Rating (7-point) during Phase 1



*based on highest rating of liking

**Unduplicated Coverage**

# Participants that Switched Completely Used More Flavors

## Number of Flavors Used by Behavioral Outcome

**Smoked Same # Cigarettes**

N = 61



**Decreased[a] Cigarettes**

N = 257



**Switched[b] from Cigarettes to MarkTen**

N = 208



- 1 variety
- 2
- 3
- 4
- 5
- 6
- 7 or more

|  | Same | Decrease | Switched |
|---|---|---|---|
| Mean #Varieties | 5.48 | 5.92 | 6.42 |
| S.D. | 2.62 | 2.97 | 3.07 |

a: Decreased by 20% or greater by week 6 (Phase 2)
b: No cigarettes during week 6 (Phase 2) and still using MarkTen®



# Overall Conclusions

- ENDS products present an opportunity to reduce the harm from cigarette smoking

  - ❑ Flavor portfolio maximizes appeal of MarkTen® products among adult smokers and vapers

  - ❑ Adult non-users do not find MarkTen® flavors appealing

  - ❑ A wide variety of flavor options is necessary to capture all adult smokers' preferences

  - ❑ Access to a variety of flavor options appears to play a role in adult cigarette smokers' switching behavior and smoking reduction



