IN THE UNITED STATES DISRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

GABBY KLEIN, *et al.*,
        Plaintiffs,

v.                                     Civil No. 3:20cv75 (DJN)

ALTRIA GROUP, INC. *et al.*,
        Defendants.

## ORDER
### (Denying Motions to Dismiss)

This matter comes before the Court on the Motions to Dismiss (ECF Nos. 117, 119, 121, 123) filed by the Defendants in this case. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Altria Defendants' Motion to Dismiss (ECF No. 117) is hereby DENIED;

2. The Motion to Dismiss of Defendants JUUL Labs, Inc., Adam Bowen, and Kevin Burns (ECF No. 119) is hereby DENIED;

3. Defendant James Monsees' Joinder and Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 121) is hereby DENIED; and,

4. Defendant K.C. Crosthwaite's Motion to Dismiss the Corrected Consolidated Class Action Complaint (ECF No. 123) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to Plaintiffs' claims against Crosthwaite brought under Securities Exchange Commission Rule 10b-

5(b).  The Motion is DENIED with respect to all other claims that Plaintiffs bring against Crosthwaite.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Dated:  March 12, 2021

2