IN THE UNITED STATES DISRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

GABBY KLEIN, *et al.*,
          Plaintiffs,

v.                                          Civil No. 3:20cv75 (DJN)

ALTRIA GROUP, INC. *et al.*,
          Defendants.

## ORDER
### (Granting Motion for Extension)

This matter comes before the Court on Defendants' Unopposed Motion to Extend

Deadline for Defendants to File Answers (ECF No. 141), moving for an extension of twenty-one

(21) days in which to file answers to Lead Plaintiffs' Corrected Consolidated Class Action

Complaint. Because the parties are in agreement, and the Court finds good cause, Defendants'

Motion (ECF No. 141) is hereby GRANTED. Defendants shall have until April 16, 2021, to file

their answers to the Corrected Consolidated Class Action Complaint.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: March 19, 2021