UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GABBY KLEIN, DONALD SHERBONDY, SARAH SHERBONDY and CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALTRIA GROUP, INC., HOWARD A. WILLARD III, WILLIAM F. GIFFORD, JR., JUUL LABS, INC., ADAM BOWEN, JAMES MONSEES, KEVIN BURNS, and K.C. CROSTHWAITE,<br><br>Defendants. | Case No. 3:20-cv-00075-DJN<br><br><br>ALTRIA DEFENDANTS' ANSWER TO PLAINTIFFS' CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT |

Defendants Altria Group, Inc. ("Altria" or the "Company"), Howard A. Willard III, and

William F. Gifford, Jr. (collectively, the "Altria defendants") hereby answer the Corrected

Consolidated Class Action Complaint filed by Plaintiffs Donald Sherbondy, Sarah Sherbondy,

and the Construction Laborers Pension Trust of Greater St. Louis (the "Complaint," Dkt. No.

108).

## RESPONSE TO SPECIFIC ALLEGATIONS

All allegations not expressly admitted herein are denied. The Altria defendants do not

interpret the table of contents, headings, subheadings, photographs, or charts throughout the

Complaint to be well-pleaded allegations to which any response is required. To the extent such a

response is required, the Altria defendants deny all allegations in the table of contents, headings,

subheadings, photographs, or charts of the Complaint. Use of certain terms or phrases defined in

the Complaint is not an admission of any characterization Plaintiffs may ascribe to the defined terms.  Unless otherwise defined, capitalized terms shall refer to the capitalized terms defined in the Complaint, but any such use is not an acknowledgment or admission of any characterization Plaintiffs may ascribe to the capitalized terms.

The Altria defendants do not concede the truthfulness of third-party articles and news sources quoted or referenced in the Complaint.  To the extent a response is required, the Altria defendants deny all allegations of the third-party articles and news sources quoted in or referenced in the Complaint.  To the extent any allegations are directed toward any party other than the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.  The Altria defendants answer the allegations on behalf of themselves and disclaim any use of terms such as "Big Tobacco."

Incorporating the foregoing, defendants respond to the specific allegations of the Complaint in like-numbered paragraphs as follows:

1.      Paragraph 1 sets forth characterizations of Plaintiffs' claims to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 1 and deny any and all liability.

2.      Paragraph 2 sets forth characterizations of Plaintiffs' claims to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 2 and deny any and all liability.

3.      Paragraph 3 sets forth characterizations of Plaintiffs' claims to which no response is required.  To the extent a response is required, the Altria defendants deny that Willard currently serves as Altria's CEO and that Gifford currently serves as Altria's CFO.  Moreover,

the Altria defendants deny that Monsees has, at any time, served as Altria's Chief Product Officer. The Altria defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations regarding the status or titles of JLI's employees and executives and, therefore, deny them on that basis. The Altria defendants admit the remaining allegations of Paragraph 3.

4. The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the bases of Plaintiffs' allegations or Plaintiffs' counsel's purported investigation and, therefore, deny those allegations on that basis. The Altria defendants deny the remaining allegations of Paragraph 4.

5. Paragraph 5 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 5 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 5 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

6. The allegations of Paragraph 6 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants

3

lack knowledge or information sufficient to form a belief regarding the truth of the allegations and, therefore, deny them on that basis.

7.    The Altria defendants admit that cigarette smoking causes lung cancer and other serious diseases in smokers.  The Altria defendants further admit that nicotine is addictive and that nicotine in cigarette smoke and e-vapor is addictive.  The Altria defendants state that nicotine plays an important role in cigarette smoking, but the Altria defendants do not believe that nicotine in cigarette smoke is the sole determinant of smoking behavior and state that the decision to smoke is based on reasons that vary from individual to individual and involve factors other than nicotine.  The Altria defendants deny the remaining allegations of Paragraph 7 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 7 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

8.    The allegations of Paragraph 8 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants state that the Altria defendants do not direct, and have never directed, cigarette advertising or marketing to persons under the legal age for purchasing cigarettes in the United States.  The Altria defendants deny the remaining allegations of Paragraph 8 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 8 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

9.    The Altria defendants deny the allegations of Paragraph 9 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 9 are not

directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

10.     To the extent the allegations of Paragraph 10 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 10.  To the extent the allegations of Paragraph 10 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

11.     The Altria defendants deny the allegations of Paragraph 11 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 11 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

12.     To the extent the allegations of Paragraph 12 are directed toward the Altria defendants, Paragraph 12 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 12 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 12 are not directed toward the Altria

5

defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

13.     The Altria defendants deny the allegations of Paragraph 13 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 13 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

14.     To the extent the allegations of Paragraph 14 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 14.  To the extent the allegations of Paragraph 14 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

15.     To the extent the allegations of Paragraph 15 are directed toward the Altria defendants, Paragraph 15 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 15 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 15 are not directed toward the Altria

defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

16.    To the extent the allegations of Paragraph 16 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 16.  To the extent the allegations of Paragraph 16 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

17.     To the extent the allegations of Paragraph 17 are directed toward the Altria defendants, Paragraph 17 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 17 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 17 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

18.    Paragraph 18 sets forth a legal conclusion to which no response is required.

19.    Paragraph 19 sets forth a legal conclusion to which no response is required.

20.    Paragraph 20 sets forth a legal conclusion to which no response is required.

21.    Paragraph 21 sets forth a legal conclusion to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 21.

22.    Paragraph 22 sets forth legal conclusions and characterizations of Plaintiffs' claims to which no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiffs' purchase or acquisition of Altria securities and, therefore, deny those allegations on that basis.  The Atria defendants deny the remaining allegations of Paragraph 22.

23.    The Altria defendants admit the allegations in the first sentence of Paragraph 23. As to the second sentence of Paragraph 23, the Altria defendants admit that Altria trades on the New York Stock Exchange ("NYSE") under the ticker symbol "MO," but the sentence otherwise sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations.

24.    The Altria defendants deny the allegations of Paragraph 24, but admit that Willard served as Altria's Chairman and CEO from May 2018 through April 2020.

25.    The Altria defendants deny the allegations of Paragraph 25, but admit that Gifford, who is currently Altria's CEO, served as Altria's Vice Chairman and Chief Financial Officer from June 2018 through April 2020.

26.    The allegations of Paragraph 26 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants admit that JLI is a Delaware corporation but deny that its principal place of business is San Francisco, California.

8

27.    The allegations of Paragraph 27 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants admit Bowen is a co-founder of JLI, but otherwise lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 27 and, therefore, deny them on that basis.

28.    The allegations of Paragraph 28 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants admit that Monsees is a co-founder of JLI, but otherwise lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 28 and, therefore, deny them on that basis.

29.    The allegations of Paragraph 29 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants admit that Burns was the Chief Executive Officer of JLI but otherwise lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 29 and, therefore, deny them on that basis.

30.    The Altria defendants admit that Crosthwaite is the Chief Executive Officer of JLI and that Crosthwaite previously served as an observer on JLI's board of directors after Altria's investment in JLI but otherwise lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 30 and, therefore, deny them on that basis.

31.    Paragraph 31 contains characterizations of Plaintiffs' claims to which no response is required.

32.    Paragraph 32 contains characterizations of Plaintiffs' claims to which no response is required.

33.    Paragraph 33 sets forth legal conclusions and characterizations of Plaintiffs' claims to which no response is required. To the extent a response is required, the Altria defendants deny the allegations of Paragraph 33.

34.    Paragraph 34 sets forth legal conclusions and characterizations of Plaintiffs' claims to which no response is required. Furthermore, the allegations of Paragraph 34 are not directed toward the Altria defendants. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 34 and, therefore, deny them on that basis.

35.    The Altria defendants admit that Altria is headquartered in Richmond, Virginia and that it sells cigarettes, smokeless products, and wine in the United States through its subsidiaries. The Altria defendants deny the remaining allegations of Paragraph 35.

36.    The Altria defendants admit that Altria's subsidiaries offer the products noted in Paragraph 36 and that Altria's subsidiaries sell tobacco products to wholesalers, large retail organizations, and the armed services. The Altria defendants deny the remaining allegations of Paragraph 36.

37.    The allegations of Paragraph 37 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 37 and, therefore, deny them on that basis.

38.    The allegations of Paragraph 38 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 38 and, therefore, deny them on that basis.

39.     The allegations of Paragraph 39 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 39 and, therefore, deny them on that basis.

40.     The allegations of Paragraph 40 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 40 and, therefore, deny them on that basis.

41.     To the extent the allegations of Paragraph 41 are directed toward the Altria defendants, the Altria defendants admit that, like practically all other consumer product manufacturers, Altria has lawfully advertised and continues to lawfully advertise in order to promote the sale of cigarettes to existing smokers of legal age for purchasing cigarettes.  The Altria defendants further admit that Altria has used the printed media, billboards, and other media in its advertising and marketing of Altria's cigarette brands.  The Altria defendants deny that Altria has used television or radio advertising to advertise Altria's cigarette brands since 1971.  The Altria defendants further deny that Altria currently uses billboard advertising and state that Altria has not used billboard advertising to advertise Altria's cigarette brands since 1999.  The Altria defendants deny the remaining allegations of Paragraph 41 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 41 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

11

42. The Altria defendants deny the allegations of Paragraph 42 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 42 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

43. Paragraph 43 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 43 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 43 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

44. Paragraph 44 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 44 to the extent

they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 44 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

45.     Paragraph 45 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 45 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 45 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

46.     To the extent the allegations of Paragraph 46 are directed toward the Altria defendants, the Altria defendants state that the allegations appear to selectively quote and/or paraphrase an opinion issued by the United States District Court for the District of Columbia on August 17, 2006, in *United States* v. *Philip Morris USA Inc.*, 449 F. Supp. 2d 1 (D.D.C. 2006), *aff'd in part, vacated in part*, 566 F.3d 1095 (D.C. Cir. 2009).  The Altria defendants deny that the *United States* v. *Philip Morris USA Inc.* opinion is quoted and/or paraphrased in context or in its entirety, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the opinion.  The Altria defendants state that the opinion speaks for itself.  The *United States* v.

13

*Philip Morris USA Inc.* litigation was a separate action unrelated to this case that involved facts, alleged injuries, and legal claims and theories different from those alleged by Plaintiffs in this action. Therefore, the Altria defendants further deny that the opinion has any legal significance to Plaintiffs' claims or ability to seek relief or recover damages from the Altria defendants. The Altria defendants deny the remaining allegations of Paragraph 46 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 46 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, deny them on that basis.

47.    To the extent the allegations of Paragraph 47 are directed toward the Altria defendants, the Altria defendants state that the allegations appear to selectively quote and/or paraphrase an opinion issued by the United States District Court for the District of Columbia on August 17, 2006, in *United States* v. *Philip Morris USA Inc.*, 449 F. Supp. 2d 1 (D.D.C. 2006), *aff'd in part, vacated in part*, 566 F.3d 1095 (D.C. Cir. 2009). The Altria defendants deny that the *United States* v. *Philip Morris USA Inc.* opinion is quoted and/or paraphrased in context or in its entirety, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the opinion. The Altria defendants state that the opinion speaks for itself. The *United States* v. *Philip Morris USA Inc.* litigation was a separate action unrelated to this case that involved facts, alleged injuries, and legal claims and theories different from those alleged by Plaintiffs in this action. Therefore, the Altria defendants further deny that the opinion has any legal significance to Plaintiffs' claims or ability to seek relief or recover damages from the Altria defendants. The Altria defendants deny the remaining allegations of Paragraph 47 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 47 are not directed

toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, deny them on that basis.

48.    To the extent the allegations of Paragraph 48 are directed toward the Altria defendants, the Altria defendants state that the allegations appear to selectively quote and/or paraphrase an opinion issued by the United States District Court for the District of Columbia on August 17, 2006, in *United States* v. *Philip Morris USA Inc.*, 449 F. Supp. 2d 1 (D.D.C. 2006), *aff'd in part, vacated in part*, 566 F.3d 1095 (D.C. Cir. 2009).  The Altria defendants deny that the *United States* v. *Philip Morris USA Inc.* opinion is quoted and/or paraphrased in context or in its entirety, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the opinion.  The Altria defendants state that the opinion speaks for itself.  The *United States* v. *Philip Morris USA Inc.* litigation was a separate action unrelated to this case that involved facts, alleged injuries, and legal claims and theories different from those alleged by Plaintiffs in this action.  Therefore, the Altria defendants further deny that the opinion has any legal significance to Plaintiffs' claims or ability to seek relief or recover damages from the Altria defendants.  The Altria defendants deny the remaining allegations of Paragraph 48 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 48 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, deny them on that basis.

49.    To the extent the allegations of Paragraph 49 are directed toward the Altria defendants, the Altria defendants state that the allegations appear to selectively quote and/or paraphrase an opinion issued by the United States District Court for the District of Columbia on August 17, 2006, in *United States* v. *Philip Morris USA Inc.*, 449 F. Supp. 2d 1 (D.D.C. 2006), *aff'd in part, vacated in part*, 566 F.3d 1095 (D.C. Cir. 2009).  The Altria defendants deny that

the *United States* v. *Philip Morris USA Inc.* opinion is quoted and/or paraphrased in context or in its entirety, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the opinion. The Altria defendants state that the opinion speaks for itself. The *United States* v. *Philip Morris USA Inc.* litigation was a separate action unrelated to this case that involved facts, alleged injuries, and legal claims and theories different from those alleged by Plaintiffs in this action. Therefore, the Altria defendants further deny that the opinion has any legal significance to Plaintiffs' claims or ability to seek relief or recover damages from the Altria defendants. The Altria defendants deny the remaining allegations of Paragraph 49 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 49 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, deny them on that basis.

50.     To the extent the allegations of Paragraph 50 are directed toward the Altria defendants, the Altria defendants state that the allegations appear to selectively quote and/or paraphrase an opinion issued by the United States District Court for the District of Columbia on August 17, 2006, in *United States* v. *Philip Morris USA Inc.*, 449 F. Supp. 2d 1 (D.D.C. 2006), *aff'd in part, vacated in part*, 566 F.3d 1095 (D.C. Cir. 2009). The Altria defendants deny that the *United States* v. *Philip Morris USA Inc.* opinion is quoted and/or paraphrased in context or in its entirety, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the opinion. The Altria defendants state that the opinion speaks for itself. The *United States* v. *Philip Morris USA Inc.* litigation was a separate action unrelated to this case that involved facts, alleged injuries, and legal claims and theories different from those alleged by Plaintiffs in this action. Therefore, the Altria defendants further deny that the opinion has any legal significance to Plaintiffs' claims or ability to seek relief or recover damages from the Altria defendants. The

16

Altria defendants deny the remaining allegations of Paragraph 50 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 50 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, deny them on that basis.

51.    To the extent the allegations of Paragraph 51 are directed toward the Altria defendants, the Altria defendants state that the allegations appear to selectively quote and/or paraphrase an opinion issued by the United States District Court for the District of Columbia on August 17, 2006, in *United States* v. *Philip Morris USA Inc.*, 449 F. Supp. 2d 1 (D.D.C. 2006), *aff'd in part, vacated in part*, 566 F.3d 1095 (D.C. Cir. 2009).  The Altria defendants deny that the *United States* v. *Philip Morris USA Inc.* opinion is quoted and/or paraphrased in context or in its entirety, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the opinion.  The Altria defendants state that the opinion speaks for itself.  The *United States* v. *Philip Morris USA Inc.* litigation was a separate action unrelated to this case that involved facts, alleged injuries, and legal claims and theories different from those alleged by Plaintiffs in this action.  Therefore, the Altria defendants further deny that the opinion has any legal significance to Plaintiffs' claims or ability to seek relief or recover damages from the Altria defendants.  The Altria defendants deny the remaining allegations of Paragraph 51 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 51 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, deny them on that basis.

52.    To the extent the allegations of Paragraph 52 are directed toward the Altria defendants, the Altria defendants state that the allegations appear to selectively quote and/or paraphrase an opinion issued by the United States District Court for the District of Columbia on

17

August 17, 2006, in *United States* v. *Philip Morris USA Inc.*, 449 F. Supp. 2d 1 (D.D.C. 2006), *aff'd in part, vacated in part*, 566 F.3d 1095 (D.C. Cir. 2009). The Altria defendants deny that the *United States* v. *Philip Morris USA Inc.* opinion is quoted and/or paraphrased in context or in its entirety, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the opinion. The Altria defendants state that the opinion speaks for itself. The *United States* v. *Philip Morris USA Inc.* litigation was a separate action unrelated to this case that involved facts, alleged injuries, and legal claims and theories different from those alleged by Plaintiffs in this action. Therefore, the Altria defendants further deny that the opinion has any legal significance to Plaintiffs' claims or ability to seek relief or recover damages from the Altria defendants. The Altria defendants deny the remaining allegations of Paragraph 52 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 52 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, deny them on that basis.

53.     Paragraph 53 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 53 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 53 are not directed toward the Altria

18

defendants, the Altria defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, deny them on that basis.

54. The Altria defendants admit that nicotine is addictive and that nicotine in cigarette smoke and e-vapor is addictive. The Altria defendants further admit that nicotine is a naturally occurring component of tobacco. The Altria defendants deny the remaining allegations of Paragraph 54.

55. The Altria defendants admit that nicotine is addictive and that nicotine in cigarette smoke and e-vapor is addictive. The Altria defendants deny the remaining allegations of Paragraph 55.

56. Paragraph 56 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 56 and, therefore, deny them on that basis.

57. The Altria defendants admit that nicotine is addictive and that nicotine use can cause increased heart rate, increased blood pressure, dizziness, nausea, and stomach pain. The Altria defendants further admit that certain studies have reported mild neurological changes associated with cigarette smoking or nicotine. Nicotine has effects on the brain and autonomic nervous system through neurons, which are nerve cells that exist throughout the nervous system.

19

These neurons contain receptors, some of which are called cholinergic receptors, which are responsible for inducing the release of dopamine, a brain chemical associated with feelings of pleasure. Research has shown that some cholinergic receptors can be activated by nicotine, causing the release of dopamine. The Altria defendants further state that the psychoactive effects of cigarette smoking and nicotine use are very complex and vary widely among individuals. The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 57 and, therefore, deny them on that basis.

58.     The Altria defendants state that the effects of cigarette smoking and nicotine use are very complex and vary widely among individuals. The Altria defendants otherwise lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 58 and, therefore, deny them on that basis.

59.     The Altria defendants admit that nicotine products are not intended for use by women who are pregnant. The Altria defendants further state that the effects of cigarette smoking and nicotine use are very complex and vary widely among individuals. The Altria defendants otherwise lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 59 and, therefore, deny them on that basis.

60.      Paragraph 60 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants lack knowledge or information sufficient to form a belief

20

regarding the truth of the remaining allegations of Paragraph 60 and, therefore, deny them on that basis.

61. Paragraph 61 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 61 and, therefore, deny them on that basis.

62. Paragraph 62 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 62 and, therefore, deny them on that basis.

63. Paragraph 63 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny

Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 63 and, therefore, deny them on that basis.

64. Paragraph 64 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 64 and, therefore, deny them on that basis.

65. The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 65 and, therefore, deny them on that basis.

66. The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 66 and, therefore, deny them on that basis.

67. Paragraph 67 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs'

22

insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 67 and, therefore, deny them on that basis.

68.    Paragraph 68 sets forth a legal conclusion to which no response is required. To the extent a response is required, Paragraph 68 purports to selectively quote, reference, and/or paraphrase the Family Smoking Prevention and Tobacco Control Act ("Tobacco Control Act"). The Altria defendants state that the Tobacco Control Act speaks for itself.

69.    Paragraph 69 sets forth a legal conclusion to which no response is required. To the extent a response is required, Paragraph 69 purports to selectively quote, reference, and/or paraphrase the Tobacco Control Act. The Altria defendants state that the Tobacco Control Act speaks for itself.

70.    Paragraph 70 sets forth a legal conclusion to which no response is required. To the extent a response is required, Paragraph 70 purports to selectively quote, reference, and/or paraphrase the Deeming Rule. The Altria defendants state that the Deeming rule speaks for itself.

71.    Paragraph 71 sets forth a legal conclusion to which no response is required. To the extent a response is required, Paragraph 71 purports to selectively quote, reference, and/or paraphrase certain state laws. The Altria defendants state that the state laws speak for themselves.

72.    Paragraph 72 sets forth a legal conclusion to which no response is required. To the extent a response is required, Paragraph 72 purports to selectively quote, reference, and/or

paraphrase the Food, Drug, and Cosmetic Act ("FD&C"). The Altria defendants state that the FD&C speaks for itself.

73. Paragraph 73 sets forth a legal conclusion to which no response is required. To the extent a response is required, Paragraph 73 purports to selectively quote, reference, and/or paraphrase the FD&C. The Altria defendants state that the FD&C speaks for itself.

74. Paragraph 74 sets forth a legal conclusion to which no response is required. To the extent a response is required, Paragraph 74 purports to selectively quote, reference, and/or paraphrase certain FDA regulations. The Altria defendants state that the FDA regulations speak for themselves.

75. The allegations of Paragraph 75 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 75 and, therefore, deny them on that basis.

76. The Altria defendants admit that nicotine is addictive and that nicotine in cigarette smoke and e-vapor is addictive. The Altria defendants further admit that nicotine is an alkaloid that occurs naturally in the tobacco plant. The Altria defendants further state that Paragraph 76 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 76 to the extent

24

they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 76 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

77.    Paragraph 77 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 77 and, therefore, deny them on that basis.

78.    Paragraph 78 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 78 and, therefore, deny them on that basis.

79.     The Altria defendants admit that nicotine is addictive and that nicotine in cigarette smoke and e-vapor is addictive.  The Altria defendants state that nicotine plays an important role in cigarette smoking, but the Altria defendants do not believe that nicotine in cigarette smoke is the sole determinant of smoking behavior and state that the decision to smoke is based on reasons that vary from individual to individual and involve factors other than nicotine.  The Altria defendants further admit that certain studies have reported mild neurological changes associated with cigarette smoking or nicotine.  Nicotine has effects on the brain and autonomic nervous system through neurons, which are nerve cells that exist throughout the nervous system. These neurons contain receptors, some of which are called cholinergic receptors, which are responsible for inducing the release of dopamine, a brain chemical associated with feelings of pleasure.  Research has shown that some cholinergic receptors can be activated by nicotine, causing the release of dopamine.  The Altria defendants further state that the psychoactive effects of cigarette smoking and nicotine use are very complex and vary widely among individuals.  The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 79 and, therefore, deny them on that basis.

80.     The Altria defendants admit that nicotine is addictive and that nicotine in cigarette smoke and e-vapor is addictive.  The Altria defendants state that nicotine plays an important role in cigarette smoking, but the Altria defendants do not believe that nicotine in cigarette smoke is the sole determinant of smoking behavior and state that the decision to smoke is based on reasons that vary from individual to individual and involve factors other than nicotine.  The Altria defendants further state that the allegations of Paragraph 80 purport to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics, but deny that the alleged documents, statements, and/or statistics are quoted,

26

referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 80 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 80 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

81. Paragraph 81 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 81 and, therefore, deny them on that basis.

82. Paragraph 82 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or

27

statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 82 and, therefore, deny them on that basis.

83.     The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 83 and, therefore, deny them on that basis.

84.     Paragraph 84 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 84 and, therefore, deny them on that basis.

85.      Paragraph 85 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 85 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 85 are

28

not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

86.     The allegations of Paragraph 86 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 86 and, therefore, deny them on that basis.

87.     The allegations of Paragraph 87 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 87 and, therefore, deny them on that basis.

88.      The allegations of Paragraph 88 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 88 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 88 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 88 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

89. The allegations of Paragraph 89 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 89 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 89 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 89 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

90. The allegations of Paragraph 90 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 90 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 90 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 90 are not directed toward the

Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

91.     The allegations of Paragraph 91 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 91 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 91 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 91 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

92.     The allegations of Paragraph 92 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 92 and, therefore, deny them on that basis.

93.     The allegations of Paragraph 93 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants admit that JLI sells JUUL pods in packs of four or two pods and that it previously sold pods with certain flavors.  The Altria defendants otherwise lack knowledge or information

31

sufficient to form a belief regarding the truth of the allegations of Paragraph 93 and, therefore, deny them on that basis.

94.     The allegations of Paragraph 94 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 94 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 94 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 94 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

95.     The allegations of Paragraph 95 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 95 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 95 to the extent they are directed toward

the Altria defendants.  To the extent the allegations of Paragraph 95 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

96.     The allegations of Paragraph 96 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 96 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 96 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 96 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

97.     The allegations of Paragraph 97 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 96 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents,

33

statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 97 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 97 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

98.     The allegations of Paragraph 98 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants state that they do not direct, and have never directed, cigarette advertising or marketing to persons under the legal age for purchasing cigarettes in the United States. The Altria defendants state that the allegations of Paragraph 98 purport to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements, but deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 98 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 98 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

99.     The Altria defendants admit that e-cigarettes were introduced to the U.S. market in the early to mid-2000s. The Altria defendants lack knowledge or information sufficient to

34

form a belief regarding the truth of the remaining allegations of Paragraph 99 and, therefore, deny them on that basis.

100. Paragraph 100 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 100 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 100 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

101. The allegations of Paragraph 101 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 101 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 101 to the extent they are directed toward the Altria defendants. To the

35

extent the allegations of Paragraph 101 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

102.    The allegations of Paragraph 102 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 102 and, therefore, deny them on that basis.

103.    The allegations of Paragraph 103 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 103 and, therefore, deny them on that basis.

104.    The allegations of Paragraph 104 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 104 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 104 and, therefore, deny them on that basis.

36

105.    The allegations of Paragraph 105 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 105 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 105 and, therefore, deny them on that basis.

106.    Paragraph 106 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 106 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 106 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

107.    The allegations of Paragraph 107 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 107 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 107 and, therefore, deny them on that basis.

108.    The allegations of Paragraph 108 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 108 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 108 to the extent they are directed toward the Altria defendants.  To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 108 and, therefore, deny them on that basis.

109.    The allegations of Paragraph 109 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 109 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 109 to the extent they are directed toward the Altria defendants.  To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 109 and, therefore, deny them on that basis.

110.    The allegations of Paragraph 110 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 110 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 110 to the extent they are directed toward the Altria defendants.  To the

39

extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 110 and, therefore, deny them on that basis.

111. The allegations of Paragraph 111 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 111 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 111 to the extent they are directed toward the Altria defendants. To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 111 and, therefore, deny them on that basis.

112. The allegations of Paragraph 112 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 112 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged

documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 112 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 112 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

113.    The allegations of Paragraph 113 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 113 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 113 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 113 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

114.    The allegations of Paragraph 114 are not directed toward the Altria defendants. Furthermore, Paragraph 114 sets forth legal conclusions to which no response is required.  To the extent a response is required, Paragraph 114 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny

that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. To the extent the remaining allegations of Paragraph 114 are directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis. To the extent the allegations of Paragraph 114 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

115. The allegations of Paragraph 115 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 115 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 115 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 115 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to

form a belief regarding the truth of the allegations of Paragraph 115 and, therefore, deny them on that basis.

116. The allegations of Paragraph 116 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants state that the allegations appear to selectively quote and/or paraphrase a complaint filed in the case, *Breja* v. *JUUL labs, Inc*. The Altria defendants deny that the complaint is quoted and/or paraphrased in context or in its entirety, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the complaint. The Altria defendants state that the complaint speaks for itself. The *Breja* litigation is a separate action that involves facts, alleged injuries, and legal claims and theories that differ from those alleged by Plaintiffs in this action. Therefore, the Altria defendants further deny that the complaint has any legal significance to Plaintiffs' claims or ability to seek relief or recover damages from the Altria defendants. The Altria defendants deny the remaining allegations of Paragraph 116 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 116 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, deny them on that basis.

117. The allegations of Paragraph 117 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 117 and, therefore, deny them on that basis.

118. The allegations of Paragraph 118 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 118

purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 118 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 118 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

119. The allegations of Paragraph 119 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 119 and, therefore, deny them on that basis.

120. The allegations of Paragraph 120 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 120 and, therefore, deny them on that basis.

121. The allegations of Paragraph 121 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants admit that the JUUL device has a small, rectangular shape and contains a rechargeable battery that is charged by a USB port. The Altria defendants otherwise lack

knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 121 and, therefore, deny them on that basis.

122.    The allegations of Paragraph 122 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 122 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 122 to the extent they are directed toward the Altria defendants.  To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 122 and, therefore, deny them on that basis.

123.    The allegations of Paragraph 123 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 123 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 123 to the extent they are directed

toward the Altria defendants.  To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 123 and, therefore, deny them on that basis.

124.    The allegations of Paragraph 124 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants admit that early e-cigarette products did not gain widespread adoption for a variety of reasons, including that they did not mimic the nicotine experience provided by combustible cigarettes.  The Altria defendants deny the remaining allegations of Paragraph 124 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 124 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

125.    The allegations of Paragraph 125 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants admit that JLI uses nicotine salts.  The Altria defendants deny the remaining allegations of Paragraph 125 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 125 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

126.    The allegations of Paragraph 126 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 126 and, therefore, deny them on that basis.

127.     To the extent the allegations of Paragraph 127 are directed toward the Altria defendants, the Altria defendants state that they do not direct, and have never directed, cigarette advertising or marketing to persons under the legal age for purchasing cigarettes in the United States.  The Altria defendants state that the allegations of Paragraph 127 purport to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics, but deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 127 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 127 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

128.     The allegations of Paragraph 128 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants admit that JLI previously offered pods with certain flavors.  The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 128 and, therefore, deny them on that basis.

129.     The allegations of Paragraph 129 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria

defendants admit that JLI previously offered pods with certain flavors. The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 129 and, therefore, deny them on that basis.

130. Paragraph 130 purports to selectively quote, reference, and/or paraphrase the Tobacco Control Act and certain FDA regulations. The Altria defendants state that the Tobacco Control Act and FDA regulations speak for themselves. The Altria defendants further state that Paragraph 130 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 130 to the extent they are directed toward the Altria defendants. To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 130 and, therefore, deny them on that basis.

131. Paragraph 131 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged

documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 131 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 131 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

132. The allegations of Paragraph 132 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 132 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 132 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 132 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

133. Paragraph 133 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged

documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 133 to the extent they are directed toward the Altria defendants. To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 133 and, therefore, deny them on that basis.

134.    The allegations of Paragraph 134 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 134 and, therefore, deny them on that basis.

135.    The allegations of Paragraph 135 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 135 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 135 to the extent they are directed toward the Altria defendants. To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 135 and, therefore, deny them on that basis.

50

136.    The allegations of Paragraph 136 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 136 and, therefore, deny them on that basis.

137.    To the extent the allegations of Paragraph 137 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 137.  To the extent the allegations of Paragraph 137 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 137 and, therefore, deny them on that basis.

138.    To the extent the allegations of Paragraph 138 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 138.  To the extent the allegations of Paragraph 138 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 138 and, therefore, deny them on that basis.

139.    To the extent the allegations of Paragraph 139 are directed toward the Altria defendants, the Altria defendants admit that Nu Mark LLC released a Winter Mint product and deny that Joe Murillo directed the decision to release Winter Mint.  The Altria defendants deny the remaining allegations of Paragraph 139 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 139 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 139 and, therefore, deny them on that basis.

140.    To the extent the allegations of Paragraph 140 are directed toward the Altria defendants, the Altria defendants admit that Altria, through its Nu Mark subsidiary, released a

51

mint product after releasing a menthol product.  The Altria defendants deny the remaining allegations of Paragraph 140 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 140 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 140 and, therefore, deny them on that basis.

141.    The allegations of Paragraph 141 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 141 and, therefore, deny them on that basis.

142.    To the extent the allegations of Paragraph 142 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 142.  To the extent the allegations of Paragraph 142 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

143.    Paragraph 143 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 143 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 143 are not directed toward the Altria

defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

144. To the extent the allegations of Paragraph 144 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 144. To the extent the allegations of Paragraph 144 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

145. The allegations of Paragraph 145 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 145 and, therefore, deny them on that basis.

146. The allegations of Paragraph 146 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants admit that JLI received a document request from the FDA in April 2018. The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 146 and, therefore, deny them on that basis.

147. The allegations of Paragraph 147 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 147 and, therefore, deny them on that basis.

148. The allegations of Paragraph 148 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 148 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or

statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 148 to the extent they are directed toward the Altria defendants.  To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 148 and, therefore, deny them on that basis.

149.    The allegations of Paragraph 149 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 149 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 149 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 149 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

150.    To the extent the allegations of Paragraph 150 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 150.  To the extent the

allegations of Paragraph 150 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

151.   To the extent the allegations of Paragraph 151 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 151.  To the extent the allegations of Paragraph 151 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

152.   To the extent the allegations of Paragraph 152 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 152.  To the extent the allegations of Paragraph 152 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

153.   The allegations of Paragraph 153 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 153 and, therefore, deny them on that basis.

154.   To the extent the allegations of Paragraph 154 are directed toward the Altria defendants, the Altria defendants admit that the amount of nicotine a smoker inhales is highly variable and depends on how the cigarette is smoked.  The Altria defendants further state that Paragraph 154 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their

entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 154 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 154 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

155. To the extent the allegations of Paragraph 155 are directed toward the Altria defendants, the Altria defendants deny the allegations in Paragraph 155. To the extent the allegations of Paragraph 155 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

156. The allegations of Paragraph 156 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 156 and, therefore, deny them on that basis.

157. The allegations of Paragraph 157 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 157 and, therefore, deny them on that basis.

158. The allegations of Paragraph 158 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 158

purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 158 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 158 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

159.    To the extent the allegations of Paragraph 159 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 159.  To the extent the allegations of Paragraph 159 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

160.    The allegations of Paragraph 160 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 160 and, therefore, deny them on that basis.

161.    The allegations of Paragraph 161 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 161 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements,

and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 161 to the extent they are directed toward the Altria defendants. To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 161 and, therefore, deny them on that basis.

162. The allegations of Paragraph 162 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 162 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 162 to the extent they are directed toward the Altria defendants. To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 162 and, therefore, deny them on that basis.

163. The allegations of Paragraph 163 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 163 and, therefore, deny them on that basis.

164. The Altria defendants deny the allegations of Paragraph 164 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 164 are not directed toward the Altria defendants, the Altria Defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

165. To the extent the allegations of Paragraph 165 are directed toward the Altria defendants, the Altria defendants admit that Altria launched a MarkTen Bold e-cigarette in 2017. The Altria defendants deny the remaining allegations of Paragraph 165 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 165 are not directed toward the Altria defendants, the Altria Defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

166. Paragraph 166 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged

59

documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 166.

167.    The Altria defendants admit that Altria conducted due diligence, including diligence on JLI's intellectual property, in connection with its investment in JLI.  The Altria defendants deny the remaining allegations of Paragraph 167.

168.    To the extent the allegations of Paragraph 168 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 168.  To the extent the allegations of Paragraph 168 are not directed toward the Altria defendants, the Altria Defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

169.    The allegations of Paragraph 169 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 169 and, therefore, deny them on that basis.

170.    The allegations of Paragraph 170 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 170 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining

60

allegations of Paragraph 170 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 170 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

171.    Paragraph 171 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 171 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 171 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

172.    The allegations of Paragraph 172 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 172 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents,

statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 172 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 172 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

173.    The allegations of Paragraph 173 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 173 and, therefore, deny them on that basis.

174.    The allegations of Paragraph 174 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 174 and, therefore, deny them on that basis.

175.    The allegations of Paragraph 175 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 175 and, therefore, deny them on that basis.

176.    To the extent the allegations of Paragraph 176 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 176.  To the extent the allegations of Paragraph 176 are not directed toward the Altria defendants, the Altria Defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

177.    The allegations of Paragraph 177 are not directed toward the Altria defendants, and, therefore, no response is required.  Furthermore, Paragraph 177 sets forth a legal conclusion and characterizations of Plaintiffs' claims, which require no response.  To the extent a response is required, Paragraph 177 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 177 to the extent they are directed toward the Altria defendants.  To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 177 and, therefore, deny them on that basis.

178.    The allegations of Paragraph 178 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 178 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 178 to the extent they are directed

toward the Altria defendants.  To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 178 and, therefore, deny them on that basis.

179.    The allegations of Paragraph 179 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 179 and, therefore, deny them on that basis.

180.    The allegations of Paragraph 180 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 180 and, therefore, deny them on that basis.

181.    The allegations of Paragraph 181 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 181 and, therefore, deny them on that basis.

182.    The allegations of Paragraph 182 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 182 and, therefore, deny them on that basis.

183.    The allegations of Paragraph 183 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 183 and, therefore, deny them on that basis.

184.    The allegations of Paragraph 184 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 184 and, therefore, deny them on that basis.

185.    The allegations of Paragraph 185 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 185 and, therefore, deny them on that basis.

186.    The allegations of Paragraph 186 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 186 and, therefore, deny them on that basis.

187.    The allegations of Paragraph 187 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 187 and, therefore, deny them on that basis.

188.    The Altria defendants admit that nicotine is addictive and that nicotine in cigarette smoke and e-vapor is addictive.  The Altria defendants state that nicotine plays an important role in cigarette smoking, but the Altria defendants do not believe that nicotine in cigarette smoke is the sole determinant of smoking behavior and state that the decision to smoke is based on reasons that vary from individual to individual and involve factors other than nicotine.  The Altria defendants further state that Paragraph 188 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny

65

that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 188 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 188 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

189. Paragraph 189 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 189 to the extent they are directed toward the Altria defendants. To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 189 and, therefore, deny them on that basis.

190. The allegations of Paragraph 190 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 190

66

purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 190 to the extent they are directed toward the Altria defendants. To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 190 and, therefore, deny them on that basis.

191. To the extent the allegations of Paragraph 191 are directed toward the Altria defendants, Paragraph 191 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 191 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 191 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

192.    To the extent the allegations of Paragraph 192 are directed toward the Altria defendants, Paragraph 192 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 192 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 192 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

193.    To the extent the allegations of Paragraph 193 are directed toward the Altria defendants, Paragraph 193 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 193 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 193 are not directed toward the Altria defendants, the Altria defendants lack knowledge or

information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

194.    Paragraph 194 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants further state that the Altria defendants do not direct, and have never directed, their cigarette advertising or marketing to persons under the legal age for purchasing cigarettes in the United States.  The Altria defendants deny the remaining allegations of Paragraph 194 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 194 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

195.    To the extent the allegations of Paragraph 195 are directed toward the Altria defendants, the Altria defendants state that the allegations appear to selectively quote and/or paraphrase an opinion issued by the United States District Court for the District of Columbia on August 17, 2006, in *United States* v. *Philip Morris USA Inc.*, 449 F. Supp. 2d 1 (D.D.C. 2006), *aff'd in part, vacated in part*, 566 F.3d 1095 (D.C. Cir. 2009).  The Altria defendants deny that the *United States* v. *Philip Morris USA Inc.* opinion is quoted and/or paraphrased in context or in its entirety, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the opinion.  The Altria defendants state that the opinion speaks for itself.  The *United States* v.

*Philip Morris USA Inc.* litigation was a separate action unrelated to this case that involved facts, alleged injuries, and legal claims and theories different from those alleged by Plaintiffs in this action.  Therefore, the Altria defendants further deny that the opinion has any legal significance to Plaintiffs' claims or ability to seek relief or recover damages from the Altria defendants.  The Altria defendants deny the remaining allegations of Paragraph 195 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 195 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, deny them on that basis.

196.    Paragraph 196 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants further state that the Altria defendants do not direct, and have never directed, their cigarette advertising or marketing to persons under the legal age for purchasing cigarettes in the United States.  The Altria defendants deny the remaining allegations of Paragraph 196 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 196 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

197.    Paragraph 197 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents

70

and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants further state that the Altria defendants do not direct, and have never directed, their cigarette advertising or marketing to persons under the legal age for purchasing cigarettes in the United States. The Altria defendants deny the remaining allegations of Paragraph 197 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 197 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

198.    The Altria defendants deny the allegations of Paragraph 198 but admit that 46 attorneys general entered into the MSA in 1998.

199.    The Altria defendants admit that the MSA does not address the sale, advertising, and marketing of e-vapor products. The Altria defendants deny the remaining allegations of Paragraph 199.

200.    To the extent the allegations of Paragraph 200 are directed toward the Altria defendants, the Altria defendants state that they do not direct, and have never directed, cigarette advertising or marketing to persons under the legal age for purchasing cigarettes in the United States. The Altria defendants deny the remaining allegations of Paragraph 200 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 200 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information

71

sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

201.    The allegations of Paragraph 201 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 201 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants further state that the Altria defendants do not direct, and have never directed, their cigarette advertising or marketing to persons under the legal age for purchasing cigarettes in the United States.  The Altria defendants deny the remaining allegations of Paragraph 201 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 201 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

202.    Paragraph 202 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for

72

themselves.  The Altria defendants further state that the Altria defendants do not direct, and have never directed, their cigarette advertising or marketing to persons under the legal age for purchasing cigarettes in the United States.  The Altria defendants deny the remaining allegations of Paragraph 202 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 202 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

203.    To the extent the allegations of Paragraph 203 are directed toward the Altria defendants, the Altria defendants state that they do not direct, and have never directed, cigarette advertising or marketing to persons under the legal age for purchasing cigarettes in the United States.  The Altria defendants deny the remaining allegations of Paragraph 203 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 203 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.  To the extent that the image following Paragraph 203 is intended to assert an allegation against the Altria defendants, the Altria defendants state that the alleged image speaks for itself.

204.    The allegations of Paragraph 204 are not directed toward the Altria defendants, and, therefore, no response in required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 204 and, therefore, deny them on that basis.

205.    The allegations of Paragraph 205 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria

defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 205 and, therefore, deny them on that basis.

206.    The allegations of Paragraph 206 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 206 and, therefore, deny them on that basis.

207.    The allegations of Paragraph 207 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 207 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 207 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 207 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

208.    The allegations of Paragraph 208 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 208 and, therefore, deny them on that basis.

209.    The allegations of Paragraph 209 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 209 and, therefore, deny them on that basis.

210.    The allegations of Paragraph 210 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 210 and, therefore, deny them on that basis.

211.    The allegations of Paragraph 211 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 211 and, therefore, deny them on that basis.

212.    The allegations of Paragraph 212 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 212 and, therefore, deny them on that basis.

213.    The allegations of Paragraph 213 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants otherwise lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 213 and, therefore, deny them on that basis.

214.    The allegations of Paragraph 214 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria

defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 214 and, therefore, deny them on that basis.

215.    The allegations of Paragraph 215 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 215 and, therefore, deny them on that basis.

216.    The allegations of Paragraph 216 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 216 and, therefore, deny them on that basis.

217.    The allegations of Paragraph 217 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 217 and, therefore, deny them on that basis.

218.    The allegations of Paragraph 218 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 218 and, therefore, deny them on that basis.

219.    The allegations of Paragraph 219 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 219 and, therefore, deny them on that basis.

220. The allegations of Paragraph 220 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 220 and, therefore, deny them on that basis.

221. The allegations of Paragraph 221 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 221 and, therefore, deny them on that basis.

222. The allegations of Paragraph 222 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 222 and, therefore, deny them on that basis.

223. The allegations of Paragraph 223 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 223 and, therefore, deny them on that basis.

224. The allegations of Paragraph 224 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 224 and, therefore, deny them on that basis.

225. The allegations of Paragraph 225 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria

defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 225 and, therefore, deny them on that basis.

226.    The allegations of Paragraph 226 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 226 and, therefore, deny them on that basis.

227.    The allegations of Paragraph 227 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 227 and, therefore, deny them on that basis.

228.    The allegations of Paragraph 228 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 228 and, therefore, deny them on that basis.

229.    The allegations of Paragraph 229 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 229 and, therefore, deny them on that basis.

230.    The allegations of Paragraph 230 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 230 and, therefore, deny them on that basis.

231.    The allegations of Paragraph 231 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 231 and, therefore, deny them on that basis.

232.    The allegations of Paragraph 232 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 232 and, therefore, deny them on that basis.

233.    The allegations of Paragraph 233 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 233 and, therefore, deny them on that basis.

234.    The allegations of Paragraph 234 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 234 and, therefore, deny them on that basis.

235.    The allegations of Paragraph 235 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 235 and, therefore, deny them on that basis.

236.    The allegations of Paragraph 236 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria

defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 236 and, therefore, deny them on that basis.

237. The allegations of Paragraph 237 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 237 and, therefore, deny them on that basis.

238. The allegations of Paragraph 238 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 238 and, therefore, deny them on that basis.

239. To the extent the allegations of Paragraph 239 are directed toward the Altria defendants, the Altria defendants state that they do not direct, and have never directed, cigarette advertising or marketing to persons under the legal age for purchasing cigarettes in the United States. The Altria defendants deny the remaining allegations of Paragraph 239 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 239 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

240. The allegations of Paragraph 240 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants state that the allegations appear to selectively quote and/or paraphrase a complaint filed in the case *People* v. *JUUL.* The Altria defendants deny that the complaint is quoted and/or paraphrased in context or in its entirety, and deny Plaintiffs' insinuation and implication

80

regarding the content or meaning of the complaint. The Altria defendants state that the complaint speaks for itself. The *JUUL* litigation is a separate action that involves facts, alleged injuries, and legal claims and theories that differ from those alleged by Plaintiffs in this action. Therefore, the Altria defendants further deny that the complaint has any legal significance to Plaintiffs' claims or ability to seek relief or recover damages from the Altria defendants. The Altria defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 240 and, therefore, deny them on that basis.

241. The allegations of Paragraph 241 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 241 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 241 to the extent they are directed toward the Altria defendants. To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 241 and, therefore, deny them on that basis.

242. The allegations of Paragraph 242 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria

defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 242 and, therefore, deny them on that basis.

243. The allegations of Paragraph 243 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 243 and, therefore, deny them on that basis.

244. The allegations of Paragraph 244 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 244 and, therefore, deny them on that basis.

245. The allegations of Paragraph 245 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 245 and, therefore, deny them on that basis.

246. The allegations of Paragraph 246 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 246 and, therefore, deny them on that basis.

247. The allegations of Paragraph 247 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 247 and, therefore, deny them on that basis.

248. The allegations of Paragraph 248 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 248 and, therefore, deny them on that basis.

249. The allegations of Paragraph 249 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 249 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 249 to the extent they are directed toward the Altria defendants. To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 249 and, therefore, deny them on that basis.

250. The allegations of Paragraph 250 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 250 and, therefore, deny them on that basis.

251. The allegations of Paragraph 251 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 251

purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 251 to the extent they are directed toward the Altria defendants. To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 251 and, therefore, deny them on that basis.

252. The allegations of Paragraph 252 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 252 and, therefore, deny them on that basis.

253. The allegations of Paragraph 253 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 253 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 253 to the extent they are directed

toward the Altria defendants.  To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 253 and, therefore, deny them on that basis.

254.    The allegations of Paragraph 254 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 254 and, therefore, deny them on that basis.

255.    To the extent the allegations of Paragraph 255 are directed toward the Altria defendants, the Altria defendants state that they do not direct, and have never directed, cigarette advertising or marketing to persons under the legal age for purchasing cigarettes in the United States.  The Altria defendants further state that Paragraph 255 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 255 to the extent they are directed toward the Altria defendants.  To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 255 and, therefore, deny them on that basis.

256.    The allegations of Paragraph 256 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria

defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 256 and, therefore, deny them on that basis.

257.    The allegations of Paragraph 257 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 257 and, therefore, deny them on that basis.

258.    The allegations of Paragraph 258 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 258 and, therefore, deny them on that basis.

259.    The allegations of Paragraph 259 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 259 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 259 to the extent they are directed toward the Altria defendants.  To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 259 and, therefore, deny them on that basis.

260. The allegations of Paragraph 260 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 260 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 260 to the extent they are directed toward the Altria defendants. To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 260 and, therefore, deny them on that basis.

261. The allegations of Paragraph 261 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 261 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 261 to the extent they are directed toward the Altria defendants. To the extent the allegations are not directed toward the Altria

defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 261 and, therefore, deny them on that basis.

262. The allegations of Paragraph 262 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 262 and, therefore, deny them on that basis.

263. The allegations of Paragraph 263 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 263 and, therefore, deny them on that basis.

264. The allegations of Paragraph 264 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 264 and, therefore, deny them on that basis.

265. The allegations of Paragraph 265 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 265 and, therefore, deny them on that basis.

266. The allegations of Paragraph 266 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 266 and, therefore, deny them on that basis.

267.     The allegations of Paragraph 267 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 267 and, therefore, deny them on that basis.

268.     The allegations of Paragraph 268 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 268 and, therefore, deny them on that basis.

269.     The allegations of Paragraph 269 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 269 and, therefore, deny them on that basis.

270.     The allegations of Paragraph 270 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 270 and, therefore, deny them on that basis.

271.     The allegations of Paragraph 271 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 271 and, therefore, deny them on that basis.

272.     The allegations of Paragraph 272 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria

defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 272 and, therefore, deny them on that basis.

273.    The allegations of Paragraph 273 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 273 and, therefore, deny them on that basis.

274.    The allegations of Paragraph 274 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 274 and, therefore, deny them on that basis.

275.    The allegations of Paragraph 275 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 275 and, therefore, deny them on that basis.

276.    The allegations of Paragraph 276 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 276 and, therefore, deny them on that basis.

277.    The allegations of Paragraph 277 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 277 and, therefore, deny them on that basis.

278. The allegations of Paragraph 278 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 278 and, therefore, deny them on that basis.

279. The allegations of Paragraph 279 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 279 and, therefore, deny them on that basis.

280. The allegations of Paragraph 280 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 280 and, therefore, deny them on that basis.

281. The allegations of Paragraph 281 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 281 and, therefore, deny them on that basis.

282. The allegations of Paragraph 282 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 282 and, therefore, deny them on that basis.

283. The allegations of Paragraph 283 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria

defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 283 and, therefore, deny them on that basis.

284. The allegations of Paragraph 284 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 284 and, therefore, deny them on that basis.

285. The allegations of Paragraph 285 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 285 and, therefore, deny them on that basis.

286. The allegations of Paragraph 286 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 286 and, therefore, deny them on that basis.

287. The allegations of Paragraph 287 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 287 and, therefore, deny them on that basis.

288. The allegations of Paragraph 288 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 288 and, therefore, deny them on that basis.

289. The allegations of Paragraph 289 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 289 and, therefore, deny them on that basis.

290. The allegations of Paragraph 290 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 290 and, therefore, deny them on that basis.

291. The allegations of Paragraph 291 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 291 and, therefore, deny them on that basis.

292. The allegations of Paragraph 292 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants admit that JLI products are sold in convenience stores. The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 292 and, therefore, deny them on that basis.

293. To the extent the allegations of Paragraph 293 are directed toward the Altria defendants, the Altria defendants admit that tobacco products, including cigarettes, are sold in many convenience stores in the United States. The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 293 and, therefore, deny them on that basis.

294.    The allegations of Paragraph 294 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 294 and, therefore, deny them on that basis.

295.    To the extent the allegations of Paragraph 295 are directed toward the Altria defendants, the Altria defendants state that Altria's subsidiaries have advertised tobacco products in convenience stores and other locations where it is legally permissible to do so.  The Altria defendants further state that they do not direct, and have never directed, cigarette advertising or marketing to persons under the legal age for purchasing cigarettes in the United States.  The Altria defendants deny the remaining allegations of Paragraph 295 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 295 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

296.    To the extent the allegations of Paragraph 296 are directed toward the Altria defendants, the Altria defendants state that Altria's subsidiaries have advertised tobacco products in convenience stores and other locations where it is legally permissible to do so.  The Altria defendants further state that they do not direct, and have never directed, cigarette advertising or marketing to persons under the legal age for purchasing cigarettes in the United States.  The Altria defendants deny the remaining allegations of Paragraph 296 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 296 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

297.    The allegations of Paragraph 297 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 297 and, therefore, deny them on that basis.

298.    The allegations of Paragraph 298 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 298 and, therefore, deny them on that basis.

299.    The allegations of Paragraph 299 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 299 and, therefore, deny them on that basis.

300.    The allegations of Paragraph 300 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 300 and, therefore, deny them on that basis.

301.    The allegations of Paragraph 301 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 301 and, therefore, deny them on that basis.

302.    The allegations of Paragraph 302 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria

defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 302 and, therefore, deny them on that basis.

303.    The allegations of Paragraph 303 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants otherwise lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 303 and, therefore, deny them on that basis.

304.    The allegations of Paragraph 304 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 304 and, therefore, deny them on that basis.

305.    The allegations of Paragraph 305 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 305 and, therefore, deny them on that basis.

306.    The allegations of Paragraph 306 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants admit that certain visitors to JLI's website have been able to purchase JUUL products and have them delivered to their homes.  The Altria defendants otherwise lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 306 and, therefore, deny them on that basis.

307.    The allegations of Paragraph 307 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria

96

defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 307 and, therefore, deny them on that basis.

308. The allegations of Paragraph 308 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 308 and, therefore, deny them on that basis.

309. The allegations of Paragraph 309 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 309 and, therefore, deny them on that basis.

310. The allegations of Paragraph 310 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 310 and, therefore, deny them on that basis.

311. The allegations of Paragraph 311 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 311 and, therefore, deny them on that basis.

312. The allegations of Paragraph 312 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 312 and, therefore, deny them on that basis.

313.    The allegations of Paragraph 313 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants state that the allegations appear to selectively quote and/or paraphrase a complaint filed in the case *People* v. *JUUL.* The Altria defendants deny that the complaint is quoted and/or paraphrased in context or in its entirety, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the complaint. The Altria defendants state that the complaint speaks for itself. The *JUUL* litigation is a separate action that involves facts, alleged injuries, and legal claims and theories that differ from those alleged by Plaintiffs in this action. Therefore, the Altria defendants further deny that the complaint has any legal significance to Plaintiffs' claims or ability to seek relief or recover damages from the Altria defendants. The Altria defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 313 and, therefore, deny them on that basis.

314.    The allegations of Paragraph 314 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 314 and, therefore, deny them on that basis.

315.    The allegations of Paragraph 315 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants state that the allegations appear to selectively quote and/or paraphrase a complaint filed in the case *People* v. *JUUL.* The Altria defendants deny that the complaint is quoted and/or paraphrased in context or in its entirety, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the complaint. The Altria defendants state that the complaint speaks for itself. The *JUUL* litigation is a separate action that involves facts, alleged

98

injuries, and legal claims and theories that differ from those alleged by Plaintiffs in this action. Therefore, the Altria defendants further deny that the complaint has any legal significance to Plaintiffs' claims or ability to seek relief or recover damages from the Altria defendants. The Altria defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 315 and, therefore, deny them on that basis.

316. The allegations of Paragraph 316 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 316 and, therefore, deny them on that basis.

317. The allegations of Paragraph 317 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 317 and, therefore, deny them on that basis.

318. The allegations of Paragraph 318 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 318 and, therefore, deny them on that basis.

319. The allegations of Paragraph 319 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 319 and, therefore, deny them on that basis.

320. The allegations of Paragraph 320 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 320

purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 320 to the extent they are directed toward the Altria defendants.  To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 320 and, therefore, deny them on that basis.

321.    The allegations of Paragraph 321 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 321 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 321 to the extent they are directed toward the Altria defendants.  To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack

knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 321 and, therefore, deny them on that basis.

322.    The allegations of Paragraph 322 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 322 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 322 to the extent they are directed toward the Altria defendants.  To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 322 and, therefore, deny them on that basis.

323.    The allegations of Paragraph 323 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 323 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents,

statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 323 to the extent they are directed toward the Altria defendants.  To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 323 and, therefore, deny them on that basis.

324.    The allegations of Paragraph 324 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 324 and, therefore, deny them on that basis.

325.    Paragraph 325 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 325 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 325 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

326.    Paragraph 326 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or

in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 326 to the extent they are directed toward the Altria defendants. To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 326 and, therefore, deny them on that basis.

327. Paragraph 327 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 327 to the extent they are directed toward the Altria defendants. To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 327 and, therefore, deny them on that basis.

328. To the extent the allegations of Paragraph 328 are directed toward the Altria defendants, Paragraph 328 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or

in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 328 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 328 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

329.    To the extent the allegations of Paragraph 329 are directed toward the Altria defendants, Paragraph 329 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 329 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 329 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

330.    The Altria defendants admit that the MarkTen and Green Smoke e-cigarette products were commercially unsuccessful. The Altria defendants deny the remaining allegations of Paragraph 330.

331.    Paragraph 331 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 331.

332.    Paragraph 332 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 332.

333.    Paragraph 333 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged

105

documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 333.

334.    Paragraph 334 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 334.

335.    Paragraph 335 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 335.

336.    Paragraph 336 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or

106

statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 336.

337.    Paragraph 337 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 337.  To the extent the allegations of Paragraph 337 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

338.    Paragraph 338 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 338.

339.    Paragraph 339 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny

Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 339.

340. Paragraph 340 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 340.

341. Paragraph 341 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 341.

342. The Altria defendants deny the allegations of Paragraph 342.

343. The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1 and deny the allegations of Paragraph 343 on that basis.

344. The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW2 and deny the allegations of Paragraph 344 on that basis.

108

345.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW3 and deny the allegations of Paragraph 345 on that basis.

346.    Paragraph 346 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 346.

347.    Paragraph 347 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 347.

348.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 348 were in fact made, and deny the allegations of Paragraph 348 on that basis.

349.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 349 were in fact made, and deny the allegations of Paragraph 349 on that basis.

350.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 350 were in fact made, and deny the allegations of Paragraph 350 on that basis.

351.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW3, and whether the statements in Paragraph 351 were in fact made, and deny the allegations of Paragraph 351 on that basis.

352.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 352 were in fact made, and deny the allegations of Paragraph 352 on that basis.

353.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 353 were in fact made, and deny the allegations of Paragraph 353 on that basis.

354.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 354 were in fact made, and deny the allegations of Paragraph 354 on that basis.

355.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW3, and whether the statements in Paragraph 355 were in fact made, and deny the allegations of Paragraph 355 on that basis.

356.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW3, and whether the statements in Paragraph 356 were in fact made, and deny the allegations of Paragraph 356 on that basis.

357.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW3, and whether the statements in Paragraph 357 were in fact made, and deny the allegations of Paragraph 357 on that basis.

358.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 358 were in fact made, and deny the allegations of Paragraph 358 on that basis.

359.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW2, and whether the statements in Paragraph 359 were in fact made, and deny the allegations of Paragraph 359 on that basis.

360.    The Altria defendants deny the allegations of Paragraph 360.

361.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 361 were in fact made, and deny the allegations of Paragraph 361 on that basis.  The Altria defendants admit that Altria and its subsidiaries have guidelines and practices to prevent underage tobacco use.

362.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 362 were in fact made, and deny the allegations of Paragraph 362 on that basis.

363.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 363 were in fact made, and deny the allegations of Paragraph 363 on that basis.  The Altria defendants admit that Altria and its subsidiaries have guidelines and practices to prevent underage tobacco use.

364.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 364 were in fact made, and deny the allegations of Paragraph 364 on that basis.

365.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1 and deny the allegations of Paragraph 365 on that basis.

366.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 366 were in fact made, and deny the allegations of Paragraph 366 on that basis.

367.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW2, and whether the statements in Paragraph 367 were in fact made, and deny the allegations of Paragraph 367 on that basis.

368.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 368 were in fact made, and deny the allegations of Paragraph 368 on that basis.

369.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 369 were in fact made, and deny the allegations of Paragraph 369 on that basis.

370.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 370 were in fact made, and deny the allegations of Paragraph 370 on that basis.

371.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 371 were in fact made, and deny the allegations of Paragraph 371 on that basis.

372.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 372 were in fact made, and deny the allegations of Paragraph 372 on that basis.

373.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 373 were in fact made, and deny the allegations of Paragraph 373 on that basis.

374.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 374 were in fact made, and deny the allegations of Paragraph 374 on that basis.

375.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 375 were in fact made, and deny the allegations of Paragraph 375 on that basis.

376.    The Altria defendants admit that Altria was dedicated to working toward reducing levels of youth vaping before and after closing its investment with JLI.  The Altria defendants further admit that Altria recognized the existence of a youth vaping problem and was encouraged by steps JLI was taking prior to the investment to ameliorate the problem.  The Altria defendants deny the remaining allegations of Paragraph 376.

377.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW2, and whether the statements in Paragraph 377 were in fact made, and deny the allegations of Paragraph 377 on that basis.

378.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW2, and whether the statements in Paragraph 378 were in fact made, and deny the allegations of Paragraph 378 on that basis.

379.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW2, and whether the statements in Paragraph 379 were in fact made, and deny the allegations of Paragraph 379 on that basis.

380.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 380 were in fact made, and deny the allegations of Paragraph 380 on that basis.

381.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 381 were in fact made, and deny the allegations of Paragraph 381 on that basis.

382.    The Altria defendants lack knowledge or information sufficient to verify the identity and existence of CW1, and whether the statements in Paragraph 382 were in fact made, and deny the allegations of Paragraph 382 on that basis.

383.    Paragraph 383 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 383.

384.    The Altria defendants deny the allegations of Paragraph 384.

385.    The Altria defendants deny the allegations of Paragraph 385, but admit that the Altria board of directors approved a purchase of a 35% minority interest in JLI for $12.8 billion.

114

386.    Paragraph 386 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 386.

387.    To the extent the allegations of Paragraph 387 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 387. To the extent the allegations of Paragraph 387 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

388.    To the extent the allegations of Paragraph 388 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 388. To the extent the allegations of Paragraph 388 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

389.    The allegations of Paragraph 389 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

390.    The allegations of Paragraph 390 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria

115

defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

391. To the extent the allegations of Paragraph 391 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 391. To the extent the allegations of Paragraph 391 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

392. The allegations of Paragraph 392 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 392 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 392 and, therefore, deny them on that basis.

393. Paragraph 393 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or

116

statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations of Paragraph 393 and, therefore, deny them on that basis.

394.    To the extent the allegations of Paragraph 394 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 394.  To the extent the allegations of Paragraph 394 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

395.    To the extent the allegations of Paragraph 395 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 395.  To the extent the allegations of Paragraph 395 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

396.    To the extent the allegations of Paragraph 396 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 396.  To the extent the allegations of Paragraph 396 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

397.    The allegations of Paragraph 397 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

117

398.    The allegations of Paragraph 398 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

399.    The allegations of Paragraph 399 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

400.    To the extent the allegations of Paragraph 400 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 400.  To the extent the allegations of Paragraph 400 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

401.    The Altria defendants deny the allegations of Paragraph 401 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 401 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

402.    The Altria defendants deny the allegations of Paragraph 402.

403.    Paragraph 403 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs'

insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 403.

404. Paragraph 404 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 404.

405. The Altria defendants state that the allegations of Paragraph 405 appear to selectively quote and/or paraphrase a complaint filed in the case *In the Matter of Altria Group, Inc., et al.* The Altria defendants deny that the complaint is quoted and/or paraphrased in context or in its entirety, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the complaint. The Altria defendants state that the complaint speaks for itself. The *Altria Group* litigation is a separate action that involves facts, alleged injuries, and legal claims and theories that differ from those alleged by Plaintiffs in this action. Therefore, the Altria defendants further deny that the complaint has any legal significance to Plaintiffs' claims or ability to seek relief or recover damages from the Altria defendants. The Altria defendants deny the remaining allegations of Paragraph 405 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 405 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

406. The Altria defendants state that the allegations of Paragraph 406 appear to selectively quote and/or paraphrase a complaint filed in the case *In the Matter of Altria Group, Inc., et al.* The Altria defendants deny that the complaint is quoted and/or paraphrased in context or in its entirety, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the complaint. The Altria defendants state that the complaint speaks for itself. The *Altria Group* litigation is a separate action that involves facts, alleged injuries, and legal claims and theories that differ from those alleged by Plaintiffs in this action. Therefore, the Altria defendants further deny that the complaint has any legal significance to Plaintiffs' claims or ability to seek relief or recover damages from the Altria defendants. The Altria defendants deny the remaining allegations of Paragraph 406.

407. The Altria defendants deny the allegations of Paragraph 407.

408. The Altria defendants deny the allegations of Paragraph 408.

409. The Altria defendants deny the allegations of Paragraph 409.

410. To the extent the allegations of Paragraph 410 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 410. To the extent the allegations of Paragraph 410 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

411. To the extent the allegations of Paragraph 411 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 411. To the extent the allegations of Paragraph 411 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

412.    Paragraph 412 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 412 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 412 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

413.    Paragraph 413 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 413 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 413 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

414.    Paragraph 414 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 414 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 414 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

415.    Paragraph 415 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 415 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 415 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

122

416. To the extent the allegations of Paragraph 416 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 416. To the extent the allegations of Paragraph 416 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

417. Paragraph 417 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 417 to the extent the allegations are directed toward the Altria Defendants. To the extent the allegations of Paragraph 417 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

418. Paragraph 418 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the

remaining allegations of Paragraph 418 to the extent the allegations are directed toward the Altria Defendants.  To the extent the allegations of Paragraph 418 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

419.    Paragraph 419 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 419 to the extent the allegations are directed toward the Altria Defendants.  To the extent the allegations of Paragraph 419 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

420.    The allegations of Paragraph 420 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, Paragraph 420 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents,

124

statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 420 to the extent the allegations are directed toward the Altria Defendants. To the extent the allegations of Paragraph 420 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

421. Paragraph 421 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. To the extent the allegations of Paragraph 421 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

422. Paragraph 422 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. To the extent the allegations of Paragraph 422 are not directed toward the Altria defendants, the Altria defendants lack

125

knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

423.    Paragraph 423 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  To the extent the allegations of Paragraph 423 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

424.    To the extent the allegations of Paragraph 424 are directed toward the Altria defendants, Paragraph 424 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  To the extent the remaining allegations of Paragraph 424 are directed toward the Altria defendants, the Altria defendants deny those allegations.  To the extent the allegations of Paragraph 424 are not directed toward

the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

425. Paragraph 425 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. To the extent the allegations of Paragraph 425 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

426. Paragraph 426 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 426 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 426 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

127

427.    Paragraph 427 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 427 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 427 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

428.    Paragraph 428 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 428 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 428 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

429.     Paragraph 429 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 429 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 429 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

430.     Paragraph 430 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 430 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 430 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

431.    Paragraph 431 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 431 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 431 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

432.    Paragraph 432 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 432 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 432 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

433.    Paragraph 433 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 433 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 433 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

434.    Paragraph 434 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 434 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 434 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

435.    Paragraph 435 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 435 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 435 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

436.    Paragraph 436 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 436 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 436 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

437.    Paragraph 437 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 437 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 437 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

438.    To the extent the allegations of Paragraph 438 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 438.  To the extent the allegations of Paragraph 438 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

439.    Paragraph 439 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the

remaining allegations of Paragraph 439 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 439 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

440. To the extent the allegations of Paragraph 440 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 440. To the extent the allegations of Paragraph 440 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

441. Paragraph 441 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 441 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 441 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

442. Paragraph 442 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or

in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 442 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 442 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

443. Paragraph 443 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 443 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 443 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

444. Paragraph 444 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or

statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 444 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 444 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

445. Paragraph 445 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 445 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 445 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

446. Paragraph 446 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of

the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged

documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the

remaining allegations of Paragraph 446 to the extent they are directed toward the Altria

defendants.  To the extent the allegations of Paragraph 446 are not directed toward the Altria

defendants, the Altria defendants lack knowledge or information sufficient to form a belief

regarding the truth of those allegations and, therefore, deny them on that basis.

447.    The allegations of Paragraph 447 are not directed toward the Altria defendants,

and, therefore, no response is required.  To the extent a response is required, Paragraph 447

purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements,

and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or

statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny

Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny

Plaintiffs' insinuation and implication regarding the content or meaning of the alleged

documents, statements, and/or statistics.  The Altria defendants state that the alleged documents,

statements, and/or statistics speak for themselves.  The Altria defendants deny the allegations of

Paragraph 447 to the extent they are directed toward the Altria defendants.  To the extent the

allegations of Paragraph 447 are not directed toward the Altria defendants, the Altria defendants

lack knowledge or information sufficient to form a belief regarding the truth of those allegations

and, therefore, deny them on that basis.

448.    Paragraph 448 purports to selectively quote, reference, and/or paraphrase certain

alleged documents and/or statements.  The Altria defendants deny that the alleged documents

and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny

Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs'

137

insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the allegations of Paragraph 448 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 448 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

449. To the extent the allegations of Paragraph 449 are directed toward the Altria defendants, the Altria defendants admit that certain studies have reported mild neurological changes associated with cigarette smoking or nicotine. Nicotine has effects on the brain and autonomic nervous system through neurons, which are nerve cells that exist throughout the nervous system. These neurons contain receptors, some of which are called cholinergic receptors, which are responsible for inducing the release of dopamine, a brain chemical associated with feelings of pleasure. Research has shown that some cholinergic receptors can be activated by nicotine, causing the release of dopamine. The Altria defendants further state that the psychoactive effects of cigarette smoking and nicotine use are very complex and vary widely among individuals. The Altria defendants deny the remaining allegations of Paragraph 449 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 449 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

450. To the extent the allegations of Paragraph 450 are directed toward the Altria defendants, the Altria defendants admit that certain studies have reported mild neurological

changes associated with cigarette smoking or nicotine. Nicotine has effects on the brain and autonomic nervous system through neurons, which are nerve cells that exist throughout the nervous system. These neurons contain receptors, some of which are called cholinergic receptors, which are responsible for inducing the release of dopamine, a brain chemical associated with feelings of pleasure. Research has shown that some cholinergic receptors can be activated by nicotine, causing the release of dopamine. The Altria defendants further state that the psychoactive effects of cigarette smoking and nicotine use are very complex and vary widely among individuals. The Altria defendants deny the remaining allegations of Paragraph 450 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 450 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

451.    Paragraph 451 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 451 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 451 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

452.    Paragraph 452 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 452 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 452 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

453.    Paragraph 453 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 453 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 453 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

454.    Paragraph 454 sets forth a legal conclusion to which no response is required.  To the extent a response is required and to the extent the allegations of Paragraph 454 are directed toward the Altria defendants, Paragraph 454 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 454 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 454 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

455.    The Altria defendants deny the allegations of Paragraph 455.

456.    Paragraph 456 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 456.

457.    The Altria defendants deny the allegations of Paragraph 457.

458.    Paragraph 458 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 458.

459.    The Altria defendants deny the allegations of Paragraph 459.

460.    Paragraph 460 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 460.

461.    The Altria defendants deny the allegations of Paragraph 461.

462.    Paragraph 462 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 462.

463.    The Altria defendants deny the allegations of Paragraph 463.

464.    Paragraph 464 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 464 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 464 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

465.    The allegations of Paragraph 465 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 465 and, therefore, deny them on that basis.

466.    Paragraph 466 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 466.

467.    The Altria defendants deny the allegations of Paragraph 467.

468.    Paragraph 468 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 468.

469.    The Altria defendants deny the allegations of Paragraph 469.

470.    To the extent the allegations of Paragraph 470 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 470.  To the extent the allegations of Paragraph 470 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

471.    Paragraph 471 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 471.

472.    The Altria defendants deny the allegations of Paragraph 472.

473.    Paragraph 473 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 473.

474.    The Altria defendants deny the allegations of Paragraph 474.

475.    Paragraph 475 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 475.

476.    The Altria defendants deny the allegations of Paragraph 476.

477.    The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 477 and, therefore, deny them on that basis.

478.    Paragraph 478 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or

145

statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 478.

479.    Paragraph 479 sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 479.

480.    Paragraph 480 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 480.

481.    Paragraph 481 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 481.

482.    The Altria defendants deny the allegations of Paragraph 482.

483.    Paragraph 483 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny

146

Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 483.

484. Paragraph 484 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 484.

485. The Altria defendants deny the allegations of Paragraph 485.

486. Paragraph 486 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 486.

487. The Altria defendants deny the allegations of Paragraph 487.

488. Paragraph 488 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny

147

Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations in Paragraph 488.

489.    Paragraph 489 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 489.

490.    Paragraph 490 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 490.

491.    The Altria defendants deny the allegations of Paragraph 491.

492.    Paragraph 492 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs'

148

insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 492.

493. The Altria defendants deny the allegations of Paragraph 493.

494. Paragraph 494 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 494.

495. The Altria defendants deny the allegations of Paragraph 495.

496. The allegations of Paragraph 496 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 496 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 496 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 496 are not directed

149

toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

497. The allegations of Paragraph 497 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 497 and, therefore, deny them on that basis.

498. The allegations of Paragraph 498 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, Paragraph 498 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 498 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 498 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

499. The allegations of Paragraph 499 are not directed toward the Altria defendants, and, therefore, no response is required. To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 499 and, therefore, deny them on that basis.

500. Paragraph 500 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 500 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 500 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

501. Paragraph 501 sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required. To the extent a response is required, the Altria defendants deny the allegations of Paragraph 501.

502. Paragraph 502 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 502 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 502 are not directed toward the Altria defendants, the Altria defendants lack knowledge or

151

information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

503.    Paragraph 503 sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 503.

504.    Paragraph 504 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 504 to the extent they are directed toward the Altria defendants.  To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 504 and, therefore, deny them on that basis.

505.    Paragraph 505 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the

remaining allegations of Paragraph 505 to the extent they are directed toward the Altria defendants.  To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 505 and, therefore, deny them on that basis.

506.    Paragraph 506 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 506 to the extent they are directed toward the Altria defendants.  To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 506 and, therefore, deny them on that basis.

507.    Paragraph 507 sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 507.

508.    Paragraph 508 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or

153

statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 508 to the extent they are directed toward the Altria defendants.  To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 508 and, therefore, deny them on that basis.

509.    Paragraph 509 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 509 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 509 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

510.    The allegations of Paragraph 510 are not directed toward the Altria defendants, and, therefore, no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 510 and, therefore, deny them on that basis.

511.    Paragraph 511 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents

154

and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 511 to the extent they are directed toward the Altria defendants. To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 511 and, therefore, deny them on that basis.

512.    Paragraph 512 sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required. To the extent a response is required, the Altria defendants deny the allegations of Paragraph 512.

513.    The Altria defendants admit that Joe Murillo was hired as JLI's chief regulatory officer shortly after Crosthwaite's appointment as JLI's CEO. The Altria defendants deny the remaining allegations of Paragraph 513.

514.    Paragraph 514 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 514.

515.    The Altria defendants deny the allegations of Paragraph 515.

516.    To the extent the allegations of Paragraph 516 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

517.    Paragraph 517 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 517.

518.    Paragraph 518 sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 518.

519.    Paragraph 519 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 519.

520. Paragraph 520 sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required. To the extent a response is required, the Altria defendants deny the allegations of Paragraph 520.

521. Paragraph 521 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 521.

522. Paragraph 522 sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required. To the extent a response is required, the Altria defendants deny the allegations of Paragraph 522.

523. Paragraph 523 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements. The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements. The Altria defendants state that the alleged documents and/or statements speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 523 to the extent they are directed toward the Altria defendants. To the extent the allegations are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to

form a belief regarding the truth of the allegations of Paragraph 523 and, therefore, deny them on that basis.

524. The Altria defendants deny the allegations of Paragraph 524.

525. The Altria defendants deny the allegations of Paragraph 525.

526. To the extent the allegations of Paragraph 526 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 526. To the extent the allegations of Paragraph 526 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

527. To the extent the allegations of Paragraph 527 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 527. To the extent the allegations of Paragraph 527 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

528. The Altria defendants deny the allegations of Paragraph 528.

529. Paragraph 529 sets forth a legal conclusion to which no response is required. To the extent a response is required and to the extent the allegations of Paragraph 529 are directed toward the Altria defendants, the Altria defendants deny the allegations of Paragraph 529. To the extent the allegations of Paragraph 529 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

530. The Altria defendants deny the allegations of Paragraph 530.

531.    The Altria defendants deny the allegations of Paragraph 531 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 531 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

532.    The Altria defendants deny the allegations of Paragraph 532 as to the Altria defendants.  To the extent the allegations of Paragraph 532 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

533.    The Altria defendants deny the allegations of Paragraph 533 as to the Altria defendants.  To the extent the allegations of Paragraph 533 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

534.    Paragraph 534 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 534 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 534 are not directed toward the Altria

159

defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

535.    Paragraph 535 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 535 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 535 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

536.    Paragraph 536 purports to selectively quote, reference, and/or paraphrase certain alleged documents and/or statements.  The Altria defendants deny that the alleged documents and/or statements are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents and/or statements, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents and/or statements.  The Altria defendants state that the alleged documents and/or statements speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 536 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 536 are not directed toward the Altria defendants, the Altria defendants lack knowledge or

160

information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

537.    The Altria defendants admit that there were rumors of Altria's possible investment in JLI before the investment closed.  The Altria defendants deny the remaining allegations of Paragraph 537.

538.    Paragraph 538 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 538 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 538 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

539.    Paragraph 539 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the

161

remaining allegations of Paragraph 539 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 539 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

540. Paragraph 540 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 540 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 540 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

541. Paragraph 541 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 541 to the extent they are directed toward the Altria

defendants.  To the extent the allegations of Paragraph 541 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

542.    Paragraph 542 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the remaining allegations of Paragraph 542 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 542 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

543.    The Altria defendants admit that Altria's investment in JLI was discussed by Altria analysts.

544.    Paragraph 544 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics.  The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics.  The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves.  The Altria defendants deny the

remaining allegations of Paragraph 544 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 544 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

545. Paragraph 545 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 545 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 545 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

546. Paragraph 546 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 546 to the extent they are directed toward the Altria

164

defendants. To the extent the allegations of Paragraph 546 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

547. Paragraph 547 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 547 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 547 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

548. The Altria defendants admit that equity research analysts tracked Altria's business and the performance of its investments, including in JLI. The Altria defendants deny the remaining allegations of Paragraph 548.

549. Paragraph 549 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged

documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 549 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 549 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

550. Paragraph 550 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the remaining allegations of Paragraph 550 to the extent they are directed toward the Altria defendants. To the extent the allegations of Paragraph 550 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

551. Paragraph 551 purports to selectively quote, reference, and/or paraphrase certain alleged documents, statements, and/or statistics. The Altria defendants deny that the alleged documents, statements, and/or statistics are quoted, referenced, and/or paraphrased in context or in their entirety, deny Plaintiffs' characterization of the alleged documents, statements, and/or statistics, and deny Plaintiffs' insinuation and implication regarding the content or meaning of the alleged documents, statements, and/or statistics. The Altria defendants state that the alleged documents, statements, and/or statistics speak for themselves. The Altria defendants deny the

166

remaining allegations of Paragraph 551 to the extent they are directed toward the Altria defendants.  To the extent the allegations of Paragraph 551 are not directed toward the Altria defendants, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of those allegations and, therefore, deny them on that basis.

552.    Paragraph 552 sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 552.

553.    Paragraph 553 sets forth a legal conclusion to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 553.

554.    Paragraph 554 sets forth a legal conclusion to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 554.

555.    Paragraph 555 sets forth a legal conclusion to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 555.

556.    Paragraph 556 sets forth a legal conclusion to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 556.

557.    Paragraph 557 sets forth a legal conclusion to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 557.

558.    Paragraph 558 sets forth a legal conclusion to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 558.

559.    Paragraph 559 sets forth a legal conclusion to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 559.

560.    Paragraph 560 sets forth a legal conclusion to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 560.

561. Paragraph 561 contains characterizations of Plaintiffs' claims to which no response is required. To the extent a response is required, the Altria defendants repeat each and every response contained above as if fully set forth herein.

562. Paragraph 562 sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required. To the extent a response is required, the Altria defendants deny the allegations of Paragraph 562.

563. Paragraph 563 contains characterizations of Plaintiffs' claims to which no response is required. To the extent a response is required, the Altria defendants deny the allegations of Paragraph 563.

564. The Altria defendants deny the allegations of Paragraph 564.

565. The Altria defendants deny the allegations of Paragraph 565.

566. The Altria defendants deny the allegations of Paragraph 566.

567. Paragraph 567 sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required. To the extent a response is required, the Altria defendants deny the allegations of Paragraph 567.

568. The Altria defendants deny the allegations of Paragraph 568.

569. The Altria defendants deny the allegations of Paragraph 569.

570. The Altria defendants deny the allegations of Paragraph 570.

571. The Altria defendants deny the allegations of Paragraph 571.

572. Paragraph 572 contains characterizations of Plaintiffs' claims to which no response is required.

573. Paragraph 573 sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required. To the extent a response is required, the Altria

168

defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 573 and, therefore, deny them on that basis.

574.     Paragraph 574 sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 574 and, therefore, deny them on that basis.

575.     The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 575 and, therefore, deny them on that basis.

576.     The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 576 and, therefore, deny them on that basis.

577.     The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 577 and, therefore, deny them on that basis.

578.     Paragraph 578 sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 578 and, therefore, deny them on that basis.

579.     The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 579 and, therefore, deny them on that basis.

580.     The Altria defendants deny the allegations of Paragraph 580.

581.     The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 581 and, therefore, deny them on that basis.

582.     The Altria defendants deny the allegations of Paragraph 582.

583.    Paragraph 583 contains characterizations of Plaintiffs' claims to which no response is required.  To the extent a response is required, the Altria defendants repeat each and every response contained above as if fully set forth herein.

584.    The Altria defendants admit that the Altria Individual Defendants participated in the operation and management of Altria.  The Altria defendants otherwise deny the allegations of Paragraph 584.

585.    Paragraph 585 sets forth a legal conclusion to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 585.

586.    Paragraph 586 sets forth a legal conclusion to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 586.

587.    Paragraph 587 sets forth a legal conclusion to which no response is required.  To the extent a response is required, the Altria defendants deny the allegations of Paragraph 587.

588.    The Altria defendants deny the allegations of Paragraph 588.

589.    Paragraph 589 contains characterizations of Plaintiffs' claims to which no response is required.  To the extent a response is required, the Altria defendants repeat each and every response contained above as if fully set forth herein.

590.    Paragraph 590 sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 590 and, therefore, deny them on that basis.

591.    Paragraph 591 sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required.  To the extent a response is required, the Altria

defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 591 and, therefore, deny them on that basis.

592.    Paragraph 592 sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 592 and, therefore, deny them on that basis.

593.    Paragraph 593 sets forth a legal conclusion and characterizations of Plaintiffs' claims to which no response is required.  To the extent a response is required, the Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 593 and, therefore, deny them on that basis.

594.    The Altria defendants lack knowledge or information sufficient to form a belief regarding the truth of the allegations of Paragraph 594 and, therefore, deny them on that basis.

## PRAYER FOR RELIEF

The Altria defendants specifically deny that Plaintiffs are entitled to the relief sought in the Plaintiffs' prayer for relief.

## DEMAND FOR TRIAL BY JURY

The Altria defendants specifically deny that Plaintiffs are entitled to the relief sought in the Plaintiffs' demand for trial by jury.

## DEFENSES

The Altria defendants assert the following defenses without assuming the burden of proof or any other burden if such burden would otherwise be on Plaintiffs:

171

## FIRST DEFENSE

Plaintiffs' and any putative class members' claims are barred, in whole or in part, because the Complaint fails to allege facts sufficient to state a claim against the Altria defendants upon which relief may be granted.

## SECOND DEFENSE

The Altria Defendants are not liable because they did not engage in any deceptive or manipulative conduct in violation of SEC Rules 10b-5(a) and (c).

## THIRD DEFENSE

The Altria Defendants cannot be liable for any alleged deceptive or manipulative conduct directed at persons other than Altria investors because that conduct did not occur in the securities markets.

## FOURTH DEFENSE

In the event that a final judgment is rendered against any defendant, any damage, loss, or liability purportedly sustained by Plaintiffs or any putative class member must be reduced, diminished, and/or eliminated under the limitations to damages imposed by 15 U.S.C. § 78u-4(e).

## FIFTH DEFENSE

Plaintiffs and any putative class members failed to mitigate, minimize, or avoid their damages, if any.

## SIXTH DEFENSE

The putative class alleged in the Complaint cannot be certified under Rule 23 of the Federal Rules of Civil Procedure.

## SEVENTH DEFENSE

Plaintiffs do not meet the adequacy or typicality requirements of Rule 23 of the Federal Rules of Civil Procedure and are otherwise not appropriate class representatives.

## EIGHTH DEFENSE

The Complaint fails to plead fraud with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(1).

## NINTH DEFENSE

The Altria defendants are not liable under Sections 10(b) and 20(a) of the Exchange Act because they did not act with the requisite mental state or scienter.

## TENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the Altria Defendants did not intentionally, knowingly, or recklessly make any misleading statement or misleading, actionable omission.  At all times, and with respect to all matters contained herein, the Altria Defendants acted in good faith, exercised reasonable care, and did not know, and in the exercise of reasonable care could not have known, of the purported untruths, misstatements and/or omissions alleged in the Complaint.

## ELEVENTH DEFENSE

Plaintiffs' and any putative class members' claims are barred, in whole or in part, because of the lack of loss causation.  Any damages or injuries allegedly suffered by Plaintiffs or any putative class members were not legally caused by any alleged actions of the Altria defendants or the alleged misstatements or omissions.

173

## TWELFTH DEFENSE

Plaintiffs' and any putative class members' claims are barred, in whole or in part, because Plaintiffs and any putative class members did not reasonably or actually rely on any allegedly false or misleading statement or omission of material fact, and neither the "fraud-on-the-market" nor any other presumption of reliance is available in this action.

## THIRTEENTH DEFENSE

Plaintiffs and any putative class members are not entitled to any recovery from the Altria defendants because the allegedly untrue statements of material fact, and/or omissions of material fact, were not material to the investment decisions of a reasonable investor.

## FOURTEENTH DEFENSE

The Altria Defendants are not liable because certain alleged misstatements are not actionable under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78(u)-5(c)(1)(B), because: (a) the statements were forward-looking and the person making the statement did not have actual knowledge that the statements were false or misleading, or (b) the statements were made or approved by an executive officer of the Altria Defendants who did not have actual knowledge that the statements were false or misleading.

## FIFTEENTH DEFENSE

The Altria Defendants are not liable because certain alleged misstatements were forward-looking statements, were identified as such, and were accompanied by meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the forward-looking statements. Accordingly, such alleged misstatements are non-actionable under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-5(c)(1)(A), and the bespeaks caution doctrine.

174

## SIXTEENTH DEFENSE

Plaintiffs' and any putative class members' claims are barred, in whole or in part, because the Altria defendants reasonably relied upon the information, opinions, reports, and statements presented by others whom the Altria defendants believed to be reliable and competent in the matters presented.

## SEVENTEENTH DEFENSE

Plaintiffs' and any putative class members' Section 20 claims are barred because they have failed to adequately allege or plead primary violations of the Exchange Act.

## EIGHTEENTH DEFENSE

Plaintiffs' and any putative class members' claims are barred, in whole or in part, because none of the Altria Individual Defendants was a controlling nor culpable participant in any party's primary violation of federal securities laws, and cannot be held liable for aiding and abetting another party's violation and cannot otherwise be held vicariously liable.

## NINETEENTH DEFENSE

Plaintiffs' and any putative class members' claims are barred, in whole or in part, because the alleged damages, if any, are speculative and impossible to ascertain.

## TWENTIETH DEFENSE

Plaintiffs' and any putative class members' claims are barred, in whole or in part, because any alleged injuries, damages, or losses, to the extent they exist, were caused by acts of third parties or superseding and intervening events unconnected to and outside the control of the Altria defendants, including external market factors, macroeconomic conditions, and regulatory changes.

**TWENTY-FIRST DEFENSE**

Any recovery for damages allegedly incurred by Plaintiffs is limited to the percentage of the Altria Defendants' responsibility in proportion to the total fault of all persons, whether or not named as parties to this action, who caused or contributed to the alleged damages suffered by Plaintiffs, to the extent that the securities laws require damages to be assessed according to proportionate liability.

**TWENTY-SECOND DEFENSE**

Plaintiffs' and any putative class members' claims are barred, in whole or in part, because none of the alleged statements contained any false or misleading statements of material fact or omission of material fact.

**TWENTY-THIRD DEFENSE**

The Altria defendants are entitled to indemnification or to recover contribution from others for any liability they incur as a result of any of the alleged misrepresentations, omissions and conduct alleged against the Altria defendants.

**TWENTY-FOURTH DEFENSE**

Any damages or injuries suffered by Plaintiffs or the putative class members, if any, are the proximate result, either in whole or in part, of actions or omissions of persons or entities other than the Altria defendants, and Plaintiffs' or putative class members' own negligence or other fault proximately contributed to the injuries allegedly suffered by Plaintiffs and the putative class from the purchase and sale of the offered securities, and bars any recovery to the extent thereof.

## TWENTY-FIFTH DEFENSE

The claims of Plaintiffs and the putative class members against the Altria defendants are barred, in whole or in part, because of the contribution of or the comparative fault and contributory negligence of Plaintiffs or other entities or persons.

## TWENTY-SIXTH DEFENSE

Plaintiffs' and the putative class members' claims against the Altria defendants are barred, in whole or in part, by laches, equitable estoppel, waiver, unclean hands, *in pari delicto*, the statute of repose, or other related equitable doctrines or limitations periods.

## TWENTY-SEVENTH DEFENSE

Plaintiffs and the putative class members are not entitled to any recovery from the Altria defendants because one or more members of the putative plaintiff class knew or should have known the allegedly omitted or misstated information or ratified the alleged wrongful acts and omissions alleged in the Complaint or would have purchased Altria securities even with full knowledge of the facts that they now allege were misrepresented or omitted.

## TWENTY-EIGHTH DEFENSE

The putative class period is overbroad and, therefore, many of the putative class members are not entitled to any recovery.

## TWENTY-NINTH DEFENSE

Any recovery for damages allegedly incurred by Plaintiffs and putative class members is subject to offset in the amount of any value gained through the investment (including tax benefits actually received) and is subject to the "90-day-bounce-back" damages limitation, 15 U.S.C. § 78u-4(e).

### THIRTIETH DEFENSE

Plaintiffs' and any putative class members' claims are barred, in whole or in part, because the purported claims and the allegations upon which they are based are improperly vague, ambiguous and confusing. The Altria defendants reserve the right to request a more definite statement.

### THIRTY-FIRST DEFENSE

The Altria defendants are not liable because they did not omit or fail to state any material facts that were necessary in order to make any statement made by the Defendants not false or misleading and are not responsible (in law or in fact) for any alleged false or misleading statements or omissions of material fact made by others.

### THIRTY-SECOND DEFENSE

Plaintiffs' and any putative class members' claims are barred, in whole or in part, because the alleged misstatements are inactionable opinion statements or inactionable puffery that no reasonable investor would have relied upon.

### THIRTY-THIRD DEFENSE

Plaintiffs' and any putative class members' claims are barred, in whole or in part, because the Altria defendants disclosed certain information that Plaintiffs allege was omitted and the substance of the material information that Plaintiffs allege to have been misrepresented or omitted was in fact disclosed in public filings, or was publicly available or widely known to the investing community and/or otherwise known to Plaintiffs and any putative class members.

## THIRTY-FOURTH DEFENSE

The Altria defendants are not liable because they had no duty to disclose the allegedly omitted information and did not breach any other duties owed to Plaintiffs or any putative class members.

## THIRTY-FIFTH DEFENSE

The Altria defendants are not liable because they did not engage in acts, practices, or a course of business that operated as a fraud or deceit upon Plaintiffs in connection with Plaintiffs' purchases of Altria securities.

## THIRTY-SIXTH DEFENSE

The Altria defendants are not liable because the alleged misrepresentations and omissions in the Complaint did not affect the market price of Altria securities.

## THIRTY-SEVENTH DEFENSE

Plaintiffs and any putative class members lack standing to assert some or all of their claims.

## THIRTY-EIGHTH DEFENSE

Any claim by Plaintiffs and any putative class members for pre-judgment interest should be dismissed because the amount of damages (if any) was not readily ascertainable at the time Plaintiffs' lawsuit was commenced.

## THIRTY-NINTH DEFENSE

The Altria Defendants cannot be liable for their petitioning of the FDA or any other government entity under the *Noerr-Pennington* doctrine.

179

## FORTIETH DEFENSE

Plaintiffs have not suffered any loss, damage, or injury as a result of the conduct alleged in the Complaint.

## FORTY-FIRST DEFENSE

Plaintiffs and any putative class members are precluded from recovering attorneys' fees from the Altria defendants under applicable provisions of law.

## FORTY-SECOND DEFENSE

The Altria defendants adopt by reference any applicable defense pled by any other defendant not expressly set forth herein.

## RESERVATION OF DEFENSES

Additional facts may be revealed by future discovery that support additional defenses presently available to, but unknown to, the Altria defendants.  The Altria defendants therefore reserve the right to assert additional defenses, cross-claims, and third-party claims, not asserted herein, of which they may become aware through discovery or other investigation as may be appropriate.

WHEREFORE, the Altria defendants respectfully request entry of judgment granting the following relief:

(a) dismissing the Corrected Consolidated Class Action Complaint with prejudice and granting judgment in favor of the Altria defendants on all claims;

(b) awarding the costs of defending this action, including attorneys' fees, costs and disbursements; and

(c) granting such further relief as this Court may deem just and proper.

Dated:  April 16, 2021

Respectfully submitted,

By:  s/ Edward J. Fuhr
Edward J. Fuhr (VSB #28082)
Johnathon E. Schronce (VSB #80903)
HUNTON ANDREWS KURTH LLP
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: 804-788-8201
Facsimile: 804-788-8218
efuhr@hunton.com
jschronce@hunton.com

Stephen R. DiPrima (*admitted pro hac vice*)
WACHTELL LIPTON ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: 212-413-1382
Facsimile: 212-403-2382
srdiprima@wlrk.com

*Counsel for Defendant Altria Group, Inc.*

 s/ Rani Habash
Rani Habash (VSB No. 78541)
DECHERT LLP
1900 K Street NW
Washington, DC  20006
Telephone:  (202) 261-3300
rani.habash@dechert.com

and

Andrew J. Levander (*admitted pro hac vice*)
Jeffrey A. Brown (*admitted pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 698-3500
andrew.levander@dechert.com
jeffrey.brown@dechert.com

and

Melanie MacKay (*admitted pro hac vice*)
35 West Wacker Drive, Suite 3400
Chicago,  IL 60601

181

Telephone:  (312) 646-5800
melanie.mackay@dechert.com

*Counsel for Defendants Howard A. Willard III and William F. Gifford, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021, a true and correct copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

s/ Edward J. Fuhr
Edward J. Fuhr

183