UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GABBY KLEIN, DONALD SHERBONDY, SARAH SHERBONDY and CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALTRIA GROUP, INC., HOWARD A. WILLARD III, WILLIAM F. GIFFORD, JR., JUUL LABS, INC., ADAM BOWEN, JAMES MONSEES, KEVIN BURNS, and K.C. CROSTHWAITE,<br><br>Defendants. | Case No. 3:20-cv-00075-DJN |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1.   I am a member of the Bar of the State of New York, and I am admitted *pro hac vice* to appear before this Court in this action.

2.   I am the managing partner of the law firm of Pomerantz LLP ("Pomerantz"), counsel for Lead Plaintiffs Donald and Sarah Sherbondy.  I submit this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

3.   Attached hereto are true and correct copies of the following exhibits.

Exhibit A:   Expert Report of Zachary Nye, Ph.D., dated August 6, 2021.

Exhibit B:   Pomerantz LLP Firm Résumé.

Exhibit C:   Robbins Geller Rudman & Dowd LLP Firm Résumé.

Exhibit D:   Declaration of Donald Sherbondy In Support of Plaintiffs' Motion for Class Certification.

Exhibit E:   Declaration of Sarah Sherbondy In Support of Plaintiffs' Motion for Class Certification.

Exhibit F:   Declaration of Donald Willey on Behalf of Construction Laborers Pension Trust of Greater St. Louis In Support of Plaintiffs' Motion for Class Certification.

Exhibit G:   [Proposed] Order.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on August 6, 2021.

  /s/ Jeremy A. Lieberman  
Jeremy A. Lieberman

1