# EXHIBIT F

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | |
|---|---|
| GABBY KLEIN, DONALD SHERBONDY, SARAH SHERBONDY and CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALTRIA GROUP, INC., HOWARD A. WILLARD III, WILLIAM F. GIFFORD, JR., JUUL LABS, INC., ADAM BOWEN, JAMES MONSEES, KEVIN BURNS, and K.C. CROSTHWAITE,<br><br>Defendants. | Civil Action No. 3:20-cv-00075-DJN<br><br>CLASS ACTION<br><br>DECLARATION OF DONALD WILLEY ON BEHALF OF CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

I, Donald Willey, declare, under penalty of perjury as follows:

1.      I am Chairman of Construction Laborers Pension Trust of Greater St. Louis ("Construction Laborers"), which is serving as Lead Plaintiff in this litigation pursuant to the order of the Court.

2.      I understand that Construction Laborers is moving to be appointed as a class representative in this action, along with Donald and Sarah Sherbondy.

3.      I am aware that a class action lawsuit, like this one, is brought on behalf of not only Construction Laborers, but also all other shareholders that have been wronged in the same way during the Class Period.

4.      I understand that currently, the relevant class period in the Corrected Consolidated Class Action Complaint is December 20, 2018 to February 21, 2020. I also understand that based

on documents that Altria has produced, that the relevant class period may expand to October 25, 2018 to April 1, 2020 if the Court permits an amended complaint. The class would thus include all persons and entities other than Defendants that purchased Altria securities during the relevant class period approved by the Court.

5. I understand that this action is now in the discovery phase.

6. I have communicated with counsel throughout the course of this action.

7. I understand that a class representative is a representative party who acts on behalf of other class members in directing the litigation. I, on behalf of Construction Laborers, am willing to serve as a class representative, either individually or together, with Donald and Sarah Sherbondy.

8. I understand that a class representative oversees the litigation and ensures that counsel for plaintiffs prosecute the case vigorously and in the interest of all class members.

9. I, on behalf of Construction Laborers, will continue to work with counsel to oversee the litigation, and I have and will continue to monitor the litigation.

10. I understand that as a class representative on behalf of Construction Laborers, my duties may include consulting with counsel on proposed strategies and tactics during the course of the litigation, making recommendations as to whether or not to accept a particular settlement offer, and testifying at deposition and trial if called upon to do so.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of Aug. , 2021

Donald Willey, Chairman
Construction Laborers Pension Trust
of Greater St. Louis

SARAH N SCHWARTZ
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
COMMISSIONED FOR ST. LOUIS COUNTY
MY COMMISSION EXPIRES FEB. 26, 2025
ID #17395552

- 2 -