# Exhibit G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |
|---|---|
| GABBY KLEIN, DONALD SHERBONDY, SARAH SHERBONDY and CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALTRIA GROUP, INC., HOWARD A. WILLARD III, WILLIAM F. GIFFORD, JR., JUUL LABS, INC., ADAM BOWEN, JAMES MONSEES, KEVIN BURNS, and K.C. CROSTHWAITE,<br><br>Defendants. | Case No. 3:20-cv-00075-DJN |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

AND NOW, upon consideration of the Motion for Class Certification and Appointment of Class Representatives and Class Counsel filed by Lead Plaintiffs Donald and Sarah Sherbondy and Construction Laborers Pension Trust of Greater St. Louis, the responses thereto, and for other good cause known to the Court,

IT IS HEREBY ORDERED AND DECREED THAT:

1. The motion is hereby GRANTED. Pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3), the Court herby certifies a Class consisting of:

> All persons and entities who purchased or otherwise acquired Altria Group, Inc. ("Altria") securities between October 25, 2018 and April 1, 2020, both dates inclusive (the "Class Period"), excluding Defendants, current and former officers and directors of Altria and JLI, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest

2.    Lead Plaintiffs Donald Sherbondy, Sarah Sherbondy and Construction Laborers Pension Trust of Greater St. Louis have satisfied the requirements of Federal Rule of Civil Procedure 23(a) and are hereby appointed Class Representatives.

3.    Co-Lead Counsel Pomerantz LLP and Robbins Geller Rudman & Dowd LLP have satisfied the requirements of Federal Rule of Civil Procedure 23(g) and are hereby appointed Class Counsel.

IT IS SO ORDERED.

DATED: _____     _____
THE HONORABLE DAVID J. NOVAK.
UNITED STATES DISTRICT JUDGE