IN THE UNITED STATES DISRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

GABBY KLEIN, *et al.*,
Plaintiffs,

v.                                             Civil No. 3:20cv75 (DJN)

ALTRIA GROUP, INC. *et al.*,
Defendants.

## ORDER
### (Denying Motion to Seal; Permitting Renewed Motion)

This matter comes before the Court on Plaintiffs' Motion for Leave to File Under Seal

(ECF No. 214), moving the Court for an Order allowing Plaintiffs to file under seal their

Memorandum of Law in Support of their Motion for Leave to File Amended Consolidated Class

Action Complaint and the exhibits thereto (collectively, the "Sealed Materials"). In support of

their Motion, Plaintiffs claim that Defendants have designated information contained in the

Sealed Materials as "Confidential" or "Highly Confidential" under the Stipulated Protective

Order (ECF No. 199), but Plaintiffs offer no other justification for filing the Sealed Materials

under seal. However, Local Civil Rule 5(C) specifically states that "the designation of a

document or other material as confidential during discovery is not, by itself, sufficient

justification for allowing a document or other material to be filed under seal." Moreover, the

parties' Stipulated Protective Order provides that "a sealing order will issue only upon a request

establishing that the Protected Material at issue is privileged, protectable as a trade secret, or

otherwise entitled to protection under the law." (ECF No. 199 ¶ 43.) Accordingly, Plaintiffs'

Motion (ECF No. 214) is hereby DENIED WITHOUT PREJUDICE.

However, should Defendants, as the parties designating the information in the Sealed Materials as confidential, wish to have the Sealed Materials filed under seal, they may file a renewed motion to seal and supporting memorandum under Local Civil Rule 5(C) establishing that the information in the Sealed Materials is entitled to protection not later than August 20, 2021.[1]  Failure to file the required motion by that date will result in the Sealed Materials being filed on the public docket.  The Sealed Memorandum of Law in Support of Lead Plaintiffs' Motion for Leave to File First Amended Consolidated Class Action Complaint (ECF No. 218) shall remain under seal until the Court rules on Defendants' renewed motion, or if no such renewed motion is filed, the expiration of Defendants' deadline to file a renewed motion.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Dated:  August 12, 2021

---

[1]    Defendants shall file only one motion and supporting memorandum.  If the Sealed Materials contain information designated as confidential by multiple Defendants, then those designating Defendants shall jointly file a single motion and supporting memorandum.

2