**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

|  |  |
|---|---|
| GABBY KLEIN, DONALD SHERBONDY, SARAH SHERBONDY AND CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS, Individually and on Behalf of All Others Similarly Situated,<br><br>                 *Plaintiffs*,<br><br>     v.<br><br>ALTRIA GROUP, INC., HOWARD A. WILLARD III, WILLIAM F. GIFFORD, JR., JUUL LABS, INC., ADAM BOWEN, JAMES MONSEES, KEVIN BURNS, AND K.C. CROSTHWAITE,<br><br>                 *Defendants*. | 3:20-cv-00075-DJN |

**DECLARATION OF MATTHEW J. PETERS**

I, Matthew J. Peters, do declare and state as follows:

1.      I am an associate with the law firm of Latham & Watkins LLP, which has been retained by Kevin C. Crosthwaite in connection with this action.  I am a member in good standing of the United States District Court for the District of Columbia, and I am admitted *pro hac vice* to appear before this Court in this action.  ECF No. 95.  I submit this declaration in support of Mr. Crosthwaite's concurrently filed Opposition to Plaintiffs' Motion for Leave to File First Amended Consolidated Class Action Complaint.

2.      Attached as Exhibit 1 is a true and accurate copy of the letter dated October 25, 2018 from Howard A. Willard III to Scott Gottlieb, M.D. of the U.S. Food and Drug Administration.  The letter is quoted and cited in the Proposed First Amended Consolidated Class Action Complaint, ECF No. 218 ("Proposed Amended Complaint").  *See* Proposed Am. Compl. ¶¶ 407, 419, 465.

3.      Attached as <u>Exhibit 2</u> is a true and accurate copy of the Altria Group, Inc. Q3 2018 Earnings Conference Call transcript that is quoted, cited, and linked to in the Amended Complaint. *See* Proposed Am. Compl. ¶¶ 408 n. 188, 409, 466 n.260.

4.      Attached as <u>Exhibit 3</u> is a true and accurate copy of a letter dated May 26, 2021 from Jacob Miller of Wachtell, Lipton, Rosen & Katz to Michael J. Wernke of Pomerantz LLP and David A. Rosenfeld of Robbins Geller Rudman & Dowd LLP concerning a production of documents by Altria Group, Inc. in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  August 20, 2021

Matthew J. Peters.

2

## CERTIFICATE OF SERVICE

I certify that this 20th day of August 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ J. Christian Word
J. Christian Word (VSB #46008)