# EXHIBIT 3

## WACHTELL, LIPTON, ROSEN & KATZ

MARTIN LIPTON
HERBERT M. WACHTELL
THEODORE N. MIRVIS
EDWARD D. HERLIHY
DANIEL A. NEFF
ANDREW R. BROWNSTEIN
MARC WOLINSKY
STEVEN A. ROSENBLUM
JOHN F. SAVARESE
SCOTT K. CHARLES
JODI J. SCHWARTZ
ADAM O. EMMERICH
RALPH M. LEVENE
RICHARD G. MASON
DAVID M. SILK
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
JEFFREY M. WINTNER
TREVOR S. NORWITZ
BEN M. GERMANA
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG

STEVEN A. COHEN
DEBORAH L. PAUL
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER
MARK GORDON
JEANNEMARIE O'BRIEN
WAYNE M. CARLIN
STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
JOHN F. LYNCH
WILLIAM SAVITT
ERIC M. ROSOF
GREGORY E. OSTLING
DAVID B. ANDERS
ANDREA K. WAHLQUIST
ADAM J. SHAPIRO
NELSON O. FITTS
JOSHUA M. HOLMES
DAVID E. SHAPIRO

**51 WEST 52ND STREET**
**NEW YORK, N.Y. 10019-6150**

TELEPHONE: (212) 403-1000
FACSIMILE:  (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

MICHAEL H. BYOWITZ
KENNETH B. FORREST
SELWYN B. GOLDBERG
PETER C. HEIN
MEYER G. KOPLOW
JOSEPH D. LARSON
LAWRENCE S. MAKOW
DOUGLAS K. MAYER
PHILIP MINDLIN
DAVID S. NEILL
HAROLD S. NOVIKOFF
LAWRENCE B. PEDOWITZ

ERIC S. ROBINSON
PATRICIA A. ROBINSON*
ERIC M. ROTH
PAUL K. ROWE
DAVID A. SCHWARTZ
MICHAEL J. SEGAL
ELLIOTT V. STEIN
WARREN R. STERN
LEO E. STRINE, JR.**
PAUL VIZCARRONDO, JR.
PATRICIA A. VLAHAKIS
AMY R. WOLF

* ADMITTED IN THE DISTRICT OF COLUMBIA
** ADMITTED IN DELAWARE

COUNSEL

DAVID M. ADLERSTEIN
SUMITA AHUJA
AMANDA K. ALLEXON
LOUIS J. BARASH
FRANCO CASTELLI
ANDREW J.H. CHEUNG
PAMELA EHRENKRANZ
KATHRYN GETTLES-ATWA

ADAM M. GOGOLAK
NANCY B. GREENBAUM
MARK A. KOENIG
J. AUSTIN LYONS
ALICIA C. McCARTHY
NEIL M. SNYDER
S. CHRISTOPHER SZCZERBAN
JEFFREY A. WATIKER

DAMIAN G. DIDDEN
IAN BOCZKO
MATTHEW M. GUEST
DAVID E. KAHAN
DAVID K. LAM
BENJAMIN M. ROTH
JOSHUA A. FELTMAN
ELAINE P. GOLIN
EMIL A. KLEINHAUS
KARESSA L. CAIN
RONALD C. CHEN
GORDON S. MOODIE
DONGJU SONG
BRADLEY R. WILSON
GRAHAM W. MELI
GREGORY E. PESSIN
CARRIE M. REILLY
MARK F. VEBLEN
SARAH K. EDDY
VICTOR GOLDFELD
BRANDON C. PRICE
KEVIN S. SCHWARTZ
MICHAEL S. BENN

SABASTIAN V. NILES
ALISON ZIESKE PREISS
TIJANA J. DVORNIC
JENNA E. LEVINE
RYAN A. McLEOD
ANITHA REDDY
JOHN L. ROBINSON
JOHN R. SOBOLEWSKI
STEVEN WINTER
EMILY D. JOHNSON
JACOB A. KLING
RAAJ S. NARAYAN
VIKTOR SAPEZHNIKOV
MICHAEL J. SCHOBEL
ELINA TETELBAUM
ERICA E. BONNETT
LAUREN M. KOFKE
ZACHARY S. PODOLSKY
RACHEL B. REISBERG
MARK A. STAGLIANO
CYNTHIA FERNANDEZ
  LUMERMANN
CHRISTINA C. MA

Direct Dial: (212) 403-1125
Direct Fax: (212) 403-2125
E-Mail: JMiller@wlrk.com

May 26, 2021

**Via Email**

Michael J. Wernke
Pomerantz LLP
600 Third Avenue
New York, New York 10016

David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, New York 11747

> Re:    *Klein et. al.* v. *Altria Group et. al.*, No. 3:20-
>        cv-00075-DJN

Counsel,

Enclosed is the first production of documents by Altria Group, Inc. ("Altria") in the above-referenced action. The production includes: search protocols for identifying documents in Altria's productions to the FTC; Altria's responses and objections to plaintiffs'

WACHTELL, LIPTON, ROSEN & KATZ

Michael J. Wernke and David A. Rosenfeld
May 26, 2021
Page 2

requests for production in *In Re: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation*, No. 19-md-02913 (N.D. Cal.) (the "MDL"); Altria's responses and objections to plaintiffs' interrogatories in the MDL; search protocols employed for identifying documents in Altria's productions in the MDL; document requests, subpoenas, and cover letters for Altria's productions to the SEC; and search protocols employed for identifying documents in Altria's production to the SEC.

The production is being made pursuant to the Stipulated Protective Order entered by the Court on May 14, 2021 (the "Protective Order"), the Stipulated Electronic Discovery Order entered by the Court on May 14, 2021, and the Altria Defendants' Responses and Objections to the Lead Plaintiffs' First Request for Production of Documents to Defendants Altria Group, Inc., Howard A. Willard, III, William Gifford, and K.C. Crosthwaite, served on May 3, 2021. All documents pertaining to the MDL production are designated as "Highly Confidential," and all documents pertaining to the SEC investigation and production are designated as "Highly Confidential – Outside Counsel Only," and should be treated as such pursuant to the terms of the Protective Order. Consistent with the terms of the Protective Order, we reserve the right to designate or re-designate documents in the future.

Altria reserves all rights and waives none. In particular, this production does not waive any privilege or other objections, rights, or defenses that may be applicable, and to the extent that any inadvertent production of documents or information is made, Altria reserves the right to obtain the return of such information and prohibit its use in any matter.

Enclosed with this letter are credentials for accessing the production via FTP. If you have issues accessing the production, please let me know.

Sincerely,

Jacob Miller, Esq.

Enclosure