IN THE UNITED STATES DISRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

GABBY KLEIN, *et al.*,
            Plaintiffs,

v.                                                                    Civil No. 3:20cv75 (DJN)

ALTRIA GROUP, INC. *et al.*,
            Defendants.

### **ORDER**
**(Granting Joint Motion to Amend Scheduling Order)**

This matter comes before the Court on Plaintiffs' and Defendant K.C. Crosthwaite's Joint Motion to Amend Scheduling Order as to K.C. Crosthwaite (ECF No. 257), moving the Court for an extension of time for Plaintiffs to take the deposition of Defendant Crosthwaite and for Defendant Crosthwaite to file his motion for summary judgment.  For good cause shown, the Court hereby GRANTS the parties' Motion (ECF No. 257) and hereby AMENDS the Court's Scheduling Order (ECF No. 194) relating to Defendant Crosthwaite's Summary Judgment Motion (¶¶ 24-27) as follows:

1.  Not later than October 22, 2021, Plaintiffs shall take the deposition of Defendant Crosthwaite;

2.  Not later than November 2, 2021, Defendant Crosthwaite shall file his motion for summary judgment;

3.  Not later than December 3, 2021, Plaintiffs shall file their opposition to Defendant Crosthwaite's motion for summary judgment; and

4.  Not later than December 17, 2021, Defendant Crosthwaite shall file his reply in support of his motion for summary judgment.

All other deadlines in the Court's Scheduling Order (ECF No. 194) remain in place.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Dated: August 30, 2021

2