UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GABBY KLEIN et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALTRIA GROUP, INC. et al.,<br><br>Defendants. | Civil Action No. 3:20-cv-00075-DJN<br><br>CLASS ACTION |

**DECLARATION OF JESSICA M. ROLL IN SUPPORT OF
DEFENDANTS JUUL LABS, INC., ADAM BOWEN,
JAMES MONSEES, AND KEVIN BURNS'S JOINDER AND
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Jessica M. Roll, declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am an attorney admitted to appear *pro hac vice* before this Court and an associate at the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendant Juul Labs, Inc. in this action.

2.     I respectfully submit this declaration in support of Defendants Juul Labs, Inc., Adam Bowen, James Monsees, and Kevin Burns's Joinder and Opposition to Plaintiffs' Motion for Class Certification.

3.     Attached hereto as Exhibit A is a true and correct copy of an excerpt of the transcript of the August 31, 2021 deposition of Dr. Zachary Nye.

4.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of an excerpt of the transcript of the August 19, 2021 deposition of Jennifer Johnsrud, corporate representative of D.L. Carlson Investment Group, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2021 at New York, New York.

_Jessica Roll_
Jessica M. Roll

2