# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division
-----------------------------------------------
GABBY KLEIN, DONALD SHERBONDY, SARAH SHERBONDY,
and CONSTRUCTION LABORERS PENSION TRUST OF
GREATER ST. LOUIS, Individually and on Behalf
of All Others Similarly Situated,
                Plaintiffs,
v.
ALTRIA GROUP, INC., HOWARD A. WILLARD III,
WILLIAM F. GIFFORD, JR., JUUL LABS, INC.,
ADAM BOWEN, JAMES MONSEES, KEVIN BURNS, and
K.C. CROSTHWAITE,
                Defendants.

Civil Action No:  3:20-cv-00075-DJN
CONSOLIDATED CLASS ACTION
-----------------------------------------------

REMOTE VIDEO DEPOSITION OF
Jennifer Johnsrud, as a Corporate
Representative of D.L. Carlson
Investment Group, Inc.
August 19, 2021
Lead: Jacob Miller, Esquire
Firm: Wachtell Lipton Rosen & Katz


FINAL COPY
JANE ROSE REPORTING 1-800-825-3341

US District Court - Virginia                 FINAL - August 19, 2021
Klein v. Altria Group                        Jennifer Johnsrud, 30(b)(6)

Page 78

the email.

A    Yes, I would say I thought that at the time.

Q    And so did you think that if people were switching from combustible cigarettes to e-cigarettes, regulation in the e-vapor industry might mean that fewer people would switch from combustible cigarettes to e-cigarettes?

A    I didn't really have that complicated of a thought. It just occurred to me that there wasn't the same level of regulation between Marlboro and an e-cigarette product.

Q    Do you see there's a link to a CNBC article in here?

A    I do.

Q    So if you'd turn to the next tab in your binder, which is Tab 16.

A    Mm-hmm.

MR. MILLER:  We're going to mark as Exhibit 14 a CNBC article titled "FDA seizes 'more than a thousand pages' of documents in surprise inspection of e-cigarette maker Juul."  And the date of this is October 2nd, 2018.

-----

(Johnsrud Exhibit 14 was marked for

JANE ROSE REPORTING                 National Court-Reporting Coverage
1-800-825-3341                      janerose@janerosereporting.com

US District Court - Virginia
Klein v. Altria Group

FINAL - August 19, 2021
Jennifer Johnsrud, 30(b)(6)

Page 79

identification.)

                    -----

THE WITNESS:  Mm-hmm.

BY MR. MILLER:

Q    Do you recall seeing this article at the time?

A    No.  Because I wasn't following JUUL as a company.  It was a private company at the time.

Q    Can you just take a point and read the two key points at the top of the article, just where it says:  "Key Points."

A    Hold on.  Where it "Key Points"?

Q    Yeah.  At the top of Tab 16, there's about -- under the blue line, it says:  "Key Points," and then -- then there's two things above a picture of somebody using a JUUL e-cigarette.

Do you see that?

A    Yes, I see the picture.  Okay.  Sorry.  Sorry.  Sorry.  Yeah.

Yes, I see that.

Q    Do you know if by October 2018, the date of this CNBC article, you would have been aware that, as this article says, the e-cigarette was a phenomenon among teens?

A    I mean, I didn't -- excuse me.  I didn't

US District Court - Virginia
Klein v. Altria Group

FINAL - August 19, 2021
Jennifer Johnsrud, 30(b)(6)

Page 80

see this article.  And so is your question about what did I think or what did I know in October?  Could you just clarify that?

Q    Sure.  So this article says that JUUL was a phenomenon among teens, and I -- I know you didn't see the article, but my question is just whether if by the date of this article you think you would have been aware that the e-cigarette -- the JUUL e-cigarette was a phenomenon among teens.

A    I don't know if I'd use the word "phenomenon," but I would say, yes, I was probably aware JUUL had some teenage users.

Q    Okay.  Could you turn to Tab 18 of the binder?

A    Sure.

Q    And we're skipping yet another one.

MR. MILLER:  This is going to be Exhibit 15.

                -----

            (Johnsrud Exhibit 15 was marked for identification.)

                -----

MR. MILLER:  And for the record, it's a document with the Bates No. DLCARLSON03138.

THE WITNESS:  Mm-hmm.

US District Court - Virginia
Klein v. Altria Group

FINAL - August 19, 2021
Jennifer Johnsrud, 30(b)(6)

Page 94

criticism that its marketing attracted underage users?

MS. BOARDMAN:  Objection.  Speculation.

THE WITNESS:  I believe by November, youth usage of the vaping products was certainly on my mind.  Did I take that to be JUUL specifically?  I'm not sure, but I was certainly more aware in November than I was in April.

BY MR. MILLER:

Q    And why -- why in November 2018 was usage of -- youth usage of vaping products on your mind? Do you know?

A    I don't know specifically.  It was probably more social and personal than it was news related.

Q    And could -- could you elaborate on what in your social and personal experience put youth usage of vaping products in your mind in November of 2018?

A    Sure.

It had just been a topic of conversation among my girlfriends about, "Hey, what's going on with this vaping?  Does your kid vape?"  And we --

Q    Was it some --

A    Sorry.

Q    No.  I'm sorry.  I should never cut you off.  You're the most important person here today.

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

US District Court - Virginia
Klein v. Altria Group

FINAL - August 19, 2021
Jennifer Johnsrud, 30(b)(6)

Page 95

A    So that was really -- that was it.

Q    Was it something you talked about pretty frequently with -- with your friends, youth vaping?

A    No.

Q    But it was fair to say it was an occasional topic of conversation by this point, November of 2018?

A    I would say it was a rare topic.  Our kids weren't vaping.  So no need to talk about it.

Q    What -- what made you raise it with your friends in the first place?

MS. BOARDMAN:  Objection to form. Misstates facts.

THE WITNESS:  I don't remember specifically, but something must have come up with one of their kids and we talked about it.

BY MR. MILLER:

Q    So looking back at this Wall Street Journal article that's in front of you --

A    Uh-huh.

Q    -- can you go to the next page, at the very bottom of the page, there's two lines that start "a big number."

Do you see that?

A    Yeah, I do.

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

US District Court - Virginia                     FINAL - August 19, 2021
Klein v. Altria Group                      Jennifer Johnsrud, 30(b)(6)

Page 200

Q    Adam Bowen, B-O-W-E-N?

A    No.  No.

Q    Did you review any statements by Adam Bowen
in deciding whether to invest in Altria securities
on behalf of Construction Laborers?

A    I don't know who Adam Bowen is.

Q    Do you know who James Monsees is?  That's
M-O-N-S-E-E-S.

A    Not that I know of, no.

Q    Did you review any statements made by James
Monsees in deciding whether to invest in Altria
securities on behalf of Construction Laborers?

A    No.

Q    Do you know who Kevin Burns is?

A    Former CEO of JUUL's -- of JUUL.

Q    Did -- did you know that he held that
position at the time that you decided to invest in
Altria securities on behalf of Construction
Laborers?

A    Yes.

Q    Did you review any statements made by Kevin
Burns in deciding whether to invest in Altria
securities on behalf of Construction Laborers?

A    The only statements of his I would have
read would have been in a press release.

US District Court - Virginia                    FINAL - August 19, 2021
Klein v. Altria Group                    Jennifer Johnsrud, 30(b)(6)

Page 201

Q    Do you recall what press release?

A    I would -- my guess would be if he made comments in the joint press release, that would be where I would have read it.

Q    Do you remember what that statement said?

A    No, not off the top of my head.

Q    Do you recall if that statement influenced your decision to invest in Altria securities on behalf of Construction Laborers?

MS. BOARDMAN:  Objection to foundation.

THE WITNESS:  Could you ask that again?

BY MR. GERBER:

Q    Do you recall if that statement influenced your decision to invest in Altria securities on behalf of Construction Laborers?

MS. BOARDMAN:  Same objection.

THE WITNESS:  I would say that if there was a statement by him in the joint releases or something in conjunction with Altria, if he had said something, it would influence my decision, yes.

BY MR. GERBER:

Q    Do you specifically recall it influencing your investment decision?

A    No.  So that would mean I didn't read anything negative.  Because if he'd said something

US District Court - Virginia
Klein v. Altria Group

FINAL - August 19, 2021
Jennifer Johnsrud, 30(b)(6)

Page 202

very negative, that would have caught my attention.

Q    Have you ever reviewed any press releases issued by JUUL?

A    By JUUL?  No.

Q    Have you ever reviewed any earnings results issued by JUUL?

A    I weren't aware any were issued because they're a private company.

Q    So you haven't reviewed any?

A    I have seen estimates -- let me find it.  I think it was in a Piper Sandler report about -- yeah, I have.  I think you guys already have this, the Piper Sandler note, January 30th.  I have seen retail sales dropping pretty substantially the last, looks like, four months of 2019, and also pretty big drops in terms of retail sales during the same time.

So, I mean, that -- that came out from Piper Sandler, so I don't know if that came from -- directly from JUUL or from Altria.

Q    To your knowledge, have you reviewed any earnings results that you know were issued directly by JUUL?

A    I don't know of any earnings results released by JUUL.

Q    Have you ever reviewed any presentations

US District Court - Virginia
Klein v. Altria Group

FINAL - August 19, 2021
Jennifer Johnsrud, 30(b)(6)

Page 203

made by JUUL at analyst conferences?

A    No.

Q    Have you ever reviewed any interviews with JUUL in the media?

A    No.

Q    Have you ever reviewed any Congressional testimony by JUUL?

A    God, no.

Q    Did you review any public statements issued by JUUL in deciding whether to invest in Altria securities on behalf of Construction Laborers?

A    Issued directly from JUUL or jointly with Altria?

Q    Directly from JUUL.

A    No.

MR. GERBER:  I don't have any further questions.  Thank you.

THE WITNESS:  Sure.

EXAMINATION BY COUNSEL FOR CO-LEAD PLAINTIFF
CONSTRUCTION LABORERS PENSION TRUST OF GREATER
ST. LOUIS

BY MS. BOARDMAN:

Q    Good afternoon, Ms. Johnsrud.  My name is Erin Boardman.  I'm with the law firm of Robbins Geller Rudman & Dowd, which you have now heard of.

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com