**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

GABBY KLEIN, DONALD SHERBONDY, AND
CONSTRUCTION LABORERS PENSION TRUST OF
GREATER ST. LOUIS, *Individually and on Behalf
of All Others Similarly Situated*,

                              *Plaintiff*,

                v.

ALTRIA GROUP, INC., HOWARD A. WILLARD III,
and WILLIAM F. GIFFORD, JUUL LABS, INC.,
ADAM BOWEN, JAMES MONSEES, KEVIN
BURNS, AND K.C. CROSWAITE,

                              *Defendants*.

Case No.: 3:20-cv-00075-DJN

**DECLARATION OF EDWARD J. FUHR**
**IN SUPPORT OF THE ALTRIA DEFENDANTS' OPPOSITION**
**TO LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Pursuant to 28 U.S.C. § 1746, I, Edward J. Fuhr, declare as follows:

1.      I am an attorney at the law firm Hunton Andrews Kurth LLP, attorneys for

defendant Altria Group, Inc. in this matter.

2.      I respectfully submit this declaration in support of the Altria Defendants'

Opposition to Lead Plaintiffs' Motion for Class Certification, and to provide the Court with

certain documents referred to in the Altria defendants' memorandum of law in opposition to that

motion.

3.      Submitted herewith are true and correct copies of the following:

**Exhibit**                                   **Description**

**1.**      Expert Report of Douglas J. Skinner, PhD and accompanying exhibits, dated

        September 17, 2021.

2.      Wells Fargo, *Further Thoughts on FDA Announcement*, dated July 30, 2017, bearing Bates number ALGEDVA0001899728.

3.      FDA Press Release, *FDA Announces Comprehensive Regulatory Plan to Shift Trajectory of Tobacco-Related Disease, Death*, dated July 28, 2017, bearing Bates number ALGEDVA0003893774.

4.      Morgan Stanley, *Cigarettes Feel a Drag as Smokers "Pass the JUUL"*, dated November 1, 2018, bearing Bates number ALGEDVA0006782338.

5.      Press Release by U.S. Senator Dick Durbin of Illinois, *Durbin & Senators Press JUUL Labs, Inc. For Answers On Marketing Addictive E-Cigarette Vaping Product to Teens, Urge FDA To Take Swift Action*, dated April 18, 2018, bearing Bates number ALGEDVA0000128312.

6.      FDA, *Statement from FDA Commissioner Scott Gottlieb, M.D., on New Enforcement Actions and a Youth Tobacco Prevention Plan to Stop Youth Use of, and Access to, JUUL and other E-Cigarettes*, dated April 23, 2018.

7.      Complaint, *Colgate* v. *JUUL Labs Inc*., Case No. 3:18-cv-02499-WHO (N.D. Cal.), dated April 26, 2018.

8.      *Statement from FDA Commissioner Scott Gottlieb, M.D., on New Steps to Address Epidemic of Youth E-Cigarette Use*, dated September 11, 2018, bearing Bates number ALGEDVA0000193522.

9.      Letter from FDA Commissioner Scott Gottlieb to Howard A. Willard, dated September 12, 2018, bearing Bates number ALGEDVA0000384615.

2

10.   Jennifer Maloney, *FDA Conducted Surprise Inspection of Juul's Headquarters; Health Officials Say the Visit Was Part of Their Efforts to Combat Surging Youth Use of E-Cigarettes*, WALL STREET JOURNAL, dated October 2, 2018.

11.   Kate Zemile, *'I Can't Stop': Schools Struggle with Vaping Explosion*, THE NEW YORK TIMES, dated April 2, 2018.

12.   Ben Tobin, *FDA Targets E-Cigarettes Like JUUL as Teachers Fear 'Epidemic' Use by Students*, USA TODAY, dated August 16, 2018.

13.   Deanna Paul, *E-Cigarette Maker Juul Targeted Teens with False Claims of Safety, Lawsuit Says*, THE WASHINGTON POST, dated July 30, 2018.

14.   Matt Richtel & Sheila Kaplan, *Investigators Ask if Vaping Ads Tried to Hook Teenagers for Life*, THE NEW YORK TIMES, dated August 27, 2018.

15.   Bank of America Merrill Lynch, *Altria Group: Multiple Contraction Overdone; Reiterate Buy Rating*, dated November 27, 2018, bearing Bates number ALGEDVA0001533256.

16.   Goldman Sachs, *Altria Group (MO): Initial Thoughts on News Reports of a Potential Tie-up with JUUL*, dated November 29, 2018, bearing Bates number ALGEDVA0000834327.

17.   AllianceBernstein, *Juul: A Jewel in Altria's Crown?*, dated November 29, 2018, bearing Bates number ALGEDVA0004077718.

18.   Altria Group. Inc., Form 8-K, Ex. 99.1, dated December 20, 2018 [excerpt].

19.   Altria Investor Conference Call Transcript, dated December 20, 2018, bearing Bates number ALGEDVA0000166778.

20.    Altria Group, Inc., Form 10-K, dated February 12, 2019 [excerpt].

21.    Stifel, *Can't Beat'em, Join'em – Altria Acquiring 35% of JUUL*, dated December 20, 2018, bearing Bates number ALGEDVA0001535174

22.    Height Securities, *Beyond the Obvious: Pros and Cons of the Altria-JUUL Labs Deal*, dated December 20, 2018, bearing Bates number ALGEDVA0004077970.

23.    Transcript, Deposition of Lead Plaintiff Donald Sherbondy, dated August 17, 2021 [excerpt].

24.    Donald Sherbondy Deposition Exhibit No. 1 ("Joint Declaration in Support of Motion of Donald Sherbondy and Sarah Sherbondy for Appointment as Lead Plaintiffs and Approval of Selection of Counsel, dated December 16, 2019")

25.    Transcript, Deposition of Lead Plaintiff Sarah Sherbondy, dated August 19, 2021 [excerpt].

26.    Transcript, 30(b)(6) Deposition of Lead Plaintiff Construction Laborers Pension Trust of Greater St. Louis, through Donald Willey, dated August 13, 2021 [excerpt].

27.    Transcript, 30(b)(6) Deposition of D.L. Carlson, through Jennifer Johnsrud, dated August 19, 2021 [excerpt].

28.    Jennifer Johnsrud Deposition Exhibit No. 23 (Altria Press Release, *Altria Makes $12.8 Billion Minority Investment in JUUL to Accelerate Harm Reduction and Drive Growth, dated December 20, 2018*, with Handwritten Note of Jennifer Johnsrud, bearing Bates number DLCARLSON03141).

29.    Jamie Ducharme, *The Vaping-Related Lung Disease Outbreak May Be Coming to an End*, TIME, dated December 20, 2019.

30.    Transcript, Deposition of Zachary Nye, Ph.D., dated August 31, 2021 [excerpt].

31.    Juliet Chung & Jennifer Maloney, *Tiger Global Cuts Juul's Valuation to $19 Billion*, WALL STREET JOURNAL, dated December 19, 2019.

32.    Altria Group, Inc., Form 10-Q, dated October 31, 2019 [excerpt].

33.    Zachary Nye Deposition Exhibit No. 14 (Redline Comparison of Nye Expert Report Sections from *Klein* v. *Altria Group, Inc.*, Case No. 3:20-cv-00075-DJN (E.D. Va. Aug. 6, 2021), ECF No. 222-1 against *In Re Terravia Holdings, Inc., Securities Litigation*, Case No. 3:16-cv-06633-JD (N.D. Cal. May 12, 2020), ECF No. 90-1)

34.    FDA, *Statement from FDA Commissioner Scott Gottlieb, M.D. and Principal Deputy Commissioner Amy Abernethy M.D., Ph.D., on FDA's Ongoing Scientific Investigation of Potential Safety Issues Related to Seizures Reported Following E-Cigarette Use, Particularly in Youth and Young Adults*, dated April 3, 2019.

35.    Sheila Kaplan, *F.D.A. Accuses Juul and Altria of Backing off Plan to Stop Youth Vaping*, THE NEW YORK TIMES, dated January 4, 2019.

36.    Martina Barash, *Juul and Altria Accused of Marketing Conspiracy in New Suit*, BLOOMBERG, dated April 15, 2019.

37.    Sheila Kaplan, *Juul Targeted Schools and Youth Camps, House Panel on Vaping Claims*, THE NEW YORK TIMES, dated July 25, 2019.

*    *    *

5

4.    In addition, submitted herewith is a copy of the following:

| Exhibit | Description |
|---|---|
| **38.** | Attorney-created demonstrative exhibit entitled "Selected Adverse News Stories About JUUL in 2019," which provides the date, headline, and byline of selected news stories about JUUL that appeared in the year 2019, accompanied by relevant excerpts from the news stories and notations regarding the statistical significance of any price declines on that date under the event studies performed by Professor Skinner and Dr. Nye. |

\*                    \*                    \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed On:  September 17, 2021

/s/ Edward J. Fuhr
Edward J. Fuhr

6