# ALTRIA'S EXHIBIT 2

July 30, 2017 | Equity Research



## Further Thoughts On FDA Announcement

### FDA & Industry Align On "Smoke-Free Future"

*Tobacco*

- **FDA & Tobacco Industry Are Aligned on "Continuum of Risk" Approach –** What should have been a quiet Friday morning in July turned into an incredibly busy day given the FDA's unexpected announcement of a new and comprehensive approach towards nicotine with the goal of "rendering cigarettes minimally or non-addictive" while taking a "continuum of risk" approach that should encourage innovation in reduced-risk products (RRPs). We spent the day fielding numerous calls from investors trying to make sense of the potential implications of the new regulatory framework on the industry and tobacco stocks. After digesting the turn of events, it seems clear that uncertainty is back and, with that, some level of overhang on valuations in the n.t. However, <u>we ultimately believe this could prove to be a positive for big tobacco, especially MO</u> since we think: **(1)** its terminal value is now higher as it benefits from consumption shifting to RRPs/iQOS; and **(2)** the probability that PM acquires MO remains high and timing could be soon given the multiple spread between the two is the widest it's been in over 6 years. Therefore, <u>we reiterate our Outperform rating on PM & MO and encourage l.t. investors to buy the dip in MO</u> since we think the sell-off in the stock is overdone.

- **Additional Thoughts and Observations** - **(1)** <u>We continue to believe PM will acquire MO</u> as reported by Reuters without mgmt comment since we believe MO will ultimately be a big beneficiary of these regulatory changes as conversion increases to RRPs/iQOS and MO takes incremental share at a faster rate.  Based on our scenario analysis, <u>we think MO could be worth closer to $90/shr</u> (vs $80/shr prior) as conversion to iQOS increases to 50% of industry vol. by 2025 (vs 34% prior).  **(2)** <u>Proposed changes by the FDA must be science based and consider unintended consequences</u> – i.e. nicotine levels in cigs can't be eliminated or reduced dramatically since a black-market would result. Further, the FDA needs to consider that by reducing the levels of nicotine in cigarettes, it may actually cause smokers to smoke more. As such, we realistically don't see major changes to nicotine levels with any change likely to be very moderate over an extended period of time. Importantly, we expect the FDA will encourage continued RRP innovation with the goal of increasing adoption of these products – a huge positive for MO/PM given iQOS. **(3)** We believe <u>the FDA's decision to embrace "continuum of risk" (as opposed to abstinence) as the cornerstone of its approach is a l.t. positive for the tobacco industry</u> as it should increase conversion towards RRPs, which gives MO/PM a competitive advantage given their first mover advantage & superior technology with iQOS. **(4)** <u>The level of uncertainty has most decidedly increased</u> and while we see limited downside risk in MO's stock, there is some risk the stock trades sideways n.t. **(5)** <u>Any proposal by the FDA will likely take many months, if not years</u>, so there will be no impact on the industry for quite some time but it could mean the uncertainty and lack of visibility will persist. **(6)** We believe <u>the industry in some respects has been ahead of the FDA with its efforts to reduce risk</u> especially given PM's publicly stated goal to "design a smoke-free future" with iQOS.  **(7)** We believe it's <u>more likely that the FDA approves PM's application to commercialize iQOS</u> in the U.S. as well as its modified risk application.

**Bonnie Herzog**
Senior Analyst|212-214-5051
bonnie.herzog@wellsfargo.com
**Patty Kanada, CFA**
Associate Analyst|212-214-5029
patty.kanada@wellsfargo.com
**Adam Scott**
Associate Analyst|212-214-8064
adam.scott@wellsfargo.com

**Please see page 5 for rating definitions, important disclosures and required analyst certifications. All estimates/forecasts are as of 07/30/17 unless otherwise stated. 07/30/17 23:44:13 ET**

Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports.  As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.



**HIGHLY CONFIDENTIAL**

ALGEDVA0001899728

## Further Thoughts & Observations

While many questions remain as to timing and implementation, we think the FDA's decision to embrace "continuum of risk" (as opposed to abstinence) as a cornerstone of its new and comprehensive nicotine regulatory approach is a <u>long-term positive for the tobacco industry given the attractive economics of reduced-risk products (RRPs)</u>, e.g., greater consumption & profits as: **(1)** consumers presumably live longer given products' reduced-risk profiles; **(2)** consumers use RRP products more frequently because they are deemed less harmful; **(3)** RRPs receive potential favorable tax treatment given reduced-risk profile; and **(4)** restrictions are potentially lifted for RRPs on "smoking" in previously forbidden places, such as restaurants/parks/public spaces. In sum, we reiterate that we think the FDA's new regulatory strategy could <u>hasten the industry's pivot</u> toward a "smoke-free future" (as envisioned by PM), but also likely exacerbate the secular decline of combustible cig volumes. As such, <u>we expect tobacco stock valuations to remain broadly under pressure</u> over the n.t. given the lack of visibility on timing/implementation of the new regulation. <u>Friday's market reaction however, particularly on MO in our view, is overdone</u> as MO will not only enjoy first-mover advantage with iQOS once commercialized (a late 2017/early 2018 event, in our view), but it becomes a <u>more attractive takeover candidate</u> to PM with the added pressure (from the FDA now) for consumers to shift consumption away from combustibles (and to iQOS).

**Bad for Combustibles, But A Very Big Positive For RRP/Vapor Innovation –** While Commissioner Gottlieb stated that the FDA's intention is to go after nicotine in order to "render cigarettes minimally or non-addictive," our view is that <u>the FDA won't end up completely barring nicotine in cigarettes (as legally mandated by Congress)</u>, nor will its action (whether to reduce or eliminate) be immediately enforced (we think it could take <u>possibly 5-10 years</u>). There are real unintended consequences that the FDA seeks to avoid including increasing black market or do-it-yourself (DIY) activity. Regardless, any level of nicotine reduction would likely negatively impact combustible volumes, offset however, by stronger consumption of RRPs/vapor, in our opinion, as we expect <u>the FDA's new regulation will encourage consumers to shift more rapidly to RRPs/vapor</u> which are not subject to lower nicotine mandates and are on the end of the continuum of risk that is favored by the FDA. To that end, it is heartening to hear that the <u>FDA intends to extend the industry deadline for submitting deeming reg applications</u> for newly regulated tobacco products that have been on the market as of Aug 8, 2016. For newly regulated combustible products (cigars, pipe tobacco and hookah tobacco), the new deadline is **Aug 8, 2021**. For newly regulated non-combustible products (e-cigs or ENDS), the new deadline is **Aug 8, 2022**.

**Implications for PM/MO** - We see the FDA's new nicotine strategy as a <u>net positive for PM and improving the chances of a PM/MO combo</u> (at least a 70% probability) as: **(1)** the price tag on MO has come down significantly and the multiple spread between the two is the widest it's been in over 6 years (see charts below); **(2)** the FDA's new regulatory framework if implemented, suggests a more rapid shift in consumption away from combustible cigs toward RRPs and iQOS; and **(3)** stronger demand for iQOS suggests MO is now worth more. Based on our scenario analysis, <u>we think MO could be worth closer to $90/share</u> (vs $80/share prior – note our price target is $80) as conversion to iQOS increases to 50% of industry volume by 2025 (vs 34% prior). Therefore, we continue to believe PM would be interested in acquiring MO for a number of reasons including to capture the full margin of iQOS. Also, contrary to some views, we don't think a harsher combustible cig environment in the U.S. would change PM's view of the merits of an acquisition as PM has already formally stated its intention to pivot its business toward RRPs in concert with a broader desire to establish a "smoke free future." We would argue that the FDA's embrace of a "continuum of risk" strategy is in-line with PM's (and the industry's) broader shift toward reduced-risk products (RRPs). In this sense, the FDA is in fact following to some extent, not leading, on this strategy of greater harm reduction and improved global public health. <u>Therefore, with MO's (MO, 1, $66.94) stock having lost nearly 10% of its market value on 7/28 or $13.6B (versus S&P 500 down minimally), we see another window of opportunity for PM (PM, 1, $118.51) to step in at a more attractive acquisition price</u>.

HIGHLY CONFIDENTIAL

ALGEDVA0001899729

Further Thoughts On FDA Announcement                                    Equity Research



**Source**: FactSet; Wells Fargo Securities, LLC

**Some Obvious (& Not So Obvious) Bigger Questions – (1) iQOS/RRP capacity needs** – While we continue to expect the FDA to ultimately approve PM/MO's premarket tobacco product application (PMTA) to commercialize iQOS in the U.S. (we think as early as late this year/early 2018), the FDA's new mission suggests potentially higher/faster adoption rates for iQOS once in market, which would potentially require higher levels of HeatStick/device inventory than originally planned. The potential concern is PM's ability to adequately supply the U.S. market given its ongoing capacity constraints abroad (to measurably ease starting in this Q3). While under the current agreement all iQOS manufacturing will take place abroad at PM's facilities and be imported into the U.S for sale, we think strong demand for RRPs and iQOS in particular would necessitate establishing a U.S. manufacturing facility which most certainly could be done. **(2) Litigation risk** – Broadly we believe it is unlikely the industry will seek to fight the FDA on its nicotine reduction efforts unless the FDA were to seek quick execution of its vision (unlikely it would be fully implemented earlier than 5-10 years, in our view). In terms of the FDA's approach towards menthol, this could be another story in our view. As we've written in our July 14 note, Menthol Bans – The Domino Hasn't Fallen, a ban at the federal level of menthol cigarettes would put unwanted pressure on cigarette industry volumes given that menthol makes up ~35% of total U.S. cigarette shipment volume. While the FDA has so far only said it would "seek public comment" on the matter, full implementation of a federal menthol ban combined with reduced levels of nicotine would make the risk incrementally less manageable in our view for tobacco manufacturers. But again, as the FDA seeks to avoid "unintended consequences" we continue to place a very low probability on an outright federal ban of menthol. For years we've believed the realistic worst case scenario is that the FDA could recommend that the levels of menthol in cigarettes be reduced over a number of years. **(3) Valuation pressure** – How far could valuations fall and how long could the pressure last? Taking Lorillard's experience in 2013, when the stock lost roughly 10% of its valuation around the time the FDA issued its preliminary finding on menthol (which was subsequently shelved by a U.S. District Judge on a conflict of interest ruling), we think the downside for MO is largely priced in (see valuation charts below).

During this period of time, LO traded at a forward P/E multiple range of 12.6-13.3x, an 8-19% discount relative to the Staples sector. MO is currently trading at a forward P/E multiple of 18.8x, a 3% discount to the staples sector which compares to its 6-month historical relative premium to the staples sector of 5%. Therefore, in considering the potential downside risk to MO vs how Lorillard traded on a relative basis at the highest multiple implies a $64/share valuation for MO. Therefore, on a relative risk basis we think most of the downside risk is already priced in and the sell-off is overdone given the opportunities MO has with iQOS. In our minds, the biggest risk is that the stock could be range bound near-term but long-term investors can get paid to wait given MO's attractive dividend yield of 3.7%.

HIGHLY CONFIDENTIAL

ALGEDVA0001899730

Tobacco                                                                                    Equity Research



**Source**: FactSet; Wells Fargo Securities, LLC

*Note that **Mitch Zeller, Director of the FDA's Center for Tobacco Products** will be speaking at a NATO event that we will be presenting at on August 23 in Colorado. Please let us know if you are interested in details, which we would be happy to forward.

## Rating Basis Information:

MO Thesis: We believe Altria is achieving a better balance between stabilizing Marlboro market share and growing profitably. We see further upside from strong pricing trends and potential of vapor/iQOS that isn't currently reflected in the stock.

PM Thesis: We expect PM to outperform over the long term given: (1) iQOS, (2) a re-invigorated Marlboro brand franchise, (3) an industry-leading, diverse brand portfolio, and (4) an improving ROIC & economic profit.  PM has emerged in a class of its own and we believe it is poised for further growth.

## Price Target Information:

MO Basis and Risks: Our price target of $80 is based on a 14.5x forward EV/EBITDA multiple and a 22.5x forward P/E multiple-both premiums to historical averages, which we believe are justified given MO's total tobacco strategy and potential upside from iQOS.  Risks include increased price competition and increased downtrading by consumers. Risks include increased price competition and increased downtrading by consumers.

HIGHLY CONFIDENTIAL

ALGEDVA0001899731

**PM Basis and Risks:** Our $140 price target is based on a 17.5x forward EV/EBITDA multiple and a 25.4x forward P/E multiple, both slightly above its avg. historical multiples. Risks include f/x headwinds and a broad-based pullback in consumer spending.

# Required Disclosures



### Altria Group, Inc. (MO)  3-yr. Price Performance

| | Date | Published Price ($) | Rating Code | Price Target | Val. Rng. Low | Val. Rng. High | Close Price ($) |
|---|---|---|---|---|---|---|---|
| | 7/29/2014 | | Herzog | | | | |
| | 7/29/2014 | NA | 2 | NE | 41.00 | 43.00 | 41.54 |
| ● | 10/30/2014 | 47.55 | 2 | NE | 46.00 | 48.00 | 47.50 |
| ▲● | 1/20/2015 | 53.05 | 1 | NE | 56.00 | 58.00 | 53.83 |
| ● | 1/30/2015 | 53.10 | 1 | NE | 59.00 | 61.00 | 53.10 |
| ● | 10/26/2015 | 61.05 | 1 | NE | 64.00 | 66.00 | 61.40 |
| ● | 3/9/2016 | 62.30 | 1 | NE | 69.00 | 71.00 | 62.81 |
| ● | 7/22/2016 | 68.86 | 1 | NE | 73.00 | 75.00 | 68.86 |
| ● | 2/1/2017 | 71.39 | 1 | NE | 76.00 | 78.00 | 71.39 |
| ● | 2/16/2017 | 72.71 | 1 | NE | 79.00 | 81.00 | 72.71 |

Source: Wells Fargo Securities, LLC estimates and Reuters data

**Symbol Key**
▼ Rating Downgrade
▲ Rating Upgrade
● Price Target/Val Range Change
◆ Initiation, Resumption, Drop or Suspend
■ Analyst Change
▫ Split Adjustment

**Rating Code Key**
1  Outperform/Buy          SR  Suspended
2  Market Perform/Hold     NR  Not Rated
3  Underperform/Sell       NE  No Estimate

HIGHLY CONFIDENTIAL

ALGEDVA0001899732

Tobacco                                                                    Equity Research



**Additional Information Available Upon Request**

I certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and
2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

- Wells Fargo Securities, LLC maintains a market in the common stock of Altria Group, Inc., Philip Morris International Inc.
- Wells Fargo Securities, LLC or its affiliates managed or comanaged a public offering of securities for Altria Group, Inc. within the

HIGHLY CONFIDENTIAL

ALGEDVA0001899733

past 12 months.
- Wells Fargo Securities, LLC or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from Altria Group, Inc.
- Wells Fargo Securities, LLC or its affiliates received compensation for investment banking services from Altria Group, Inc. in the past 12 months.
- Altria Group, Inc. currently is, or during the 12-month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided investment banking services to Altria Group, Inc.
- Altria Group, Inc. currently is, or during the 12-month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided noninvestment banking securities-related services to Altria Group, Inc.
- Wells Fargo Securities, LLC received compensation for products or services other than investment banking services from Altria Group, Inc. in the past 12 months.
- Wells Fargo Securities, LLC or its affiliates has a significant financial interest in Altria Group, Inc., Philip Morris International Inc.
- Wells Fargo Securities, LLC and/or its affiliates, have beneficial ownership of 0.5% or more of any class of the common stock of Philip Morris International Inc., Altria Group, Inc.

**MO:** Risks include increased price competition and increased downtrading by consumers.
**PM:** Risks include f/x headwinds and a broad-based pullback in consumer spending.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

**STOCK RATING**
**1=Outperform**: The stock appears attractively valued, and we believe the stock's total return will exceed that of the market over the next 12 months. BUY
**2=Market Perform**: The stock appears appropriately valued, and we believe the stock's total return will be in line with the market over the next 12 months. HOLD
**3=Underperform**: The stock appears overvalued, and we believe the stock's total return will be below the market over the next 12 months. SELL

**SECTOR RATING**
**O=Overweight**: Industry expected to outperform the relevant broad market benchmark over the next 12 months.
**M=Market Weight**: Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.
**U=Underweight**: Industry expected to underperform the relevant broad market benchmark over the next 12 months.

**VOLATILITY RATING**
**V=**A stock is defined as volatile if the stock price has fluctuated by +/-20% or greater in at least 8 of the past 24 months or if the analyst expects significant volatility. All IPO stocks are automatically rated volatile within the first 24 months of trading.

As of: July 30, 2017

| | |
|---|---|
| 42% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Outperform. | Wells Fargo Securities, LLC has provided investment banking services for 46% of its Equity Research Outperform-rated companies. |
| 56% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Market Perform. | Wells Fargo Securities, LLC has provided investment banking services for 34% of its Equity Research Market Perform-rated companies. |
| 2% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underperform. | Wells Fargo Securities, LLC has provided investment banking services for 25% of its Equity Research Underperform-rated companies. |

**Important Disclosure for International Clients**
**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a U.K. incorporated investment firm authorized and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 ("the Act"), the content of this report has been approved by WFSIL a regulated person under the Act. WFSIL does not deal with retail clients as defined in the Markets in Financial Instruments Directive 2007. The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

HIGHLY CONFIDENTIAL

ALGEDVA0001899734

**Australia** – Wells Fargo Securities, LLC is exempt from the requirements to hold an Australian financial services license in respect of the financial services it provides to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under U.S. laws which differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC in the course of providing the financial services will be prepared in accordance with the laws of the United States and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** – This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission of Hong Kong ("the SFC") to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 of The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO).  The author or authors of this report is or are not licensed by the SFC.  Professional investors who receive this report should direct any queries regarding its contents to Mark Jones at WFSAL (email: wfsalresearch@wellsfargo.com ).

**Japan** – This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts.  This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies.   These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings.  Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

**About Wells Fargo Securities**
Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in this report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities, LLC, to be reliable, but Wells Fargo Securities, LLC does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of Wells Fargo Securities, LLC, at this time, and are subject to change without notice. All Wells Fargo Securities research reports published by its Global Research Department ("WFS Research") are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be done by sales personnel via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. For research or other data available on a particular security, please contact your sales representative or go to http://www.wellsfargoresearch.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC and Wells Fargo Securities International Limited is a separate legal entity and distinct from affiliated banks. Copyright © 2017 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE

HIGHLY CONFIDENTIAL

ALGEDVA0001899735