# ALTRIA'S EXHIBIT 4

**Morgan Stanley** | **RESEARCH**

November 1, 2018 04:01 AM GMT

Tobacco

# Cigarettes Feel a Drag as Smokers "Pass the JUUL"

AlphaWise JUUL user survey highlights: (1) JUUL seems to be working as a smoking cessation tool. (2) JUUL users increasingly skew younger/nonsmokers. (3) JUUL is having an impact on Marlboro, Camel & Newport. We continue to forecast a ~100+ bps annual headwind to US cigarette volumes from JUUL.

*We conducted a proprietary AlphaWise, online survey of 402 active JUUL users (use JUUL once a week or more frequently) who are over 18 years old. We examined current smoker habits, product preferences, and future smoking intentions to assess JUUL's longer-term potential impact on the cigarette industry.*

### Three key takeaways:

**1) JUUL appears to be working for smokers:** In our sample, 85% of JUUL users were smokers when they started using JUUL; among them, ~50% cut down on their cigarette consumption, while ~16% quit smoking altogether. Smokers who use JUUL have cut their daily cigarette consumption by ~40%; the main reason cited for using JUUL is to help transition away from cigarettes. Importantly, 50% of this group also cited intentions to quit or reduce smoking over the next six months. Medium and heavy smokers are more likely to increase their JUUL use, which would have a more significant impact on cigarette volumes compared to lighter smokers cutting back.

**2) Our survey highlights some concerning trends that make us more convinced about increased regulatory scrutiny:** In our survey, 15% of regular JUUL users were nonsmokers when they started using JUUL. Nonsmokers who use JUUL skew younger and started using JUUL because of social influences and the product's discrete design, while flavors were less important. Among these nonsmokers, 20% became smokers after starting to use JUUL (this is 3% of total respondents). While some of those people may have smoked cigarettes anyway, this reveals a potential area of concern as the FDA is evaluating JUUL's prevalence among youth and its role as a gateway to cigarettes.

**3) JUUL is having the greatest impact on Marlboro, Camel, and Newport:** Among JUUL users surveyed, ~50% smoked Marlboro prior to trying JUUL, followed by Newport (24%), and Camel (22%).

### *Implications for US Tobacco:*

**Our survey underscores several measures the FDA may take to increase e-cig regulation, but JUUL should still appeal to smokers:** Our findings, in connection with recent FDA commentary, suggest the FDA will take a harsher stance on e-cigs over the coming month, which we expect to drive improving sentiment across

---

**GLOBAL FOUNDATION**

alphawise **α**

MORGAN STANLEY & CO. LLC

Pamela Kaufman, CFA
EQUITY ANALYST
Pamela.Kaufman@morganstanley.com          +1 212 761-7151

Rose V Lauricella
RESEARCH ASSOCIATE
Rose.Lauricella@morganstanley.com          +1 212 761-8118

MORGAN STANLEY & CO. INTERNATIONAL PLC+

Sanath Sudarsan, CFA
EQUITY ANALYST
Sanath.Sudarsan@morganstanley.com          +44 20 7425-8259

Richard Taylor
EQUITY ANALYST
Richard.Taylor@morganstanley.com          +44 20 7425-7922

Graham Hunt
RESEARCH ASSOCIATE
Graham.Hunt@morganstanley.com          +44 20 7425-3846

| Tobacco | |
| --- | --- |
| North America IndustryView | In-Line |

**Recent related notes:**

Tobacco: Top 10 Pushbacks on our Tobacco Call (22 Oct 2018)

Tobacco: Take-aways from FDA Tobacco Regulatory Outlook Expert Call (17 Oct 2018)

Altria Group, Inc.: Catalyst Driven Idea: FDA E-Cig Announcement in November (16 Oct 2018)

Tobacco: Assessing FDA E-cig Regulatory Outcomes (26 Sep 2018)

Tobacco: Smoking Ahead (17 Sep 2018)

Tobacco: FDA's View that Youth E-cig Use is Reaching "Epidemic Proportions" Positive for Tobacco Stocks (12 Sep 2018)

Altria Group, Inc.: Is JUUL Hype Overblown? (26 June 2018)

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

+= Analysts employed by non-U.S. affiliates are not registered with FINRA, may not be associated persons of the member and may not be subject to NASD/NYSE restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

ALGEDVA0006782338

**Morgan Stanley** | RESEARCH

tobacco stocks. As we've written before, we think the easiest path of action would be to move up the Pre-Market Tobacco Product Application (PMTA) deadline to as early as 2019 (vs. 2022 today), which would give e-cig manufacturers a shorter window to remain on the market prior to FDA review. The FDA could also pursue greater restrictions on: flavors, distribution channels, e-cig product standards, and marketing.

**We see JUUL weighing on US cigarette fundamentals:** Earlier this year, we estimated that JUUL will present a ~100 bps annual headwind to cigarette volumes. This is proving to be the case as cigarette volumes are -4.5% YTD and deteriorated sequentially in Q3, coinciding with rapid JUUL growth (now 5.7% of cigarette volumes vs. 2.3% in 1H18). Our survey data suggests that it takes smokers ~2.5 JUUL pods to replace a single pack of cigarettes; this makes our forecast that JUUL will reach 15% market share of cigarette volumes in 2022 appear less demanding as it implies that only ~6% of smokers switch to JUUL. Despite increased FDA e-cig regulation, JUUL should remain a headwind to cigarette volumes given that smokers say they switch to JUUL to reduce/quit smoking. Net, we are comfortable with ~100 bps, but it could be more.

**Remain short-term positive on MO (EW), but cautious on long-term fundamentals...** In the near term, we expect harsher FDA e-cig action to drive US tobacco stocks higher. We remain cautious on long-term US cigarette industry fundamentals given decelerating cigarette volumes, increasing concerns about the sustainability of the industry's strong pricing power, and declining visibility around long-term cash flows. For **MO,** we expect volume declines to remain below historical levels in 2019-20 (-4.5% annually) and believe that greater reinvestment needs behind: i) Marlboro share and ii) reduced-risk products (iQOS) will drive MSD EPS growth in 2019-20, below the company's +9% EPS growth guidance.

**... and see the short-term bounces as potential selling opportunities at BAT (EW):** We expect BAT to deliver 3-5% revenue and 7-8% earnings growth driven by sound operational performance and ongoing deleveraging, but see 3 lingering clouds: i) new regulation, ii) self-disruption, and iii) new entrants. We acknowledge that the JUUL risk is well-recognized but believe the risk to cigarette volumes for brands with a younger demographic skew is less so. Further, we argue that the risk of nicotine being set to non-addictive levels is a real game changer, not just an unlikely outer year risk.

**Where could we be wrong?** Our base case calls for an annual ~100 bps impact to US cigarette industry volumes, but if the FDA were to announce measures that effectively take JUUL off the market, then we would reevaluate our industry forecasts.

ALGEDVA0006782339

**Morgan Stanley** | **RESEARCH**

**GLOBAL FOUNDATION**

# Executive Summary

## alphawise α

**Primary Research**

**See what others don't.** JUUL is contributing to cigarette volume declines. Since starting using JUUL, nearly 50% of smokers reduced cigarette intake and 16% quit altogether, with an average volume per day decline of 40%. Additionally, among 74% of current smokers, 60% hope to reduce / quit in the next 6 months.

**Methodology.** We conducted an online proprietary survey among 402 consumers ages 18+ who are active JUUL users (once a week or more frequently). The maximum margin of error based on the total sample, at a 90% confidence interval, is +/- 4.1%, and higher between subgroups.

**Team Behind the Analysts.** We provide critical alternative data insights that drive some of the most impactful Morgan Stanley Research via a unique, innovative, and collaborative platform. Linking quantitative evidence with qualitative intelligence, we provide Morgan Stanley analysts with an information edge to uncover meaningful patterns and alpha-generating investment insights. With 10+ years experience in global data analytics and 100+ team members with a multitude of skill sets in the current AlphaWise organization, we offer access to skills beyond the analysts' expected toolkit.

AlphaWise, Morgan Stanley Research

---

*We have three key survey takeaways:*

**1) JUUL appears to be working for smokers:** In our sample, 85% of JUUL users were smokers when they started using JUUL; among them, ~50% cut down on their cigarette consumption, while ~16% quit smoking. Smokers who use JUUL cut their daily cigarette consumption by ~40%, and the main reasons cited for using JUUL are to help transition away from cigarettes. Importantly, 50% of this group also cited intentions to quit or reduce smoking over the next six months.

**2) Survey highlights some concerning trends:** In our survey, 15% of respondents were nonsmokers when they started using JUUL. Nonsmokers who use JUUL skew younger and start using JUUL because of social influences and its design. Among nonsmokers, 20% became smokers after starting to use JUUL (3% of total respondents). While some of those people may have smoked cigarettes anyway, this is of concern as the FDA is evaluating JUUL's prevalence among youth and its role as a gateway to cigarettes.

**3) JUUL is having the greatest impact on Marlboro, Camel, and Newport:** Among JUUL users surveyed, ~50% smoked Marlboro, followed by Newport (24%) and Camel (22%). Therefore, demographically, JUUL users look most similar to Marlboro smokers across age, ethnicity, and household income.

*What are the implications for US Tobacco?*

**Our survey underscores several measures the FDA may take to increase e-cig regulation by year-end:** Our findings, in connection with recent FDA commentary, suggest the FDA will take a harsher stance on e-cigs in the near term, which we expect to drive improving sentiment across tobacco stocks. We think the easiest path of action would be to move up the PMTA deadline to as early as 2019, which would give manufacturers a shorter window to remain on the market prior to FDA review.

**We see JUUL weighing on long-term cigarette fundamentals:** We believe that despite increased FDA e-cig regulation, JUUL will remain a headwind to cigarette volumes. Given that smokers say they switch to JUUL for its health benefits and attractive product attributes, we believe JUUL will continue to grow among smokers.

3

ALGEDVA0006782340

**Morgan Stanley** | RESEARCH

**GLOBAL FOUNDATION**

**Exhibit 1:** 85% of those surveyed were smokers when starting to use JUUL; among that group, ~65% reduced their cigarette consumption

Profile of JUUL Users and Smoking Behavior



Source: AlphaWise, Morgan Stanley Research

**Exhibit 2:** JUUL users who smoked cigarettes when they started using JUUL cut back on their CPD by 40%

Cigarettes per Day (Among JUUL Active Users who were smokers)



Source: AlphaWise, Morgan Stanley Research

**Exhibit 3:** Smokers consume 1.6 fewer packs/week and use 4.3 JUUL pods/week, suggesting it takes 2.5-3.0 pods to displace a pack of cigarettes

Cigarette Packs per Week (Among Smokers Who Use JUUL)



Source: AlphaWise, Morgan Stanley Research

**Exhibit 4:** When including nonsmokers, our survey suggests JUUL's cigarette cannibalization rate is 33.5%

JUUL Cigarette Cannibalization Rate



Source: AlphaWise, Morgan Stanley Research

**Exhibit 5:** 15% of JUUL users and one-third of 18- to 24-year-olds did not smoke before using JUUL

Cigarette Consumption When Started Using JUUL (Among JUUL Active Users)



Source: AlphaWise, Morgan Stanley Research

**Exhibit 6:** Before starting JUUL, the majority of respondents smoked Marlboro frequently

Brand of Cigarettes (Among JUUL Active Users Who Smoked Traditional Cigarettes When Started Using JUUL)



Source: AlphaWise, Morgan Stanley Research

4

ALGEDVA0006782341

Morgan Stanley | RESEARCH

GLOBAL FOUNDATION

## I) JUUL appears to be working for cigarette smokers

**JUUL is helping smokers cut back on their cigarette consumption, according to our survey results.** In our sample, 85% of JUUL users were cigarette smokers when they started using JUUL. Overall, 41% of respondents cut back on their cigarette consumption (48% of smokers) while 13% quit smoking (16% of smokers) while 34% smoked the same or more. These results suggest that among smokers, JUUL is having the intended effect of helping them cut down on their cigarette consumption (Exhibit 7).

**Exhibit 7:** 54% of respondents reduced and/or quit their cigarette consumption per day (CPD) after starting JUUL



Source: AlphaWise, Morgan Stanley Research

**Exhibit 8:** JUUL users who smoked cigarette when they first started using JUUL cut back on their CPD by 40%

Cigarettes per Day (Among JUUL Active Users who were smokers)



Source: AlphaWise, Morgan Stanley Research

**On average, JUUL users in our sample who were cigarette smokers cut their cigarettes per day (CPD) by ~40%, which was consistent among age groups.** Prior to using JUUL, smokers consumed 11.8 CPD; after starting JUUL, they reduced their consumption to 7.1 CPD, a -40% decline. As is evident in Exhibit 8, this outcome was consistent across age groups. JUUL is helping younger, lighter smokers as well as heavier, older smokers substantially cutdown on the number of cigarettes they smoke. Notably, JUUL use among older smokers results in a ~6 CPD average decline, double the ~3 CPD reduction among younger smokers. Beyond JUUL's immediate impact on cigarette consumption, JUUL use among younger smokers can have a growing negative on impact future cigarette volumes as cigarettes smoked per day peaks about 10 years after people start smoking.

**Among this group, current smokers intend to quit or further cut down on smoking over the next six months.** Over the next six months, ~60% of smokers plan to cut down on the number of cigarettes they smoke, while 17% expect to smoke more. Heavier smokers (+10 CPD) have the strongest intention to cut down on their overall cigarette consumption, while lighter smokers (1-3 CPD) exhibit a stronger intent to quit smoking altogether (Exhibit 9). As evidenced in Exhibit 10, ~50% of JUUL users who smoke plan to

5

ALGEDVA0006782342

**Morgan Stanley** | **RESEARCH**

**GLOBAL FOUNDATION**

increase JUUL use over the next six months, which may be a negative leading indicator for cigarette consumption. Medium and heavy smokers are more likely to increase their JUUL use, which would have a more significant impact on cigarette volumes compared to lighter smokers cutting back. Long term, only 24% of JUUL users plan to smoke traditional cigarettes compared to 74% who smoke today. Lighter smokers have the lowest intent to smoke cigarettes long term, while medium smokers are more inclined to continue to smoke cigarettes and use JUUL (Exhibit 11.

**Exhibit 9:** ~60% of smokers expect to reduce their cigarette intake in the next 6 months



Source: AlphaWise, Morgan Stanley Research

**Exhibit 10:** Meanwhile, over 50% of smokers intend to increase their JUUL usage over the next 6 months, particularly heavier smokers





Source: AlphaWise, Morgan Stanley Research

6

ALGEDVA0006782343

**Morgan Stanley** | **RESEARCH**

**GLOBAL FOUNDATION**

**Exhibit 11:** Only 24% of smokers intend to smoke over the next 5-10 years vs. 74% today



5-10 Year Outlook (Among JUUL Active Users Who Are Current Smokers)

Source: AlphaWise, Morgan Stanley Research

**Among cigarette smokers who use JUUL, its key appeal is to help cut down on smoking and its health benefits.** Smokers who use JUUL primarily start using it to cut back on cigarettes or quit smoking. In addition, flavors are the third top reason why our survey respondents said they use JUUL. JUUL's convenience is a selling point as well, as smokers like that it does not have an odor and that they can use it in places where smoking is not allowed, which may explain the prevalence of dual usage with cigarettes (Exhibit 12). JUUL is viewed as being less harmful to other people compared to cigs/other e-cigs, is less harmful to the user's health, people believe it tastes better, and produces a better sensation of nicotine delivery (Exhibit 13).

**Exhibit 12:** The main reasons smokers use JUUL are to help cut down or quit smoking

Top 3 Reasons Started Using JUUL Among Smokers



Source: AlphaWise, Morgan Stanley Research

**Exhibit 13:** Smokers view JUUL as less harmful to their and other's health

Completely / Somewhat Agree that JUUL is ... Compared to Traditional Cigarettes / Other e-Cigarettes (Among JUUL Active Users)



Source: AlphaWise, Morgan Stanley Research

7

ALGEDVA0006782344

**Morgan Stanley** | **RESEARCH**

**GLOBAL FOUNDATION**

## II) Potentially concerning trends among JUUL users

**In our survey, 15% of JUUL users did not smoke cigarettes before using JUUL.** JUUL adoption trends over the last two years suggest that JUUL's new users are increasingly nonsmokers as only 11% of people who started using JUUL two or more years ago were nonsmokers while 22% of people who started using it in the last three months were nonsmokers (Exhibit 15). As evident in the "JUUL User Journey," 20% of people who were not smokers when they started using JUUL now smoke cigarettes. We acknowledge that this is a relatively small group (only 12 people) so it is difficult to draw a strong conclusion about JUUL's impact on their smoking behavior. Moreover some of these people may have become cigarette smokers cigarettes anyway. However, this is of some concern as regulators are paying close attention to JUUL's role as a gateway to smoking cigarettes for youth.

**Exhibit 14:** 15% of JUUL users and one-third of 18- to 24-year-olds did not smoke before using JUUL



Source: AlphaWise, Morgan Stanley Research

**Exhibit 15:** JUUL is sourcing an increasing % of its growth from nonsmokers




Source: AlphaWise, Morgan Stanley Research

**Nonsmokers who use JUUL skew young as a group, with ~60% of them aged 18-24.** While 15% of all respondents were nonsmokers when they started using JUUL, a third of 18-24 years olds who use JUUL were not smokers (Exhibit 14). It is hard to know whether these are people who in the past would have started smoking cigarettes and are instead starting with JUUL, but JUUL is growing very fast with a skew toward younger consumers. Our survey group is comprised of people who are 18+, so we do not know what the under-18 group looks like, but the 18-24 skew in our sample suggests that the under-18 group likely has a similar skew.

8

**Morgan Stanley** | RESEARCH

**GLOBAL FOUNDATION**

**Exhibit 16:** Smokers who use JUUL have relatively similar age demographics to cigarette smokers, while nonsmokers who use JUUL skew younger



Source: AlphaWise, Morgan Stanley Research

**Exhibit 17:** JUUL's new user adoption is shifting toward a higher mix of younger demographics



Source: AlphaWise, Morgan Stanley Research

**Nonsmokers use JUUL for social reasons (it's trendy) and product attributes (design and flavors), including design and flavors.** Across all age cohorts, the primary drivers of nonsmoker uptake appear to be socially motivated. The top reasons why nonsmokers use JUUL is because their friends use it, which is unsurprising given the brand's ubiquity across social media platforms and with "JUULing" becoming a commonly used verb among users. The next two reasons relate to form factor, specifically lack of smell/odor and discreet design, which also address some of the stigma associated with smoking cigarettes. Perhaps most interestingly, flavors ranked fourth among reasons nonsmokers started using JUUL compared to third for smokers, further suggesting that social factors may have a greater influence on JUUL's rapid success over flavors attracting new users to the category (Exhibit 18).



**Exhibit 18:** Nonsmokers use JUUL because of its social appeal, discreetness, and flavors



Source: AlphaWise, Morgan Stanley Research

9

ALGEDVA0006782346

**Morgan Stanley** | **RESEARCH**

**GLOBAL FOUNDATION**

## III) JUUL is having the greatest impact on Marlboro, Camel, and Newport

**MO (Marlboro) and BATS (Camel and Newport) are most affected given their relative market share.** Given its high US cigarette market share, Marlboro was unsurprisingly cited as the brand most frequently smoked by JUUL users (49%), followed by Newport (24%) and Camel (22%) (Exhibit 19). Interestingly, when considering usage over the next six months, 75% of Pall Mall smokers indicated a willingness to reduce, significantly reduce, or quit the product, followed by 61% of Marlboro and Newport users, and 49% of Camel users. (Exhibit 20)

**Exhibit 19:** Before starting JUUL, the majority of respondents smoked Marlboro frequently

Brand of Cigarettes (Among JUUL Active Users Who Smoked Traditional Cigarettes When Started Using JUUL)



Source: AlphaWise, Morgan Stanley Research

**Exhibit 20:** JUUL users who smoke intend on reducing their cigarette consumption, with the greatest intent to reduce their consumption among Pall Mall and Marlboro smokers

Next 6 Months Expect to... Smoking Cigarette Brands (Among Current Smokers)



Source: AlphaWise, Morgan Stanley Research

**JUUL exhibits the most similar demographic characteristics to Marlboro, across age, ethnicity, and household income.** JUUL users who smoke are overindexed to the

10

ALGEDVA0006782347

**Morgan Stanley** | **RESEARCH**

**GLOBAL FOUNDATION**

White/Caucasian smokers (73%), compared to cigarette brands, and also demonstrate a relatively higher mix of Asian/Pacific Islander smokers (7%) (Exhibit 22). Household income demographics are generally consistent across JUUL and cigarette brands. Notably, relative to age demographics among these cigarette brands, JUUL is underindexed to the 25- to 34-year-old demographic, where it is also gaining user momentum (Exhibit 21).

**Exhibit 21:** JUUL underindexes to 25-34 year olds compared to the major cigarette brands

Demographic Profile Among JUUL Active User Base & Cigarette Brand Usage



Source: AlphaWise, Morgan Stanley Research

**Exhibit 22:** JUUL overindexes to White/Caucasian demographics

Demographic Profile Among JUUL Active Users and Those Who Where Smoking Cigarette Brand Frequently when Started JUUL



Source: AlphaWise, Morgan Stanley Research

ALGEDVA0006782348

**Morgan Stanley** | RESEARCH

**GLOBAL FOUNDATION**

# Survey Highlights Areas for Greater FDA E-cig Regulation

**We expect the FDA to announce new e-cig policy in November to stem the youth e-cig "epidemic."** The FDA plans to step up e-cig regulation to curb the youth e-cig "epidemic." According to the FDA, preliminary data from the National Youth Tobacco Survey points to a 75% rise in youth e-cig usage over the last year accompanied by adverse trends in cigarette smoking rates. In a recent interview, FDA Commissioner Scott Gottlieb indicated that the agency will be "putting out some policy in November" and we expect the FDA to announce additional steps to regulate e-cigs by the end of this year. The FDA is considering a range of regulatory actions and we expect its policy to encompass: 1) moving up the pre-market tobacco product application deadline for e-cigs from 2022 to an earlier date; 2) potential restrictions on the range of e-cig flavors; and 3) possible limits on e-cig distribution.

**The FDA may try to find a middle ground between limiting youth access/appeal and making e-cigs available to adult smokers.** The FDA is being very targeted in its approach to regulating e-cigs as the agency recognizes their potential to help adult smokers switch from combustible cigarettes. The FDA recently launched its "Real Cost" advertising campaign targeted at stopping kids from using e-cigs but is taking extra precautions to ensure that the ads do not reach adult smokers. For the first time, the FDA: i) made a policy decision to limit ENDS creatives to just kids; ii) is putting up ads in school bathrooms; and iii) limited its media buy so that the campaign will reach 60% of teens, below its usual 75% threshold for all other campaigns. FDA's effort to distinguish its e-cig messaging to kids and adult smokers may also reflect how it is shaping its e-cig policy. The FDA recognizes that in order for nicotine reduction in cigarettes to work, it needs an established market of viable reduced risk alternatives.

## i) Targeting cartridge based e-cigs

**We expect the FDA to focus its policy on cartrigde-based e-cigs.** The FDA singled out cartridge based e-cigs as appealing to kids (as opposed to tank-based systems) because of their design. Our survey responses support that nonsmokers like JUUL because of its "cool factor," as they initiate JUUL because their friends use it, it has a discreet design, and does not leave a smell/odor on the user. Last week, Altria voluntarily pulled its cartridge-based e-cigs off the market to appease the FDA's concerns. We do not expect JUUL to take similar action as all of its products are cartridge-based. However, the FDA's announcements will likely to specifically target cartridge products.

## ii) Moving up the PMTA deadline

**We expect the FDA to move up the PMTA deadline from August 2022 to an earlier date.** Any e-cig launched prior to August 2016 e-cigs can be sold without FDA approval but e-cig manufacturers are required to submit Pre-Market Tobacco Applications (PMTA) in 2022. At that time, the FDA will review the applications and determine whether these products can remain on the market. If the FDA were to move up the deadline, it could remove e-cigs from the market several years earlier. The FDA would be able to more easily regulate e-cigs by determining what brands, features, and flavors can remain on

12

ALGEDVA0006782349

**Morgan Stanley** | **RESEARCH**

**GLOBAL FOUNDATION**

the market. Moving up the PMTA deadline would be the simplest way for the FDA to cull the products on the market.

**Exhibit 23:** Today, legally marketed e-cigs can stay on the market through 2020, but that timing is under review



Source: Morgan Stanley Research, FDA

## iii) Regulating flavors

**Our survey supports that flavors are part of JUUL's appeal to younger demographics and nonsmokers.** The FDA may pursue rulemaking on flavors, but this will be a drawn out process as there is a high scientific hurdle for demonstrating that certain flavors are worse than others. This timeline would not immediately address the youth usage problem. The FDA could limit flavors by moving up the PMTA deadline to an earlier date. The FDA can remove flavors once it reviews the applications. The FDA could also create a de facto flavor ban by only allowing tobacco and menthol flavors to remain on the market today, and ordering the removal of all flavors until their PMTA applications are approved. Altria set a high bar for the e-cig industry by voluntarily removing flavors other than tobacco and mint/menthol.

**Exhibit 24:** Flavors other than tobacco and mint/menthol account for ~60% of JUUL's sales



Source: Nielsen xAOC+C, Morgan Stanley Research

ALGEDVA0006782350

**Morgan Stanley** | **RESEARCH**

**GLOBAL FOUNDATION**

## iv) Limiting distribution

**The FDA may limit youth access to e-cigs by regulating online or convenience store sales.** The FDA is working to limit youth access to e-cigs and has stepped up enforcement efforts at retail. In addition, the FDA is looking to regulate online sales, which it would pursue through rulemaking and may try to ban online sales or set standards for online sales (age restrictions), which are currently self-regulated by the industry. We believe online sales are a small percentage of JUUL's overall sales (10-20%) and these sales would likely shift to brick and mortar. JUUL already has strong age verification features on its website, so we doubt that restricting this channel would do much to address the youth problem.

**We believe growth in youth usage coincided with JUUL's distribution into mainstream channels.** JUUL's growth is benefiting from its rapid expansion across convenience stores as it is currently sold at ~84,000 convenience stores and holds 77% of convenience store ACV as of October 1, 2018, compared to 29,000 convenience stores at the end of 2017 (Exhibit 26). Our survey suggests that younger age groups most frequently buy JUUL at convenience stores, while those who buy at vape shops skew older. One of the options FDA Commissioner Scott Gottlieb discussed is potentially limiting flavor sales to vape shops, which supposedly do a better job at age verification (Exhibit 27). This would be a less severe outcome for JUUL than a complete removal of flavors from the market.

**Exhibit 25:** Approximately 50% of JUUL's sales in measured channels occurred within the last six months

JUUL Pods Cumulative $ Sales (Measured Channels)



Source: Nielsen xAOC+C, Morgan Stanley Research

**Exhibit 26:** JUUL is now available at ~84,000 convenience stores vs. 29,000 at the start of the year

JUUL Distribution (Measured Channels)



Source: Nielsen xAOC+C, Morgan Stanley Research

14

**Morgan Stanley** | **RESEARCH**

**GLOBAL FOUNDATION**

**Exhibit 27:** The majority of JUUL pods are purchased at vape shops, which are not tracked in Nielsen data

Typically Purchase JUUL Pods (Among JUUL Active Users)



Source: AlphaWise, Morgan Stanley Research

## iv) Setting e-cig product standards

**FDA could eventually establish product standards in e-cigs that cap nicotine levels.** Our survey suggests that JUUL contributes to an overall increase in nicotine consumption. Smokers on average consumed 3.5 cigarette packs/week prior to using JUUL and after starting JUUL, smoked 1.4 fewer packs per week, but consumed 4.3 JUUL pods/week. Since one pod contains as much nicotine as a pack of cigarettes, their total nicotine consumption increased. Today, we believe the FDA is only interested in reducing nicotine levels in cigarettes to non-addictive levels and does not view nicotine as a concern in reduced risk products. However, the FDA plans to eventually establish e-cig product standards and could set limits on nicotine levels in e-cigs, which other markets already have. JUUL has a high 5% nicotine concentration in the US, making it very addictive, while in Europe caps nicotine levels in e-cigs at 2.4%.

## v) Marketing restrictions

**We would not be surprised for the FDA to impose greater e-cig marketing restrictions.** While federal law prohibits the cigarette advertising on radio, TV, and cable, on e-cig advertising restrictions are more lenient (Exhibit 28). Tobacco companies do not advertise through sponsorships, endorsements/testimonials, or social media campaigns. Unlike cigarettes, e-cigs can be advertised on the radio and TV. JUUL has leveraged social media advertising, which helped the brand go viral on Instagram. We could envision a scenario where the FDA works to impose greater marketing restrictions/bans on radio, TV, and social media.

ALGEDVA0006782352

**Morgan Stanley** | RESEARCH

**GLOBAL FOUNDATION**

**Exhibit 28:** Comparison of cigarette and e-cig marketing restrictions

| Advertising / Promotional Category | Cigarettes | E-Cigarettes |
|---|---|---|
| Billboard | X | Must be more than 1,000 feet of a school or public playground in select states |
| Concerts | X | ✓ |
| Internet | ✓ | ✓ |
| Mobile | ✓ | ✓ |
| Print | ✓ | ✓ |
| Product sampling | X | X |
| Radio | X | ✓ |
| Sporting events | X | ✓ |
| TV | X | ✓ |
| Vending machines | Adult-only facilities | Adult-only facilities |

Source: FCC, FTC, The Truth Initiative

16

ALGEDVA0006782353

**Morgan Stanley** | **RESEARCH**

**GLOBAL FOUNDATION**

# We Expect JUUL to Remain a Headwind to the US Tobacco Industry

**It's evident that JUUL is having a negative impact on US cigarette volumes.** Earlier this year, we forecasted that JUUL would present an ~100 bps annual headwind to US cigarette industry volumes. We believe it is now evident that JUUL's growth is contributing to a deterioration in cigarette industry volumes, which are down 4.5% YTD. This is coinciding with continued JUUL share gains, as it accounts for ~5.4% share of combined JUUL and cigarette volumes as of 10/1/18 compared to ~2.3% in 1H18. In its October trading update, BAT estimated that the e-vapor category will be a 70 bps headwind to industry volumes in 2018.

**Exhibit 29:** JUUL share of cigarette volumes

Juul Volumes - (% Cigarette Packs + Juul Pods)



Source: Nielsen xAOC+C, Morgan Stanley Research

**Exhibit 30:** Cigarette volume declines

Adjusted US Cigarette Industry Shipment Volume    ▪ US Cigarette Industry ▪ PM USA



Source: Company data, Morgan Stanley Research

**We believe that JUUL will remain a headwind to cigarette volumes following greater FDA regulation.** FDA action could significantly slow JUUL's overall growth by limiting its appeal and access to kids, but we still expect existing smokers to use JUUL. We think the FDA will try to find a solution that allows smokers to access JUUL (such as potentially limiting flavor sales to vape shops) as it recognizes e-cigs potential in harm reduction. If the FDA moves up the PMTA deadline to an earlier date, such as 2019, that would allow JUUL to remain on the market for at least another two years while the FDA reviews its application. Even if the FDA eliminates JUUL flavors other than tobacco and menthol, our survey suggests that smokers primarily see it as a tool for smoking cessation/reduction, with flavors the third top reason cited for JUUL use. Notably, iQOS captured 15% share of the Japan cigarette market with only tobacco and menthol flavors. Lastly, smokers also have an incentive to use JUUL as it is significantly cheaper than a pack of cigarettes.

## i) Survey supports our estimated ~20-25% JUUL cigarette cannibalization rate

**Our survey suggests that it takes smokers ~2.5-3 JUUL pods to cut down on a pack of cigarettes.** Based on our survey data, cigarette smokers consumed 4.1 packs of cigarettes/week, on average, when they first started using JUUL, but cut down to 2.5

17

**Morgan Stanley** | **RESEARCH**

**GLOBAL FOUNDATION**

packs after starting to use JUUL, a 1.7-pack/week decline (-40%). However, they currently use 4.3 JUUL pods, which suggests it takes ~2.6 JUUL pods to displace one pack of cigarettes among smokers (or a 39% cigarette cannibalization rate) (Exhibit 31). While JUUL claims that a JUUL pod contains the same amount of nicotine as a pack of cigarettes, our survey suggests that in practice, there is not a one-for-one conversion. JUUL users end up using more JUUL pods than the number of cigarette packs they cut back on, potentially due to: i) a different pharmacokinetic ("PK") curve relative to cigarettes, resulting in greater use; ii) JUUL's ease of use in places where smoking cigarettes is banned; iii) differences in how people inhale JUUL vs. cigarettes; or iv) dual usage during transition period, with potential for cigarette consumption to decline over time.

**Exhibit 31:** Survey shows a 40% decline in cigarette packs per week consumed among smokers, resulting in a 39% cannibalization rate



Cigarette Packs per Week (Among Smokers Who Use JUUL)



Source: AlphaWise, Morgan Stanley Research

**When looking across both smokers and nonsmokers who use JUUL, its overall cannibalization rate is ~33% — a metric more applicable to quantifying the impact from JUUL sales in measured channels on cigarette volumes.** In our JUUL market model, we estimated that JUUL has a 22% cigarette cannibalization rate (i.e., the proportion of its sales weighing on cigarette volumes). This estimate was based on our analysis of Nielsen data and reported cigarette industry volume declines. Our survey results point to higher cannibalization rate (33%) based on the change in cigarettes smoked across all respondents, including nonsmokers, to the number of JUUL pods they vaped (Exhibit 33). Given that we did not survey JUUL users under 18, including younger demographics would likely reduce JUUL's cannibalization rate since they were probably not smokers when they started using JUUL. As a result, we are still comfortable with a 20-30% cigarette cannibalization rate. The cannibalization rate can be multiplied by JUUL's market share to estimate its impact on cigarette volumes.

ALGEDVA0006782355

**Morgan Stanley** | **RESEARCH**

**GLOBAL FOUNDATION**

**Exhibit 32:** Average packs per week decreased by ~40% since JUUL users started smoking JUUL

Cigarette Packs vs. JUUL Pods (Among JUUL Active Users )

**Exhibit 33:** Survey suggests JUUL's cigarette cannibalization rate is 33.5%

JUUL Cigarette Cannibalization Rate



Source: AlphaWise, Morgan Stanley Research

Source: AlphaWise, Morgan Stanley Research

**JUUL's cannibalization rate among smokers supports our forecast for its cannibalization rate approaching 40% by 2022.** Our JUUL market sizing model assumes that JUUL can represent a 100 bps annual headwind to cigarette volumes, assuming its share of cigarette volumes increases to 15% by 2022 and its cannibalization rate doubles from our initial estimate of 22% to 40% by 2022. Our survey findings support our 40% cannibalization estimate, which would imply that the majority of its sales are coming from existing smokers. JUUL's cannibalization rate can approach ~40% over time as: 1) JUUL is increasing its marketing efforts to target existing smokers and 2) JUUL has a strong incentive to source its sales from existing smokers given heightened FDA pressure about youth usage. Moreover, we assume a gradual build to the 40% cannibalization rate in 2022 in our model, suggesting that even as its cannibalization remains below that level, it can be a an ~1% headwind to volumes.

**Moreover, JUUL's cannibalization rate suggests our 15% market share estimate by 2022 is reasonable at it only represents ~6% share of smokers.** We assumed that by 2022, JUUL can capture ~15% market share of baseline cigarette volumes when equating one pod to a pack of cigarettes. This is based on a slowdown in market share gains relative to JUUL's current trajectory. We estimate that JUUL will add ~600 bps of cigarette volume share in 2018, up from 1.3% in January to ~7.3% by the end of the year (it is at 5.7% today). Beyond 2018, we assume JUUL adds ~200 bps of market share per year and approaches 15% share in 2022. However, since it takes smokers ~2.5 JUUL pods to displace a pack of cigarettes (rather than a one for one substitution), 15% market share of total cigarette volumes in 2022 actually equates to ~6.0% market share of smokers, which we believe is reasonable. We believe our assumptions are appropriate as they reflect a gradual decline in nonsmokers using the product (Exhibit 34).

19

ALGEDVA0006782356

# Morgan Stanley | RESEARCH

**Exhibit 34:** We estimate that JUUL can present a 100 bps headwind to cigarette volumes annually

| | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|---|
| **Cigarettes** | | | | | | | | |
| Baseline Cigarette Volumes (Sticks, billion) | 270 | 264 | 253 | 244 | 236 | 227 | 219 | 212 |
| Packs (mill.) | 13,495 | 13,176 | 12,649 | 12,206 | 11,779 | 11,367 | 10,969 | 10,585 |
| YoY Chg | (0.3%) | (2.4%) | (4.0%) | (3.5%) | (3.5%) | (3.5%) | (3.5%) | (3.5%) |
| Cigarette Volumes Measured Channels (Packs) | 11,044 | 10,818 | 10,456 | 10,090 | 9,737 | 9,396 | 9,067 | 8,750 |
| YoY | -0.5% | -2.0% | -3.4% | (3.5%) | (3.5%) | (3.5%) | (3.5%) | (3.5%) |
| % Total | 82% | 82% | 83% | 83% | 83% | 83% | 83% | 83% |
| Cigarette Volumes Non-Measured Channels (Packs) | 2,451 | 2,358 | 2,193 | 2,117 | 2,043 | 1,971 | 1,902 | 1,835 |
| YoY | | -3.8% | -7.0% | -3.5% | -3.5% | -3.5% | -3.5% | -3.5% |
| % Total | | 18% | 17% | 17% | 17% | 17% | 17% | 17% |
| **JUUL Refills** | | | | | | | | |
| JUUL Refills - Measured Channels | 1 | 7.51 | 55 | 434 | 841 | 1,034 | 1,179 | 1,312 |
| YoY Chg | | 1175% | 637% | 683% | 94% | 23% | 14% | 11% |
| % of Baseline Cigarette Volumes in Measured Channels | - | 0.1% | 0.4% | 4.3% | 8.6% | 11.0% | 13.0% | 15.0% |
| Ending Volume Share (based on 1 Pack = 1 Pod) | | | 1.3% | 7.3% | 10.0% | 12.0% | 14.0% | 16.0% |
| JUUL Refills - Non-Measured Channels | 0 | 5 | 26 | 202 | 340 | 359 | 310 | 246 |
| YoY Chg | | 1474% | 468% | 683% | 68% | 6% | -14% | -20% |
| % Sales in Non-Measured Channels (Euromonitor) | 32.9% | 37.7% | 31.8% | 31.8% | 28.8% | 25.8% | 20.8% | 15.8% |
| % of Baseline Cigarette Volumes in Non- Measured Channels | 0.0% | 0.2% | 1.2% | 9.6% | 16.7% | 18.2% | 16.3% | 13.4% |
| **Total JUUL Refill Sales (Units)** | 1 | 12 | 81 | 636 | 1,181 | 1,393 | 1,488 | 1,559 |
| YoY Chg | | 1273% | 574% | 683% | 86% | 18% | 7% | 5% |
| % of Baseline Cigarette Volumes | 0.0% | 0.1% | 0.6% | 5.2% | 10.0% | 12.3% | 13.6% | 14.7% |
| JUUL - % Volumes Sourced From Cigarettes | | | | 22.0% | 26.5% | 31.0% | 35.5% | 40.0% |
| JUUL Headwind to Cigarette Volumes (Packs) | 0 | 8 | 1 | 140 | 313 | 432 | 528 | 623 |
| JUUL Pods/Pack Displaced | | | | 4.5 | 3.8 | 3.2 | 2.8 | 2.5 |
| Effective Market Share of Cigarette Volumes | | | | 0.9% | 2.3% | 3.4% | 4.6% | 6.0% |
| Cigarette Volumes Post JUUL (Packs) | 13,495 | 13,176 | 12,648 | 12,066 | 11,466 | 10,935 | 10,441 | 9,962 |
| YoY Chg in Cigarette Volumes | (0.3%) | (2.4%) | (4.0%) | (4.6%) | (5.0%) | (4.6%) | (4.5%) | (4.6%) |
| **Incremental Decline** | | | | -110 bps | -148 bps | -113 bps | -102 bps | -109 bps |
| **Combined Volumes** | 13,496 | 13,188 | 12,730 | 12,842 | 12,960 | 12,760 | 12,457 | 12,144 |
| YoY Chg | | (2.3%) | (3.5%) | 0.9% | 0.9% | (1.5%) | (2.4%) | (2.5%) |
| **JUUL Share of Combined Volumes** | | | | 5.0% | 9.1% | 10.9% | 11.9% | 12.8% |

Source: Morgan Stanley Research

**Exhibit 35:** Annual cigarette volume declines assuming various scenarios for JUUL market share and cannibalization rates

**Annual Cigarette Volume Declines**



Source: Company data, Morgan Stanley Research

ii) Negative long-term impact on cigarette volumes from

ALGEDVA0006782357

**Morgan Stanley** | **RESEARCH**

**GLOBAL FOUNDATION**

## continued JUUL growth

**Longer term, we expect JUUL's appeal to younger demographics to have a compounding negative impact on future cigarette volumes.** JUUL adoption has been shifting towards younger demographics over the last two years. Of the 18- to 24-year-olds using JUUL, 67% smoked cigarettes, and while one-third did not smoke cigarettes, some may have become smokers. Based on the National Survey on Drug Use and Health, this cohort has relatively low daily cigarette consumption (11 CPD vs. ~21 CPD among 35+), but as is evident in the 35+ age group, cigarette consumption grows over time, and peaks about 10 years after people start smoking. In effect, by drawing in younger smokers, JUUL is "stealing" future cigarette volumes from a user base whose future cigarette consumption would grow meaningfully otherwise (Exhibit 36).

**Exhibit 36:** Smokers increase their cigarette consumption as they age

Cigarettes per Day by Age (18+)



Source: US Census Bureau, National Health Interview Survey, NSDUH Morgan Stanley Research

**Exhibit 37:** Older smokers account for a more meaningful portion of industry volumes

Estimated Composition of US Smokers (18+) by Age



Source: US Census Bureau, National Health Interview Survey, NSDUH Morgan Stanley Research

## iii) MO and BAT exposed to growing JUUL share

**Our survey suggests that MO and BAT are both exposed to growing JUUL share.** BAT/RJR's portfolio skews toward a younger demographic, but MO is starting with a higher overall market share. RJR/BAT's portfolio overindexes to smokers aged 18-29, which group accounts for 45% and 37% of Camel and Newport smokers, respectively. The 18-29 age group accounts for 31% of Marlboro smokers, as the brand has a greater mix of 30-49 (41%) and 50+ (25%) smokers. As a result, BAT/RJR's portfolio may be more susceptible to growing JUUL usage among youth, but Marlboro has leading share among 18- to 29-year-olds (44.6%) and is therefore vulnerable to volume pressure from growing JUUL/e-cig adoption.

21

ALGEDVA0006782358

**Morgan Stanley** | **RESEARCH**

**GLOBAL FOUNDATION**



**Exhibit 38:** BAT has higher exposure to younger demographics, although Marlboro is still the share leader among younger age groups

Age composition of smokers by brand (NSDUH)

Source: AlphaWise, Morgan Stanley Research

iv) JUUL's price advantage vs. cigarette could pressure cigarette net pricing

**Growing JUUL/e-cig share can pressure cigarette net pricing.** Given that the average price of a JUUL refill is $4.18 compared to $6.30 average price per pack of cigarettes, smokers have a strong incentive to switch to JUUL and unsurprisingly, survey respondents indicated that JUUL is a good value. Interestingly, smokers still perceive JUUL to be a better value even though they are actually spending more in total given they are buying 2.5x as many pods as packs they are cutting down. In our analysis of JUUL sales by city, we found a positive correlation between JUUL market share and cigarette prices across markets. JUUL has higher market share in markets with relatively high cigarette prices, such as New York ($9.26/pack average vs. $4.41 for a JUUL refill), likely driven by its cost advantage compared to cigarettes. Interestingly, cigarettes dollar sales growth turned negative at the beginning of 2018, coinciding with more meaningful JUUL growth.

**Exhibit 39:** Cigarette dollar sales have been declining YoY since January



Dollars YoY - Cigarettes + JUUL (L12W)

Source: Nielsen xAOC+C, Morgan Stanley Research

**Exhibit 40:** JUUL exhibits higher market share in cities where cigarettes are more expensive



JUUL Market Share

Cigarette Price/Pack

Source: Nielsen xAOC+C, Morgan Stanley Research

22

ALGEDVA0006782359

**Morgan Stanley** | **RESEARCH**

**GLOBAL FOUNDATION**

# JUUL vs. Other E-cigs

**We were surprised by JUUL's 21% share of past 30-day use in our survey vs. 72% category market share in Nielsen.** Our survey showed that 38% of respondents used blu within the last 30 days, followed by 26% who used Vuse, but most surprising was that only 21% used JUUL, which stands in stark contrast to its 72% share of Nielsen e-cig category sales (Exhibit 40). Some reasons for this discrepancy may be: 1) Nielsen only captures measured channels and perhaps when incorporating JUUL share in vape shops reduces its overall share; 2) we only surveyed 18+ demographics so perhaps some of the difference is due to underage use; 3) it could reflect higher JUUL frequency of use among users relative to other e-cigs (Exhibit 41); 4) the results may be impacted by the size of the sample (2,074 people identified as e-cig users and of those, 402 people use JUUL).

**Exhibit 41:** Surprisingly, JUUL ranks below blu and Vuse among e-cig users despite having leading Nielsen dollar share

Usage of e-cigarettes (Among Total Surveyed)



Source: AlphaWise, Morgan Stanley Research

**Exhibit 42:** E-cig users use JUUL more frequently than comparable e-cig brands

Frequency of Use (Among e-Cigarette Users)



Source: AlphaWise, Morgan Stanley Research

**Exhibit 43:** JUUL skews younger when compared across other e-cig brands

Age Distribution



Source: AlphaWise, Morgan Stanley Research

23

ALGEDVA0006782360

**Morgan Stanley** | **RESEARCH**

**GLOBAL FOUNDATION**

**Exhibit 44:** Almost 50% of JUUL users also use Imperial Brand's blu e-cig

e-Cigarettes Active User Overlap (Among JUUL Active Users)



Source: AlphaWise, Morgan Stanley Research

**Exhibit 45:** blu PLUS Rechargeable and blu disposable are the most popular products in the IMB e-cig portfolio

blu Products Typically Use (Among blu Active Users)



Source: AlphaWise, Morgan Stanley Research

**E-cig users are likely to try iQOS when it becomes available.** Among people who use e-cigs, ~25% indicated that they are very likely to try iQOS and another 28% said they are somewhat likely to try it. The greatest interest comes from Vuse and NJOY users. JUUL users expressed lower levels of interest in trying iQOS compared to other e-cig brands. However, given that the product is not available in the US yet, it is difficult for respondents to assess it based on a description. We believe that iQOS will likely appeal to smokers who are looking for an experience that more closely replicates the experience of smoking a cigarette. (Exhibit 48)

**Exhibit 46:** 25% of E-cig users say they are very likely to try IQOS

Likelihood to Try IQOS When Available



Source: AlphaWise, Morgan Stanley Research

**Is JUUL a superior offering?** As previously highlighted in Exhibit 41, we were surprised that JUUL share among e-cig users surveyed falls below blu and Vuse e-cig users. We believe that a large part of JUUL's current success (as reflected in the Nielsen market share data) can be attributed to its brand equity and first mover advantage, as both IMB and BAT have nicotine salt products. BAT and IMB have highlighted (Exhibit 49and Exhibit 50) that their e-cig user experience for adult users is superior to JUUL and that they have developed a strong product offering across different e-cig systems. If the tobacco companies can further improve their e-cig user experience while stepping up promotional / brand building efforts, we could see risk to our market share assumptions for JUUL.

24

ALGEDVA0006782361

**Morgan Stanley** | RESEARCH

**GLOBAL FOUNDATION**

**Exhibit 47:** IMB highlights that myblu rates higher than JUUL among adults

| Attribute | myblu | JUUL |
|---|---|---|
| Flavour | 57% | 44% |
| Nicotine Satisfaction | 57% | 43% |
| Throat Hit | 62% | 38% |
| Look and Feel | 64% | 36% |
| Overall Preference | 54% | 46% |
| Purchase Intent | 77% | 64% |

Source: Imperial Brands, Morgan Stanley Research

**Exhibit 48:** BAT highlights key attributes/benets of Vuse alto vs. JUUL



Source: British American Tobacco, Morgan Stanley Research

ALGEDVA0006782362

**Morgan Stanley** | RESEARCH

# Valuation, Methodology & Risks

**MO.N**

- Our $63 price target is based on 15x C2019e P/E, at a 10% discount to US Staples, consistent with the stock's 5-year historical average discount and supported by our DCF analysis.

- Risks to our thesis: Upside risks include stronger net pricing and margin expansion in cigarettes, increased shareholder returns via share repurchases, lower-than-expected headwinds from JUUL growth. Downside risks include promotional spending, taxes & FDA; higher-than-expected JUUL market share and cigarette cannibalization rates.

**PM.N**

- Our price target of $102 is based on a blend of DCF and SOTP valuation. Our SOTP reflects 16x C2019e tobacco EPS plus $20 per share for iQOS, representing a 20x combined P/E, or a 10% discount to US Staples given PM's advantaged prospects for sustained double-digit EPS growth.

- Risks to our thesis: additional strength of US dollar, large-scale excise tax increase, shortfall in iQOS expectations.

**BATS.L**
## British American Tobacco (PT: 3920p)

On our price target of GBp3920, BAT would trade at ~12.5x 2019e PE, 25% premium to our implied target price multiple for IMB and closer to our DCF driven share price of 3870p. This is derived from a blended average of DCF and PE multiple based valuation, in line with our broader Consumer coverage. For DCF we conservatively forecast 0.5% terminal growth (vs. ex Tobacco EU staples growth of 1.5-2.0%) for BAT and a WACC of 8.7%. Note, we assume a better terminal growth rate at BAT vs IMB (-1%) and this largely reflects the better positioning of BAT among EU tobacco names. We think a PE of 12.5x 19e, which is a 6-7% discount to 20Y average, fairly incorporates the threat of new entrants (JUUL) as well as FDA regulatory risk. We also highlight a slight expansion to historical premium over IMB (now 20% vs. 17% on target multiples) due to its superior ability to navigate the changing consumer landscape through its geographic and portfolio exposure. We also assume strong cash flow over the medium term which helps BAT achieve ~2.5x Net debt to EBITDA by 2022e vs 5.2x in 2017.

### Risks to Achieving Price Target

**Upside risks:** (i) Accelerated market share gain and improved profitability across BAT's RRP portfolio. (ii) Significant market share gains across cigarette portfolio and more stable global excise tax policy. (iii) Increased visibility on regulatory risks especially from FDA policy on nicotine reduction.

**Downside risks:** (i) Share loss to discounters and RRP in the US markets. (ii) Adverse regulatory changes / tax increases which impact volumes across BAT's portfolio.

ALGEDVA0006782363

**Morgan Stanley** | RESEARCH

GLOBAL FOUNDATION

IMB.L
## Imperial Brands (PT: 2755p)

We value IMB using a combination of DCF (2750p), to account for longer term industry risks, and PE multiple to reflect current trading environment and relative valuations vs peers. We assume a 1% decline as our terminal growth rate, which largely reflects the lower longer-term margin construct of vaping products and accelerated declines in the cigarette business. We value IMB at 10x 2019e PE (10% discount to its 20 year average to reflect the risks from sector disruption as well as from regulation) to derive a multiple based fair value of 2760p and a blended average price target of 2755p. On our price target of 2755p, IMB would trade at ~10x 2019 PE and ~9x 2019e EV/ EBITDA. This compares with ~12x 2019e PER and ~11x 2019e EV/ EBITDA at BAT reflecting the superior growth outlook at BAT vs IMB.

### Risks to Achieving Price Target

**Upside risks:** (i) Better than expected performance of IMB's RRP portfolio. (ii) Significant market share gains across cigarette portfolio and more stable global excise tax policy. (iii) Tobacco industry consolidation.

**Downside risks:** (i) Accelerated global share gain by HNB / vaping products across key IMB markets. (ii) Adverse regulatory changes / tax increases which impact volumes across IMB portfolio.

27

ALGEDVA0006782364

Morgan Stanley | **RESEARCH**

**GLOBAL FOUNDATION**

# More on AlphaWise

AlphaWise Reports & Interactives



Source: AlphaWise

28

ALGEDVA0006782365

**Morgan Stanley** | **RESEARCH**

**GLOBAL FOUNDATION**

# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared or are disseminated by Morgan Stanley & Co. LLC and/or Morgan Stanley C.T.V.M. S.A. and/or Morgan Stanley México, Casa de Bolsa, S.A. de C.V. and/or Morgan Stanley Canada Limited and/or Morgan Stanley & Co. International plc and/or RMB Morgan Stanley Proprietary Limited and/or Morgan Stanley MUFG Securities Co., Ltd. and/or Morgan Stanley Capital Group Japan Co., Ltd. and/or Morgan Stanley Asia Limited and/or Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and/or Morgan Stanley Taiwan Limited and/or Morgan Stanley & Co International plc, Seoul Branch, and/or Morgan Stanley Australia Limited (A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents), and/or Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents), and/or Morgan Stanley India Company Private Limited, regulated by the Securities and Exchange Board of India ("SEBI") and holder of licenses as a Research Analyst (SEBI Registration No. INH000001105), Stock Broker (BSE Registration No. INB011054237 and NSE Registration No. INB/INF231054231), Merchant Banker (SEBI Registration No. INM000011203), and depository participant with National Securities Depository Limited (SEBI Registration No. IN-DP-NSDL-372-2014) which accepts the responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research, and/or PT. Morgan Stanley Sekuritas Indonesia and their affiliates (collectively, "Morgan Stanley").

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Pamela Kaufman, CFA; Sanath Sudarsan, CFA; Richard Taylor.

Unless otherwise stated, the individuals listed on the cover page of this report are research analysts.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies.

## Important US Regulatory Disclosures on Subject Companies

As of September 28, 2018, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: Altria Group, Inc., British American Tobacco PLC, Imperial Brands PLC, Philip Morris International Inc, Swedish Match AB.

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of Imperial Brands PLC.

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Altria Group, Inc., Imperial Brands PLC.

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from Altria Group, Inc., British American Tobacco PLC, Imperial Brands PLC, Philip Morris International Inc, Swedish Match AB.

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from Altria Group, Inc., Imperial Brands PLC.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: Altria Group, Inc., British American Tobacco PLC, Imperial Brands PLC, Philip Morris International Inc, Swedish Match AB.

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: Altria Group, Inc., Imperial Brands PLC.

Morgan Stanley & Co. LLC makes a market in the securities of Altria Group, Inc., Philip Morris International Inc.

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

(as of October 31, 2018)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm. For disclosure purposes only (in accordance with NASD and NYSE requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

29

ALGEDVA0006782366

**Morgan Stanley** | RESEARCH

**GLOBAL FOUNDATION**

| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| Overweight/Buy | 1157 | 37% | 305 | 42% | 26% | 544 | 39% |
| Equal-weight/Hold | 1380 | 44% | 335 | 46% | 24% | 632 | 45% |
| Not-Rated/Hold | 47 | 1% | 7 | 1% | 15% | 7 | 0% |
| Underweight/Sell | 553 | 18% | 82 | 11% | 15% | 220 | 16% |
| **TOTAL** | **3,137** | | **729** | | | **1403** | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

### Analyst Stock Ratings

Overweight (O or Over) - The stock's total return is expected to exceed the total return of the relevant country MSCI Index or the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis over the next 12-18 months.

Equal-weight (E or Equal) - The stock's total return is expected to be in line with the total return of the relevant country MSCI Index or the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis over the next 12-18 months.

Not-Rated (NR) - Currently the analyst does not have adequate conviction about the stock's total return relative to the relevant country MSCI Index or the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U or Under) - The stock's total return is expected to be below the total return of the relevant country MSCI Index or the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

### Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

### Stock Price, Price Target and Rating History (See Rating Definitions)

30

ALGEDVA0006782367

**Morgan Stanley** | RESEARCH

**GLOBAL FOUNDATION**



Stock Rating History: 11/1/15 : NA/I; 11/29/16 : E/I

Price Target History: 9/16/15 : NA; 11/29/16 : 65; 2/2/17 : 68; 8/30/17 : 65; 1/29/18 : 74; 4/18/18 : 70; 4/26/18 : 65; 6/26/18 : 63

Source: Morgan Stanley Research    Date Format : MM/DD/YY    Price Target —·    No Price Target Assigned (NA)
Stock Price (Not Covered by Current Analyst) —    Stock Price (Covered by Current Analyst) ▬
Stock and Industry Ratings (abbreviations below) appear as ♦ Stock Rating/Industry View
Stock Ratings: Overweight (O)  Equal-weight (E)  Underweight (U)  Not-Rated (NR)  No Rating Available (NA)
Industry View: Attractive (A)  In-line (I)  Cautious (C)  No Rating (NR)

Effective January 13, 2014, the stocks covered by Morgan Stanley Asia Pacific will be rated relative to the analyst's industry (or industry team's) coverage.

Effective January 13, 2014, the industry view benchmarks for Morgan Stanley Asia Pacific are as follows: relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

31

ALGEDVA0006782368

**Morgan Stanley** | **RESEARCH**

**GLOBAL FOUNDATION**



British American Tobacco PLC (BATS.L) - As of 10/31/18 in GBp
Industry : Tobacco

Stock Rating History: 11/1/15 : E/A; 11/2/16 : O/A; 5/11/18 : NA/A; 8/6/18 : NA/NR; 9/17/18 : E/NR; 9/18/18 : E/I

Price Target History: 10/28/15 : 3900; 1/11/16 : 4000; 2/25/16 : 4100; 4/28/16 : 4300; 7/21/16 : 5100; 11/2/16 : 5400; 2/24/17 : 5650; 6/23/17 : 6000; 2/22/18 : 5500; 5/11/18 : NA; 9/18/18 : 3920

Source: Morgan Stanley Research     Date Format : MM/DD/YY     Price Target —·     No Price Target Assigned (NA)
Stock Price (Not Covered by Current Analyst) —     Stock Price (Covered by Current Analyst) ▬
Stock and Industry Ratings (abbreviations below) appear as ◆ Stock Rating/Industry View
Stock Ratings: Overweight (O)  Equal-weight (E)  Underweight (U)  Not-Rated (NR)  No Rating Available (NA)
Industry View: Attractive (A)  In-line (I)  Cautious (C)   No Rating (NR)

Effective January 13, 2014, the stocks covered by Morgan Stanley Asia Pacific will be rated relative to the analyst's industry (or industry team's) coverage.

Effective January 13, 2014, the industry view benchmarks for Morgan Stanley Asia Pacific are as follows: relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

32

ALGEDVA0006782369

# Morgan Stanley | RESEARCH

**GLOBAL FOUNDATION**



Imperial Brands PLC (IMB.L) - As of 10/31/18 in GBp
Industry : Tobacco

Stock Rating History: 11/1/15 : O/A; 12/10/17 : E/A; 5/11/18 : NA/A; 8/6/18 : NA/NR; 9/18/18 : U/I

Price Target History: 6/12/15 : 3600; 11/13/15 : 3800; 1/11/16 : 4000; 5/4/16 : 4050; 7/21/16 : 4450;
5/3/17 : 4300; 8/30/17 : 3950; 11/8/17 : 3750; 12/10/17 : 3400; 5/9/18 : 3200; 5/11/18 : NA; 9/18/18 : 2755

Source: Morgan Stanley Research        Date Format : MM/DD/YY        Price Target --•        No Price Target Assigned (NA)
Stock Price (Not Covered by Current Analyst) —    Stock Price (Covered by Current Analyst) ▬
Stock and Industry Ratings (abbreviations below) appear as ♦ Stock Rating/Industry View
Stock Ratings: Overweight (O)  Equal-weight (E)  Underweight (U)  Not-Rated (NR)   No Rating Available (NA)
Industry View:  Attractive (A)   In-line (I)   Cautious (C)    No Rating (NR)

Effective January 13, 2014, the stocks covered by Morgan Stanley Asia Pacific will be rated relative to the analyst's industry (or industry team's) coverage.

Effective January 13, 2014, the industry view benchmarks for Morgan Stanley Asia Pacific are as follows: relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

33

ALGEDVA0006782370

# Morgan Stanley | RESEARCH

## GLOBAL FOUNDATION



Philip Morris International Inc (PM.N) - As of 10/31/18 in USD
Industry : Tobacco

Stock Rating History: 11/1/15 : O/I

Price Target History: 10/15/15 : 91; 1/11/16 : 95; 4/4/16 : 110; 1/19/17 : 103; 2/2/17 : 107; 2/27/17 : 112; 3/15/17 : 120; 1/29/18 : 123; 5/11/18 : 111; 7/17/18 : 102

Source: Morgan Stanley Research    Date Format : MM/DD/YY    Price Target --    No Price Target Assigned (NA)
Stock Price (Not Covered by Current Analyst) —    Stock Price (Covered by Current Analyst) ▬
Stock and Industry Ratings (abbreviations below) appear as ◆ Stock Rating/Industry View
Stock Ratings: Overweight (O)  Equal-weight (E)  Underweight (U)  Not-Rated (NR)  No Rating Available (NA)
Industry View: Attractive (A)  In-line (I)  Cautious (C)  No Rating (NR)

Effective January 13, 2014, the stocks covered by Morgan Stanley Asia Pacific will be rated relative to the analyst's industry (or industry team's) coverage.

Effective January 13, 2014, the industry view benchmarks for Morgan Stanley Asia Pacific are as follows: relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Important Disclosures for Morgan Stanley Smith Barney LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.

Each Morgan Stanley Equity Research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC. This review and approval is conducted by the same person who reviews the Equity Research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of Altria Group, Inc., Imperial Brands PLC, Philip Morris International Inc.

Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions. Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).

If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.

Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's

ALGEDVA0006782371

**Morgan Stanley** | RESEARCH

**GLOBAL FOUNDATION**

circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important US Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Certain information in Morgan Stanley Research was sourced by employees of the Shanghai Representative Office of Morgan Stanley Asia Limited for the use of Morgan Stanley Asia Limited.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A.; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Asia International Limited, Hong Kong Branch; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Asia International Limited, Singapore Branch (Registration number T11FC0207F); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Indonesia by PT. Morgan Stanley Sekuritas Indonesia; in Canada by Morgan Stanley Canada Limited, which has approved of and takes responsibility for its contents in Canada; in Germany by Morgan Stanley Bank AG, Frankfurt am Main and Morgan Stanley Private Wealth Management Limited, Niederlassung Deutschland, regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin); in Spain by Morgan Stanley, S.V., S.A., a Morgan Stanley group company, which is supervised by the Spanish Securities Markets Commission (CNMV) and states that Morgan Stanley Research has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and regulated by the Financial Services Board in South Africa. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms.

ALGEDVA0006782372

# Morgan Stanley | RESEARCH

## GLOBAL FOUNDATION

Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.
The following companies do business in countries which are generally subject to comprehensive sanctions programs administered or enforced by the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") and by other countries and multi-national bodies: Imperial Brands PLC.
The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.
Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

INDUSTRY COVERAGE: Tobacco

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (10/31/2018) |
|---|---|---|
| **Pamela Kaufman, CFA** | | |
| Altria Group, Inc. (MO.N) | E (11/29/2016) | $65.04 |
| Philip Morris International Inc (PM.N) | O (03/31/2008) | $88.07 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

INDUSTRY COVERAGE: Tobacco

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (10/31/2018) |
|---|---|---|
| **Richard Taylor** | | |
| British American Tobacco PLC (BATS.L) | E (09/17/2018) | 3,394p |
| **Sanath Sudarsan, CFA** | | |
| Imperial Brands PLC (IMB.L) | U (09/18/2018) | 2,653p |
| Swedish Match AB (SWMA.ST) | O (09/18/2018) | SKr 466.30 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

© 2018 Morgan Stanley

ALGEDVA0006782373