**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

GABBY KLEIN, *et al.*,
Individually and on Behalf of All Others
Similarly Situated,

                *Plaintiffs*,

       v.

ALTRIA GROUP, INC., *et al.*,

                *Defendants*.

No. 3:20-cv-00075-DJN

**DEFENDANTS' MOTION FOR HEARING ON CLASS CERTIFICATION**

Pursuant to Local Civil Rule 7(E), defendants Altria Group, Inc., Howard A. Willard III, William F. Gifford, Jr., JUUL Labs, Inc., Adam Bowen, James Monsees, Kevin Burns, and K.C. Crosthwaite, through counsel, respectfully request a hearing for the presentation of argument and evidence, including expert testimony, on Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel ("Motion for Class Certification") (ECF No. 220). Defendants believe such a hearing in this case would assist the Court in resolving the motion. Further support for this motion is set forth in the accompanying memorandum of law.

Dated: September 17, 2021

/s/ Edward J. Fuhr
Edward J. Fuhr (VSB #28082)
Eric H. Feiler (VSB #44048)
Johnathon E. Schronce (VSB #80903)
HUNTON ANDREWS KURTH LLP
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: 804-788-8201
Facsimile: 804-788-8218
efuhr@hunton.com
efeiler@hunton.com
jschronce@hunton.com

Stephen R. DiPrima (*admitted pro hac vice*)
Jonathan M. Moses (*admitted pro hac vice*)
Adam Goodman (*admitted pro hac vice*)
Adam Sowlati  (*admitted pro hac vice*)
Jacob Miller (*admitted pro hac vice*)
Wilfred T. Beaye, Jr. (*admitted pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:  (212) 403-1000
srdiprima@wlrk.com
jmmoses@wlrk.com
algoodman@wlrk.com
asowlati@wlrk.com
jmiller@wlrk.com
wtbeaye@wlrk.com

*Counsel for Defendant Altria Group, Inc.*

/s/ Rani Habash
Rani Habash (VSB #78541)
DECHERT LLP
1900 K Street NW
Washington, DC  20006
Telephone:  (202) 261-3300
rani.habash@dechert.com

and

Andrew J. Levander (*admitted pro hac vice*)
Jeffrey A. Brown (*admitted pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas

2

New York, NY  10036
Telephone:  (212) 698-3500
andrew.levander@dechert.com
jeffrey.brown@dechert.com

and

Melanie MacKay (*admitted pro hac vice*)
35 West Wacker Drive, Suite 3400
Chicago, IL  60601
Telephone:  (312) 646-5800
melanie.mackay@dechert.com

*Counsel for Defendant Howard A. Willard III*

/s/ Matthew Skanchy
Matthew Skanchy (VSB #89575)
Beth Wilkinson (*admitted pro hac vice*)
James Rosenthal (*admitted pro hac vice*)
Hayter Whitman (*admitted pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
mskanchy@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
hwhitman@wilkinsonstekloff.com

*Counsel for Defendant William F. Gifford, Jr.*

/s/ Mark Gruetzmacher
Mark Gruetzmacher (VSB #92263)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave N.W.
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
mark.gruetzmacher@kirkland.com

Roger A. Cooper (*admitted pro hac vice*)
Jared M. Gerber (*admitted pro hac vice*)
Arminda B. Bepko (*admitted pro hac vice*)
Jessica M. Roll (*admitted pro hac vice*)
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza

3

New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
racooper@cgsh.com
jgerber@cgsh.com
abepko@cgsh.com
jroll@cgsh.com

*Counsel for Defendant JUUL Labs, Inc.*

/s/ Brian E. Pumphrey
Brian E. Pumphrey (VSB #47312)
Brian C. Riopelle (VSB #36454)
Garrett H. Hooe (VSB #83983)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
briopelle@mcguirewoods.com
bpumphrey@mcguirewoods.com
ghooe@mcguirewoods.com

Eugene Illovsky (*admitted pro hac vice*)
Kevin Calia (*admitted pro hac vice*)
BOERSCH & ILLOVSKY LLP
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6640
Facsimile: (415) 967-3062
eugene@boersch-illovsky.com
kevin@boersch-illovsky.com

*Counsel for Defendant Adam Bowen*

 /s/ Robert A. Angle
Robert A. Angle (VSB #37691)
Laura Anne Kuykendall (VSB #82318)
TROUTMAN PEPPER HAMILTON SANDERS
LLP
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
robert.angle@troutman.com

4

la.kuykendall@troutman.com

Eric H. MacMichael (*admitted pro hac vice*)
KEKER VAN NEST & PETERS LLP
633 Battery St.
San Francisco, CA 94111
Telephone: 415-773-6624
Facsimile: 415-391-5400
emacmichael@keker.com

*Counsel for Defendant Kevin Burns*

 /s/ James Winston Burke
James Winston Burke (VSB #76551)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339 8400
Facsimile: (202) 339 8500
jburke@orrick.com

James N. Kramer (*admitted pro hac vice*)
Alexander K. Talarides (*admitted pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773 5700
Facsimile: (415) 773 5759
jkramer@orrick.com
atalarides@orrick.com

*Counsel for Defendant James Monsees*

 /s/ J. Christian Word
J. Christian Word (VSB #46008)
Andrew Clubok (*admitted pro hac vice*)
Susan E. Engel (*admitted pro hac vice*)
Matthew J. Peters (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
andrew.clubok@lw.com

5

christian.word@lw.com
susan.engel@lw.com
matthew.peters@lw.com

*Counsel for Defendant K.C. Crosthwaite*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Eastern District of Virginia by using the CM/ECF system which will send a Notification of Electronic Filing to all parties in this case.

September 17, 2021                                      /s/ Edward J. Fuhr
                                                       Edward J. Fuhr (VSB #28082)

7