# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

GABBY KLEIN, *et al.*,
Individually and on Behalf of All Others
Similarly Situated,

*Plaintiffs*,

v.

ALTRIA GROUP, INC., *et al.*,

*Defendants*.

No. 3:20-cv-00075-DJN

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR HEARING ON CLASS CERTIFICATION

In accordance with Local Civil Rule 7(E), defendants respectfully request a hearing for the presentation of argument and evidence, including expert testimony, on Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel ("Motion for Class Certification") (ECF No. 220). Defendants believe such a hearing in this case would assist the Court in resolving the motion, in light of several important factors.

*First*, the Court must ensure that Lead Plaintiffs have met their burden under Federal Rule of Civil Procedure 23. "[W]hen a district court considers whether to certify a class action, it performs the public function of determining whether the representative parties should be allowed to prosecute the claims of absent class members." *Gariety* v. *Grant Thornton, LLP*, 368 F.3d 356, 366–67 (4th Cir. 2004). Accordingly, "certification is proper only if 'the trial court is satisfied, after a rigorous analysis, that the prerequisites of Rule 23(a) have been satisfied.'" *Wal-Mart Stores, Inc.* v. *Dukes*, 564 U.S. 338, 350–51 (2011) (quoting *General Telephone Co. of Southwest* v. *Falcon*, 457 U.S. 147, 161 (1982)). As the Fourth Circuit has explained: "When

deciding a motion for class certification, a district court does not accept the plaintiff's allegations in the complaint as true; rather, an evidentiary hearing is typically held on the certification issue.'" *Monroe* v. *City of Charlotesville, Va.*, 579 F.3d 380, 384 (4th Cir. 2009); *see also Rhodes* v. *E.I. du Pont de Nemours and Co.*, 2008 WL 2400944, *12 (S.D. W. Va. June 11, 2008) ("numerous courts have determined that such a hearing is appropriate and useful . . . where facts developed during discovery proceedings are inadequate, an evidentiary hearing should be held on the request of the parties or, if necessary for a meaningful inquiry into the requisites of Rule 23, by the court *sua sponte*'") (ordering an evidentiary hearing on class certification and quoting *International Woodworkers of America* v. *Chesapeake Bay Plywood Corp.*, 659 F.2d 1259, 1268 (4th Cir. 1981)).

*Second*, this motion for class certification is unprecedented in key respects. It seeks certification of a lengthier class period with more "corrective disclosures" than any securities class (to defendants' knowledge) previously certified in this Circuit. It also seeks to certify a class pled in an unapproved pleading not tested on a motion to dismiss, which may be a first not only in this Circuit, but in the nation. And it seeks to certify a class of investors in a publicly traded company to bring claims against another entirely separate, privately held company for statements it made about itself — something no court has also ever done.

*Third*, the motion raises issues of economics, which are implicated by Lead Plaintiffs' invocation of the "fraud on the market" doctrine to prove reliance on a classwide basis. *See Halliburton Co.* v. *Erica P. John Fund, Inc.*, 573 U.S. 258, 267-69 (2014) ("*Halliburton II*"). Lead Plaintiffs and defendants have both submitted lengthy expert reports to the Court in support of their positions on this issue. Defendants believe that allowing the experts to directly present their opinions to the Court would assist the Court in resolving these matters. Plaintiffs' expert

2

Zachary Nye is a professional plaintiffs' witness, with minimal academic and professional credentials, who submits substantially the same generic damages "methodology" in every case in which he is a witness. Defendants believe that comparing the two experts at a live hearing will help the Court to determine whether Dr. Nye's "methodology" satisfies the dictates of *Comcast Corp.* v. *Behrend*, 569 U.S. 27 (2013), which requires plaintiffs to present a model showing that damages can be calculated on a class-wide basis.

*Fourth*, this is a case where the proposed class representatives raise especially strong questions of typicality and adequacy under Federal Rule of Civil Procedure 23. While the depositions of the proposed class representatives make it clear that they are neither adequate nor typical, defendants believe that the Court's determination on these issues would be facilitated by the presentations at a hearing.

*Fifth*, this is one of the first major securities law class certification motions to be decided in the wake of the Supreme Court's recent decision in *Goldman Sachs Group, Inc.* v. *Arkansas Teacher Retirement System*, 141 S. Ct. 1951 (June 21, 2021). That decision clarifies the breadth and scope of evidence courts must assess at the class certification stage in securities cases such as this. A hearing would allow the parties to address any questions the Court may have regarding the ramifications of the *Goldman* decision.

*Finally*, in light of the size and scope of this case, there is a considerable likelihood that whatever the outcome on this motion, one of the parties will file a petition under Federal Rule of Civil Procedure 23(f) for immediate review by the Fourth Circuit. Defendants respectfully suggest that having an evidentiary hearing and allowing the attorneys for all parties to address the Court's questions will allow the fullest possible record for any appeal the parties might take.

For these reasons, the Court should hold a hearing on the Motion for Class Certification.

Dated:  September 17, 2021

/s/ Edward J. Fuhr
Edward J. Fuhr (VSB #28082)
Eric H. Feiler (VSB #44048)
Johnathon E. Schronce (VSB #80903)
HUNTON ANDREWS KURTH LLP
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: 804-788-8201
Facsimile: 804-788-8218
efuhr@hunton.com
efeiler@hunton.com
jschronce@hunton.com

Stephen R. DiPrima (*admitted pro hac vice*)
Jonathan M. Moses (*admitted pro hac vice*)
Adam Goodman (*admitted pro hac vice*)
Adam Sowlati  (*admitted pro hac vice*)
Jacob Miller (*admitted pro hac vice*)
Wilfred T. Beaye, Jr. (*admitted pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:  (212) 403-1000
srdiprima@wlrk.com
jmmoses@wlrk.com
algoodman@wlrk.com
asowlati@wlrk.com
jmiller@wlrk.com
wtbeaye@wlrk.com

*Counsel for Defendant Altria Group, Inc.*

/s/ Rani Habash
Rani Habash (VSB #78541)
DECHERT LLP
1900 K Street NW
Washington, DC  20006
Telephone:  (202) 261-3300
rani.habash@dechert.com

and

4

Andrew J. Levander (*admitted pro hac vice*)
Jeffrey A. Brown (*admitted pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 698-3500
andrew.levander@dechert.com
jeffrey.brown@dechert.com

and

Melanie MacKay (*admitted pro hac vice*)
35 West Wacker Drive, Suite 3400
Chicago, IL  60601
Telephone:  (312) 646-5800
melanie.mackay@dechert.com

*Counsel for Defendant Howard A. Willard III*

/s/ Matthew Skanchy
Matthew Skanchy (VSB #89575)
Beth Wilkinson (*admitted pro hac vice*)
James Rosenthal (*admitted pro hac vice*)
Hayter Whitman (*admitted pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
mskanchy@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
hwhitman@wilkinsonstekloff.com

*Counsel for Defendant William F. Gifford, Jr.*

/s/ Mark Gruetzmacher
Mark Gruetzmacher (VSB #92263)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave N.W.
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
mark.gruetzmacher@kirkland.com

Roger A. Cooper (*admitted pro hac vice*)
Jared M. Gerber (*admitted pro hac vice*)
Arminda B. Bepko (*admitted pro hac vice*)

5

Jessica M. Roll (*admitted pro hac vice*)
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
racooper@cgsh.com
jgerber@cgsh.com
abepko@cgsh.com
jroll@cgsh.com

*Counsel for Defendant JUUL Labs, Inc.*

/s/ Brian E. Pumphrey
Brian E. Pumphrey (VSB #47312)
Brian C. Riopelle (VSB #36454)
Garrett H. Hooe (VSB #83983)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
briopelle@mcguirewoods.com
bpumphrey@mcguirewoods.com
ghooe@mcguirewoods.com

Eugene Illovsky (*admitted pro hac vice*)
Kevin Calia (*admitted pro hac vice*)
BOERSCH & ILLOVSKY LLP
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6640
Facsimile: (415) 967-3062
eugene@boersch-illovsky.com
kevin@boersch-illovsky.com

*Counsel for Defendant Adam Bowen*

/s/ Robert A. Angle
Robert A. Angle (VSB #37691)
Laura Anne Kuykendall (VSB #82318)
TROUTMAN PEPPER HAMILTON SANDERS
LLP
1001 Haxall Point, Suite 1500

6

Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
robert.angle@troutman.com
la.kuykendall@troutman.com

Eric H. MacMichael (*admitted pro hac vice*)
KEKER VAN NEST & PETERS LLP
633 Battery St.
San Francisco, CA 94111
Telephone: 415-773-6624
Facsimile: 415-391-5400
emacmichael@keker.com

*Counsel for Defendant Kevin Burns*

 /s/ James Winston Burke
James Winston Burke (VSB #76551)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339 8400
Facsimile: (202) 339 8500
jburke@orrick.com

James N. Kramer (*admitted pro hac vice*)
Alexander K. Talarides (*admitted pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773 5700
Facsimile: (415) 773 5759
jkramer@orrick.com
atalarides@orrick.com

*Counsel for Defendant James Monsees*

 /s/ J. Christian Word
J. Christian Word (VSB #46008)
Andrew Clubok (*admitted pro hac vice*)
Susan E. Engel (*admitted pro hac vice*)
Matthew J. Peters (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000

7

Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
andrew.clubok@lw.com
christian.word@lw.com
susan.engel@lw.com
matthew.peters@lw.com

*Counsel for Defendant K.C. Crosthwaite*

8

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Eastern District of Virginia by using the CM/ECF system which will send a Notification of Electronic Filing to all parties in this case.

September 17, 2021

/s/ Edward J. Fuhr
Edward J. Fuhr (VSB #28082)