IN THE UNITED STATES DISRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

GABBY KLEIN, *et al.*,
      Plaintiffs,

v.                                                         Civil No. 3:20cv75 (DJN)

ALTRIA GROUP, INC. *et al.*,
      Defendants.

**ORDER**
**(Scheduling Class Certification Hearing)**

This matter comes before the Court on Defendant's Motion for Hearing on Class Certification (ECF No. 277), moving the Court for a hearing on Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representative and Class Counsel (ECF No. 220). Defendants' Motion (ECF No. 277) is hereby GRANTED. After consulting with the Parties, the Court hereby SCHEDULES a hearing on Plaintiffs' Motion for Class Certification to occur on December 15, 2021, at 10:30 a.m., in Courtroom 6300 of the Richmond Courthouse.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: September 27, 2021