IN THE UNITED STATES DISRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

GABBY KLEIN, *et al.*,
        Plaintiffs,

v.                                                    Civil No. 3:20cv75 (DJN)

ALTRIA GROUP, INC. *et al.*,
        Defendants.

## ORDER
**(Granting Motions to Amend Scheduling Order)**

This matter comes before the Court on the parties' Motions to Amend the Scheduling Order (ECF Nos. 280, 282), moving the Court to extend the fact discovery deadline for limited purposes. Because the parties are in agreement, and the Court finds good cause, the parties' Motions (ECF Nos. 280, 282) are hereby GRANTED. The Fact Discovery Deadline and the All Discovery Deadline are hereby EXTENDED to December 22, 2021, for the limited purpose of allowing Plaintiffs to provide substantive responses to Defendant JUUL Labs, Inc.'s ("JUUL") Second Set of Interrogatories and JUUL's First Set of Requests for Admission and to take the deposition of certain witnesses identified in the parties' Motion. This Order shall not be construed to modify any other deadlines.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                        _____/s/_____
                                        David J. Novak
                                        United States District Judge

Richmond, Virginia
Dated:  October 12, 2021