IN THE UNITED STATES DISRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

GABBY KLEIN, *et al.*,
          Plaintiffs,

        v.                              Civil No. 3:20cv75 (DJN)

ALTRIA GROUP, INC. *et al.*,
          Defendants.

## <u>ORDER</u>
### (Granting Motion to Amend Scheduling Order)

This matter comes before the Court on the parties' Joint Motion to Amend Scheduling Order (ECF No. 284), moving the Court to modify certain dates in the scheduling order to allow them to focus their efforts on the impending settlement conference.  Because the parties are in agreement, and the Court finds good cause, the parties' Motion (ECF No. 284) is hereby GRANTED.  Accordingly, the Court hereby AMENDS the following deadlines as follows:

1.  Not later than November 5, 2021, the parties shall exchange trial expert reports;

2.  Not later than December 3, 2021, the parties shall exchange rebuttal expert reports;

3.  Not later than December 17, 2021, all discovery shall close;

4.  The depositions currently scheduled for Ronan, Gifford, Wise, Monsees and Crosthwaite shall be adjourned until November 1, 2021, at the earliest.  Following the October 27, 2021 settlement conference, the parties shall reschedule these depositions for mutually agreeable dates before December 17, 2021;

5.  Not later than 10 days after Defendant Crosthwaite's deposition, Defendant Crosthwaite shall file his motion for summary judgment;

6.  Not later than 30 days after Defendant Crosthwaite files his motion for summary judgment, Plaintiffs shall file their opposition to Defendant Crosthwaite's motion for summary judgment; and,

7.  Not later than 14 days after Plaintiffs file their opposition to Defendant Crosthwaite's motion for summary judgment, Defendant Crosthwaite shall file his reply in support of his summary judgment motion.

This Order shall not be construed to modify any other deadlines.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated:  October 14, 2021

2