UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |
|---|---|
| GABBY KLEIN, DONALD SHERBONDY, SARAH SHERBONDY and CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALTRIA GROUP, INC., HOWARD A. WILLARD III, WILLIAM F. GIFFORD, JR., JUUL LABS, INC., ADAM BOWEN, JAMES MONSEES, KEVIN BURNS, and K.C. CROSTHWAITE, <br><br> Defendants. | Case No. 3:20-cv-00075-DJN |

**DECLARATION OF JEREMY A. LIEBERMAN**

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am a member of the Bar of the State of New York, and I am admitted *pro hac vice* to appear before this Court in this action.

2.    I am the managing partner of the law firm of Pomerantz LLP ("Pomerantz"), counsel for Lead Plaintiffs Donald and Sarah Sherbondy.  I submit this declaration in further support of Plaintiffs' Reply Memorandum in further support of their Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

3.    Attached hereto are true and correct copies of the following exhibits.

Exhibit H:    Expert Reply Report of Zachary Nye, Ph.D., dated October 14, 2021.

Exhibit I:    Deposition Transcript of Professor Douglas Skinner, dated October 5, 2021.

Exhibit J:    Deposition Transcript of Mr. Howard Willard, dated September 23, 2021. (Filed Under Seal) (Excerpted).

Exhibit K:    Deposition Transcript of Mr. Kevin Burns, dated September 17, 2021. (Filed Under Seal) (Excerpted).

Exhibit L:    Document titled, "Construction Laborers Pension Trust of Greater St. Louis Engagement Agreement For Portfolio Monitoring", with execution date of April 23, 2013, bearing bates numbers STL000050-53.

Exhibit M:    Document titled, "Stats Data & Models," DeVeaux, Velleman, Book, 4th Edition.  (Excerpted).

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on October 14, 2021.

　　　　　　　　　　　　　　　　　*/s/ Jeremy A. Lieberman*
　　　　　　　　　　　　　　　　　Jeremy A. Lieberman