# EXHIBIT L

Janet Rose Reporting

**Willey Ex. 8**
08-16-21

**CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS
ENGAGEMENT AGREEMENT FOR PORTFOLIO MONITORING**

THIS IS AN AGREEMENT between CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS ("Client") and the law firm of ROBBINS GELLER RUDMAN & DOWD LLP ("Attorneys").

1.    <u>General Statement of Purpose and Subject of Agreement</u>:    Client engages Attorneys to monitor Client's United States-listed securities portfolio in connection with potential claims against such persons, entities, companies and/or associations that may be liable for damages suffered by Client as a result of breaches of fiduciary duties, fraud, misrepresentation or other violations of federal and/or state securities laws. The purpose of this agreement is to facilitate the review of Client's United States-listed securities portfolio in order to ascertain whether Client has suffered a material loss or other damages due to violations of United States law to facilitate the Attorneys' reporting to Client. This is not an engagement agreement to initiate any specific litigation or to provide claims services, and the parties must enter into a separate engagement agreement(s) if Client wishes to engage Attorneys for such other services.

2.    <u>Identification and Investigation of Possible Claims</u>:    In the course of Attorneys' business, Attorneys become aware of, identify and investigate possible violations of the federal and/or state securities laws, instances of abuse by corporate management, breaches of fiduciary duties, and/or other corporate conduct affecting a company's securities.

Upon becoming aware of or identifying such an instance,  It is understood that Attorneys do not undertake to investigate and advise Client with respect to each instance of a loss in value of the securities of a company in Client's securities portfolio.

3.    <u>Client's Assistance</u>:    For purposes of assisting Attorneys with fulfilling their duties under this agreement, Client will ensure that Client's custodian or individual money managers, as appropriate, provide up to the past five years' statements of monthly transactions in publicly-traded equities and corporate debt securities in electronic format and/or paper or via microfiche copies of such. Additionally, Client will ensure that Client's custodian or fund managers provide monthly updates of Client's securities transactions to Attorneys. Client shall immediately notify Attorneys of any changes or developments in Client's accounts, including, but not limited to, (1) the opening of new accounts; (2) changes in custodial or investment manager address or contact information; and (3) changes in Client address or contact information. The statement of monthly transactions shall be provided, if possible, in electronic format in order to facilitate the transfer of data to the Portfolio Monitoring Program$^{SM}$ database.

4.    <u>Commencement of Services</u>:    Attorneys shall commence monitoring Client's portfolio upon Client or Client's custodian providing sufficient transactional data. However, due to delays in transfers of such data to Attorneys for all appropriate accounts by custodians and the different time periods in which relevant data may be available to monitor, Client acknowledges

that delays are outside of the Attorneys' control and the monitoring service may only commence when Attorneys receive, transfer and process sufficient data from the custodian(s).

5. Confidentiality of Records: Attorneys agree to maintain all records provided by Client in a secure and confidential manner with access to such records limited to Attorneys and its employees, contractors, and third-party vendors necessary to fulfill Attorneys' obligations herein.

6. Attorneys' Reports to Client: Attorneys agree to provide Client with regular reports of the status of Attorneys' monitoring efforts **Redacted**
**Redacted**
**Redacted**
Redacted Attorneys shall commence providing reports to Client soon after Attorneys are provided with sufficient historical transactions to generate meaningful results.

7. Costs and Expenses: Attorneys shall be responsible for such costs as in their judgment are necessary to fulfill their duties under this agreement, including any expenses associated with obtaining information from Client's custodian. Client shall have no obligation for any such expenses.

8. Client's Pursuit of Litigation: Client understands and Attorneys acknowledge that this agreement does not authorize the initiation of any litigation on Client's behalf. Any litigation initiated will be subject to a separate engagement agreement to be negotiated between Client and Attorneys. Client may choose not to pursue litigation or may engage counsel other than Attorneys to pursue any claim identified pursuant to this agreement.

9. Filing of Settled Claims: The timely filing of any particular claim with respect to any settled or adjudicated case remains the sole responsibility of Client, who must prepare and timely file the Proof of Claim and Release which is necessary to process a claim. Client understands that this agreement does not authorize or require Attorneys to file claims on Client's behalf. Any claims filing services provided by Attorneys to Client shall be subject to a separate engagement agreement to be negotiated between Client and Attorneys.

10. Contact Information: Attorneys and Client each designate the following person (or such other person or address as such party may designate by written notice) as their primary contacts under this agreement:

Attorneys:    ROBBINS GELLER RUDMAN & DOWD LLP
Attention:  Sandra D. Stein
Laura S. Stein
1845 Walnut Street, 23rd Floor
Philadelphia, PA  19103-4708
Telephone: 215/988-9546
Facsimile:  215/988-9885
Email:    lstein@rgrdlaw.com

2

STL0000051

Client:                CONSTRUCTION LABORERS PENSION TRUST OF
                       GREATER ST. LOUIS
                       Attention:  Kevin J. Schell, Administrator
                       Address:    2357 59th Street
                                   St. Louis, MO  63110
                       Telephone: 314/644-2777 ext. 103
                       Facsimile:  314/645-1366
                       E-mail:     kjs@stllaborers.com
                       Fund Tax Identification Number or
                       Employer Identification Number:    ██████████

With a copies to:      HAMMOND AND SHINNERS, P.C.
                       Attention:  Sherrie A. Hall
                       7730 Carondelet Avenue, Suite 200
                       St. Louis, MO  63105
                       Telephone: 314/727-1015
                       Facsimile:  314/727-6804
                       Email:      sahall@hammondshinners.com

                       Gary Elliott, Secretary-Treasurer
                       Eastern Missouri Laborers District Council
                       3450 Hollenberg Drive
                       Bridgeton, MO  63044
                       Telephone: 314/739-7270
                       Email:      gelliott@molecet.org

                       Joseph W. Beetz, Secretary Treasurer
                       14575 Ladue Road
                       Chesterfield, MO  63107
                       Telephone: 314/314/645-1366
                       Email:      _____

                       Jeffrey O'Connell, Trustee
                       3710 Enright
                       St. Louis MO  63108
                       Telephone: 314/531-1187
                       Email:      joconnell@local42.us

11.    Termination of This Agreement: Client may terminate this agreement at any time by sending written notice to the primary contact for Attorneys identified in paragraph 10, *supra*. Attorneys may terminate this agreement at any time, provided that Attorneys provide Client with 30 days' notice to the primary contact for Client identified in paragraph 10, *supra*, in order to ensure that Client has a reasonable period of time to avoid any prejudice that could otherwise arise as a result of the termination.

12.    Entirety of Terms: This agreement sets forth the entire agreement between the parties with respect to its subject matter, and it may not be altered or modified except by written instrument executed by the contacts identified in paragraph 10, *supra*. The parties expressly

3

Confidential                                                    STL0000052

acknowledge that no other agreements, arrangements or understandings relating to portfolio monitoring services and not expressed in this agreement exist among or between them. All parties agree that this agreement was negotiated at arm's length, and that no parol or other evidence may be offered to explain, construe, contradict or clarify its terms, the intent of the parties or their counsel, or the circumstances under which the agreement was made or executed. The parties, their successors and assigns, and their attorneys undertake to implement the terms of this agreement in good faith, and to use good faith in resolving any disputes that may arise in the implementation of the terms of this agreement.

13.    Waiver: No waiver, amendment or other modifications of the terms of this agreement shall be binding upon either party unless expressed in writing and signed by both parties hereto.

14.    Copy Received by Client: Client acknowledges receipt of a copy of this agreement concurrently with Client's execution thereof. This agreement shall be valid if signed in counterparts.

FOR:  CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS

By: _____    Date: _4-23-13_____
    Print Name: _Jeffrey O'Connell_
    Title: _Chairman_

By: _____    Date: _4-23-13_____
    Print Name: _Joseph W Boetz_
    Title: _Secretary_

FOR:  ROBBINS GELLER RUDMAN & DOWD LLP

By: _____    Date: ____03/08/13____
    Darren J. Robbins

By: _____    Date: ____03/08/13____
    Sandra D. Stein, Esq.
    Of Counsel

By: _____    Date: ____03/08/13____
    Laura S. Stein, Esq.

Copyright © 2013 by Robbins Geller Rudman & Dowd LLP. Robbins Geller Rudman & Dowd LLP will vigorously defend all of their rights to this writing/publication. All rights reserved – including the right to reproduce in whole or in part in any form. Any reproduction in any form by anyone of the material contained herein without the permission of Robbins Geller Rudman & Dowd LLP is prohibited.

4

Confidential

STL0000053