# EXHIBIT M

# BOOKS | À LA CARTE EDITION

# STATS
## DATA & MODELS

De VEAUX    VELLEMAN    BOCK

**4TH EDITION**

## YOUR TEXTBOOK—IN A BINDER-READY EDITION!

This unbound, three-hole punched version of your textbook lets you take only what you need to class and incorporate your own notes—all at an affordable price!



ISBN-13: 978-0-321-98999-4
ISBN-10: 0-321-98999-6

EAN

ALWAYS LEARNING

**PEARSON**

chapter

# 19 Testing Hypotheses About Proportions

**19.1** Hypotheses

**19.2** P-Values

**19.3** The Reasoning of Hypothesis Testing

**19.4** Alternative Alternatives

**19.5** P-Values and Decisions: What to Tell About a Hypothesis Test

> ## Where are we going?
>
> Do people ages 18–24 really prefer Pepsi to Coke? Does this new allergy medication really reduce symptoms more than a placebo? There are times when we want to make a *decision.* To do that, we'll propose a model for the situation at hand and test a hypothesis about that model. The result will help us answer the real-world question.

**A | S** **Activity: Testing a Claim.** Can we really draw a reasonable conclusion from a random sample? Run this simulation before you read the chapter, and you'll gain a solid sense of what we're doing here.

"Half the money I spend on advertising is wasted; the trouble is I don't know which half."

—*John Wanamaker (attributed)*



Ingots are huge pieces of metal, sometimes weighing more than 20,000 pounds, made in a giant mold. They must be cast in one large piece for use in fabricating large structural parts for cars and planes. As the liquid metal cools, cracks can develop on the surface of the ingot, which can propagate into the zone required for the part, compromising its integrity. Airplane manufacturers insist that metal for their planes be defect-free, so the ingot must be made over if any cracking is detected.

Even though the metal from the cracked ingot is recycled, the cost runs into the tens of thousands of dollars to recast an ingot, not to mention the energy waste. About 2/3 of all aluminum ingots produced in the United States use a process called the "direct chill" method designed to reduce recasting. Metal manufacturers would like to avoid cracking if at all possible. But the casting process is complicated and not everything is completely under control. It's estimated that about 5% of aluminum ingots need to be recast because of cracking. That rate depends on the size of the ingot cast. In one plant that specializes in very large (over 30,000 lb) ingots designed for the airplane industry, about 20% of the ingots have had some kind of surface crack. In an attempt to reduce the cracking proportion, the plant engineers and chemists recently tried out some changes in the casting process. Since then, 400 ingots have been cast and only 17% of them have cracked. Has the new method worked? Has the cracking rate really decreased, or was 17% just due to luck?

We can treat the 400 ingots cast with the new method as a random sample. We know that each random sample will have a somewhat different proportion of cracked ingots. Is the 17% we observe merely a result of natural sampling variability, or is this lower cracking rate strong enough evidence to assure management that the true cracking rate now is really below 20%?

People want answers to questions like these all the time. Has the president's approval rating changed since last month? Has teenage smoking decreased in the past five years? Is the global temperature increasing? Did the Super Bowl ad we bought actually increase sales? To answer such questions, we test *hypotheses* about models.

## 19.1  Hypotheses

> **Hypothesis n.;**  pl. {Hypotheses}. A supposition; a proposition or principle which is supposed or taken for granted, in order to draw a conclusion or inference for proof of the point in question; something not proved, but assumed for the purpose of argument.
> —*Webster's Unabridged Dictionary, 1913*

We want to know if the changes made by the engineers have lowered the cracking rate from 20%. Humans are natural skeptics, so to test whether the changes have worked, we'll assume that they haven't. We'll make the **hypothesis** that the cracking rate is still 20% and see if the data can convince us otherwise. Hypotheses are models that we adopt temporarily—until we can test them once we have data. This starting hypothesis to be tested is called the **null hypothesis**—null because it assumes that nothing has changed. We denote it $H_0$. It specifies a parameter value—here that the cracking rate is 20%—which we usually write in the form $H_0$: *parameter = hypothesized value*. So, for the ingots we would write: $H_0$: $p = 0.20$.

The **alternative hypothesis**, which we denote $H_A$, contains the values of the parameter that we consider plausible if we reject the null hypothesis. Our null hypothesis is that $p = 0.20$. What's the alternative? Management is interested in *reducing* the cracking rate, so their alternative is $H_A$: $p < 0.20$.

What would convince you that the cracking rate had actually gone down? If only 4 out of the next 400 ingots crack (for a rate of 1%), most folks would conclude that the changes helped. But if the sample cracking rate is 19.8% instead of 20%, you should be skeptical. After all, observed proportions do vary, so we wouldn't be surprised to see some difference. How much smaller must the cracking rate be before we *are* convinced that it has changed? That's the crucial question in a hypothesis test. As usual in statistics, when we think about how big the change has to be, we think of using the standard deviation as the ruler to measure that change. So let's start by finding the standard deviation of the sample cracking rate.

### ■ NOTATION ALERT

Capital H is the standard letter for hypotheses. $H_0$ always labels the null hypothesis, and $H_A$ labels the alternative hypothesis.

Since the company changed the process, 400 new ingots have been cast of which 68 have visible surface cracks, for a sample proportion of 17%. The sample size of 400 is big enough to satisfy the **Success/Failure Condition**. (We expect $0.20 \times 400 = 80$ ingots to crack.) Although not a random sample, the engineers think that whether an ingot cracks should be independent from one ingot to the next, so the Normal sampling distribution model should work well. The standard deviation of the sampling model is

$$SD(\hat{p}) = \sqrt{\frac{pq}{n}} = \sqrt{\frac{(0.20)(0.80)}{400}} = 0.02.$$



I CAN'T BELIEVE SCHOOLS ARE STILL TEACHING KIDS ABOUT THE NULL HYPOTHESIS.

I REMEMBER READING A BIG STUDY THAT CONCLUSIVELY DISPROVED IT *YEARS* AGO.

© 2013 Randall Munroe. Reprinted with permission. All rights reserved.

### WHY IS THIS A STANDARD DEVIATION AND NOT A STANDARD ERROR?

Remember that we reserve the term standard error for the *estimate* of the standard deviation of the sampling distribution. But we're not estimating here—we have a value of $p$ from our null hypothesis model. To remind us that the parameter value comes from the null hypothesis, it is sometimes written as $p_0$ and the standard deviation as $SD(\hat{p}) = \sqrt{p_0 q_0 / n}$. That's different than when we found a confidence interval for $p$. In that case we couldn't assume that we knew its value, so we estimated the standard deviation from the sample value $\hat{p}$.

Now we know both parameters of the Normal sampling distribution model: $p = 0.20$ and $SD(\hat{p}) = 0.02$, so we can find out how likely it would be to see the observed value of $\hat{p} = 0.17$. Since we are using a Normal model, we find the $z$-score:

$$z = \frac{0.17 - 0.20}{0.02} = -1.5$$

### Figure 19.1

How likely is a $z$-score of $-1.5$ (or lower)? This is what it looks like. The red area is 0.067 of the total area under the curve.

Then we ask, "How likely is it to observe a value at least 1.5 standard deviations below the mean of a Normal model?" The answer (from a calculator, computer program, or the Normal table) is about 0.067. This is the probability of observing a cracking rate of 17% or less in a sample of 400 if the null hypothesis is true and the true cracking rate is still 20%. Management now must decide whether an event that would happen 6.7% of the time by chance is strong enough evidence to conclude that the true cracking proportion has decreased.

## A Trial as a Hypothesis Test

Does the reasoning of hypothesis tests seem backward? That could be because we usually prefer to think about getting things right rather than getting them wrong. You have seen this reasoning before because it's the logic of jury trials.

Let's suppose a defendant has been accused of robbery. In British common law and those systems derived from it (including U.S. law), the null hypothesis is that the defendant is innocent. Instructions to juries are quite explicit about this.

How is the null hypothesis tested? The prosecution first collects evidence. ("If the defendant were innocent, wouldn't it be remarkable that the police found him at the scene of the crime with a bag full of money in his hand, a mask on his face, and a getaway car parked outside?") For us, the data is the evidence.

The next step is to judge the evidence. Evaluating the evidence is the responsibility of the jury in a trial, but it falls on your shoulders in hypothesis testing. The jury considers the evidence in light of the *presumption* of innocence and judges whether the evidence against the defendant would be plausible *if the defendant were in fact innocent*.

Like the jury, you ask, "Could these data plausibly have happened by chance if the null hypothesis were true?" If they are very unlikely to have occurred, then the evidence raises a reasonable doubt about the null hypothesis.

Ultimately, you must make a decision. The standard of "beyond a reasonable doubt" is wonderfully ambiguous because it leaves the jury to decide the degree to which the evidence contradicts the hypothesis of innocence. Juries don't explicitly use probability to help them decide whether to reject that hypothesis. But when you ask the same question of your null hypothesis, you have the advantage of being able to quantify exactly how surprising the evidence would be if the null hypothesis were true.

How unlikely is unlikely? Some people set rigid standards, like 1 time out of 20 (0.05) or 1 time out of 100 (0.01). But if *you* have to make the decision, you must judge for yourself in each situation whether the probability of observing your data is small enough to constitute "reasonable doubt."

*A S* **Activity: The Reasoning of Hypothesis Testing.** Our reasoning is based on a rule of logic that dates back to ancient scholars. Here's a modern discussion of it.

# 19.2  P-Values

**Beyond a reasonable doubt** We ask whether the data were unlikely beyond a reasonable doubt. We've just calculated that probability. The probability that the observed statistic value (or an even more extreme value) could occur if the null model were true—in this case, 0.067—is the P-value.

The fundamental step in our reasoning is the question "Are the data surprising, given the null hypothesis?" The key calculation is to determine exactly how likely the data we observed would be given that the null hypothesis were a true model of the world. Specifically, we want to find the *probability* of seeing data like these (or something even less likely) *given* that the null hypothesis is true. This probability tells us how surprised we'd be to see the data we collected if the null hypothesis is true. It's so important that it gets a special name: it's called the **P-value**.[1]

When the P-value *is* small enough, it says that we are very surprised. It means that it's very unlikely we'd observe data like these if our null hypothesis were true. The model we started with (the null hypothesis) and the data we collected are at odds with each other, so we have to make a choice. Either the null hypothesis is correct and we've just seen something remarkable, or the null hypothesis is wrong, and we were wrong to use it as the

---

[1] You'd think if it were that special it would have a better name, but "P-value" is about as creative as statisticians get.

■ **NOTATION ALERT**

We have many P's to keep straight.
We use an uppercase P for prob-
abilities, as in $P(A)$, and for the
special probability we care about in
hypothesis testing, the P-value.

We use lowercase $p$ to denote
our model's underlying propor-
tion parameter and $\hat{p}$ to denote our
observed proportion statistic.

"If the People fail to satisfy
their burden of proof, you
must find the defendant not
guilty."

—*NY state jury instructions*

**DON'T "ACCEPT"
THE NULL
HYPOTHESIS**

Think about the null hypoth-
esis that $H_0$: All swans are
white. Does collecting a
sample of 100 white swans
prove the null hypothesis?
The data are *consistent*
with this hypothesis and
seem to lend support to it,
but they don't *prove* it. In
fact, all we can do is dis-
prove the null hypothesis—
for example, by finding just
one non-white swan.

basis for computing our P-value. On the other hand, if you believe in data more than in
assumptions, then, given that choice, you should reject the null hypothesis.

When the P-value is high, we haven't seen anything unlikely or surprising at all.
Events that have a high probability of happening happen often. The data are consistent
with the model from the null hypothesis, and we have no reason to reject the null hypothe-
sis. But many other similar hypotheses could also account for the data we've seen, so
*we haven't proven that the null hypothesis is true*. The most we can say is that it doesn't
appear to be false. Formally, we "fail to reject" the null hypothesis. That's a pretty weak
conclusion, but it's all we can do with a high P-value.

## What to Do with an "Innocent" Defendant

If the evidence is not strong enough to reject the defendant's presumption of innocence, what
verdict does the jury return? They say "not guilty." Notice that they do not say that the defen-
dant is innocent. All they say is that they have not seen sufficient evidence to convict, to reject
innocence. The defendant may, in fact, be innocent, but the jury has no way to be sure.

Said statistically, the jury's null hypothesis is $H_0$: innocent defendant. If the evidence
is too unlikely given this assumption—if the P-value is too small—the jury rejects the null
hypothesis and finds the defendant guilty. But—and this is an important distinction—if
there is *insufficient evidence* to convict the defendant, the jury does not decide that $H_0$ is
true and declare the defendant innocent. Juries can only *fail to reject* the null hypothesis
and declare the defendant "not guilty."

In the same way, if the data are not particularly unlikely under the assumption that the
null hypothesis is true, then the most we can do is to "fail to reject" our null hypothesis.
We never declare the null hypothesis to be true (or "accept" the null), because we simply
do not know whether it's true or not. (After all, more evidence may come along later.)

In the trial, the burden of proof is on the prosecution. In a hypothesis test, the burden
of proof is on the unusual claim. The null hypothesis is the ordinary state of affairs, so
it's the alternative to the null hypothesis that we consider unusual and for which we must
marshal evidence.

Imagine a clinical trial testing the effectiveness of a new headache remedy. In Chapter 12,
we saw the value of comparing such treatments to a placebo. The null hypothesis, then, is
that the new treatment is no more effective than the placebo. This is important because some
patients will improve even when administered the placebo treatment. If we use only six peo-
ple to test the drug, the results are likely *not to be clear* and we'll be unable to reject the
hypothesis. Does this mean the drug doesn't work? Of course not. It simply means that we
don't have enough evidence to reject our assumption. That's why we don't start by assum-
ing that the drug *is more effective*. If we were to do that, then we could test just a few people,
find that the results aren't clear, and claim that since we've been unable to reject our original
assumption the drug must be effective. The FDA is unlikely to be impressed by that argument.

 **Just Checking**

1. A research team wants to know if aspirin helps to thin blood. The null
   hypothesis says that it doesn't. They test 12 patients, observe the propor-
   tion with thinner blood, and get a P-value of 0.32. They proclaim that aspirin
   doesn't work. What would you say?

2. An allergy drug has been tested and found to give relief to 75% of the patients
   in a large clinical trial. Now the scientists want to see if the new, improved
   version works even better. What would the null hypothesis be?

3. The new drug is tested and the P-value is 0.0001. What would you conclude
   about the new drug?

## 19.3  The Reasoning of Hypothesis Testing

"The null hypothesis is never proved or established, but is possibly disproved, in the course of experimentation. Every experiment may be said to exist only in order to give the facts a chance of disproving the null hypothesis."

—*Sir Ronald Fisher,*
**The Design of Experiments**

Hypothesis tests follow a carefully structured path. To avoid getting lost as we navigate down it, we divide that path into four distinct sections.

## 1. Hypotheses

First, we state the null hypothesis. That's usually the skeptical claim that nothing's different. Are we considering a (New! Improved!) possibly better method? The null hypothesis says, "Oh yeah? Convince me!" To convert a skeptic, we must pile up enough evidence against the null hypothesis that we can reasonably reject it.

In statistical hypothesis testing, hypotheses are almost always about model parameters. To assess how unlikely our data may be, we need a null model. The null hypothesis specifies a particular parameter value to use in our model. In the usual shorthand, we write $H_0$: *parameter* $=$ *hypothesized value*. The alternative hypothesis, $H_A$, contains the values of the parameter we consider plausible when we reject the null.

> **HOW TO SAY IT**
> You might think that the 0 in $H_0$ should be pronounced as "zero" or "0," but it's actually pronounced "naught" as in "all is for naught."

### For Example  WRITING HYPOTHESES

A large city's Department of Motor Vehicles claimed that 80% of candidates pass driving tests, but a newspaper reporter's survey of 90 randomly selected local teens who had taken the test found only 61 who passed.

**QUESTION:** Does this finding suggest that the passing rate for teenagers is lower than the DMV reported? Write appropriate hypotheses.

**ANSWER:** I'll assume that the passing rate for teenagers is the same as the DMV's overall rate of 80%, unless there's strong evidence that it's lower.

$$H_0: p = 0.80$$

$$H_A: p < 0.80$$

## 2. Model

To plan a statistical hypothesis test, specify the *model* you will use to test the null hypothesis and the parameter of interest. Of course, all models require assumptions, so you will need to state them and check any corresponding conditions.

Your Model step should end with a statement such as

*Because the conditions are satisfied, I can model the sampling distribution of the proportion with a Normal model.*

Watch out, though. Your Model step could end with

*Because the conditions are not satisfied, I can't proceed with the test.*

If that's the case, stop and reconsider.

> **WHEN THE CONDITIONS FAIL . . .**
> You might proceed with caution, explicitly stating your concerns. Or you may need to do the analysis with and without an outlier, or on different subgroups, or after re-expressing the response variable. Or you may not be able to proceed at all.

Each test in the book has a name that you should include in your report. We'll see many tests in the chapters that follow. Some will be about more than one sample, some will involve statistics other than proportions, and some will use models other than the Normal (and so will not use $z$-scores). The test about proportions is called a **one-proportion $z$-test.**[2]

---

[2]It's also called the "one-sample test for a proportion."

**A S** *Activity:* **Was the Observed Outcome Unlikely?** Complete the test you started in the first activity for this chapter. The narration explains the steps of the hypothesis test.

> **ONE-PROPORTION z-TEST**
>
> The conditions for the one-proportion z-test are the same as for the one-proportion z-interval. We test the hypothesis $H_0: p = p_0$ using the statistic $z = \dfrac{(\hat{p} - p_0)}{SD(\hat{p})}$. We use the hypothesized proportion to find the standard deviation, $SD(\hat{p}) = \sqrt{\dfrac{p_0 q_0}{n}}$.
>
> When the conditions are met and the null hypothesis is true, this statistic follows the standard Normal model, so we can use that model to obtain a P-value.

## For Example  CHECKING THE CONDITIONS

**RECAP:** A large city's DMV claimed that 80% of candidates pass driving tests. A reporter has results from a survey of 90 randomly selected local teens who had taken the test.

**QUESTION:** Are the conditions for inference satisfied?

✓ **Randomization Condition:** The 90 teens surveyed were a random sample of local teenage driving candidates.
✓ **10% Condition:** 90 is fewer than 10% of the teenagers who take driving tests in a large city.
✓ **Success/Failure Condition:** We expect $np_0 = 90(0.80) = 72$ successes and $nq_0 = 90(0.20) = 18$ failures. Both are at least 10.

**ANSWER:** The conditions are satisfied, so it's okay to use a Normal model and perform a one-proportion z-test.

**CONDITIONAL PROBABILITY**

Did you notice that a P-value is a conditional probability? It's the probability that the observed results could have happened *if (or given that) the null hypothesis were true.*

## 3. Mechanics

Under "Mechanics," we place the actual calculation of our test statistic from the data. Different tests we encounter will have different formulas and different test statistics. Usually, the mechanics are handled by a statistics program or calculator, but it's good to have the formulas recorded for reference and to know what's being computed. The ultimate goal of the calculation is to find out how surprising our data would be if the null hypothesis were true. We measure this by the P-value—the probability that the observed statistic value (or an even more extreme value) occurs if the null model is correct. If the P-value is small enough, we'll reject the null hypothesis.

## For Example  FINDING A P-VALUE

**RECAP:** A large city's DMV claimed that 80% of candidates pass driving tests, but a survey of 90 randomly selected local teens who had taken the test found only 61 who passed.

**QUESTION:** What's the P-value for the one-proportion z-test?

**ANSWER:** I have $n = 90$, $x = 61$, and a hypothesized $p = 0.80$.

$$\hat{p} = \frac{61}{90} \approx 0.678$$

$$SD(\hat{p}) = \sqrt{\frac{p_0 q_0}{n}} = \sqrt{\frac{(0.8)(0.2)}{90}} \approx 0.042$$

$$z = \frac{\hat{p} - p_0}{SD(\hat{p})} = \frac{0.678 - 0.800}{0.042} \approx -2.90$$

$$\text{P-value} = P(z < -2.90) = 0.002$$

*(continued)*

**500    PART V**  From the Data at Hand to the World at Large



# 4. Conclusion

The conclusion in a hypothesis test is always a statement about the null hypothesis. The conclusion must state either that we reject or that we fail to reject the null hypothesis. And, as always, the conclusion should be stated in context.

Your conclusion about the null hypothesis should never be the end of a testing procedure. Often, there are actions to take or policies to change. In our ingot example, management must decide whether to continue the changes proposed by the engineers. The decision always includes the practical consideration of whether the new method is worth the cost. Suppose management decides to reject the null hypothesis of 20% cracking in favor of the alternative that the percentage has been reduced. They must still evaluate how much the cracking rate has been reduced and how much it cost to accomplish the reduction. The *size of the effect* is always a concern when we test hypotheses. A good way to look at the **effect size** is to examine a confidence interval.

> "... They make things
> admirably plain,
> But one hard question will
> remain:
> If one hypothesis you lose,
> Another in its place you
> choose ..."
>
> —*James Russell Lowell,*
> **Credidimus Jovem Regnare**

---

**HOW MUCH DOES IT COST?**

Formal tests of a null hypothesis base the decision of whether to reject the null hypothesis solely on the size of the P-value. But in real life, we want to evaluate the costs of our decisions as well. How much would you be willing to pay for a faster computer? Shouldn't your decision depend on how much faster? And on how much more it costs? Costs are not just monetary either. Would you use the same standard of proof for testing the safety of an airplane as for the speed of your new computer?

---

## For Example  STATING THE CONCLUSION

**RECAP:** A large city's DMV claimed that 80% of candidates pass driving tests. Data from a reporter's survey of randomly selected local teens who had taken the test produced a P-value of 0.002.

**QUESTION:** What can the reporter conclude? And how might the reporter explain what the P-value means for the newspaper story?

**ANSWER:** Because the P-value of 0.002 is very small, I reject the null hypothesis. These survey data provide strong evidence that the passing rate for teenagers taking the driving test is lower than 80%.

If the passing rate for teenage driving candidates were actually 80%, we'd expect to see success rates this low in only about 1 in 500 (0.2%) samples of this size. This seems quite unlikely, casting doubt that the DMV's stated success rate applies to teens.

# 24 Comparing Counts

chapter

**24.1** Goodness-of-Fit Tests

**24.2** Chi-Square Test of Homogeneity

**24.3** Examining the Residuals

**24.4** Chi-Square Test of Independence

*Where are we going?*

Is your favorite color related to how much education you've had? A survey found a higher percentage of those naming blue and a lower percentage saying red among adults with only a high school education compared with adults with more education. Could this be just random fluctuation, or is the distribution of color preference different for different education levels? We saw tables of counts and percentages in Chapter 2. In this chapter, we'll see how to test the strength of the patterns we saw in those tables.

*Who*  Executives of Fortune 400 companies

*What*  Zodiac birth sign

*Why*  Maybe the researcher was a Gemini and naturally curious?

**A S**  *Activity:* **Children at Risk.** See how a contingency table helps us understand the different risks to which an incident exposed children.



**D**oes your zodiac sign predict how successful you will be later in life? *Fortune* magazine collected the zodiac signs of 256 heads of the largest 400 companies. The table shows the number of births for each sign.

| Births | Sign | Births | Sign |
|---|---|---|---|
| 23 | Aries | 18 | Libra |
| 20 | Taurus | 21 | Scorpio |
| 18 | Gemini | 19 | Sagittarius |
| 23 | Cancer | 22 | Capricorn |
| 20 | Leo | 24 | Aquarius |
| 19 | Virgo | 29 | Pisces |

Birth totals by sign for 256 Fortune 400 executives.

We can see some variation in the number of births per sign, and there *are* more Pisces, but is that enough to claim that successful people are more likely to be born under some signs than others?

## 24.1 Goodness-of-Fit Tests

If these 256 births were distributed uniformly across the year, we would expect about 1/12 of them to occur under each sign of the zodiac. That suggests 256/12, or about 21.3 births per sign. How closely do the observed numbers of births per sign fit this simple "null" model?

**655**

A hypothesis test to address this question is called a test of **"goodness-of-fit."** The name suggests a certain badness-of-grammar, but it is quite standard. After all, we are asking whether the model that births are uniformly distributed over the signs fits the data good, . . . er, well. Goodness-of-fit involves testing a hypothesis. We have specified a model for the distribution and want to know whether it fits. There is no single parameter to estimate, so a confidence interval wouldn't make much sense.

If the question were about only one astrological sign (for example, "Are executives more likely to be Pisces?"[1]), we could use a one-proportion $z$-test and ask if the true proportion of executives with that sign is equal to $1/12$. However, here we have 12 hypothesized proportions, one for each sign. We need a test that considers all of them together and gives an overall idea of whether the observed distribution differs from the hypothesized one.

## For Example  FINDING EXPECTED COUNTS

Birth month may not be related to success as a CEO, but what about on the ball field? It has been proposed by some researchers that children who are the older ones in their class at school naturally perform better in sports and that these children then get more coaching and encouragement. Could that make a difference in who makes it to the professional level in sports?

| Month | Ballplayer Count | National Birth % | Month | Ballplayer Count | National Birth % |
|---|---|---|---|---|---|
| 1 | 137 | 8% | 7 | 102 | 9% |
| 2 | 121 | 7% | 8 | 165 | 9% |
| 3 | 116 | 8% | 9 | 134 | 9% |
| 4 | 121 | 8% | 10 | 115 | 9% |
| 5 | 126 | 8% | 11 | 105 | 8% |
| 6 | 114 | 8% | 12 | 122 | 9% |
| | | | **Total** | **1478** | **100%** |

Baseball is a remarkable sport, in part because so much data are available, including the birth date of every player who ever played in a major league game. Since the effect we're suspecting may be due to relatively recent policies (and to keep the sample size moderate), we'll consider the birth months of 1478 major league players born since 1975. We can also look up the national demographic statistics to find what percentage of people were born in each month. Let's test whether the observed distribution of ballplayers' birth months shows just random fluctuations or whether it represents a real deviation from the national pattern.

**QUESTION:** How can we find the expected counts?

**ANSWER:** There are 1478 players in this set of data. I found the national percentage of births in each month. Based on the national birth percentages, I'd expect 8% of players to have been born in January, and $1478(0.08) = 118.24$. I won't round off, because expected "counts" needn't be integers. Multiplying 1478 by each of the birth percentages gives the expected counts shown in the table in the margin.

| Month | Expected | Month | Expected |
|---|---|---|---|
| 1 | 118.24 | 7 | 133.02 |
| 2 | 103.46 | 8 | 133.02 |
| 3 | 118.24 | 9 | 133.02 |
| 4 | 118.24 | 10 | 133.02 |
| 5 | 118.24 | 11 | 118.24 |
| 6 | 118.24 | 12 | 133.02 |

---

[1]A question someone actually asked us. We suspect he's a Pisces.

## Assumptions and Conditions

These data are organized in tables as we saw in Chapter 2, and the assumptions and conditions reflect that. Rather than having an observation for each individual, we typically work with summary counts in categories. In our example, we don't see the birth signs of each of the 256 executives, only the totals for each sign.

**Counted Data Condition**    The data must be *counts* for the categories of a categorical variable. This might seem a simplistic, even silly condition. But many kinds of values can be assigned to categories, and it is unfortunately common to find the methods of this chapter applied incorrectly to proportions, percentages, or measurements just because values happen to be organized in a table. So check to be sure the values in each **cell** really are counts.

**Independence Assumption**    The counts in the cells should be independent of each other. The easiest case is when the individuals who are counted in the cells are sampled independently from some population. That's what we'd like to have if we want to draw conclusions about that population. Randomness can arise in other ways, though. For example, these Fortune 400 executives are not a random sample of company executives, but we have no reason to think that their birth dates should not be randomly distributed throughout the year. If we want to generalize to a larger population, we should check the Randomization Condition.

We can use chi-square tests to assess patterns in a table provided the individuals counted are independent. But if we want to generalize our conclusions to a larger population, the individuals who have been counted should be representative of that population. The easiest way to be sure of this is if they are a random sample from the population of interest.

**Sample Size Assumption**    We must have enough data for the methods to work, so we usually check the **Expected Cell Frequency Condition**. We should expect to see at least 5 individuals in each cell.

The Expected Cell Frequency Condition sounds like—and is, in fact, quite similar to—the condition that $np$ and $nq$ be at least 10 when we tested proportions. In our astrology example, assuming equal births in each zodiac sign leads us to expect 21.3 births per sign, so the condition is easily met here.

---

### For Example  CHECKING ASSUMPTIONS AND CONDITIONS

**RECAP:** Are professional baseball players more likely to be born in some months than in others? We have observed and expected counts for 1478 players born since 1975.

**QUESTION:** Are the assumptions and conditions met for performing a goodness-of-fit test?

**ANSWER:**
- ✓ **Counted Data Condition:** I have month-by-month counts of ballplayer births.
- ✓ **Independence Assumption:** These births were independent.
  Even though these players are not from a random sample, we can think of them as representative of players past and future. I'll proceed with caution.
- ✓ **Expected Cell Frequency Condition:** The expected counts range from 103.46 to 133.02, all much greater than 5.

It's okay to use these data for a goodness-of-fit test.

---

## Calculations

We have observed a count in each category from the data, and have an expected count for each category from the hypothesized proportions. Are the differences just natural sampling variability, or are they so large that they indicate something important? It's natural to look

■ **NOTATION ALERT**

We compare the counts *observed* in each cell with the counts we *expect* to find. The usual notation uses $O$'s and $E$'s or abbreviations such as those we've used here. The method for finding the expected counts depends on the model.

■ **NOTATION ALERT**

The only use of the Greek letter $\chi$ (chi) in Statistics is to represent this statistic and the associated sampling distribution. This is another violation of our "rule" that Greek letters represent population parameters. Here we are using a Greek letter simply to name a family of distribution models and a statistic.

at the *differences* between these observed and expected counts, denoted $(Obs - Exp)$. We'd like to think about the total of the differences, but just adding them won't work because some differences are positive; others negative. We've been in this predicament before—once when we looked at deviations from the mean and again when we dealt with residuals. In fact, these *are* residuals. They're just the differences between the observed data and the counts given by the (null) model. We handle these residuals in essentially the same way we did in regression: We square them. That gives us positive values and focuses attention on any cells with large differences from what we expected. Because the differences between observed and expected counts generally get larger the more data we have, we also need to get an idea of the *relative* sizes of the differences. To do that, we divide each squared difference by the expected count for that cell.

The test statistic, called the **chi-square** (or chi-squared) **statistic**, is found by adding up the squares of the deviations between the observed and expected counts divided by the expected counts:

$$\chi^2 = \sum_{all\ cells} \frac{(Obs - Exp)^2}{Exp}.$$

The chi-square statistic is denoted $\chi^2$, where $\chi$ is the Greek letter chi (pronounced "ky" as in "sky"). It refers to a family of sampling distribution models we have not seen before called (remarkably enough) the **chi-square models**.

This family of models, like the Student's $t$-models, differ only in the number of degrees of freedom. The number of degrees of freedom for a goodness-of-fit test is $n - 1$. Here, however, $n$ is *not* the sample size, but instead is the number of categories. For the zodiac example, we have 12 signs, so our $\chi^2$ statistic has 11 degrees of freedom.

## Chi-Square P-Values

The chi-square statistic for tables of counts is used only for testing hypotheses, not for constructing confidence intervals. If the observed counts don't match the expected, the statistic will be large. It can't be "too small." That would just mean that our model *really* fit the data well. So the chi-square test is always one-sided. If the calculated statistic value is large enough, we'll reject the null hypothesis. What could be simpler?

If you don't have technology handy, it's easy to read the $\chi^2$ table (Table X in Appendix D).

A portion of Table X.

| Right-Tail Probability | df | 0.10 | 0.05 | 0.025 | 0.01 | 0.005 |
|---|---|---|---|---|---|---|
| Values of $\chi^2_\alpha$ | 1 | 2.706 | 3.841 | 5.024 | 6.635 | 7.879 |
| | 2 | 4.605 | 5.991 | 7.378 | 9.210 | 10.597 |
| | 3 | 6.251 | 7.815 | 9.348 | 11.345 | 12.838 |
| | 4 | 7.779 | 9.488 | 11.143 | 13.277 | 14.860 |
| | 5 | 9.236 | 11.070 | 12.833 | 15.086 | 16.750 |
| | 6 | 10.645 | 12.592 | 14.449 | 16.812 | 18.548 |
| | 7 | 12.017 | 14.067 | 16.013 | 18.475 | 20.278 |
| | 8 | 13.362 | 15.507 | 17.535 | 20.090 | 21.955 |
| | 9 | 14.684 | 16.919 | 19.023 | 21.666 | 23.589 |
| | 10 | 15.987 | 18.307 | 20.483 | 23.209 | 25.188 |
| | 11 | 17.275 | 19.675 | 21.920 | 24.725 | 26.757 |
| | 12 | 18.549 | 21.026 | 23.337 | 26.217 | 28.300 |
| | 13 | 19.812 | 23.362 | 24.736 | 27.688 | 29.819 |
| | 14 | 21.064 | 23.685 | 26.119 | 29.141 | 31.319 |

The usual selected P-values are at the top of the columns. As with the *t*-tables, we have only selected probabilities, so the best we can do is to trap a P-value between two of the values in the table. Just find the row for the correct number of degrees of freedom and read across to find where your calculated $\chi^2$ value falls. Of course, technology can find an exact P-value, and that's usually what we'll see.

Even though its mechanics work like a one-sided test, the interpretation of a chi-square test is in some sense *many*-sided. With more than two proportions, there are many ways the null hypothesis can be wrong. By squaring the differences, we made all the deviations positive, whether our observed counts were higher or lower than expected. There's no direction to the rejection of the null model. All we know is that it doesn't fit.

## For Example  DOING A GOODNESS-OF-FIT TEST

**RECAP:** The birth months of major league baseball players are appropriate for performing a $\chi^2$ test.

**QUESTIONS:** What are the hypotheses, and what does the test show?

**ANSWER:** $H_0$: The distribution of birth months for major league ballplayers is the same as that for the general population.

$H_A$: The distribution of birth months for major league ballplayers differs from that of the rest of the population.

$$df = 12 - 1 = 11$$

$$\chi^2 = \sum \frac{(Obs - Exp)^2}{Exp}$$

$$= \frac{(137 - 118.24)^2}{118.24} + \frac{(121 - 103.46)^2}{103.46} + \cdots$$

$$= 26.48 \text{ (by technology)}$$

$$\text{P-value} = P(\chi^2_{11} \geq 26.48) = 0.0055 \text{ (by technology)}$$



Because of the small P-value, I reject $H_0$; there's evidence that birth months of major league ballplayers have a different distribution from the rest of us.

## Step-by-Step Example  A CHI-SQUARE TEST FOR GOODNESS-OF-FIT



We have counts of 256 executives in 12 zodiac sign categories. The natural null hypothesis is that birth dates of executives are divided equally among all the zodiac signs. The test statistic looks at how closely the observed data match this idealized situation.

Question: Are zodiac signs of CEOs distributed uniformly?

**660    PART VI** Accessing Associations Between Variables

| | |
|---|---|
| **THINK ➡ Plan** State what you want to know. | I want to know whether births of successful people are uniformly distributed across the signs of the zodiac. I have counts of 256 Fortune 400 executives, categorized by their birth sign. |
| Identify the variables and check the W's. | |

**Hypotheses** State the null and alternative hypotheses. For $\chi^2$ tests, it's usually easier to do that in words than in symbols.

$H_O$: Births are uniformly distributed over zodiac signs.[2]

$H_A$: Births are not uniformly distributed over zodiac signs.

**Model** Make a picture. The null hypothesis is that the frequencies are equal, so a bar chart (with a line at the hypothesized "equal" value) is a good display.



The bar chart shows some variation from sign to sign, and Pisces is the most frequent. But it is hard to tell whether the variation is more than I'd expect from random variation.

Think about the assumptions and check the conditions.

✓ **Counted Data Condition:** I have counts of the number of executives in 12 categories.

We don't need randomization to assert that birth dates are independent. But we do want our sample to be representative of executives so we can draw inferences about the population of executives. That's a reasonable assumption about this sample.

✓ **Independence Assumption:** The birth dates of executives should be independent of each other. This is a convenience sample of executives. It is random, but not a SRS. However, there's no reason to suspect bias.

✓ **Expected Cell Frequency Condition:** The null hypothesis expects that 1/12 of the 256 births, or 21.333, should occur in each sign. These expected values are all at least 5, so the condition is satisfied.

Specify the sampling distribution model.

Name the test you will use.

The conditions are satisfied, so I'll use a $\chi^2$ model with $12 - 1 = 11$ degrees of freedom and do a **chi-square goodness-of-fit test**.

**SHOW ➡ Mechanics** Each cell contributes an $\dfrac{(Obs - Exp)^2}{Exp}$ value to the chi-square sum. We add up these components for each zodiac sign. If you do it by hand, it can be helpful to arrange the calculation in a table. We show that after this Step-by-Step.

The expected value for each zodiac sign is 21.333.

$$\chi^2 = \sum \frac{(Obs - Exp)^2}{Exp} = \frac{(23 - 21.333)^2}{21.333}$$

$$+ \frac{(20 - 21.333)^2}{21.333} + \cdots$$

$$= 5.094 \text{ for all 12 signs.}$$

---

[2]It may seem that we have broken our rule of thumb that null hypotheses should specify parameter values. If you want to get formal about it, the null hypothesis is that

$$p_{Aries} = p_{Taurus} = \cdots = p_{Pisces}.$$

That is, we hypothesize that the true proportions of births of CEOs under each sign are equal. The role of the null hypothesis is to specify the model so that we can compute the test statistic. That's what this one does.

The P-value is the area in the upper tail of the $\chi^2$ model above the computed $\chi^2$ value.

The $\chi^2$ models are skewed to the high end, and change shape depending on the degrees of freedom. The P-value considers only the right tail. Large $\chi^2$ statistic values correspond to small P-values, which lead us to reject the null hypothesis.



$$P\text{-value} = P(\chi^2 > 5.094) = 0.926$$

**TELL** ➡ **Conclusion**  Link the P-value to your decision. Remember to state your conclusion in terms of what the data mean, rather than just making a statement about the distribution of counts.

The P-value of 0.926 says that if the zodiac signs of executives were in fact distributed uniformly, an observed chi-square value of 5.09 or higher would occur about 93% of the time. This certainly isn't unusual, so I fail to reject the null hypothesis, and conclude that these data show virtually no evidence of nonuniform distribution of zodiac signs among executives.

## The Chi-Square Calculation



*Activity: Calculating Standardized Residuals.* The incident of the earlier ActivStats activity in which children were placed at risk, also put women at risk. Standardized residuals help us understand the relative risks.

Let's make the chi-square procedure very clear. Here are the steps:

1. **Find the expected values.** These come from the null hypothesis model. Every model gives a hypothesized proportion for each cell. The expected value is the product of the total number of observations times this proportion.

    For our example, the null model hypothesizes *equal* proportions. With 12 signs, $1/12$ of the 256 executives should be in each category. The expected number for each sign is 21.333.
2. **Compute the residuals.** Once you have expected values for each cell, find the residuals, *Observed − Expected*.
3. **Square the residuals.**
4. **Compute the components.** Now find the **component,** $\frac{(Observed \;-\; Expected)^2}{Expected}$, for each cell.
5. **Find the sum of the components.** That's the chi-square statistic.
6. **Find the degrees of freedom.** It's equal to the number of cells minus one. For the zodiac signs, that's $12 - 1 = 11$ degrees of freedom.
7. **Test the hypothesis.** Large chi-square values mean lots of deviation from the hypothesized model, so they give small P-values. Look up the critical value from a table of chi-square values, or use technology to find the P-value directly.

*Activity: The Chi-Square Test.* This animation completes the calculation of the chi-square statistic and the hypothesis test based on it.

The steps of the chi-square calculations are often laid out in tables. If you don't have a statistics program handy, these calculations are particularly well-suited to being performed on a spreadsheet. Use one row for each category, and columns for observed

counts, expected counts, residuals, squared residuals, and the contributions to the chi-square total like this:

| Sign | Observed | Expected | Residual = $(Obs - Exp)$ | $(Obs - Exp)^2$ | Component = $\dfrac{(Obs - Exp)^2}{Exp}$ |
|------|----------|----------|--------------------------|-----------------|------------------------------------------|
| Aries | 23 | 21.333 | 1.667 | 2.778889 | 0.130262 |
| Taurus | 20 | 21.333 | −1.333 | 1.776889 | 0.083293 |
| Gemini | 18 | 21.333 | −3.333 | 11.108889 | 0.520737 |
| Cancer | 23 | 21.333 | 1.667 | 2.778889 | 0.130262 |
| Leo | 20 | 21.333 | −1.333 | 1.776889 | 0.083293 |
| Virgo | 19 | 21.333 | −2.333 | 5.442889 | 0.255139 |
| Libra | 18 | 21.333 | −3.333 | 11.108889 | 0.520737 |
| Scorpio | 21 | 21.333 | −0.333 | 0.110889 | 0.005198 |
| Sagittarius | 19 | 21.333 | −2.333 | 5.442889 | 0.255139 |
| Capricorn | 22 | 21.333 | 0.667 | 0.444889 | 0.020854 |
| Aquarius | 24 | 21.333 | 2.667 | 7.112889 | 0.333422 |
| Pisces | 29 | 21.333 | 7.667 | 58.782889 | 2.755491 |
| | | | | | $\Sigma = 5.094$ |

**How big is big?**   When we calculated $\chi^2$ for the zodiac sign example, we got 5.094. That value would have been big for $z$ or $t$, leading us to reject the null hypothesis. Not here. Were you surprised that $\chi^2 = 5.094$ had a huge P-value of 0.926? What *is* big for a $\chi^2$ statistic, anyway?

Think about how $\chi^2$ is calculated. In every cell, any deviation from the expected count contributes to the sum. Large deviations generally contribute more, but if there are a lot of cells, even small deviations can add up, making the $\chi^2$ value larger. So the more cells there are, the higher the value of $\chi^2$ has to get before it becomes noteworthy. For $\chi^2$, then, the decision about how big is big depends on the number of degrees of freedom.

Unlike the Normal and $t$ families, $\chi^2$ models are skewed. Curves in the $\chi^2$ family change both shape and center as the number of degrees of freedom grows. Here, for example, are the $\chi^2$ curves for 5 and 9 degrees of freedom.



Notice that the value $\chi^2 = 10$ might seem somewhat extreme when there are 5 degrees of freedom, but appears to be rather ordinary for 9 degrees of freedom. Here are two simple facts to help you think about $\chi^2$ models:

- The mode is at $\chi^2 = df - 2$. (Look back at the curves; their peaks are at 3 and 7, see?)
- The expected value (mean) of a $\chi^2$ model is its number of degrees of freedom. That's a bit to the right of the mode—as we would expect for a skewed distribution.

Our test for zodiac birthdays had 11 df, so the relevant $\chi^2$ curve peaks at 9 and has a mean of 11. Knowing that, we might have easily guessed that the calculated $\chi^2$ value of 5.094 wasn't going to be significant.



**A S**   *Lesson:* **The Chi-Square Family of Curves.** (Not an activity like the others, but there's no better way to see how $\chi^2$ changes with more df.) Click on the Lesson Book's Resources tab and open the chi-square table. Watch the curve at the top as you click on a row and scroll down the degrees-of freedom column.



## The Trouble with Goodness-of-Fit Tests: What's the Alternative?

Goodness-of-fit tests are likely to be performed by people who have a theory of what the proportions *should* be in each category and who believe their theory to be true. Unfortunately, the only *null* hypothesis available for a goodness-of-fit test is that the theory is true. And as we know, the hypothesis-testing procedure allows us only to *reject* the null or *fail*

*to reject* it. We can never confirm that a theory is in fact true, which is often what people want to do.

Unfortunately, they're stuck. At best, we can point out that the data are consistent with the proposed theory. But this doesn't *prove* the theory. The data *could* be consistent with the model even if the theory were wrong. In that case, we fail to reject the null hypothesis but can't conclude anything for sure about whether the theory is true.

And we can't fix the problem by turning things around. Suppose we try to make our favored hypothesis the alternative. Then it is impossible to pick a single null. For example, suppose, as a doubter of astrology, you want to prove that the distribution of executive births is uniform. If you choose uniform as the null hypothesis, you can only *fail* to reject it. So you'd like uniformity to be your alternative hypothesis. Which particular violation of equally distributed births would you choose as your null? The problem is that the model can be wrong in many, many ways. There's no way to frame a null hypothesis the other way around. There's just no way to prove that a favored model is true.



### WHY CAN'T WE PROVE THE NULL?

A biologist wanted to show that her inheritance theory about fruit flies is valid. It says that 10% of the flies should be type 1, 70% type 2, and 20% type 3. After her students collected data on 100 flies, she did a goodness-of-fit test and found a P-value of 0.07. She started celebrating, since her null hypothesis wasn't rejected—that is, until her students collected data on 100 more flies. With 200 flies, the P-value dropped to 0.02. Although she knew the answer was probably no, she asked the statistician somewhat hopefully if she could just ignore half the data and stick with the original 100. By this reasoning we could always "prove the null" just by not collecting much data. With only a little data, the chances are good that they'll be consistent with almost anything. But they also have little chance of disproving anything either. In this case, the test has no power. Don't be lured into this scientist's reasoning. With data, more is always better. But you can't ever prove that your null hypothesis is true.

# 24.2 Chi-Square Test of Homogeneity

Many universities survey graduating classes to determine the plans of the graduates. We might wonder whether the plans of students are the same at different colleges within a university. Here's a **two-way table** for Class of 2011 graduates from several colleges at one university. Each cell of the table shows how many students from a particular college made a certain choice.

**Table 24.1**

Postgraduation activities of the class of 2011 for several colleges of a large university. (Note: ILR is the School of Industrial and Labor Relations.)

|  | Agriculture | Arts & Sciences | Engineering | ILR | Total |
|---|---|---|---|---|---|
| **Employed** | 209 | 198 | 177 | 101 | **685** |
| **Grad School** | 104 | 171 | 158 | 33 | **466** |
| **Other** | 135 | 115 | 39 | 16 | **305** |
| **Total** | **448** | **484** | **374** | **150** | **1456** |

Because class sizes are so different, we see differences better by examining the proportions for each class rather than the counts:

**Table 24.2**

Activities of graduates as a percentage of respondents from each college.

|  | Agriculture | Arts & Sciences | Engineering | ILR | Total |
|---|---|---|---|---|---|
| **Employed** | 46.7% | 40.9% | 47.3% | 67.3% | **47.0%** |
| **Grad School** | 23.2% | 35.3% | 42.2% | 22.0% | **32.0%** |
| **Other** | 30.1% | 23.8% | 10.4% | 10.7% | **20.9%** |
| **Total** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |