# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# (Richmond Division)

| | |
|---|---|
| GABBY KLEIN, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALTRIA GROUP, et al.,<br><br>Defendants. | Civil Action No. 3:20-cv-00075-DJN<br><br>CLASS ACTION |

## LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF NOTICE TO THE SETTLEMENT CLASS

Lead Plaintiffs Donald and Sarah Sherbondy and Construction Laborers Pension Trust of Greater St. Louis ("Plaintiffs"), on behalf of themselves and all members of the Settlement Class, by and through their undersigned counsel of record, respectfully move this Court for entry of an Order preliminarily approving the proposed Settlement of this Action.

Lead Plaintiffs seek an order:

(1) granting preliminary approval of the proposed Settlement of $90 million in cash, which, if granted final approval, would resolve this Action in its entirety;

(2) granting approval of the form, content and manner of the class notices to Settlement Class Members;

(3) certifying the Settlement Class for purposes of the Settlement; and

(4) scheduling a hearing, and certain deadlines related thereto, on final approval of the Settlement, proposed Plan of Allocation, and Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses.

The specific terms of the proposed Settlement are set forth in the Stipulation and Agreement of Settlement (the "Stipulation"), attached as Exhibit 1 to the accompanying Declaration of Jeremy A. Lieberman.

Lead Plaintiffs believe this Motion is unopposed. For the Court's convenience, the Parties' agreed-upon form of proposed Preliminary Approval Order (and accompanying exhibits) is submitted herewith as Exhibit A to the Stipulation. Because the Motion is unopposed, and because, pursuant to Fed. R. Civ. P. 23(e) a hearing for consideration of final approval of the Settlement must later be held after notice of the Settlement is given to the Settlement Class, Lead Plaintiffs respectfully request that the Motion be expeditiously submitted without oral argument. Defendants do not object to having the instant Motion submitted without oral argument.

DATED:  December 9, 2021

By: */s/ Steven J. Toll*
Steven J. Toll (VSB #15300)
Daniel S. Sommers
S. Douglas Bunch
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W., Suite 500
Washington, D.C.  20005
Telephone:  202/408-4600
202/408-4699 (fax)
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

*Local Counsel for Lead Plaintiffs*

Jeremy A. Lieberman
Michael J. Wernke
POMERANTZ LLP
600 Third Ave.
New York, NY 10016
Telephone: 212/661-1100
212/661-8665 (fax)
jalieberman@pomlaw.com
mjwernke@pomlaw.com

*Lead Counsel for Lead Plaintiffs Donald Sherbondy and Sarah Sherbondy*

Brian Schall
THE SCHALL LAW FIRM
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: 310/301-3335
brian@schallfirm.com

*Additional Counsel for Lead Plaintiffs Donald Sherbondy and Sarah Sherbondy*

Samuel H. Rudman
David A. Rosenfeld
Erin W. Boardman
Philip T. Merenda
ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Rd., Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
eboardman@rgrdlaw.com
pmerenda@rgrdlaw.com

Ellen Gusikoff Stewart
Douglas R. Britton
Kevin A. Lavelle
Matthew J. Balotta
ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
dougb@rgrdlaw.com
klavelle@rgrdlaw.com
mbalotta@rgrdlaw.com

*Lead Counsel for Lead Plaintiff Laborers Pension Trust of Greater St. Louis*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2021 I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

By: */s/ Steven J. Toll*
Steven J. Toll (VSB #15300)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW Suite 500
Washington, DC 20005
Telephone: 202/408-4600
202/408-4699 (fax)
stoll@cohenmilstein.com

*Local Counsel for Lead Plaintiffs*