**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | |
|---|---|
| GABBY KLEIN, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALTRIA GROUP, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:20-cv-00075-DJN<br><br><u>CLASS ACTION</u> |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF LEAD PLAINTIFFS'
UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
<u>AND APPROVAL OF NOTICE TO THE SETTLEMENT CLASS</u>**

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am a member of the Bar of the State of New York, and I am admitted *pro hac vice* to appear before this Court in this action.

2.      I am the managing partner of the law firm of Pomerantz LLP ("Pomerantz"), counsel for Lead Plaintiffs Donald and Sarah Sherbondy.  I submit this declaration in support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement and Approval of Notice to the Settlement Class.

3.      Attached hereto are true and correct copies of the following exhibits.

Exhibit 1:      Stipulation and Agreement of Settlement, dated December 9, 2021.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on December 9, 2021.


           */s/ Jeremy A. Lieberman*
                Jeremy A. Lieberman

1