**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

GABBY KLEIN, DONALD SHERBONDY, AND
CONSTRUCTION LABORERS PENSION TRUST OF
GREATER ST. LOUIS, *Individually and on Behalf
of All Others Similarly Situated*,

                               *Plaintiff*,

         v.

ALTRIA GROUP, INC., HOWARD A. WILLARD III,
and WILLIAM F. GIFFORD, JUUL LABS, INC.,
ADAM BOWEN, JAMES MONSEES, KEVIN
BURNS, AND K.C. CROSTHWAITE,

                            *Defendants*.

Case No.: 3:20-cv-00075-DJN

**DECLARATION OF JACOB MILLER**
**IN SUPPORT OF SECURITIES CLASS ACTION SETTLEMENT**

Pursuant to 28 U.S.C. § 1746, I, Jacob Miller, declare as follows:

1. I am an attorney at the law firm Wachtell, Lipton, Rosen and Katz, attorneys for defendant Altria Group, Inc. in this matter.

2. As described in the "*Declaration of Stephanie J. Fiereck, Esq. on Implementation of CAFA Notice*," dated December 16, 2021 ("Fiereck Declaration"), attached as Exhibit A hereto, Epiq Class Action & Claims Solutions, Inc. sent a CAFA notice package (or "CAFA Notice"), on behalf of Defendants Altria Group, Inc., JUUL Labs, Inc., Howard A. Willard III, William F. Gifford, Jr., Adam Bowen, James Monsees, Kevin Burns, and K.C. Crosthwaite, as required by the federal Class Action Fairness Act of 2005 (CAFA), 28 U.S.C. § 1715, to 57 federal and state officials on December 16, 2021. The CAFA Notice was mailed via USPS Certified Mail to 56 officials, including the Attorneys General of each of the 50 states, the District of Columbia, and

the United States Territories. The CAFA Notice was also sent via United Parcel Service ("UPS") to the Attorney General of the United States.

3.     In accordance with 28 U.S.C. § 1715(b), the CAFA Notice was sent within ten days of the parties' filing of the proposed settlement to the Court (i.e., within ten days of December 9, 2021).

*               *               *

I declare under penalty of perjury that the foregoing is true and correct.

Executed On:  February 24, 2022

/s/ Jacob Miller
Jacob Miller

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Eastern District of Virginia by using the CM/ECF system, which will send a Notification of Electronic Filing to all parties in this case.

                                                  s/ Edward J. Fuhr
                                                  Edward J. Fuhr