# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GABBY KLEIN, DONALD SHERBONDY, SARAH SHERBONDY and CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALTRIA GROUP, INC., HOWARD A. WILLARD III, WILLIAM F. GIFFORD, JR., JUUL LABS, INC., ADAM BOWEN, JAMES MONSEES, KEVIN BURNS, and K.C. CROSTHWAITE,<br><br>Defendants. | Case No. 3:20-cv-00075-DJN |

**DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE**

I, STEPHANIE J. FIERECK, ESQ., hereby declare and state as follows:

1.    My name is Stephanie J. Fiereck, Esq.  I am over the age of 21 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.    I am a Legal Notice Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"). I have been in my position as Legal Notice Manager since 2012.  During that time I have overseen and handled Class Action Fairness Action ("CAFA") notice mailings for more than 325 class action settlements.

3.    Epiq is a firm with more than 25 years of experience in claims processing and settlement administration. Epiq's class action case administration services include coordination

DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE

of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service, claims database management, claim adjudication, funds management and distribution services.

4.      The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

## CAFA NOTICE IMPLEMENTATION

5.      At the direction of counsel for the Defendants Altria Group, Inc., JUUL Labs, Inc., Howard A. Willard III, William F. Gifford, Jr., Adam Bowen, James Monsees, Kevin Burns, and K.C. Crosthwaite, 57 officials, which included the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia and the United States Territories were identified to receive the CAFA notice.

6.      Epiq maintains a list of these federal and state officials with contact information for the purpose of providing CAFA notice.  Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7.      On December 16, 2021, Epiq sent 57 CAFA Notice Packages ("Notice").  The Notice was mailed via USPS Certified Mail to 56 officials, including the Attorneys General of each of the 50 states, the District of Columbia and the United States Territories.  The Notice was also sent via United Parcel Service ("UPS") to the Attorney General of the United States. The CAFA Notice Service List (USPS Certified Mail and UPS) is included as **Attachment 1**.

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces.  The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE
2

8.      The materials sent to the federal and state officials included a cover letter, which provided notice of the proposed settlement of the above-captioned case.  The cover letter is included as **Attachment 2**.

9.      The cover letter was accompanied by a CD, which included the following:

a.      **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

1.  Complaint, *Klein v. Altria Group, Inc. et al*, No. 2:19-cv-05579 (E.D.N.Y.), Dkt. 1 (filed on October 2, 2019);[2]

2.  Complaint, *Klein et al. v. Altria Group, Inc. et al.*, Lead Case No. 3:20-cv-00075 (E.D. Va.), Dkt. 1 (filed on October 2, 2019);

3.  Complaint, *Cipolla v. Altria Group, Inc. et al*, No. 1:19-cv-06774 (E.D.N.Y.), Dkt. 1 (filed on December 2, 2019);

4.  Consolidated Class Action Complaint, *Klein et al. v. Altria Group, Inc. et al.*, Lead Case No. 3:20-cv-00075 (E.D. Va.), Dkt. 74 (filed on April 21, 2020);

5.  Corrected Consolidated Class Action Complaint, *Klein et al. v. Altria Group, Inc. et al.*, Lead Case No. 3:20-cv-00075 (E.D. Va.), Dkt. 108 (filed on July 2, 2020); and

6.  Proposed First Amended Consolidated Class Action Complaint, *Klein et al. v. Altria Group, Inc. et al.*, Lead Case No. 3:20-cv-00075 (E.D. Va.), Dkt. 219-1 (filed on August 6, 2021).

b.      **Per 28 U.S.C. § 1715(b)(3)-(4) – Notification to Class Members and Class Action Settlement Agreement:** The executed Stipulation and Agreement of Settlement and the following exhibits:

1.  [Proposed] Order Preliminarily Approving Settlement, Certifying Settlement Class, and Providing for Notice Of Settlement (Exhibit A);

2.  Postcard Notice of (I) Proposed Settlement; (II) Motion for an Award of Attorneys' Fees and Litigation Expenses; and (III) Settlement Fairness Hearing (Exhibit A-1);

---

[2] This complaint is identical to Complaint, *Klein et al. v. Altria Group, Inc. et al.*, Lead Case No. 3:20-cv-00075 (E.D. Va.), Dkt. 1. The case was transferred from the United States District Court for the Eastern District of New York to the United States District Court for the Eastern District of Virginia on February 7, 2020.

DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE

3

3. Notice of (I) Proposed Settlement; (II) Motion for an Award of Attorneys' Fees and Litigation Expenses; and (III) Settlement Fairness Hearing (Exhibit A-2);

4. Proof of Claim and Release Form (Exhibit A-3);

5. Summary Notice of (I) Proposed Settlement; (II) Motion for an Award of Attorneys' Fees and Litigation Expenses; and (III) Settlement Fairness Hearing (Exhibit A-4); and

6. [Proposed] Judgment Approving Class Action Settlement (Exhibit B).

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 16, 2021.

Stephanie J. Fiereck, Esq.

# Attachment 1

CAFA Notice Service List
USPS Certified Mail

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Treg Taylor | PO Box 110300 | | Juneau | AK | 99811 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36104 |
| Office of the Attorney General | Leslie Carol Rutledge | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Mark Brnovich | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Law Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway 10th Fl | Denver | CO | 80203 |
| Office of the Attorney General | William Tong | 165 Capitol Ave | | Hartford | CT | 06106 |
| Office of the Attorney General | Karl A. Racine | 400 6th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Clare E. Connors | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Thomas J Miller | 1305 E Walnut St | | Des Moines | IA | 50319 |
| Office of the Attorney General | Lawrence G Wasden | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | Todd Rokita | Indiana Government Center South | 302 W Washington St 5th Fl | Indianapolis | IN | 46204 |
| Office of the Attorney General | Derek Schmidt | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Avenue | Suite 118 | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Maura Healey | 1 Ashburton Pl | | Boston | MA | 02108 |
| Office of the Attorney General | Brian E. Frosh | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO Box 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St | Suite 1400 | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Eric Schmitt | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| MS Attorney General's Office | Lynn Fitch | Walter Sillers Bldg | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Office of the Attorney General | Austin Knudsen | 215 N Sanders Third Floor | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Wayne Stenehjem | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505 |
| Nebraska Attorney General | Doug Peterson | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | John Formella | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Andrew J. Bruck | 25 Market Street | PO Box 080 | Trenton | NJ | 08625 |
| Office of the Attorney General | Hector Balderas | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Aaron Ford | 100 N Carson St | | Carson City | NV | 89701 |
| Office of the Attorney General | CAFA Coordinator | 28 Liberty Street | 15th Floor | New York | NY | 10005 |
| Office of the Attorney General | Dave Yost | 30 East Broad Street | 14th Floor | Columbus | OH | 43215 |
| Office of the Attorney General | John O'Connor | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Josh Shapiro | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Jason Ravnsborg | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Herbert H. Slatery III | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | 300 W 15th St | | Austin | TX | 78701 |
| Office of the Attorney General | Sean D. Reyes | PO Box 142320 | | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Mark R. Herring | 202 North Ninth Street | | Richmond | VA | 23219 |
| Office of the Attorney General | TJ Donovan | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 Fifth Avenue | Suite 2000 | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex | Bldg 1 Room E 26 | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 109 State Capital | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Fainu'ulei Falefatu Ala'ilima-Utu | Executive Office Building 3rd Floor | PO Box 7 | Utulei | AS | 96799 |
| Attorney General Office of Guam | Leevin T Camacho | Administration Division | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| PR Department of Justice | Domingo Emanuelli Hernández | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Denise N. George | 34-38 Kronprindsens Gade | GERS Bldg 2nd Fl | St Thomas | VI | 00802 |

**CAFA Notice Service List**

**UPS**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Merrick B. Garland | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |

# Attachment 2

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

December 16, 2021

**VIA UPS OR USPS CERTIFIED MAIL**

---

**Class Action Fairness Act – Notice to Federal and State Officials**

---

Dear Federal and State Officials:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, please find enclosed information from Defendants Altria Group, Inc., JUUL Labs, Inc., Howard A. Willard III, William F. Gifford, Jr., Adam Bowen, James Monsees, Kevin Burns, and K.C. Crosthwaite relating to the proposed settlement of a class action lawsuit.

- **Case:** *Klein et al. v. Altria Group, Inc. et al.*, Case No. 3:20-cv-00075.

- **Court:** United States District Court for the Eastern District of Virginia (the "Court").

- **Defendants:** Altria Group, Inc., JUUL Labs, Inc., Howard A. Willard III, William F. Gifford, Jr., Adam Bowen, James Monsees, Kevin Burns, and K.C. Crosthwaite.

- **Documents Enclosed**: In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD:

    1. **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

        a. Complaint, *Klein v. Altria Group, Inc. et al*, No. 2:19-cv-05579 (E.D.N.Y.), Dkt. 1 (filed on October 2, 2019);[1]

        b. Complaint, *Klein et al. v. Altria Group, Inc. et al.*, Lead Case No. 3:20-cv-00075 (E.D. Va.), Dkt. 1 (filed on October 2, 2019);

        c. Complaint, *Cipolla v. Altria Group, Inc. et al*, No. 1:19-cv-06774 (E.D.N.Y.), Dkt. 1 (filed on December 2, 2019);

---

[1] This complaint is identical to Complaint, *Klein et al. v. Altria Group, Inc. et al.*, Lead Case No. 3:20-cv-00075 (E.D. Va.), Dkt. 1. The case was transferred from the United States District Court for the Eastern District of New York to the United States District Court for the Eastern District of Virginia on February 7, 2020.

**CAFA NOTICE ADMINISTRATOR**

HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

    d.   Consolidated Class Action Complaint, *Klein et al. v. Altria Group, Inc. et al.*, Lead Case No. 3:20-cv-00075 (E.D. Va.), Dkt. 74 (filed on April 21, 2020);

    e.   Corrected Consolidated Class Action Complaint, *Klein et al. v. Altria Group, Inc. et al.*, Lead Case No. 3:20-cv-00075 (E.D. Va.), Dkt. 108 (filed on July 2, 2020); and

    f.   Proposed First Amended Consolidated Class Action Complaint, *Klein et al. v. Altria Group, Inc. et al.*, Lead Case No. 3:20-cv-00075 (E.D. Va.), Dkt. 219-1 (filed on August 6, 2021).[2]

2.   **Per 28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:**  The Court held a hearing on plaintiffs' motion for preliminary approval on December 15, 2021 at 10:30 a.m.  At that hearing, the Court found that notice was justified by a showing that the Court will likely be able to approve the proposal under Federal Rule of Civil Procedure 23(e)(2) and will likely be able to certify the class for purposes of judgment on the proposal, and directed the parties to provide notice of the proposed settlement to the class. As of the date of this notice, the Court has ordered that a hearing on final approval be held on March 31, 2022 at 12:00 p.m.

3.   **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**  The enclosed executed Stipulation and Agreement of Settlement includes the following exhibits:

    a.   [Proposed] Order Preliminarily Approving Settlement, Certifying Settlement Class, and Providing for Notice Of Settlement (Exhibit A);

    b.   Postcard Notice of (I) Proposed Settlement; (II) Motion for an Award of Attorneys' Fees and Litigation Expenses; and (III) Settlement Fairness Hearing (Exhibit A-1);

    c.   Notice of (I) Proposed Settlement; (II) Motion for an Award of Attorneys' Fees and Litigation Expenses; and (III) Settlement Fairness Hearing (Exhibit A-2);

    d.   Proof of Claim and Release Form (Exhibit A-3);

---

[2] As of the date of this notice, the Court has not ruled on Plaintiffs' Motion for Leave to File First Amended Consolidated Class Action Complaint, *Klein et al. v. Altria Group, Inc. et al.*, Lead Case No. 3:20-cv-00075 (E.D. Va.), Dkt. 217 (filed on August 6, 2021).

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

    e.  Summary Notice of (I) Proposed Settlement; (II) Motion for an Award of Attorneys' Fees and Litigation Expenses; and (III) Settlement Fairness Hearing (Exhibit A-4); and

    f.  [Proposed] Judgment Approving Class Action Settlement (Exhibit B).

4. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**  As described above, the enclosed CD contains a copy of the executed Stipulation and its accompanying exhibits.

5. **Per 28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:**  In addition to the settlement papers supplied herein, there is a confidential Supplemental Agreement relating to the threshold for requests for exclusion from the class that would trigger Altria Group, Inc.'s right to terminate the Settlement, which was reached contemporaneously between class counsel and counsel for the defendants. This confidential supplemental agreement provides that it will not be filed with the Court unless and until a dispute as between or among plaintiffs and defendants concerning its interpretation or application arises, or unless otherwise requested by the Court.  It is customary for agreements of this nature to remain confidential because, as explained by a leading treatise dealing with such litigation, "[k]nowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out."  FED. JUDICIAL CTR., MANUAL FOR COMPLEX LITIGATION (4th ed.) § 21.631.  Other than the Stipulation and the Supplemental Agreement, there are no other agreements contemporaneously made between class counsel and counsel for the Settling Defendants concerning the Settlement of the Action.

6. **Per 28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:**  To date, the Court has not issued a final order, judgment or dismissal in the above-referenced action.

7. **Per 28 U.S.C. § 1715(b)(7)(A) and (B) – Names and Estimate of Class Members:**  A large portion of the outstanding securities of Altria Group, Inc. are registered to brokers holding the securities in omnibus accounts for underlying beneficial owners whose names and residence (and other) information is unknown to the defendants in this action.  As a result, the defendants do not have information that would permit them to provide the names of class members who reside in each state, a reasonable estimate of the number of class members residing in any state, or the estimated proportionate share of the claims of the class members in any state.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  As of the date of this notice, no written judicial opinions have been issued relating to the settlement materials referenced above or the materials described in 28 U.S.C. § 1715(b)(3)-(6).  The

**CAFA NOTICE ADMINISTRATOR**

HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

Court issued the following opinions in the Action: (1) an opinion on defendants' motions to dismiss the Consolidated Amended Class Action Complaint on March 12, 2021; and (2) an opinion denying defendant K.C. Crosthwaite's motion for reconsideration and/or motion to certify for interlocutory appeal on April 12, 2021.  These opinions are available on PACER and do not relate to the materials described in 28 U.S.C. § 1715(b)(3)-(6).

If you have questions or concerns about this notice or the enclosed materials, please contact this office.

Very truly yours,

CAFA Notice Administrator


Enclosures