# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# (Richmond Division)

| | |
|---|---|
| GABBY KLEIN, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALTRIA GROUP, INC., et al.,<br><br>Defendants. | Civil Action No. 3:20-cv-00075-DJN<br><br><u>CLASS ACTION</u> |

## LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARDS TO LEAD PLAINTIFFS
## <u>PURSUANT TO 15 U.S.C. § 78u-4(a)(4)</u>

PLEASE TAKE NOTICE that Court-appointed Lead Counsel Pomerantz LLP and Robbins Geller Rudman & Dowd LLP will move this Court on March 31, 2022 at 12:00 p.m., before the Honorable David J. Novak, for entry of an Order, pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a)(4) ("PSLRA"), awarding: (i) Plaintiffs' Counsel attorneys' fees in the amount of 30% of the Settlement Amount, plus accrued interest; (ii) Plaintiffs' Counsel litigation expenses in the amount of $1,544,748.17, plus accrued interest; and (iii) $68,775, in the aggregate, to Lead Plaintiffs in connection with their representation of the Settlement Class, as authorized by the PSLRA.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Counsel submit and are filing herewith: (i) Lead Counsel's Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses and Awards to Lead Plaintiffs Pursuant to 15 U.S.C. §

78u-4(a)(4); and (ii) the Joint Declaration of Jeremy A. Lieberman and David A. Rosenfeld in Support of (1) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation of the Net Proceeds of the Settlement, and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Awards for Lead Plaintiffs Pursuant to 15 U.S.C. § 78u-4(a)(4).

A Proposed Order will be submitted with Lead Counsel's reply submission on or before March 24, 2022, after the deadlines for objecting and seeking exclusion have passed.

Respectfully submitted,

DATED: February 24, 2022

By: */s/ Steven J. Toll*
Steven J. Toll (VSB #15300)
Daniel S. Sommers
S. Douglas Bunch
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W., Suite 500
Washington, D.C.  20005
Telephone:  202/408-4600
202/408-4699 (fax)
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

*Local Counsel for Lead Plaintiffs*


Jeremy A. Lieberman
Michael J. Wernke
POMERANTZ LLP
600 Third Ave.
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)
jalieberman@pomlaw.com
mjwernke@pomlaw.com

2

*Lead Counsel for Lead Plaintiffs Donald Sherbondy and Sarah Sherbondy*

Brian Schall
THE SCHALL LAW FIRM
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: 310/301-3335
brian@schallfirm.com

*Additional Counsel for Lead Plaintiffs Donald Sherbondy and Sarah Sherbondy*

Samuel H. Rudman
David A. Rosenfeld
Erin W. Boardman
Philip T. Merenda
ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Rd., Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
eboardman@rgrdlaw.com
pmerenda@rgrdlaw.com

Ellen Gusikoff Stewart
Douglas R. Britton
Kevin A. Lavelle
Matthew J. Balotta
ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
dougb@rgrdlaw.com
klavelle@rgrdlaw.com
mbalotta@rgrdlaw.com

*Lead Counsel for Lead Plaintiff Laborers Pension Trust of Greater St. Louis*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2022, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

*/s/Steven J. Toll*
Steven J. Toll