# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |
|---|---|
| GABBY KLEIN, DONALD SHERBONDY, SARAH SHERBONDY and CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALTRIA GROUP, INC., HOWARD A. WILLARD III, WILLIAM F. GIFFORD, JR., JUUL LABS, INC., ADAM BOWEN, JAMES MONSEES, KEVIN BURNS, and K.C. CROSTHWAITE,<br><br>Defendants. | Case No. 3:20-cv-00075-DJN |

**DECLARATION OF SARAH SHERBONDY**

I, Sarah Sherbondy, declare, under penalty of perjury as follows:

1.      I submit this declaration to provide the Court with a description of my efforts in pursuit of this action, and to express my support for the proposed Settlement of this action.

2.      On December 30, 2019, the Court appointed me, along with Donald Sherbondy and Construction Laborers Pension Trust of Greater St. Louis, as Lead Plaintiffs in the Action. On December 16, 2021, and for the purposes of Settlement only, the Court appointed me, along with Donald Sherbondy and Construction Laborers Pension Trust of Greater St. Louis, as Class Representatives for the Settlement Class. Throughout the course of this litigation, I have

{00483038;3 }                                        1

independently monitored news about Altria through internet financial sites to keep up to date on the status of the company.

3.      I frequently corresponded with Lead Counsel throughout the pendency of this case, who kept me up to date on the developments in the case.

4.      I provided Lead Counsel with records of my trades in Altria common stock, which were produced to Defendants in this action. I met with Lead Counsel in person to prepare for my deposition. I was deposed by Defendants in connection with my seeking appointment as a Class Representative.

5.      I reviewed the initial and subsequent amended complaints filed in the Action, as well as the briefing (and any related Court order) on the motions to dismiss, motion for class certification and motion to amend the complaint and independently followed this litigation and received copies of documents for review from counsel. I also participated in the negotiation of the settlement.

6.      I expended a total of 183 hours pursuing the claims in this Action.

7.      The breakdown of my time spent in this matter is as follows:

   a.   Monitoring news of Altria: 25 hours.

   b.   Reviewing initial and amended complaints, and briefing and orders on the motions to dismiss and class certification: 55 hours.

   c.   Communicating and corresponding with Lead Counsel regarding the litigation and settlement: 48 hours.

   d.   Gathering and producing information to Lead Counsel concerning my Altria investment: 20 hours.

   e.   Traveling to, preparing for and attending my deposition and reviewing the transcript from my deposition: 35 hours.

8.      I fully support the proposed Settlement of this Action and believe that it is an excellent result for the Settlement Class.

9.      I take seriously my role as Class Representative to ensure that the attorneys' fees are fair in light of the result achieved for the Settlement Class and reasonably compensate Lead Counsel for the work involved and the substantial risks they undertook in litigating the Action. I evaluated Lead Counsel's fee request by considering the work performed and by considering the substantial recovery obtained for the Settlement Class.

10.      Lead Counsel's fee request of 30% of the Settlement Fund is made in accordance with the retainer agreement I entered into with Pomerantz at the beginning of the Action, which permitted Pomerantz to seek fees not to exceed 33.4% of any settlement or judgment achieved. I have discussed the requested fee and expense application with Lead Counsel and believe that Lead Counsel's application for attorneys' fees is fair and reasonable in light of the work performed by Lead Counsel on behalf of the Settlement Class, and that the request for Lead Counsel's litigation expenses is fair and reasonable. Thus, I support the request.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of February, 2022

Sarah Sherbondy

3