# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | |
|---|---|
| GABBY KLEIN, et al., Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 3:20-cv-00075-DJN |
| Plaintiffs, | CLASS ACTION |
| v. | **SUPPLEMENTAL DECLARATION OF JORDAN BROKER REGARDING NOTICE DISSEMINATION AND REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE** |
| ALTRIA GROUP, et al., | |
| Defendants. | |

I, Jordan Broker, declare as follows:

1.    I am a Project Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"). The following statements are based on my personal knowledge and information provided to me by other Epiq employees and, I could and would competently testify to these facts if called upon to do so.

2.    I previously submitted a declaration dated February 23, 2022 ("Notice Declaration"), describing the work performed by Epiq to disseminate notice and process claims in connection with the proposed Settlement of the above-captioned action (the "Action"). *See* ECF No. 311-4.  I oversaw the notice services that Epiq provided in accordance with the Court's Preliminary Approval Order.[1]

3.    As noted in my prior declaration, Epiq completed the Court-approved notice program, including: (i) mailing of the Court-approved Notice of (I) Proposed Settlement; (II)

---

[1]    Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Stipulation and Agreement of Settlement.  ECF No. 297-1.

Motion for an Award of Attorneys' Fees and Litigation Expenses; and (III) Settlement Fairness Hearing (the "Notice") and Proof of Claim and Release Form (the "Proof of Claim") (collectively, the "Notice Packet") and the Postcard Notice (copies of the Notice and Postcard Notice were attached to my prior declaration as **Exhibit A**); (ii) publication of the Summary Notice of (I) Proposed Settlement; Motion for an Award of Attorneys' Fees and Litigation Expenses; and (III) Settlement Fairness Hearing (the "Summary Notice"); and (iii) establishment of the website and toll-free telephone number dedicated to this Settlement.

4.     At the time of the Notice Declaration, 1,133,904 Postcard Notices had been mailed or e-delivered to potential Settlement Class Members and nominees.

## I.     UPDATE ON NOTICE DISSEMINATION

5.     After the Notice Declaration was executed, Epiq received additional names and addresses, from brokers and nominees, and thereafter mailed an additional 87,097 Postcard Notices. Accordingly, as of March 24, 2022, an aggregate of 1,221,001 Postcard Notices have been disseminated to potential Settlement Class Members and nominees by first-class mail or e-delivery.

## II.     REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE

6.     The Court-approved Notice informs potential Settlement Class Members that all requests for exclusion from the Settlement Class must be mailed to Altria Group Inc. Securities Litigation Settlement, EXCLUSIONS, P.O. Box 6935, Portland, OR 97228-6935, such that they are received no later than March 10, 2022.  The Notice also sets forth the information that must be included in each request for exclusion.  Epiq has monitored all mail delivered to this address.

7.     As reported in my original Notice Declaration, as of February 23, 2022, Epiq had received 12 requests for exclusion.  As of March 24, 2022, Epiq has received 20 additional requests for exclusion.  Exhibit A hereto lists the names of the persons and entities who have requested exclusion from the Settlement Class and their city and state (or foreign country) of residence, and attaches copies of each request for exclusion received.  In the interest of privacy and security, the requests for exclusion have been redacted to remove the street addresses, telephone numbers, and financial account numbers of the persons and entities requesting exclusion.

8.      Although Settlement Class Members who sought to object to the Settlement, proposed Plan of Allocation, requested award of attorneys' fees or costs, or requested service award to Plaintiffs were to file objections with the Clerk of the Court with copies sent to counsel, Epiq has checked its mail as well, and as of the date of this Supplemental Declaration, Epiq has received no objections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed on March 24, 2022

JORDAN BROKER

# Exhibit A

| # | NAME/ACCOUNT | CITY | STATE/COUNTRY |
|---|---|---|---|
| **Exhibit A1: The following persons/entities submitted exclusion requests from the Settlement Class that included the requested share information** | | | |
| A1.1 | GERALD A JOHNSON & JODY A GRAMS TR UA 07/17/2014 JOHNSON TRUST | OAKDALE | MN |
| A1.2 | KEVIN J O CONNER | BELLINGHAM | WA |
| A1.3 | MARY ANN E HILDEBRAND | LANSDALE | PA |
| A1.4 | ROSEMARY MCDANIEL | TRENTON | FL |
| A1.5 | GEORGE DANIEL ROBBINS | RICHMOND | TX |
| A1.6 | ELIANA CROOKS | LEOPOLD | AUS |
| A1.7 | KATHLEEN F WELLS | PATCHOGUE | NY |
| **Exhibit A2: The following persons/entities submitted exclusion requests from the Settlement Class that did not include the requested share information or stated that they did not purchase shares during the Settlement Class Period** | | | |
| A2.1 | CHUNGHO CHIAO | N/A | N/A |
| A2.2 | RICHARD ENTERLINE JR | PINELLAS PARK | FL |
| A2.3 | WILLARD J SPARKS | ARLINGTON | TX |
| A2.4 | PHYLLIS A SPARKS | ARLINGTON | TX |
| A2.5 | KENNETH C GOTSCH & LYNNE M GOTSCH JT WROS | HIGHLAND PARK | IL |
| A2.6 | JAMES MISTRO & KAREN MISTRO | CRETE | IL |
| A2.7 | SHARON ALCALA | GAHANNA | OH |
| A2.8 | PATRICIA A WOMACK | MECHANICSVILLE | VA |
| A2.9 | DEBORAH J KNOWLES | KITCHENER | CAN |
| A2.10 | DAVID BRIAN HOLLAND | SAN ANTONIO | TX |
| A2.11 | JANET V BENSON | GLEN MILLS | PA |
| A2.12 | JAMES W JAPPE | CENTEREACH | NY |
| A2.13 | FOREST A BENSON | GLEN MILLS | PA |
| A2.14 | BENJAMIN E & KATHLEEN M RAMP LIVING TRUST U/A 12/17/15 | GENESEO | IL |
| A2.15 | RENEE MCCOWN | PORTLAND | OR |
| A2.16 | STEPHANIE CLARK | TELFORD | PA |
| A2.17 | STEPHEN L KRUER & RUTH L KRUER | FLOYDS KNOBS | IN |
| A2.18 | MICHAEL LOCASCIO | FLANDERS | NJ |
| A2.19 | EDNA R SHUEY | LAS VEGAS | NV |
| A2.20 | SANDRA CRUM | LEHIGHTON | PA |
| A2.21 | CLARENCE GREER | SMITHS STATION | AL |
| A2.22 | TERRY A PAGE & CAROLE R PAGE | HILLSBORO | IL |
| A2.23 | MARGARET M SIMPSON | CLARENDON | AR |
| A2.24 | EUGENE KLIMENT | LINCOLN | NE |
| A2.25 | GLENNA CATTERMOLE | SCOTTS VALLEY | CA |

# Exclusion A1.1

February 7, 2022

Altria Group Inc. Securities Litigation Settlement
EXCLUSIONS, c/o Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

To whom it may concern,

Johnson Trust requests exclusion from Settlement Class in Klein v. Altria Group, Inc., et al., No.3:20-cv-00075-DJN for the total of 40.57 shares purchased between October 25, 2018 and June 30, 2020. There were no shares sold during this time period. Please see the enclosed document for information regarding the shares that were purchased. Here is the contact information for Johnson Trust:

Gerald A Johnson
Jody A Grams TR UA █████████
Johnson Trust

███████████████

The contact for this request is Jody A Grams. Here is her contact information:

Email: ████████████████
Phone ████████████████

Sincerely,

Jody A. Grams

Enclosure (Altria stock information)

| Company Name | Statement Period | Holder Account Number |
|---|---|---|
| Altria Group Inc Exclusion Request # A1.1 | 01 Jan 2018 - 31 Dec 2020 | ▆▆▆▆▆▆ |

## Transaction Activity

| Transaction Date | Transaction Description | Gross Amount (USD) | Taxes Withheld (USD) | Fees/Other Deducted (USD) | Net Amount (USD) | Price per Share/Unit (USD) | Transaction Shares/Units | Total Shares/Units |
|---|---|---|---|---|---|---|---|---|
| **DSPP - Common Stock** | | | | | | | | |
| | Balance Forward | | | | | | | 0.000000 |
| 22 May 2019 | Plan Transfer | | | | | | 541.322729 | 541.322729 |
| 10 Jul 2019 | Dividend Reinvestment | 433.06 | | 3.27 | 429.79 | 49.165900 | 8.741628 | 550.064357 |
| 10 Oct 2019 | Dividend Reinvestment | 462.05 | | 3.33 | 458.72 | 43.149100 | 10.631044 | 560.695401 |
| 10 Jan 2020 | Dividend Reinvestment | 470.98 | | 3.30 | 467.68 | 50.331400 | 9.292013 | 569.987414 |
| 30 Apr 2020 | Dividend Reinvestment | 478.79 | | 3.36 | 475.43 | 39.946300 | 11.901728 | 581.889142 |
| 10 Jul 2020 | Dividend Reinvestment | 488.79 | | 3.39 | 485.40 | 39.669600 | 12.236101 | 594.125243 |
| 09 Oct 2020 | Dividend Reinvestment | 510.95 | | 3.39 | 507.56 | 41.085075 | 12.353878 | 606.479121 |

01A8JA

Gerald A. Johnson

Exclusion Request #A1



7 FEB 2022   PM 3  L

USA FOREVER

Altria Group Inc. Securities Litigation Settlement
EXCLUSIONS, c/o Claims Administrator
P.O. Box 6935
Portland, OR  97228-6935

# Exclusion A1.2

20 January 2022

Kevin J. O'Conner



Altria Group Inc. Securities Litigation Settlement, EXCLUSIONS
c/o Claims Administrator
PO Box 6935
Portland, OR 97228-6935

To Whom it May Concern

With this letter, I hereby request exclusion from the AF29010 v.07 10 Settlement Class in Klein v. Altria Group, Inc., et al., No. 3:20-cv-00075-DJN.

The total number of shares Altria stock I purchased between October 25, 2018, and June 30, 2020, is 199. The dates, number of shares, and prices of each purchase appear in the table below.

I did not sell any Altria shares during that period.

| Acquisition Date | Quantity | Unit Cost ($) | Cost Basis ($) |
|---|---|---|---|
| 03/17/2020 (Long Term) | 12 | 39.47 | 473.58 |
| 03/16/2020 (Long Term) | 47 | 38.68 | 1,818.15 |
| 03/13/2020 (Long Term) | 25 | 38.86 | 971.41 |
| 12/16/2019 (Long Term) | 115 | 50.58 | 5,816.90 |

Thank you very much.

Sincerely

Kevin J. O'Conner

O'Conner

20 JAN 2022  PM 7  L

FOREVER / USA

Altria Group Inc Securities Litigation Settlement
EXCLUSIONS
c/o Claims Administrator
PO Box 6935
Portland OR 97228-6935

8 of 107

97228-693535

# Exclusion A1.3

January 26. 2022

Altria Group Inc Securities Litigation
Exclusion
P.O. Box 6935
Portland, OR  97228-6935



Gentlemen:

I wish to exclude myself from the Settlement Class in Gabby Klein, et al v Altria Group, Inc et al
Civil Action No, 3:20-cv-00075-DJN.  My name is Mary Anne E. Hildebrand,
e-mail is                                telephone is

Enclosed are copies of statements reflecting dates and prices of shares  purchased for the .
times requested.

Sincerely

Mary Anne E. Hildebrand

Mary Anne E. Hildebrand

Exclusion Request # A1.3

**Company Name**
Altria Group, Inc.

**Statement Period**
01 Jan 2018 - 10 Oct 2018

**Holder Account Number**
████████

Page 2 of 4

## Transaction Activity

| Transaction Date | Transaction Description | Gross Amount (USD) | Taxes Withheld (USD) | Fees/Other Deducted (USD) | Net Amount (USD) | Price per Share/Unit (USD) | Transaction Shares/Units | Total Shares/Units |
|---|---|---|---|---|---|---|---|---|
| **Altria- US** | | | | | | | | |
| | Balance Forward | | | | | | | 282.599604 |
| 10 Jan 2018 | Dividend Reinvestment | 186.52 | | | 186.52 | 70.172000 | 2.658040 | 285.257644 |
| 10 Apr 2018 | Dividend Reinvestment | 199.68 | 11 of 107 | | 199.68 | 64.128600 | 3.113743 | 288.371387 |
| 10 Jul 2018 | Dividend Reinvestment | 201.86 | | | 201.86 | 58.620974 | 3.443477 | 291.814864 |
| 10 Oct 2018 | Dividend Reinvestment | 233.45 | | | 233.45 | 63.507493 | 3.675944 | 295.490808 |

# DOCK
# WOODS
*A Living Branches Community*

ock Gardens North Wing

are scheduled to be
ing beginning Monday
9/16, weather permitting.
roximately at 5:00 pm.

the pins and sliding the
or you to be home during
ompleted, please put the
em back in before Friday
ou need assistance taking
ea has been completed,
Waltrop, at x 44218.

**Company Name**
Altria Group, Inc.

Exclusion Request # A1.3

## Transaction Activity

| Transaction Date | Transaction Description | Gross Amount (USD) | Taxes Withheld (USD) | Fees/Other Deducted (USD) | Net Amount (USD) | Price per Share/Unit (USD) | Transaction Shares/Units | Total Shares/Units |
|---|---|---|---|---|---|---|---|---|
| Altria- US | | | | | | | | 295.490806 |
| | Balance Forward | | | | 236.39 | 49.809000 | 4.745929 | 300.236737 |
| 10 Jan 2019 | Dividend Reinvestment | 236.39 | | | 240.19 | 54.082800 | 4.441153 | 304.677890 |
| 30 Apr 2019 | Dividend Reinvestment | 240.19 | | | 243.74 | 49.165900 | 4.957501 | 309.635391 |
| 10 Jul 2019 | Dividend Reinvestment | 243.74 | | 13 of 107 | 260.09 | 43.149100 | 6.027704 | 315.663095 |
| 10 Oct 2019 | Dividend Reinvestment | 260.09 | | | | | | |

Exclusion Request # A1.3

| Company Name | Statement Period | Holder Account Number |
|---|---|---|
| Altria Group, Inc. | 01 Jan 2020 - 10 Jul 2020 | ███████ |

Page 2 of 4

## Transaction Activity

| Transaction Date | Transaction Description | Gross Amount (USD) | Taxes Withheld (USD) | Fees/Other Deducted (USD) | Net Amount (USD) | Price per Share/Unit (USD) | Transaction Shares/Units | Total Shares/Units |
|---|---|---|---|---|---|---|---|---|
| Altria- US | | | | | | | | |
| | Balance Forward | | | | | | | 315.863095 |
| 10 Jan 2020 | Dividend Reinvestment | 265.16 | | | 265.16 | 50.331400 | 5.268282 | 320.931377 |
| 30 Apr 2020 | Dividend Reinvestment | 269.58 | | 14 of 107 | 269.58 | 39.946300 | 6.748560 | 327.679907 |
| 10 Jul 2020 | Dividend Reinvestment | 275.25 | | | 275.25 | 39.669500 | 6.938580 | 334.618517 |



## LIVING BRANCHES
*Live* & *Grow*–Together

tober 11, 2021

Dctober 11, 2021, on Channel 2 or

the past year, review our financial
to address any specific questions
we may provide written answers in
ctober 11.

**Welcome Center main reception**
orm. By including your name, we
ods campus. Please note that
y that will be available after the

---

*Residence #*

*eded*

**Homes          Dock Woods**



Mary Hildebrand

27 JAN 2022 PM 7 L

*Altria Group Inc. Securities Litigation*
*Exclusion*
*P O Box 6935*
*Portland OR 97228-6935*

97228-693535

# Exclusion A1.4



February 12, 2022

Altria Group Inc. Securities Litigation Settlement
C/O Claims Administrator
PO Box 6935
Portland, OR 97228-6935

RE: Civil Action No. 3:20-cv-00075-DJN

Dear Gabby Klein, et. al.

I'm so sorry that the Sherbondys and the Construction Laborers Pension Trust of Greater St. Louis were allegedly so grievously harmed by the alleged actions of Altria Group. Inc that Altria Group may be penalized with a $90 million fine.

I presently hold 465 shares of Altria Group, Inc. common stock and I have always known that investing in any publicly held company was a gamble. Did I ever think that Altria Group would make "false and misleading statements and omissions" prior to my investing in the company? No. I looked at past performance, historical stock prices, and rate of return on my investment prior to investing.

When I received notice of a class action suit brought on my behalf I thought, WOW, here's a huge windfall for me! Than I read the "fine print", like all investors should do prior to investing in a company.

What did I see? Well, out of the $90 million settlement, my share "might be" a whopping $.15 per share minus "fees, expenses, and costs" whatever they might be. As a member of the class action I could get as much as $.14/share or $.01/share. That could mean a whopping $65.10 or $4.65 and I just don't know what I would do with that "huge" payout!

On the other hand, the attorneys representing the injured parties would share the 31% in the $90 million penalty plus $1,700,000 expenses and costs, equaling approximately $33 million. Does anyone see a discrepancy here? Where is the "equity" that is such a popular word these days?

So, in light of the above, I am REQUESTING EXCLUSION from the Settlement Class in Klein v. Altria Group, Inc. et. al. , No.3:20-cv-00075-DJN. I don't want any part of this "highway robbery" game.

Sincerely,

Rosemary McDaniel

Ms. Rosemary McDaniel
# A1.4



12 FEB 2022    PM 3  L

Attria Group Securities Litigation Settlement
c/o Claims Administrator
PO Box 6935
Portland, OR 97228-6935

97228-693535

# Exclusion A1.5

February 16, 2022

Altria Group Inc. Securities Litigation
Claims Administrator
P. O. Box 6935
Portland, OR 97228-6935

Subject: Settlement Class in Gabby Klein, et al, v Altria Group Inc. et al
   Civil Action No. 3:20-cv-00075-DJN

Gentlemen:

I, George Daniel Robbins, wish to exclude myself from the subject Class Settlement.

The following is a list of purchases of Altria securities during the period of October 25, 2018
through April 1, 2020.

  January 22, 2019 – 100 shares – Cost $47.00 per share

  September 23, 2019 – 300 shares – Cost $40.00 per share

  February 27, 2020 – 300 shares – Cost $42.51 per share

The following is a list of sales of Altria securities during the period of October 25, 2018 through
June 30, 2020

  January 31, 2020 – 200 shares – Sale price $50.41

Regards,

*George Robbins*

George Daniel Robbins

Phone – 832-449-3175

ROBBINS George Robbins A1.5



FOREVER / USA

Altria Group Inc. Securities Litigation
Claims Administrator
P. O. Box 6935
Portland, OR 97228-6935

97228-693935

# Exclusion A1.6

8 February 2022

Altria Group Inc. Securities Litigation
Claims Administrator
P.O. Box 6935
Portland, DR 97228-6935

Dear Sir or Madam:

I am writing to advise that I wish to be excluded from Settlement Class in Gabby Klein, et al. V Altria Group Inc., et al., Civil Action No. 3:20-CV-00075-DJN.

Below are my details as requested for such exclusion:

Eliana Crooks

I also provide the following information regarding the shares obtained during the period in question, October 25, 2018 - April 1, 2020. All shares were acquired through the Dividend Reinvestment Program.

| # of Shares | Dates Acquired | Prices per Share |
|---|---|---|
| 1.686844 | 10 January 2019 | 49.809000 |
| 1.574808 | 30 April 2019 | 54.082800 |
| 1.754061 | 10 July 2019 | 49.165900 |
| 2.130520 | 10 October 2019 | 43.149100 |
| 1.857290 | 10 January 2020 | 50.331400 |

I trust this is all the information you require.

Sincerely,

*Eliana Crooks*

Mrs. Eliana Crooks

Exclusion Request # A1.6

POST

AUSTRALIA $3.40
Blue Lake wetland, NSW

Altria Group Inc. Securities
Litigation

Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

97228|6935  B046

Exclusion Request # A1.6

E Crooks



# Exclusion A1.7

1 March 2022

Altria Group Inc.
Securities Litigation Settlement, EXCLUSIONS
c/o Claims Administrator
PO Box 6935
Portland, OR   97228-6935

Person requestion exclusion
    Kathleen F Wells



I, Kathleen Wells, request exclusion from the Settlement Class in Klein v. Altria Group, Inc., et al.,
NO. 3:20-cv-00075-DJN; Total shares purchased between October 25, 2018 and June 30, 2020 were:

| Oct-18 | Shares | Price | Date |
|--------|--------|-------|------|
|        | 0      | 0     | 10/11/2018 |
| 2019   |        |       |      |
|        | 0.157  | 43.0636 | 10/11/2019 |
|        | 0.129  | 49.3053 | 7/11/2019 |
|        | 0.115  | 54.1635 | 5/1/2019 |
|        | 0.126  | 48.9158 | 1/11/2019 |
|        | 0.527  |       |      |
| Jun-20 |        |       |      |
|        | 0.136  | 50.8146 | 1/13/2020 |
|        | 0.178  | 39.5298 | 5/1/2020 |
|        | 0.314  |       |      |

Regards,

*Kathleen Wells*

Kathleen Wells

Case 3:20-cv-00075-DJN    Document 315-1    Filed 03/24/22    Page 34 of 112 PageID#
9397



1 MAR 2022   PM 1  L

FOREVER / USA

Altria Group Inc.
Securities Litigation Settlement, EXCLUSIONS
c/o Claims Administrator
PO Box 6935
Portland, OR   97228-6935

29 of 107

97228-693535

# Exclusion A2.1

## Neal, Malika

| | |
|---|---|
| **From:** | Chiao chungho█████████████████ |
| **Sent:** | Sunday, January 23, 2022 9:15 PM |
| **To:** | info_AltriaGroupIncSecuritie |
| **Cc:** | ███████████████████████ |
| **Subject:** | to be excluded from the litigation, case no. 3:20-cv-00075 (E.D.V.A.) |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

1. I didn't acquire Altria securities between 2018/10/25 to 2020/4/1.
2. I want to be excluded from this Litigation and Settlement.
3. Thanks for your notice, which was mailed on 2022/1/5.

Sincerely yours,
Chungho Chiao


從 Windows 的郵件傳送

# Exclusion A2.2

FROM THE DESK OF

# Richard C. Enterline, Jr.

January 14, 2022

*Altria Group, Inc. Securities Litigation*
Claims Administrator
P.O. Box 6935
Portland, OR  97228-6935

Dear Sir or Madam:

I, Richard C. Enterline, Jr., request to be excluded from the Settlement Class in *Gabby Klein, et al. v Altria Group Inc, et al.*, Civil Action No. 3:20-cv-00075-DJN.

Here are the requisite data requested to proceed with this action:

(i.) Richard C. Enterline, Jr.; █████████████████████

(ii.) Maybe 2 or 3 shares of common stock; I don't have records available for 2018 and 2019.

(iii.) I do not know.

Sincerely yours,

*Richard C. Enterline, Jr.*

Richard C. Enterline, Jr.

Richard C. Enterline, Jr.

████████

15 JAN 2022

Altria Group, Inc. Securities Litigation
Claims Administrator
P.O. Box 6935
Portland, OR    97228-6935

97228-693535



# Exclusion A2.3

January 14, 2022

Alteria Group Inc. Securities Litigation
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

Claims Administrator:

Please exclude us from the Settlement Class in Gabby Klein, et al v Altria Group
Inc., et al Civil Action No. 320-cv-00075-DJN.

Thank you,

Willard J Sparks

Phyllis A Sparks JT TEN



Joe & Phyllis Sparks

Exclusion Request # A2.3

14 JAN 2022  PM 8  L

Alteria Group Inc. Securities Litigation
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

97228-693535

# Exclusion A2.4

**UAN 1 4 2022**

January 14, 2022

This document was recieved in the same envelope as the previously labeled document
Document Control

Alteria Group Inc. Securities Litigation
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

Claims Administrator:

Please exclude us from the Settlement Class in Gabby Klein, et al v Altria Group Inc., et al Civil Action No. 320-cv-00075-DJN.

Thank you,

Willard J Sparks

Phyllis A Sparks JT TEN

COPY
Document Control

# Exclusion A2.5

## Neal, Malika

| | |
|---|---|
| **From:** | KEN GOTSCH ███████████████ |
| **Sent:** | Saturday, February 12, 2022 7:32 AM |
| **To:** | info_AltriaGroupIncSecuritie |
| **Subject:** | Altria Group Inc. Securities Lit: Kenneth C & Lynne M Gotsch |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Altria Group Inc. Securities Litigation Claims Administrator

To whom it may concern,

Kenneth C & Lynne M Gotsch JT WROS of ██████████████████████████ would like to be excluded and not legally bound by any settlement pursuant to Klein v. Altria Group, et. al. Case No. 320-cv-0075 (E.D.V.A.)

Sincerely,

Kenneth and Lynne Gotsch

Sent from my iPad

# Exclusion A2.6

James A. Mistro                    Karen A. Mistro

708-672-1772                       708-672-1772

"WE REQUEST EXCLUSION FROM THE
AF29010 v.O2 ID SETTLEMENT CLASS IN
KLEIN v. ALTRIA GROUP, INC., ET AL., No. 3.20-CV-00075-
DJN"

WE OWN — ALTRIA GROUP INC.   219 shares   50.88 PER share
SINCE 2020 AND DO NOT INTEND TO SELL

James A. Mistro                    Karen Mistro



22 FEB 2022    PM 4    L

ALTRIA GROUP INC. SECURITIES LITIGATION SETTLEMENT

EXCLUSIONS

c/o CLAIMS ADMINISTRATOR

P.O. Box 6935

PORTLAND, OR. 97228-6935

97228-693535

# Exclusion A2.7

February 10, 2022

ALTRIA Group Inc Litigation Settlement
C/O Claims Administrator
P.O. Box 6935
Portland, Oregon 97228-6935

Subject: Request for Exclusion

Dear Sirs,

My name is Sharon Alcala. My mailing address is: █████████████

I am submitting my request for Exclusion from the settlement class.

Thank you
Shan Alcala

Phone #: █████████████

Sharon Alcala

Exclusion Request # A2.7

ALTRIA Group INC
Litigation Settlement

P. O. BOX 6935

Pontland Oregon
97228-6935

Attn: Class Administrator

# Exclusion A2.8

Exclusion Request # A2.8

Patricia A Womack



February 5, 2022

Altria Group Inc. Securities Litigation
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

To Whom It May Concern:

I, Patricia A. Womack, am requesting to be excluded from the Settlement Class in Gabby Klein, et al. v Altria Group Inc., et al., Civil Action No. 3:20-cv-00075-DJN.

Sincerely,

Patricia A. Womack

Patricia A. Womack



Patricia A. Womack

Exclusion Request # A2.8

5 FEB 2022   PM 4   L

Altria Group Inc. Securities Litigation
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

97228-693535

# Exclusion A2.9

February 16, 2022

**Altria Group In, Securities Litigation**

**Claims Administrator**

**P.O. Box 6935**

**Portland, OR  97228-6935**

SUBJECT:  EXLUDE FROM CIVIL ACTION #3:20-cv-00075-DJN

Dear Sir/Madam:

I would like to be **excluded** from the Settlement Class in Gabby Klein, et al. v Altria Group Inc. et al., Civil Action No. 3:20-cv-00075-DJN.

My details are below:

**Deborah J Knowles**



Home # [redacted] (this number is currently on vacation till mid-April).   I can be reached at a Florida # [redacted] till mid-April.

I have not purchases any recent stocks on the dates listed in the "opt out" section.

Hopefully this is all the information needed to exclude me from this class action suit.

Sincerely,

Deborah J. Knowles

**Deborah J Knowles**

D KNOWLES

16 FEB 2022 PM 8 L

ALTRIA GROUP Inc. SECURITIES LITIGATION
CLAIMS ADMINISTRATOR
P O. BOX 6935
PORTLAND, OR
97228-6935

97228-693535

# Exclusion A2.10

Certified Mail:   7021 2720 0003 4366 4139

To:   Altria Group Inc. Securities Litigation
      Claims Administrator
      P.O. Box 6935
      Portland, OR   97228-6935

Subject:   Altria Group Inc. Securities Litigation
           Case No. 3:20-cv-00075 (E.D.V.A.)
           Klein v. Altria Group, et al.

1.   EXCLUDE ME COMPLETELY FROM THE CASE REFERENCED ABOVE.

2.   I AM NOT CONNECTED WITH THIS CASE IN ANY WAY.

3.   I WILL NOT PAY ANY EXPENSES CONNECTED WITH THIS CASE.

18 February 2022

David B. Holland

David Brian Holland

██████████████████████

Exclusion Request # A2.10





7021 2720 0003 4366 4139

U.S. POSTAGE PAID
FCM LETTER
FEB 18, 22
AMOUNT
$7.38
R2303S100898-13

1000    97228

ALTRIA GROUP INC. SECURITIES LITIGATION
CLAIMS ADMINISTRATOR
P.O. BOX 6935
PORTLAND, OR 97228-6935

97228-693535

# Exclusion A2.11

February 16, 2022

Altria Group Inc Securities Litigation
Claims Admistrator
PO Box 6935
Portland, OR 97228-6935

Subject: Exclusion

Janet V. Benson is not filing a claim form and requests exclusion from the settlement class, Altria Group Inc. Securities Litigation, Case No. 3:20-cv-00075 (E.D.V.A.).

Thank you for your attention.

Sincerely

Janet V. Benson
Janet V. Benson

610-358-3530

58 of 107

Exclusion Request # A2.11



Janet Benson



17 FEB 2022 PM 4 T

FOREVER / USA

Altria Group Inc. Securities Litigation
C/o Claims Admistrator
P.O. Box 6935
Portland, OR 97228-6935

97228~6935        59 of 107

# Exclusion A2.12

2/19/22

ALTRIA GROUP INC. SECURITIES
LITIGATION SETTLEMENT
EXCLUSION C/o CLAIM ADMINISTRATOR
P.O. BOX 6935
PORTLAND, OR 97228-6935

SIR,

I AM DELIVERING A WRITTEN REQUEST FOR EXCLUSION.

FOR: JAMES W. JAPPE

I AM,

James W. Jappe

Exclusion Request # A2.12

19 FEB 2022    PM 2 L

Attria Group Inc Securities Litigation Settlement

Exclusions c/o Claims Administrator

P.O. Box 6935

Portland, OR 97228 - 6935

62 of 107

97228-693535

# Exclusion A2.13

February 16, 2022

Altria Group Inc Securities Litigation
Claims Administrator
PO Box 6935
Portland, OR 97228-6935

Subject: Exclusion

Forest A. Benson is <u>not</u> filing a claim form and requests exclusion from the settlement class, Altria Group Inc. Securities Litigation, Case No. 3:20-cv-00075 (E.D.V.A.).

Thank you for your attention.

Sincerely
Forest A. Benson
Forest A. Benson

Exclusion Request # A2.13

Janet Benson



FOREVER / USA

*Altria Group Inc. Securities Litigation*
*C/o Claims Administrator*
*P.O. Box 6935*
*Portland, OR 97228-6935*

97228&6935

65 of 107

# Exclusion A2.14

24 February, 2022

Altria Group Inc.
Securities Litigation Settlement, EXCLUSIONS
c/o Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

Dear Sir or Madam,

The Benjamin E and Kathleen M Ramp Living Trust, trustees Kathleen M. Ramp and Benjamin E. Ramp, request exclusion from the Settlement Class in Klein v. Altria Group, Inc., et al., No. 3:20-cv-00075-DJN.

All shares owned within the trust were sold on 10/21/2019.  Details of the sale:  Sold 59 shares for $44.25/share, totaling $2610.75.  Cost basis was $3751.62.

Sincerely,

Benjamin E Ramp
Trustee

Kathleen M Ramp
Trustee

Benjamin E and Kathleen M Ramp Living Trust U/A 12/17/15
Benjamin and Kathleen Ramp



FOREVER / USA

24 FEB 2022 PM

ALTRIA GROUP INC.
SECURITIES LITIGATION SETTLEMENT, EXCLUSIONS
c/o CLAIMS ADMINISTRATOR
P.O. BOX 6935
PORTLAND, OR 97228 - 6935

9722986935

# Exclusion A2.15

February 28, 2022

Re: Klein v. Altria Group
Case # 3:20-cv-00075 (E.D.VA)

Please note that I do not wish to be part of the settlement of this case. Please exclude me -

Thank you,

Renee McCown

503-624-1966

Danna McCown

28 FEB 2022 PM 1 L

FOREVER USA

Exclusion Request # A2.15

Altria Group Inc.
Securities Litigation
Claims Administrator
P.O. Box 6935
Portland, Or. 97228-6935

97228-693535

# Exclusion A2.16

## Guerrero, Casandra

| | |
|---|---|
| **From:** | Stephanie Clark ███████████████ |
| **Sent:** | Tuesday, March 8, 2022 12:11 PM |
| **To:** | info_AltriaGroupIncSecuritie |
| **Subject:** | Altria Litigation - Exclusion |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Please exclude me from litigation. I did not purchase or sell Altria stock from Oct. 25, 2018 through and including April 1, 2020. I only received dividends.

Thank you,
Stephanie Clark

███████████████

We're drowning in information, while starving for knowledge E.O.Wilson

# Exclusion A2.17

March 2, 2022

Altria Group Inc. Securities Litigation
c/o Claims Administrator
P .O. Box 6935
Portland, OR 97228-6935

To Whom It May Concern:

Please <u>exclude</u> me/us from the Altria Group Inc. Securities Litigation,

Case Number 3:20-cv-00075 (E.D.V.A.).

Sincerely,

Stephen L. Kruer - JT TEN

Ruth L. Kruer - JT TEN

Mr. & Mrs. Stephen L. Kruer



3 MAR 2022  PM 3  L

FOREVER

Altria Group Inc. Securities Litigation
c/o Claims Administrator
P .O. Box 6935
Portland, OR 97228-6935

76 of 107

97228-693535

# Exclusion A2.18

March 3, 2022

To Whom It May Concern,

I hope that you are doing well!

My name is Michael LoCascio, a stockholder who has owned Altria stock for years. (Also attached to the account is Patricia LoCascio as a Custodian). I am writing to say that I would like to be excluded from the lawsuit Klein v. Altria Group, et al, with the Case No. 3:20-cv-00075 (E.D.V.A.).

Attached is a copy of the information card I was given.

Thank you!

From,
Michael LoCascio

Altria Group Inc. Securities Litigation
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

FIRST CLASS



US POSTAGE

ZIP 97005  $ 000.40⁰
DC 4H
0000 ; 8 1586 JAN 05 2022

**Court-Ordered Legal Notice**
**Forwarding Service Requested**

*Important Notice about a Securities Class Action*
*Settlement*
*You may be entitled to a payment.*
*This Notice may affect your legal rights.*
*Please read it carefully.*

Klein v. Altria Group, et al.
Case No. 3:20-cv-00075 (E.D.V.A.)
Case Pending in U.S. District Court for Eastern
District of Virginia

The U.S. District Court for the Eastern District of
Virginia (the "Court") has preliminarily approved a
proposed Settlement of claims against Altria Group,
Inc. ("Altria"), JUUL Labs, Inc. ("JLI"), Howard A.
Willard III, William F. Gifford, Jr., Adam Bowen,
James Monsees, Kevin Burns, and K.C. Crosthwaite
(collectively, "Defendants").



*400543760000601588*

PATRICIA ANN LOCASCIO CUST

*Altria Group Inc. Securities Litigation.*, Case No. 3:20-cv-00075 (E.D.V.A.)
*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*VISIT WWW.ALTRIAGROUPINCSECURITIESLITIGATION.COM OR CALL 1-855-604-1694 FOR MORE INFORMATION.*

The proposed Settlement would resolve a class action lawsuit alleging that Defendants made false and/or misleading statements concerning Altria's and JLI's business operations. Defendants deny the allegations.

You received this notice because you may have purchased or acquired Altria securities between October 25, 2018 and April 1, 2020, inclusive, and you may be a Settlement Class Member. The Settlement provides that, in exchange for dismissal and release of claims against Defendants, a fund consisting of $90,000,000, less attorneys' fees and expenses, will be divided among Settlement Class Members who timely submit valid Claim Forms. The average recovery per share could be $0.15 before deduction of any fees and expenses. Plaintiffs and Defendants disagree as to the amount per share that would be recoverable if Plaintiffs prevailed on each claim. Plaintiffs believe that the proposed Settlement is fair, reasonable and in the best interests of the Settlement Class considering the strengths and weaknesses of the claims, the uncertainties of complex litigation, and the concrete benefits provided by the Settlement. Defendants have agreed to settle to avoid the continuing burden and expense of this Action. For a full description of the Settlement and your rights and to make a claim, please view the Stipulation of Settlement and obtain a copy of the Notice of (I) Proposed Securities Class Action Settlement; (II) Motion For An Award of Attorneys' Fees and Litigation Expenses; and (III) Settlement Fairness Hearing ("Notice") and Claim Form by visiting the website: www.AltriaGroupIncSecuritiesLitigation.com (the "Website"). You may request copies of the Notice and Claim Form by: (1) mail: Altria Group Inc. Securities Litigation, c/o Claims Administrator, P.O. Box 6935, Portland, OR 97228-6935; (2) call toll-free: 1-855-604-1694; or (3) email: info@AltriaGroupIncSecuritiesLitigation.com.

To qualify for payment, you must submit a Claim Form, which can be found on the Website. CLAIM FORMS ARE DUE BY April 5, 2022 and should be mailed to the address above or submitted electronically through the Website. If you do not want to be legally bound by the Settlement, you must exclude yourself by March 10, 2022. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by March 10, 2022. The Notice explains how to exclude yourself or to object.

The Court will hold a hearing on March 31, 2022 at 12:00 p.m. at 701 East Broad Street, Richmond, VA 23219, Courtroom 6300, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Lead Counsel for no more than 31% of the Settlement Fund for their attorneys' fees, plus up to $1,700,000 in expenses, and Awards to Plaintiffs of no more than $69,000 in total, which amounts to approximately $0.05 per affected share. Lead Counsel are Jeremy A. Lieberman, of Pomerantz LLP and David A. Rosenfeld, of Robbins Geller Rudman & Dowd LLP. The Notice explains how to contact Lead Counsel. You may, but do not have to, attend the hearing and ask to be heard by the Court.

AF2852 v.02



Mr. & Mrs. Rosario LoCascio

4 MAR 2022   PM 7   L

FOREVER / USA

Altria Group Inc, Securities
                                    Litigation
Exclusions
P.O. Box 6935
Portland, Oregon 97228-6935

97228-693535

# Exclusion A2.19

Dear Sir,
    Please exclude me from
the AltriaGroup Inc, Securties
Litigation, Case No. 3:20-ev-00075 (E.D.V.A.)

                thank you
        Edna R. Shuey

Edna R. Shuey TTEE
U/A DTD 01/19/ 2005
by Edna R. Shuey



Ms. ████ R. Slaney

7 MAR 2022  PM 3  L

Exclusion Request # A2.19

Altria Group Inc.
Securities Litigation Exclusion
P.O. Box 6935
Portland OR 97228-6935

97228-693535

# Exclusion A2.20

Exclusion Request # A2.20

Sandi Crum

AITIRA GROUP Inc Securities
Litigation Claims Administrations
Box 6935
Portland Or. 97228-6935
Klein vs Altira Group # 320-CV-00075
Dear Sirs:                    (EDVA)
        I am not interested in
being a part of The
group litigation Please
remove my name
from your settlement
list.
    Thank you
    Sandra Crum

Altria Group Inc. Securities Litigation
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

Exclusion Request # A2.20

00339350

00

**Court-Ordered Legal Notice**
**Forwarding Service Requested**

*Important Notice about a Securities Class Action*
*Settlement*
*You may be entitled to a payment.*
*This Notice may affect your legal rights.*
*Please read it carefully.*

Klein v. Altria Group, et al.
Case No. 3:20-cv-00075 (E.D.V.A.)
Case Pending in U.S. District Court for Eastern
District of Virginia

The U.S. District Court for the Eastern District of Virginia (the "Court") has preliminarily approved a proposed Settlement of claims against Altria Group, Inc. ("Altria"), JUUL Labs, Inc. ("JLI"), Howard A. Willard III, William F. Gifford, Jr., Adam Bowen, James Monsees, Kevin Burns, and K.C. Crosthwaite (collectively, "Defendants").

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225
JOB# N67705-010
11#

*********AUTO**ALL FOR AADC 180
SANDRA CRUM



00

The proposed Settlement would resolve a class action lawsuit alleging that Defendants made false and/or misleading statements concerning Altria's and JLI's business operations. Defendants deny the allegations.

You received this notice because you may have purchased or acquired Altria securities between October 25, 2018 and April 1, 2020, inclusive, and you may be a Settlement Class Member. The Settlement provides that, in exchange for dismissal and release of claims against Defendants, a fund consisting of $90,000,000, less attorneys' fees and expenses, will be divided among Settlement Class Members who timely submit valid Claim Forms. The average recovery per share could be $0.15 before deduction of any fees and expenses. Plaintiffs and Defendants disagree as to the amount per share that would be recoverable if Plaintiffs prevailed on each claim. Plaintiffs believe that the proposed Settlement is fair, reasonable and in the best interests of the Settlement Class considering the strengths and weaknesses of the claims, the uncertainties of complex litigation, and the concrete benefits provided by the Settlement. Defendants have agreed to settle to avoid the continuing burden and expense of this Action. For a full description of the Settlement and your rights and to make a claim, please view the Stipulation of Settlement and obtain a copy of the Notice of (I) Proposed Securities Class Action Settlement; (II) Motion For An Award of Attorneys' Fees and Litigation Expenses; and (III) Settlement Fairness Hearing ("Notice") and Claim Form by visiting the website: www.AltriaGroupIncSecuritiesLitigation.com (the "Website"). You may request copies of the Notice and Claim Form by: (1) mail: Altria Group Inc. Securities Litigation, c/o Claims Administrator, P.O. Box 6935, Portland, OR 97228-6935; (2) call toll-free: 1-855-604-1694; or (3) email: info@AltriaGroupIncSecuritiesLitigation.com.

To qualify for payment, you must submit a Claim Form, which can be found on the Website. CLAIM FORMS ARE DUE BY April 5, 2022 and should be mailed to the address above or submitted electronically through the Website. If you do not want to be legally bound by the Settlement, you must exclude yourself by March 10, 2022. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by March 10, 2022. The Notice explains how to exclude yourself or to object.

The Court will hold a hearing on March 31, 2022 at 12:00 p.m. at 701 East Broad Street, Richmond, VA 23219, Courtroom 6300, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Lead Counsel for no more than 31% of the Settlement Fund for their attorneys' fees, plus up to $1,700,000 in expenses, and Awards to Plaintiffs of no more than $69,000 in total, which amounts to approximately $0.05 per affected share. Lead Counsel are Jeremy A. Lieberman, of Pomerantz LLP and David A. Rosenfeld, of Robbins Geller Rudman & Dowd LLP. The Notice explains how to contact Lead Counsel. You may, but do not have to, attend the hearing and ask to be heard by the Court.

AF2852 v.02

Sandi Crum

8 MAR 2022 · PM 3 · L



Exclusion Request # A2.20

ALTIRA Group Inc Securities

BX 6935

Portland Or.

97228-6935

97226-693535

# Exclusion A2.21

Dear Sir or Madam

Please exclude me from settlement against

altria Group.

Thank you

Clarence Greer

CLARENCE GREER



Clarence Greer

Exclusion Request # A2.21

8 MAR 2022   PM 4 ·L·

FOREVER / USA

Altria Group + Securities litigation

PO Box 6935

Portland, Oregon 97228

97228-693535

# Exclusion A.22

ALTRIA GROUP INC.
SECURITIES LITIGATION - EXCLUSION
P. O. Box 6935
PORTLAND, OR 97228-6935

SIRS:

THIS IS TO INFORM YOU THAT
MY WIFE AND I : TERRY A. PAGE &
CAROLE R. PAGE JT WROS, WISH
TO BE EXCLUDED FROM THIS
SETTLEMENT!

THANK YOU,

Terry A. Page



Mr. Terry Page

Exclusion Request 2.22



MAR - 9 2022

ALTRIA GROUP
SECURITIES LITIGATION-EXCLUSION
P.O. BOX 6935
PORTLAND, OR 97228-6935

95 of 107

# Exclusion A2.23

Exclusion Request # A2.23    9465

3-8-22

Whom it may concern;

I would like to be
excluded from the class
action settlement concerning
Altria Group Inc. Securities
Litigation
I received my notice
on 3 7.22,

Thank You
Margaret Ampson

Margaret M. Simpson

Exclusion Request # A2.23

Altria Group Inc Securities+
litigation

Exclusions
P. O. Box 6935

98 of 107

Portland, Or 97228- 6935

# Exclusion A2.24

Altria Group Inc. Securities Litigation
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935



00230701

01

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225
JOB# N67705-010
8#

**Court-Ordered Legal Notice**
**Forwarding Service Requested**

*Important Notice about a Securities Class Action*
*Settlement*
*You may be entitled to a payment.*
*This Notice may affect your legal rights.*
*Please read it carefully.*

Klein v. Altria Group, et al.
Case No. 3:20-cv-00075 (E.D.V.A.)
Case Pending in U.S. District Court for Eastern
District of Virginia

The U.S. District Court for the Eastern District of
Virginia (the "Court") has preliminarily approved a
proposed Settlement of claims against Altria Group,
Inc. ("Altria"), JUUL Labs, Inc. ("JLI"), Howard A.
Willard III, William F. Gifford, Jr., Adam Bowen,
James Monsees, Kevin Burns, and K.C. Crosthwaite
(collectively, "Defendants").

\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 680
EUGENE KLIMENT
INDIVIDUAL RETIREMENT ACCOUNT



01

EQE-IP1

Altria Group Inc. Securities Litigation., Case No. 3:20-cv-00075 (E.D.V.A.)
*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*VISIT WWW.ALTRIAGROUPINCSECURITIESLITIGATION.COM OR CALL 1-855-604-1694 FOR MORE INFORMATION.*

The proposed Settlement would resolve a class action lawsuit alleging that Defendants made false and/or misleading
statements concerning Altria's and JLI's business operations. Defendants deny the allegations.

You received this notice because you may have purchased or acquired Altria securities between October 25, 2018 and
April 1, 2020, inclusive, and you may be a Settlement Class Member. The Settlement provides that, in exchange for
dismissal and release of claims against Defendants, a fund consisting of $90,000,000, less attorneys' fees and expenses,
will be divided among Settlement Class Members who timely submit valid Claim Forms. The average recovery per
share could be $0.15 before deduction of any fees and expenses. Plaintiffs and Defendants disagree as to the amount per
share that would be recoverable if Plaintiffs prevailed on each claim. Plaintiffs believe that the proposed Settlement is
fair, reasonable and in the best interests of the Settlement Class considering the strengths and weaknesses of the claims,
the uncertainties of complex litigation, and the concrete benefits provided by the Settlement. Defendants have agreed to
settle to avoid the continuing burden and expense of this Action. For a full description of the Settlement and your rights
and to make a claim, please view the Stipulation of Settlement and obtain a copy of the Notice of (I) Proposed Securities
Class Action Settlement; (II) Motion For An Award of Attorneys' Fees and Litigation Expenses; and (III) Settlement
Fairness Hearing ("Notice") and Claim Form by visiting the website: www.AltriaGroupIncSecuritiesLitigation.com (the
"Website"). You may request copies of the Notice and Claim Form by: (1) mail: Altria Group Inc. Securities Litigation,
c/o Claims Administrator, P.O. Box 6935, Portland, OR 97228-6935; (2) call toll-free: 1-855-604-1694; or (3) email:
info@AltriaGroupIncSecuritiesLitigation.com.

To qualify for payment, you must submit a Claim Form, which can be found on the Website. CLAIM FORMS ARE DUE
BY April 5, 2022 and should be mailed to the address above or submitted electronically through the Website. If you do not
want to be legally bound by the Settlement, you must exclude yourself by March 10, 2022. If you exclude yourself, you
cannot get money from this Settlement. If you stay in the Settlement, you may object to it by March 10, 2022. The Notice
explains how to exclude yourself or to object.

The Court will hold a hearing on March 31, 2022 at 12:00 p.m. at 701 East Broad Street, Richmond, VA 23219, Courtroom
6300, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Lead Counsel for no more than
31% of the Settlement Fund for their attorneys' fees, plus up to $1,700,000 in expenses, and Awards to Plaintiffs of no more
than $69,000 in total, which amounts to approximately $0.05 per affected share. Lead Counsel are Jeremy A. Lieberman,
of Pomerantz LLP and David A. Rosenfeld, of Robbins Geller Rudman & Dowd LLP. The Notice explains how to contact
Lead Counsel. You may, but do not have to, attend the hearing and ask to be heard by the Court.

AF2852 v.02

3-8-22
I went to exclude my self from this
litigation now.

100 of 107

Eugene Kliment

*K*

Gene & Gwen Kliment

8 MAR 2022 PM 1 L

FOREVER USA

altria Group Inc Securities Ligation

claims admin

Box 6935

Portland, OR.

97228-693535

alter exculsion

101 of 107

# Exclusion A2.25

3-8-22

I wish To be excluded from
this Altria Group, Inc. Securities
Litigation.

Thank you
Glenna Cattermole

Altria Group Inc. Securities Litigation
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

Exclusion Request # A2.25

**Court-Ordered Legal Notice
Forwarding Service Requested**

*Important Notice about a Securities Class Action
Settlement
You may be entitled to a payment.
This Notice may affect your legal rights.
Please read it carefully.*

Klein v. Altria Group, et al.
Case No. 3:20-cv-00075 (E.D.V.A.)
Case Pending in U.S. District Court for Eastern
District of Virginia

The U.S. District Court for the Eastern District of
Virginia (the "Court") has preliminarily approved a
proposed Settlement of claims against Altria Group,
Inc. ("Altria"), JUUL Labs, Inc. ("JLI"), Howard A.
Willard III, William F. Gifford, Jr., Adam Bowen,
James Monsees, Kevin Burns, and K.C. Crosthwaite
(collectively, "Defendants").



FIRST CLASS

US POSTAGE *** PITNEY BOWES

ZIP 97005
02 4W
0000381686 MAR 04 2022

$ 000.40⁰



*400543760005088435*

THE CATTERMOLE FAMILY TRUST
U/A DTD 10/18/1999
GLENNA CATTERMOLE TTEE

104 of 107

THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT. VISIT WWW.ALTRIAGROUPINCSECURITIESLITIGATION.COM FOR MORE INFORMATION.

*Altria Group Inc. Securities Litigation.*, Case No. 3:20-cv-00075 (E.D.V.A.)

The proposed Settlement would resolve a class action lawsuit alleging that Defendants made false and/or misleading statements concerning Altria's and JLI's business operations. Defendants deny the allegations.

You received this notice because you may have purchased or acquired Altria securities between October 25, 2018 and April 1, 2020, inclusive, and you may be a Settlement Class Member. The Settlement provides that, in exchange for dismissal and release of claims against Defendants, a fund consisting of $90,000,000, less attorneys' fees and expenses, will be divided among Settlement Class Members who timely submit valid Claim Forms. The average recovery per share could be $0.15 before deduction of any fees and expenses. Plaintiffs and Defendants disagree as to the amount per share that would be recoverable if Plaintiffs prevailed on each claim. Plaintiffs believe that the proposed Settlement is fair, reasonable and in the best interests of the Settlement Class considering the strengths and weaknesses of the claims, the uncertainties of complex litigation, and the concrete benefits provided by the Settlement. Defendants have agreed to settle to avoid the continuing burden and expense of this Action. For a full description of the Settlement and your rights and to make a claim, please view the Stipulation of Settlement and obtain a copy of the Notice of (I) Proposed Securities Class Action Settlement; (II) Motion For An Award of Attorneys' Fees and Litigation Expenses; and (III) Settlement Fairness Hearing ("Notice") and Claim Form by visiting the website: www.AltriaGroupIncSecuritiesLitigation.com (the "Website"). You may request copies of the Notice and Claim Form by: (1) mail: Altria Group Inc. Securities Litigation, c/o Claims Administrator, P.O. Box 6935, Portland, OR 97228-6935; (2) call toll-free: 1-855-604-1694; or (3) email: info@AltriaGroupIncSecuritiesLitigation.com.

To qualify for payment, you must submit a Claim Form, which can be found on the Website. CLAIM FORMS ARE DUE BY April 5, 2022 and should be mailed to the address above or submitted electronically through the Website. If you do not want to be legally bound by the Settlement, you must exclude yourself by March 10, 2022. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by March 10, 2022. The Notice explains how to exclude yourself or to object.

The Court will hold a hearing on March 31, 2022 at 12:00 p.m. at 701 East Broad Street, Richmond, VA 23219, Courtroom 6300, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Lead Counsel for no more than 31% of the Settlement Fund for their attorneys' fees, plus up to $1,700,000 in expenses, and Awards to Plaintiffs of no more than $69,000 in total, which amounts to approximately $0.05 per affected share. Lead Counsel are Jeremy A. Lieberman, of Pomerantz LLP and David A. Rosenfeld, of Robbins Geller Rudman & Dowd LLP. The Notice explains how to contact Lead Counsel. You may, but do not have to, attend the hearing and ask to be heard by the Court.

AF2852 v.02

Glenna Cattermole

Exclusion Request # A2.25

9 MAR 2022  PM 4  L

Altria Group Inc. Securities Litigation
Claims Administrator
P O Box 6935
Portland Or. 97228-6935

97228-693535

Exclusion Request # A2.25

