CIVIL NON-JURY TRIAL OR MOTION HEARING:

MINUTE SHEET                                    DATE: 3-31-22

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Gabby Klein, et al<br><br>V.<br><br>Altria Group, Inc. | Case No. 3:20CV00075(DJN)<br><br>Judge: NOVAK<br><br>Court Reporter: Krista L. Harying, OCR |

MATTER COMES ON FOR: ( ) BENCH TRIAL ( ) MOTION HEARING (✓) OTHER: FAIRNESS HEARING

APPEARANCES:   Parties by (✓) with ( ) counsel      Pro Se ( )

MOTIONS BEFORE TRIAL: FAIRNESS HEARING

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )     DEFENDANT(S) ( ) Court ( )

OPENING STATEMENTS MADE ( )          OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( )_____

DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( ) MOTION ( )_____

REBUTTAL EVIDENCE ADDUCED  ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )      ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( )_____

CLERK TO ENTER JUDGMENT ON DECISION ( ) TRIAL EXHIBITS ( )
Terms of Settlement placed on Record; Factual findings made by the Court. Settlement approved by the Court. Order to enter

Counsel for Plaintiff(s): Jeremy Lieberman, David Rosenfeld, Doug Britton, Ellen Stewart, Steven Toll and Michael Wernke

Counsel for Defendants: Stephen DiPrima, Edward Fuhr, Jacob Miller, Jared Gerber and Brian Pumphrey

| SET: | Began: | ENDED: | TIME IN COURT: 20 MINS. |
|---|---|---|---|
| 12:00 | 12:00 | 12:20 | |

RECESSES: