# Exhibit B

**Altria Group Inc. Securities Settlement**

**Disputed Claims**

| Disputed Claim No. | Name of Claimant(s) (Claim Number) | Claim Determination |
|---|---|---|
| 1 | Beth Palmer (800005880) | The claimant submitted their claim via the settlement website. The claimant reported a purchase of 90 shares of Altria securities on 3/1/2019 and held those shares at the end of the class period. The claim was rejected for lack of documentation.<br><br>The claimant was sent a defect letter, which explained why the claim was rejected and advised the claimant of their right to request court review. In response to the defect letter, the claimant timely submitted a letter requesting court review of the rejection along with a monthly holdings statement from July 2020. However, the document did not support the 90 shares of holdings in Altria Securities or the purchase of 90 shares on 3/1/2019.<br><br>In response to the claimant's letter, Epiq contacted the claimant by email and explained what documents were needed to cure the claim. An attempt was also made by phone and a letter was sent to the address on file as a follow up. To date, the claimant has not responded after several attempts by Epiq to follow up with them. |
| 2 | B Deboer Cust Rachel M Lorson UTMA CA (800002173) | The claimant submitted their claim via the settlement website. The claimant entered a series of purchases and sales. The claim was rejected for lack of documentation.<br><br>The claimant was sent a defect letter, which explained why the claim was rejected and advised the claimant of their right to request court review. In response to the defect letter, the claimant timely submitted a letter requesting court review of the rejection along with a monthly holdings statement from July 2020. However, the document did not support any of the purchase or sale transactions that were missing documentation from the original submission. Supporting documents were provided for two purchase transactions thus making the claim partially eligible with a Recognized Loss of $44.50.<br><br>In response to the claimant's letter, Epiq contacted the claimant by email and explained what documents were needed to cure the claim. An attempt was also made by phone and a letter was sent to the address on file as a follow up. To date, the claimant has not responded after several attempts by Epiq to follow up with them. |

| Disputed Claim No. | Name of Claimant(s) (Claim Number) | Claim Determination |
|---|---|---|
| 3 | Cynthia A Homan Dec of TR U/A DTD 6/7/2001 (800003997) | The claimant submitted their claim via the settlement website. A series of purchases and sales were entered.  The claim was rejected for lack of documentation.<br><br>Claimant was sent a defect letter, which explained why the claim was rejected and advised the claimant of their right to request court review. In response to the defect letter, the claimant timely submitted a letter requesting court review of the rejection along with a monthly holdings statement from July 2020. However, the document did not support the 90 shares of holdings in Altria Securities or the purchase of 90 shares on 3/1/2019.<br><br>In response to the claimant's letter, Epiq contacted the claimant by email and explained what documents were needed to cure the claim. An attempt was also made by phone and a letter was sent to the address on file as a follow up. To date, the claimant has not responded after several attempts by Epiq to follow up with them. |
| 4 | Ken R Deboskey Cust Amanda M Deboskey UTMA FL (800000244) | The claimant submitted their claim via the settlement website. A series of purchases and sales were entered. The claim was rejected for lack of adequate documentation and claim imbalance.<br><br>The claimant was sent a defect letter, which explained why the claim was rejected and advised the claimant of their right to request court review. In response to the defect letter, the claimant timely submitted a letter requesting court review of the rejection along with a monthly statement to support their purchases/dividend reinvestments. However, the documentation did not cure the balancing defect of the claim, leaving the claim partially eligible with a Recognized Loss of $151.65.<br><br>In response to the claimant's letter, Epiq contacted the claimant by email and explained what documents and/or information were needed to cure the claim. An attempt was also made by phone and a letter was sent to the address on file as a follow up. To date, the claimant has not responded after several attempts by Epiq to follow up with them. |

| Disputed Claim No. | Name of Claimant(s) (Claim Number) | Claim Determination |
|---|---|---|
| 5 | Brian P Infalt Roth IRA (800006919) | The claimant submitted their claim via the settlement website. The claimant reported a purchase of 440 shares of Altria securities on 2/20/2020 and held 489.071 shares at the end of the class period. The claim was rejected for lack of adequate documentation.<br><br>The claimant was sent a defect letter, which explained why the claim was rejected and advised the claimant of their right to request court review. In response to the defect letter, the claimant timely submitted a letter requesting court review of the rejection along with a monthly holdings statement from July 2020 which supported the unsold holdings of 489.071 shares. However, the document did not support the purchase of 440 shares on 2/20/20.<br><br>In response to the claimant's letter, Epiq contacted the claimant by email and explained what documents were needed to cure the claim. An attempt was also made by phone and a letter was sent to the address on file as a follow up. To date, the claimant has not responded after several attempts by Epiq to follow up with them. |
| 6 | Cynthia Mackin & Robert F Miller Joint WROS TOD (800000668) | The claimant submitted their claim via the settlement website. A series of purchases and sales. The claim was rejected for No Recognized Claim.<br><br>The claimant was sent a defect letter, which explained why the claim was rejected and advised the claimant of their right to request court review. In response to the defect letter, the claimant timely submitted a letter requesting court review of the rejection stating that they should be eligible even though there was a long-term gain, but a loss was incurred. Documentation was provided supporting the claimed shares in the original submission, no additional purchases or sales were provided.<br><br>In response to the claimant's letter, Epiq contacted the claimant by email and explained why the claim was deemed to have no recognized loss. The claim was calculated per section i of the Plan of Allocation as the shares were sold during the period October 25, 2018, through April 1, 2020, resulting in $0.00 loss per share. An attempt was also made by phone and a letter was sent to the address on file as a follow up. To date, the claimant has not responded after several attempts by Epiq to follow up with them. |

| Disputed Claim No. | Name of Claimant(s) (Claim Number) | Claim Determination |
|---|---|---|
| 7 | Roland Gong Roth IRA (800002034) | The claimant submitted their claim via the settlement website. The claimant reported a series of purchases and held 75.117 shares at the end of the class period. The claim was rejected for lack of adequate documentation to support the transfer/gift into the account of 22.266 shares on 4/16/2020.<br><br>The claimant was sent a defect letter, which explained why the claim was rejected and advised the claimant of their right to request court review. In response to the defect letter, the claimant timely submitted a letter requesting court review of the rejection along with a documentation showing the same transfer into the account and not the original purchase documentation leaving the claim partially eligible with a Recognized Loss of $347.18.<br><br>In response to the claimant's letter, Epiq contacted the claimant by email and explained what documents were needed to cure the claim regarding the transfer and a letter was sent to the address on file as a follow up. To date, the claimant has not responded after several attempts by Epiq to follow up with them. |

# Exhibit B-1

# Dispute #6



Envelope # BGKKSCBBBKZXB

Fidelity Account CYNTHIA MACKIN AND ROBERT F MILLER - WITH RIGHTS OF SURVIVORSHIP TOD
▶ **Account Number:** █████████

CYNTHIA MACKIN
ROBERT F MILLER
████████████

## Your Account Value: ████████████

████████████          ▼ ████████████

|  | This Period | Year-to-Date |
| --- | --- | --- |
| **Beginning Account Value** | ████████ | ████████ |
| ████████ | █ | ████████ |
| ████████ | ████ | ████████ |
| ████████████ | ████ | ████ |
| ████████████ | ████ | ████████ |
| ████████████ | ████████ | ████████ |
| ████████████ | ████ |  |
| ████████████ | ████████ |  |

### Contact Information

| | |
| --- | --- |
| Online | Fidelity.com |
| FAST<sup>SM</sup>-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

\*    *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

\*\*    *Excludes unpriced securities.*

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

MR_CE_BGKKSCBBBKZXB_BBBBB 20181130

H89078751420181130



## Account Summary

Account Value: ███████



**Account Holdings**



21% Core Account ($18,893)

79% Stocks ($71,234)



***Free credit balances (FCB)*** *include cash credits from the sale of long positions, deposits, cash dividends, and interest payments which have not been transferred to a money market fund or FDIC core position. FCB also includes positions, FCASH and credit balances that exceed the amount required to satisfy your margin obligations. Refer to the back of your statement for more information.*

**Total Account Trades Dec 2017 - Nov 2018: 3**

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

MR_CE_BGKKSCBBBKZXB_BBBBB 20181130    S

INVESTMENT REPORT
**November 1, 2018 - November 30, 2018**

**Account #** ▮▮▮▮▮▮▮
**CYNTHIA MACKIN - JOINT WROS - TOD**

Realized Gains and Losses from Sales



Page 3 of 13

MR_CE_BGKKSCBBBKZXB_BBBBB 20181130

**Fidelity** INVESTMENTS®

INVESTMENT REPORT
**November 1, 2018 - November 30, 2018**

## Holdings

Account #▮▮▮▮▮▮
**CYNTHIA MACKIN - JOINT WROS - TOD**

Stocks

| Description | Beginning Market Value Nov 1, 2018 | Quantity Nov 30, 2018 | Price Per Unit Nov 30, 2018 | Ending Market Value Nov 30, 2018 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2018 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **ALTRIA GROUP INC**(MO) | $16,664.09 | 356.213 | $54.8300 | $19,531.15 | $15,328.80 | $4,202.35 | $1,139.88 5.840% |
| ▮▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮ | | | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮ | | | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | | | | ▮ | ▮ | ▮ | ▮ |

*All positions held in cash account unless indicated otherwise.*

EAI & EY   ***Estimated Annual Income (EAI) & Estimated Yield (EY)****- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the "Additional Information and Endnotes" section.***

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ |

MR_CE_BGKKSCBBKZXB_BBBBB 20181130



# Activity

**Account #** ▮▮▮▮▮
**CYNTHIA MACKIN - JOINT WROS - TOD**

## Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 11/29 | **ALTRIA GROUP INC** | 02209S103 | You Bought | 100.000 | 53.41000 | -4.95 | -5,345.95 |
| Total Securities Bought | | | | | | -$9.90 | -$10,205.97 |
| **Net Securities Bought & Sold** | | | | | | **-$9.90** | **-$10,205.97** |

## Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |



## Daily Additions and Subtractions

*Additions/subtractions from your Core Account, which utilizes CASH, were effected on the dates and in the amounts indicated. If your Core Account utilizes a Fidelity money market fund, these transactions were effected at $1.00/share, and the number of shares bought/ sold equals the transaction value.*

| Date | Total Additions | Total Subtractions | Net Activity | Daily Balance | Date | Total Additions | Total Subtractions | Net Activity | Daily Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

MR_CE_BGKKSCBBBKZXB_BBBBB 20181130



INVESTMENT REPORT
**November 1, 2018 - November 30, 2018**

# Estimated Cash Flow *(Rolling as of November 30, 2018)*

**CYNTHIA MACKIN - JOINT WROS - TOD**

| Month | Bond & CD Income | Bond & CD Principal | Stock Income | ETP Income | Mutual Fund Income | Other Income | Total Est. Cash Flow |
|---|---|---|---|---|---|---|---|
| ▮ | -- | -- | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

▮ that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold. **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, international stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

*-- not available*

S

MR_CE_BGKKSCBBBKZXB_BBBBB 20181130

6 of 8



## Additional Information and Endnotes

**Account #** ▮▮▮▮▮▮▮▮
**CYNTHIA MACKIN - JOINT WROS - TOD**

**Estimated Annual Income (EAI) & Estimated Yield (EY)**   - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.   **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

For more information about your statement, please refer to our   **Frequently Asked Questions**  document at  **Fidelity.com/statements** .

MR_CE_BGKKSCBBBKZXB_BBBBB 20181130

S

7 of 8



## Information About Your Fidelity Statement

TDD Service for the Hearing-Impaired Call 800-544-0118, 9 am - 9 pm ET, 7 days a week.

**Lost or Stolen Cards** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for VISA® Gold Check Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whe her your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for he statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless o herwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) me hod for all other securities.  Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting).   Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost informa ion for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method if shares were purchased at different times or prices.  **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138.** Any oral communica ions regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Performance  Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as  uncleared  checks  and  exclude  proceeds  from  sales  of  certificated  securities  without  delivery  of  the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement, including insurance products  hat are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements.   **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date.  **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short posi ions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666.  **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC).  **Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available  he pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of  he security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Cer ificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission  would  not  be  inconsistent  with  the  broker's  best  execution  obligations.  **Agency Trades** Individual securities trades placed for your Fidelity® Personalized Portfolios account are completed on an agency basis by FBS.

**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Corpora ion (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

**FPWA Services** Fidelity Go®, Fidelity® Personalized Planning & Advice and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes  he Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any o her government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. **These advisory services are provided for a fee.**  FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

**Ratings Information from Standard & Poors ("S&P")** may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing ins itution, nor are they federally insured by  he FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit  has  been  made  to  your  Fidelity  Account  or  Fidelity  Mutual  Fund  Account,  call  Fidelity  at 1-800-544-5555.

588130.35.0

MR_CE_BGKKSCBBKZXB_BBBBB 20181130    S

*Altria Group Inc. Securities Litigation Settlement*
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

Website: www.AltriaGroupIncSecuritiesLitigation.com
Email:    info@AltriaGroupIncSecuritiesLitigation.com
Phone:                                                   855-604-1694

*400543760008418027*
000 0003542 00000000 0001 0001 03542 INS: 0 0
CYNTHIA MACKIN AND
ROBERT F MILLER JOINT WROS TOD

Claim Number:         800000668

Response Deadline:    September 14, 2022

August 25, 2022

## Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Altria Group Inc. Securities Litigation*. We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim.**

**Ineligibility Condition:** No Recognized Loss.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the Settlement website), the Claim referenced above does not calculate to a Recognized Loss and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Loss is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Loss under the Plan of Allocation. In addition, if you had an overall market gain from your transactions in Altria Group, Inc.'s common stock during the Class Period, your Recognized Loss is $0.00. Unless you had additional transactions in Altria Group, Inc.'s common stock during the Class Period (i.e., from October 25, 2018, through April 1, 2020, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting additional transactions in Altria Group, Inc.'s common stock during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Loss. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Your Claim must calculate to a Recognized Loss under the Plan of Allocation in order for you to be eligible to receive a distribution.

AH0701 v.06



August 30, 2022

Hello,

I am requesting a court review of my Altria claim which was rejected in full. I have included a copy of my Fidelity brokerage statement from 2019 showing a short-term loss of Altria shares during the Class Period.

Purchase dates were 11/27/2018 and 1/08/2019. Sale date 1/24/2019. Losses on those two line items were $1,126.51. I believe that makes me eligible for the litigation settlement. Even when those losses are combined with a long term gain on the same sale date, I have a loss.

Please review and provide.

Sincerely,

Cynthia Mackin

 **Fidelity** INVESTMENTS

# 2019 TAX REPORTING STATEMENT

CYNTHIA MACKIN

Customer Service: 800-544-6666

| FORM 1099-B* | 2019 Proceeds from Broker and Barter Exchange Transactions | Copy B for Recipient OMB No. 1545-0715 |
|---|---|---|

**Short-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

**1a** Description of property, Stock or Other Symbol, CUSIP

| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| ALTRIA GROUP INC, MO, 02209S103 | | | | | | | | | | |
| Sale | 3.005 | 07/06/18 | 01/24/19 | 127.79 | 175.00 | | 15.33 | -47.21 | | |
| Sale | 3.208 | 10/08/18 | 01/24/19 | 136.42 | 202.40 | | | -65.98 | | |
| Sale | 100.000 | 11/27/18 | 01/24/19 | 4,252.57 | 5,345.95 | | | -1,093.38 | | |
| Sale | 4.787 | 01/08/19 | 01/24/19 | 203.58 | 236.71 | | | -33.13 | | |
| Cash In Lieu | 0.976 | 07/06/18 | 01/28/19 | 41.52 | 63.59 | | | -22.07 | | |
| **Subtotals** | | | | 4,761.88 | 6,023.65 | | 15.33 | | | |
| **TOTALS** | | | | 4,761.88 | 6,023.65 | 0.00 | 15.33 | | | 0.00 |
| **Box A Short-Term Realized Gain** | | | | | | | | 0.00 | | |
| **Box A Short-Term Realized Loss** | | | | | | | | -1,261.77 | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

01/19/2020 9002000000    Page 11 of 13    Pages 3 of 8

 **Fidelity**
INVESTMENTS

# 2019 TAX REPORTING STATEMENT

CYNTHIA MACKIN

Customer Service:    800-544-6666

| **FORM 1099-B\*** | **2019 Proceeds from Broker and Barter Exchange Transactions** | Copy B for Recipient OMB No. 1545-0715 |
|---|---|---|

**Long-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box D checked and/or Schedule D, Part II
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

**1a** Description of property, Stock or Other Symbol, CUSIP

| Action | Quantity | **1b** Date Acquired | **1c** Date Sold or Disposed | **1d** Proceeds | **1e** Cost or Other Basis (b) | **1f** Accrued Market Discount | **1g** Wash Sale Loss Disallowed | Gain/Loss (-) | **4** Federal Income Tax Withheld | **14** State **16** State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| ALTRIA GROUP INC, MO, 02209S103 | | | | | | | | | | |
| Sale | 250.000 | 04/24/14 | 01/24/19 | 10,631.43 | 9,605.45 | | | 1,025.98 | | |
| **TOTALS** | | | | **10,631.43** | **9,605.45** | **0.00** | **0.00** | | **0.00** | |
| | | Box D Long-Term Realized Gain | | | | | | 1,025.98 | | |
| | | Box D Long-Term Realized Loss | | | | | | 0.00 | | |

For any transaction listed on Form 1099-B in a section indicating that **"basis is reported to the IRS"**, we are reporting to the IRS: **1a** Description of Property, **2** type of gain or loss (i.e. short-term or long-term), **12** basis reported to IRS, **6** Gross or Net Proceeds, and columns **1b, 1c, 1d, 1e, 1f, 1g, 4, 7, 14, 15** and **16**. We are not reporting to the IRS: the Action, the Gain/Loss, and all subtotals and totals.

For any transaction listed on Form 1099-B in a section indicating that **"basis is not reported to the IRS"**, we are reporting to the IRS: **1a** Description of Property, **5** Noncovered security, **6** Gross or Net Proceeds, and columns **1c, 1d, 4, 14, 15** and **16**. We are not reporting to the IRS: **2** type of gain or loss (i.e. short-term or long-term), the Action, the Gain/Loss, columns **1b, 1e, 1f, 1g, 2, 7** and **12** and all subtotals and totals.

For any section 1256 option contracts we are reporting to the IRS: **1a** Description of Property and totals for boxes **8, 9, 10** and **11**.

Although Fidelity makes every effort to provide accurate information, please bear in mind that you, the taxpayer, are ultimately responsible for the accuracy of your tax returns.

(b)  Cost or other basis provided may include adjustments including, but not limited to, dividend reinvestment, return of capital/principal, wash sale loss disallowed, amortization, accretion, acquisition premium, bond premium, market discount, market premium, and option premium.

Amortization, accretion, and similar adjustments to cost basis are not provided for short-term instruments and unit investment trusts.

**\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

01/19/2020 9002000000          Page 12 of 13                                         Pages 4 of 8

Ms Cynthia Mackin

2 SEP 2022    PM 9  L

Attria Group Inc Litigation Settlement
Claims Administrator
PO Box 6935
Portland OR  97228-6935

Page 13 of 13

97228-693535

# Exhibit B-2

# Dispute #1



Account Holder(s) Beth A Palmer

**Statement Date** Jan 29 - Feb 25, 2022      **Page** 4 of 9

## Asset Details (continued)

| Stocks | Price | Quantity | Cost Basis | Unrealized Gain/Loss | Value |
|---|---|---|---|---|---|
| Fortis Inc<br>Symbol: FTS<br>Asset Category: Growth & Income<br>Research Rating: Buy<br>Estimated Yield: 3.64% | ▇ | ▇ | ▇ | ▇ | ▇ |
| Johnson & Johnson<br>Symbol: JNJ<br>Asset Category: Growth & Income<br>Research Rating: Buy<br>Estimated Yield: 2.55% | ▇ | ▇ | ▇ | ▇ | ▇ |
| Just Eat Takeaway Com N V<br>Symbol: GRUB<br>Asset Category: Growth<br>Research Rating: None | ▇ | ▇ | ▇ | ▇ | ▇ |
| Paypal Holdings Inc<br>Symbol: PYPL<br>Asset Category: Growth & Income<br>Research Rating: Buy | ▇ | ▇ | ▇ | ▇ | ▇ |
| Philip Morris INTL Inc<br>Symbol: PM<br>Asset Category: Growth & Income<br>Research Rating: Hold<br>Estimated Yield: 4.75% | ▇ | ▇ | ▇ | ▇ | ▇ |
| Procter & Gamble Co<br>Symbol: PG<br>Asset Category: Growth & Income<br>Research Rating: Buy<br>Estimated Yield: 2.20% | ▇ | ▇ | ▇ | ▇ | ▇ |
| QUALCOMM Inc<br>Symbol: QCOM<br>Asset Category: Growth & Income<br>Research Rating: Hold<br>Estimated Yield: 1.59% | ▇ | ▇ | ▇ | ▇ | ▇ |
| South32 Ltd Sponsored ADR<br>Symbol: SOUHY<br>Asset Category: Growth<br>Research Rating: None<br>Estimated Yield: 1.83% | ▇ | ▇ | ▇ | ▇ | ▇ |
| Thornburg Mtg Inc<br>Symbol: 88521880<br>Asset Category: Aggressive<br>Research Rating: None | — | ▇ | — | — | — |
| Tjx Companies Inc New<br>Symbol: TJX<br>Asset Category: Growth & Income<br>Research Rating: Buy<br>Estimated Yield: 1.56% | ▇ | ▇ | ▇ | ▇ | ▇ |

201 Progress Parkway
Maryland Heights, MO 63043-3042

www.edwardjones.com
Member SIPC

*Altria Group Inc. Securities Litigation Settlement*
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

Website: www.AltriaGroupIncSecuritiesLitigation.com
Email:  info@AltriaGroupIncSecuritiesLitigation.com
Phone:                                          855-604-1694

*400543760008392669*
000 0002025 00000000 0001 0001 02025 INS: 0 0
BETH A PALMER

Claim Number:          800005880

Response Deadline:    September 14, 2022

August 25, 2022

## Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Altria Group Inc. Securities Litigation*. We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim.**

**Deficiency:** Partial Documentation.

You either did not supply documentation to support some of the transactions listed on your Claim, or the documentation that you submitted with your Claim does not include some or all of the required information for the transaction(s) listed in the chart below.

**How to Resolve:** For a transaction to be considered in your Recognized Loss calculation, you must submit genuine and sufficient documentation for that transaction. To cure this deficiency, you must provide acceptable documentation for the transaction(s) listed below. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified for a given transaction below, the transaction(s) will be rejected, along with any corresponding transaction(s), according to First-In, First-Out ("FIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The specific transaction(s) for which you must submit complete documentation is (are) listed below.

| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|------|----------|-----------------|---------------------|------------------|
| 03/01/2019 | 90.00 | $78.82 | Purchase | Common Stock |

**Deficiency:** No Proof of Unsold (Ending) Holdings.

Your Claim indicates that you may have held Altria Group, Inc.'s common stock as of the close of trading June 30, 2020; however, you did not provide any documentation showing your unsold (ending) holdings.

AH0701 v.06



**How to Resolve:** You must provide acceptable documentation for holdings as of the close of trading on June 30, 2020. Acceptable documentation will show the possession of Altria Group, Inc.'s common stock on or after this date or the sale of Altria Group, Inc.'s common stock after this date. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

| Quantity | Type of Transaction | Type of Security |
|---|---|---|
| 90.00 | Unsold Holdings | Common Stock |

**Deficiency:** No Recognized Loss Unless Defects Are Cured.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the settlement website), the Claim referenced above does not calculate to a Recognized Loss due to certain defects listed in this letter and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Loss is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your shares, and still have no Recognized Loss under the Plan of Allocation. In addition, if you had an overall market gain from your transactions in Altria Group, Inc.'s common stock during the Class Period, your Recognized Loss is $0.00.

**How to Resolve:** You can resolve this condition of ineligibility by resolving the other defects listed in this letter and/or by submitting additional transactions in the Fund during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Loss. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Your Claim must calculate to a Recognized Loss under the Plan of Allocation in order for you to be eligible to receive a distribution.

To resolve any of the conditions listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss under the Court-approved Plan of Allocation set forth in the Notice in order to receive payment from the Net Settlement Fund. If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.AltriaGroupIncSecuritiesLitigation.com.

Sincerely,

*Altria Group Inc. Securities Litigation*
Claims Administrator

AH0702 v.06

9/2/22

Altria Group Inc. Securities Litigation Settlement

Claims Administrator

I request Court review of the rejection of claim #800005880 in the Altria Group Inc. Securities Litigation Settlement.

Enclosed is documentation for holdings as of 6/30/20, as requested.

Thank you,

Beth Palmer

# Edward Jones
### MAKING SENSE OF INVESTING



Account Holder(s) Beth A Palmer

**Statement Date** Jun 27 - Jul 31, 2020

**Page 1 of 8**

BETH A PALMER

## Long-term Investing: 4 Tips for Staying the Course

Periods of market volatility and uncertainty can be difficult for investors. Follow these four tips to help stay on course: Review your portfolio regularly. Diversify your portfolio among quality investments. Avoid owning too much of a single investment. Finally, stay invested. Schedule time today with your financial advisor to discuss your long-term financial strategy.

## Traditional Individual Retirement Account - Select
## Custodian: Edward D. Jones & Company
### Portfolio Objective - Account: Growth Focus

### Account Value

### Value of Your Account

### Value Summary

| | |
|---|---|
| Beginning Value | |
| Assets Added to Account | |
| Assets Withdrawn from Account | |
| Fees and Charges | |
| Change In Value | |
| **Ending Value** | |

For more information regarding the Value Summary section, please visit www.edwardjones.com/mystatementguide.

201 Progress Parkway                                                                                                    www.edwardjones.com

Case 3:20-cv-00075-DJN  Document 322-4  Filed 02/06/23  Page 28 of 108 PageID# 9594

# Edward Jones
## MAKING SENSE OF INVESTING



Account Holder(s) Beth A Palmer

## Summary of Income

| Income distributions from securities | This Period | This Year |
|---|---|---|
| Dividends | | |
| Capital gain distributions | | |
| **Total** | | |

## Asset Details (as of Jul 31, 2020)                    additional details at www.edwardjones.com/access

**Assets Held At Edward Jones**

| | | | | | |
|---|---|---|---|---|---|
| Cash | | | | | |

| Unit Trusts | Price | Quantity | Cost Basis | Unrealized Gain/Loss | Value |
|---|---|---|---|---|---|
| Altria Group Inc<br>Symbol: MO<br>Asset Category: Growth & Income<br>Research Rating: Hold<br>Estimated Yield: 8.36% | 41.15 | 37.58271 | 2,102.72 | -556.19 | **1,546.53** |



Beth Palmer

2 SEP 2022    PM 1   L

Altria Group Inc. Securities Litigation Settlement
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

97228-693535

# Dispute #2



**AS-IS**

*Altria Group Inc. Securities Litigation Settlement*
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

Website: www.AltriaGroupIncSecuritiesLitigation.com
Email:   info@AltriaGroupIncSecuritiesLitigation.com
Phone:                          855-604-1694

Document Control

*400543760008450962*
000 0006220 00000000 0001 0001 06220 INS: 0 0
B DEBOER CUST
RACHEL M LORSON UTMA CA

Claim Number:          800002173

Response Deadline:    September 14, 2022

August 25, 2022

## Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Altria Group Inc. Securities Litigation*. We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim.**

**Deficiency:** Partial Documentation.

You either did not supply documentation to support some of the transactions listed on your Claim, or the documentation that you submitted with your Claim does not include some or all of the required information for the transaction(s) listed in the chart below.

**How to Resolve:** For a transaction to be considered in your Recognized Loss calculation, you must submit genuine and sufficient documentation for that transaction. To cure this deficiency, you must provide acceptable documentation for the transaction(s) listed below. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified for a given transaction below, the transaction(s) will be rejected, along with any corresponding transaction(s), according to First-In, First-Out ("FIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The specific transaction(s) for which you must submit complete documentation is (are) listed below.

| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|---|---|---|---|---|
| 12/28/2018 | 145.00 | $48.77 | Sale | Common Stock |
| 01/10/2019 | 8.45 | $49.81 | Purchase | Common Stock |
| 04/30/2019 | 5.76 | $54.08 | Purchase | Common Stock |
| 07/10/2019 | 6.43 | $49.17 | Purchase | Common Stock |

AH0701 v.06                          Page 2 of 7



| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|---|---|---|---|---|
| 10/10/2019 | 7.83 | $43.15 | Purchase | Common Stock |
| 01/10/2020 | 6.84 | $50.33 | Purchase | Common Stock |

**Deficiency:** No Proof of Unsold (Ending) Holdings.

Your Claim indicates that you may have held Altria Group, Inc.'s common stock as of the close of trading June 30, 2020; however, you did not provide any documentation showing your unsold (ending) holdings.

**How to Resolve:** You must provide acceptable documentation for holdings as of the close of trading on June 30, 2020. Acceptable documentation will show the possession of Altria Group, Inc.'s common stock on or after this date or the sale of Altria Group, Inc.'s common stock after this date. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

| Quantity | Type of Transaction | Type of Security |
|---|---|---|
| 438.64 | Unsold Holdings | Common Stock |

**Deficiency:** No Recognized Loss Unless Defects Are Cured.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the settlement website), the Claim referenced above does not calculate to a Recognized Loss due to certain defects listed in this letter and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Loss is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your shares, and still have no Recognized Loss under the Plan of Allocation. In addition, if you had an overall market gain from your transactions in Altria Group, Inc.'s common stock during the Class Period, your Recognized Loss is $0.00.

**How to Resolve:** You can resolve this condition of ineligibility by resolving the other defects listed in this letter and/or by submitting additional transactions in the Fund during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Loss. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Your Claim must calculate to a Recognized Loss under the Plan of Allocation in order for you to be eligible to receive a distribution.

To resolve any of the conditions listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss under the Court-approved Plan of Allocation set forth in the Notice in order to receive payment from the Net Settlement Fund. If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.AltriaGroupIncSecuritiesLitigation.com.

Sincerely,

*Altria Group Inc. Securities Litigation*
Claims Administrator

AH0702 v.06

Altria Group Inc. Securities Litigation Settlement
Claims Administrator
PO BOX 6935
Portland, OR  97228-6935


RE:  Claim Number 800002173, Request for Court Review of Rejection of Claim

In reference to the attached notice of incomplete proof of claim submission, I would like the court to review this rejection.

According to the notice my claim did not provide documentation showing my unsold (ending) holdings as of the close of trading on June 30, 2020.  Attached please find a copy of the Altria Computershare document showing my summary of account holdings as of 10 JUL 2020.  As shown in the attachment, my closing balance as of 10 JUL 2020 was 438.641233 shares.

Thank you for your attention and review of this documentation substantiating my claim.

Sincerely,


RACHEL M LORSON UTMA CA

█████████████████


Attachments:

1.  Notice of Incomplete Proof of Claim Submission
2.  Copy of statement showing account holdings as of 10 JUL 2020

# Altria



Computershare Trust Company, N.A.
PO Box 505005
Louisville, KY 40233-5005
Within USA, US territories & Canada    800 442 0077
Outside USA, US territories & Canada   781 575 3572
www.computershare.com/altria
Altria Group, Inc. is incorporated under the laws of
the State of VA.

\*\*\*\*\*\*\*\*AUTO\*\*MIXED AADC 07099    P000001/ 000018    006050

B DEBOER CUST RACHEL M LORSON UTMA CA

**Holder Account Number**

| Ticker Symbol | MO |
|---|---|
| CUSIP | 02209S103 |

**PLEASE READ THE IMPORTANT PRIVACY NOTICE AT BACK OF STATEMENT**

## Altria Group, Inc. - Investment Plan Statement

### Summary of Account Holdings as of 10 Jul 2020

| Type of Holding | Opening Balance as of 01 Jan 2020 | Share/Unit Activity | Closing Balance as of 10 Jul 2020 | Price per Share/Unit (USD) | Closing Value as of 10 Jul 2020 (USD) |
|---|---|---|---|---|---|
| DSPP - Common Stock | 224.013156 | 24.628077 | 248.641233 | 40.27 | 10,012.78 |
| Common Stock | 190.000000 | 0.000000 | 190.000000 | 40.27 | 7,651.30 |
| DRS Shares | 190.000000 | 0.000000 | 190.000000 | 40.27 | 7,651.30 |
| Total Holdings | 414.013156 | 24.628077 | 438.641233 | 40.27 | 17,664.08 |

### Dividend Reinvestment Activity

| Record Date | Payment Date | Dividend Rate (USD) | Class Description | Shares/Units Reinvested | Gross Dividend (USD) | Taxes Withheld (USD) | Fees/Other Deducted (USD) | Net Dividend Reinvested |
|---|---|---|---|---|---|---|---|---|
| 15 Jun 2020 | 10 Jul 2020 | 0.840000 | Common | 429.627003 | 360.89 | | 3.30 | 357.59 |

### Year-to-Date Investment Plan Summary

| Type of Activity | Gross Amount (USD) | Taxes/Fees/Other (USD) | Net Amount (USD) | Shares/Units |
|---|---|---|---|---|
| DSPP - Common Stock | | | | |
| Dividends | 1,062.18 | 9.78 | 1,052.40 | 24.628077 |

If you have Internet access, please consider signing up to receive your shareholder materials electronically rather than receiving paper copies in the mail. By signing up for electronic delivery, you will receive e-mail notifications as your shareholder materials become available. With electronic delivery, you will have quicker access to your information, you can view your statements and other communications (including proxy materials) online anytime, and you will be helping the environment by conserving natural resources. You will also be helping the Company reduce printing and mailing costs. Sign up today at www.computershare-na.com/green and click Sign Up Now! under Investors. It is easy and free!

2 5 1 U D R

M O A

01A1IA_EN_01 (Rev. 3/14)  TA

001CS0121.D_PG2.MOA.110419.47592/006050/012099

**Company Name**
Altria Group, Inc.

## Transaction Activity

| Transaction Date | Transaction Description | Gross Amount (USD) | Taxes Withheld (USD) | Fees/Other Deducted (USD) | Net Amount (USD) | Price per Share/Unit (USD) | Transaction Shares/Units | Total Shares/Units |
|---|---|---|---|---|---|---|---|---|
| **DSPP - Common Stock** | | | | | | | | |
| | Balance Forward | | | | | | | 224.013156 |
| 10 Jan 2020 | Dividend Reinvestment | 347.77 | | 3.21 | 344.56 | 50.331400 | 6.845826 | 230.858982 |
| 30 Apr 2020 | Dividend Reinvestment | 353.52 | | 3.27 | 350.25 | 39.946300 | 8.768021 | 239.627003 |
| 10 Jul 2020 | Dividend Reinvestment | 360.89 | | 3.30 | 357.59 | 39.669500 | 9.014230 | 248.641233 |

01A8JA

Page 6 of 7



FOREVER / USA

Altria Group Securities Litigation Settlement
Claims  Administrator
PO   Box  6935
Portland    OR
97228-6935

Page 7 of 7

# Dispute #3



## 2019 Consolidated Forms 1099

Page 1 of 16

**Your Financial Advisor:**

**Account Number:**

**This package contains your official IRS Form(s) 1099. Please retain this package for tax preparation purposes.**



CYNTHIA A HOMAN DEC OF TR
CYNTHIA A HOMAN TTEE

### Enclosed within this package

2019 Consolidated Forms 1099
Summary of Reportable Tax Information...........................................................  3
Reportable Tax Information
1099-B Proceeds from Broker and Barter Exchange Transactions.................  7

2019 Supplemental Tax Statement
Details of Reportable Tax Information.............................................................  11
Federal Non-Reportable Information...............................................................  14

**Investment and Insurance Products are:**
· Not Insured by the FDIC or Any Federal Government Agency
· Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
· Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services  LLC  a registered broker dealer and non bank affiliate of Wells Fargo & Company  We are not a legal or tax advisor  However  our advisors will be glad to work with you  your accountant  tax advisor and/or attorney to help you meet your financial goals

# 2019 Consolidated Forms 1099

**As of Date:** 01/28/20





## 1099-B Proceeds from Broker and Barter Exchange Transactions

**Short Term Gains/Losses - Report on Form 8949, Part I with Box A checked**





001 / PKL5 / P5K

# 2019 Consolidated Forms 1099

**As of Date:** 01/28/20

Page 8 of 16



| **1099-B Proceeds from Broker and Barter Exchange Transactions, continued** |
|---|

## Long Term Gains/Losses - Report on Form 8949, Part II with Box D checked

**Box 2:** Type of Ga n or Loss - Long Term
**Box 5:** Box Not Checked (Covered Secur ty)
**Box 6:** Gross Proceeds
**Box 12:** Bas s Reported to the IRS

The 1099 B data referenced by a Box Number is reported to the RS  The additional information not referenced by a Box Number is not reported to the RS  but may be helpful to complete your return

| Description<br>CUSIP<br>(Box 1a) | Quantity Sold | Date<br>Acquired<br>(Box 1b) | Date Sold<br>or Disposed<br>(Box 1c) | Proceeds<br>(Box 1d) | Cost or<br>Other Basis<br>(Box 1e) | Accrued<br>Market<br>Discount<br>(Box 1f) | Wash Sale<br>Loss<br>Disallowed<br>(Box 1g) | Gain/Loss<br>Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| ALTRIA GROUP INC<br>CUSIP: 02209S103 | 100 00000 | 10/10/2017 | 04/16/2019 | 5 628 03 | 6 508 90 | 0 00 | 0 00 | -880 87 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Subtotals** | | | | | | | | | |

**THIS IS YOUR FORM 1099 (COPY B FOR RECIPIENT) - PLEASE RETAIN FOR TAX PREPARATION PURPOSES**
The above is important tax information and is being furnished to the Internal Revenue Service (except as indicated). If you are required to file a return,
a negligence penalty or other sanction may be imposed on you if the income is taxable and the IRS determines that it has not been reported.

001 / PKL5 / P5K

## 2019 Consolidated Forms 1099

**As of Date:** 01/28/20



OMB No. 1545-0715

Totals (8949, Part II with Box D checked)

**THIS IS YOUR FORM 1099 (COPY B FOR RECIPIENT) - PLEASE RETAIN FOR TAX PREPARATION PURPOSES**
The above is important tax information and is being furnished to the Internal Revenue Service (except as indicated). If you are required to file a return,
a negligence penalty or other sanction may be imposed on you if the income is taxable and the IRS determines that it has not been reported.

001 / PKL5 / P5K

# 2019 Consolidated Forms 1099

**As of Date:** 01/28/20



**THIS IS YOUR FORM 1099 (COPY B FOR RECIPIENT) - PLEASE RETAIN FOR TAX PREPARATION PURPOSES**
The above is important tax information and is being furnished to the Internal Revenue Service (except as indicated). If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the income is taxable and the IRS determines that it has not been reported.

001 / PKL5  / P5K

Page 5 of 16



## 1099-DIV Dividend and Distribution Details

### Dividend Distributions



## 1099-DIV Dividend and Distribution Details, continued

### Dividend Distributions





Certain distributions made in January 2020 are reported as 2019 income according to RS regulations  Distributions made in January 2020 did NOT appear on your 2019 monthly statements

**IMPORTANT TAX INFORMATION - PLEASE RETAIN FOR TAX PREPARATION PURPOSES**

001 / PKL5 / P5K

# 2019 Supplemental Tax Statement

**As of Date:** 01/28/20

Page 13 of 16

**Account Number** ▮▮▮▮▮▮

**CYNTHIA A HOMAN DEC OF TR**
**CYNTHIA A HOMAN TTEE**

## 1099-INT Interest Income Details

### Interest Income

Certain distributions made in January 2020 are reported as 2019 income according to RS regulations  Distributions made in January 2020 did NOT appear on your 2019 monthly statements

**IMPORTANT TAX INFORMATION - PLEASE RETAIN FOR TAX PREPARATION PURPOSES**

001 / PKL5  / P5K

Page 8 of 16

## 2019 Supplemental Tax Statement

**As of Date:** 01/28/20

## Federal Non-Reportable Information



**Partnership Distributions***

**Description**

**IMPORTANT TAX INFORMATION - PLEASE RETAIN FOR TAX PREPARATION PURPOSES**

001 / PKL5 / P5K

# 2019 Supplemental Tax Statement

As of Date: 01/28/20

**Account Number:** ▮▮▮▮▮▮

**CYNTHIA A HOMAN DEC OF TR**
**CYNTHIA A HOMAN TTEE**

## Federal Non-Reportable Information Details, continued

### Margin / Loan Interest and Account Fees

| | | | Other Account Fees | Notes |
|---|---|---|---|---|

\* This information reflects certain partnership distributions credited to your account during the year  A separate schedule K 1 showing the taxpayer s share of the net income or loss will be provided directly to you from each of the partnerships indicated above  We do not report this information to the  RS  Please be sure to compare this information with the schedule K 1 provided by the partnership and to consult with your tax advisor about whether to report income or adjust your basis

\*\* This section contains your payment activity  as well as determinations of Excess and Shortfall which were done in comparison to the "Projected Payment Schedule" as outlined in the Final Prospectus  This information should be used in conjunction with that supplied on Form(s) 1099 O D on a previous page(s)  Please consult your tax advisor and the "Tax Consequences" section of the Final Prospectus on how this impacts your net reportable income for this tax year and potentially the following tax year

**IMPORTANT TAX INFORMATION - PLEASE RETAIN FOR TAX PREPARATION PURPOSES**

001 / PKL5  / P5K

*Altria Group Inc. Securities Litigation Settlement*
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

Website: www.AltriaGroupIncSecuritiesLitigation.com
Email:   info@AltriaGroupIncSecuritiesLitigation.com
Phone:                                855-604-1694

*400543760008383833*
000 0004886 00000000 0001 0001 04886 INS: 0 0
CYNTHIA A HOMAN DEC OF TR U/A
DTD 06/7/2001
CYNTHIA A HOMAN TTEE

Claim Number:           800003997

Response Deadline:    September 14, 2022

August 25, 2022

## Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Altria Group Inc. Securities Litigation*. We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim.**

**Deficiency:** Partial Documentation.

You either did not supply documentation to support some of the transactions listed on your Claim, or the documentation that you submitted with your Claim does not include some or all of the required information for the transaction(s) listed in the chart below.

**How to Resolve:** For a transaction to be considered in your Recognized Loss calculation, you must submit genuine and sufficient documentation for that transaction. To cure this deficiency, you must provide acceptable documentation for the transaction(s) listed below. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified for a given transaction below, the transaction(s) will be rejected, along with any corresponding transaction(s), according to First-In, First-Out ("FIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The specific transaction(s) for which you must submit complete documentation is (are) listed below.

| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|---|---|---|---|---|
| 10/25/2018 | 100.00 | $65.09 | Purchase | Common Stock |

**Deficiency:** No Proof of Unsold (Ending) Holdings.

Your Claim indicates that you may have held Altria Group, Inc.'s common stock as of the close of trading June 30, 2020; however, you did not provide any documentation showing your unsold (ending) holdings.

AH0701 v.06



**How to Resolve:** You must provide acceptable documentation for holdings as of the close of trading on June 30, 2020. Acceptable documentation will show the possession of Altria Group, Inc.'s common stock on or after this date or the sale of Altria Group, Inc.'s common stock after this date. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

| Quantity | Type of Transaction | Type of Security |
|---|---|---|
| 100.00 | Unsold Holdings | Common Stock |

**Deficiency:** No Recognized Loss Unless Defects Are Cured.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the settlement website), the Claim referenced above does not calculate to a Recognized Loss due to certain defects listed in this letter and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Loss is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your shares, and still have no Recognized Loss under the Plan of Allocation. In addition, if you had an overall market gain from your transactions in Altria Group, Inc.'s common stock during the Class Period, your Recognized Loss is $0.00.

**How to Resolve:** You can resolve this condition of ineligibility by resolving the other defects listed in this letter and/or by submitting additional transactions in the Fund during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Loss. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Your Claim must calculate to a Recognized Loss under the Plan of Allocation in order for you to be eligible to receive a distribution.

To resolve any of the conditions listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss under the Court-approved Plan of Allocation set forth in the Notice in order to receive payment from the Net Settlement Fund. If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.AltriaGroupIncSecuritiesLitigation.com.

Sincerely,

*Altria Group Inc. Securities Litigation*
Claims Administrator

Page 12 of 16

AH0702 v.06

September 6, 2022

Altria Group Inc. Securities Litigation Settlement
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

Re:  Claim No. 800003997, Response to Notice of Incomplete Proof of Claim Submission

Dear Claims Administrator,

In response to your recent letter, copy enclosed, requesting additional support for my claim submission, I enclose a copy of a Trade Confirmation showing sale of my 100 shares of Altria Group stock on April 16, 2019. Based on this additional documentation, I request Court review of the rejection of my earlier-submitted Claim.

Thank you.

Sincerely,

Cynthia A. Homan

Page 13 of 16

**WELLS FARGO ADVISORS**

For Return Mail Purposes Only
N9777-010
PO BOX 5275
Sioux Falls, SD 57117-5275

**CONFIRMATION**
DATED 04/16/19

**Account Number** ▮▮▮▮
YOUR FINANCIAL ADVISOR
RICHARD KIRSCH

ARCHIVE ONLY

847-948-1400 / 800-323-8230

CYNTHIA A HOMAN DEC OF TR
CYNTHIA A HOMAN TTEE
U/A DTD 06/07/2001

▮▮▮▮▮▮▮▮▮

IF YOU WOULD LIKE TO ENROLL IN OUR ACCESS ONLINE SERVICE OR SIGN UP TO RECEIVE THIS
CONFIRMATION ELECTRONICALLY, VISIT US AT **WWW.WELLSFARGOADVISORS.COM**.

| SOLD | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| ALTRIA GROUP INC | | | 100 | 56.281500000 | 5,628.15 |
| SYMBOL | MO | ACCOUNT TYPE | CASH | OTHER FEE* | 0.12 |
| SECURITY NUMBER | 1094-602 | TRADE DATE | 04/16/19 | | |
| CUSIP | 02209S-10-3 | SETTLEMENT DATE | 04/18/19 | **NET AMOUNT** | **$5,628.03** |
| SOLICITED | | | | | |

*SEE ITEM 9 ON PAGE 2

**MARKET:** OVER THE COUNTER.
**TRADE INFORMATION:** DISCRETION USED.
**SECURITY INFORMATION:** QUARTERLY PAY.

**Investment and Insurance Products are:**
· **Not Insured by the FDIC or Any Federal Government Agency**
· **Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
· **Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

**For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation**

001 PKL5 P5KI

Page 14 of 16

# TERMS OF AGREEMENT

**This transaction(s) is subject to the following terms and conditions as well as the terms of any agreements entered into between you (the client) and Wells Fargo Clearing Services, LLC and its affiliates (collectively, "we" or "us").**

1. All transactions are subject to the rules and customs of the market or exchange and its clearing house, if any, where such transactions are executed and where appropriate, of the Financial Industry Regulatory Authority (FINRA), are subject to applicable tax withholding and reporting obligations, and construed in accordance with the laws of the State of New York.
2. Report any errors associated with this confirmation immediately. Failure to notify us in writing within ten (10) calendar days of receipt of this confirmation constitutes your acceptance of the transaction. Please retain this confirmation for tax purposes.
3. Remittance of funds or securities for this transaction is due on or before settlement date. If payment for securities purchased, or delivery of securities sold, is not received on or before settlement date, we may cancel the transaction and/or sell the securities purchased, or buy in the securities sold, and you will be liable for any resulting loss and not entitled to any resulting gain.
4. The time of this transaction, the name of the buyer or seller, and the source and amount of any commission or fee will be furnished upon written request.
5. We receive compensation for directing equity and option orders to national exchanges and particular broker-dealers for execution. In the event we receive such compensation, it may include cash payments as well as non-cash items such as discounts, reductions, or credits against fees that would otherwise be payable in full. The source and amount of any compensation will be furnished upon written request.
6. Open unfilled orders will be canceled before the opening of the next business day following the 180th day from date entered or the good-through date listed on the front of the confirm. Buy orders, sell stop orders and sell stop limit orders are reduced in price by the amount of the dividend on the day a security sells ex-dividend unless we are specifically instructed otherwise. Sell orders, buy stop orders and buy stop limit orders are not reduced in price when a security sells ex-dividend.
7. Transactions may have been effected through an affiliated market maker who may have acted as principal, have a long or short position in this security, and/or have a profit or loss in connection with this transaction.
8. Unless noted as principal we acted as agent. If noted as principal, we have sold to or bought from you and may have received a profit from the transaction and any amount provided in the CHARGE/COMMISSION field is a commission equivalent. Unless noted, we did not act as a market maker. For open end Mutual Fund transactions we may act as agent for your account through an arrangement directly with the fund company.
9. Other Fee may be one of the following: 1) The amount we charge on certain executed orders to offset handling charges or activity assessments incurred for executing orders; 2) Approximation of the amount we expect to pay FINRA, a foreign tax authority, the NYSE or other trade reporting market centers where the order is executed. We may collect more or less from you than we pay to market centers and the differences are retained or paid for by us; 3) Up to a 2% liquidity fee charged by a mutual fund complex when the money market fund's weekly liquid assets fall below 30% and where the money market fund's board determines the fee is in the fund's best interest; or 4) A mutual fund accommodation fee based on our current fee schedule. This fee may be avoided by purchasing directly from the mutual fund company.
10. Some securities may have variable coupon rates. Additional information related to calculations of the corporate debt security's interest and principal payments is available upon written request. Request must be made not later than six months from the date of settlement.
11. If a transaction indicates a foreign security, the purchase or sale of that security may have been made outside the U.S. in the currency of the country where it was executed. If the transaction was executed in a foreign market, our agent charges a fee to complete the transaction, and these fees are included in the price on this confirmation. Details of the currency exchange and any fees included in the price are available upon request. Also, the values of foreign securities are affected by changes in currency rates, foreign tax laws, government policies, relations between nations and trading, settlement, custodial and other operational risks. The costs of investing abroad are generally higher than in the U.S., and foreign securities markets may be less liquid, more volatile and less subject to regulatory and governmental supervision than U.S. markets.
12. Multiple Capacity indicates that the firm acted in a principal and agency capacity when executing the transaction. As a result, a reportable trade price could not be calculated. Information regarding the trade price, the capacity in which the firm acted for each execution and details regarding remuneration are available upon request.
13. Mark Up/Mark Down information is identified for certain trades in municipal, agency, and corporate fixed income securities, and is based on the difference between the price of your transaction and the prevailing market price of the security. Further information will be provided upon written request.

Please write your account number on the face of your check and forward to WELLS FARGO ADVISORS, ATTN: CASH MGMT (MO3940) 1 NORTH JEFFERSON AVE, ST. LOUIS MO 63103. Please make all checks payable to Wells Fargo Advisors.

For questions or concerns regarding your account please contact Wells Fargo Advisors Client Services at (866) 887-2402 or ATTN: H0005-087, 1 N. Jefferson Ave, St. Louis, MO 63103.

Common Abbreviations:

| | | | | | |
|---|---|---|---|---|---|
| ADJ | Adjustable | FC | First Coupon | REG | Registered |
| AMT | Alternative Minimum Tax | G/O LTD | General Obligation Limited Tax | REV | Revenue Bond |
| B/E | Book Entry | G/O UNLTD | General Obligation Unlimited Tax | RFDG | Refunding |
| B/Q | Bank Qualified | GTD | Guaranteed | VAR | Variable |
| CPN | Coupon | OID | Original Issue Discount | DB | G/O REV |
| DTD | Dated Due | OY | Original Yield | MWC | Make Whole Call |
| BAB | Build America Bond | | | | |

HOMAN

6 SEP 2022   PM 1 L

RUTH ASAWA
FOREVER USA

Altria Group Inc. Securities Litigation Settlement
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

Page 16 of 16

97228-693535

# Dispute #4

**Computershare** Investor Center

Document created: 1/18/2022 2:25 PM
Filter selected: All, All

# Dividends & Payments

## ALTRIA GROUP, INC.

### Ken R Deboskey Cust Amanda M Deboskey Utma Fl ████████

| Payment Date | Net | Type | Method | Status |
|---|---|---|---|---|
| 1/10/2022 | $241.30 | Dividend | Reinvestment | Paid |
| 10/12/2021 | $236.91 | Dividend | Reinvestment | Paid |
| 7/9/2021 | $222.41 | Dividend | Reinvestment | Paid |
| 4/30/2021 | $218.51 | Dividend | Reinvestment | Paid |
| 1/11/2021 | $214.18 | Dividend | Reinvestment | Paid |
| 10/9/2020 | $209.85 | Dividend | Reinvestment | Paid |
| 7/10/2020 | $200.79 | Dividend | Reinvestment | Paid |
| 4/30/2020 | $196.72 | Dividend | Reinvestment | Paid |
| 1/10/2020 | $193.54 | Dividend | Reinvestment | Paid |
| 10/10/2019 | $189.90 | Dividend | Reinvestment | Paid |
| 7/10/2019 | $178.02 | Dividend | Reinvestment | Paid |
| 4/30/2019 | $175.47 | Dividend | Reinvestment | Paid |
| 1/10/2019 | $172.74 | Dividend | Reinvestment | Paid |
| 10/10/2018 | $170.63 | Dividend | Reinvestment | Paid |
| 7/10/2018 | $147.58 | Dividend | Reinvestment | Paid |
| 4/10/2018 | $146.02 | Dividend | Reinvestment | Paid |
| 1/10/2018 | $136.42 | Dividend | Reinvestment | Paid |
| 10/10/2017 | $135.08 | Dividend | Reinvestment | Paid |
| 7/10/2017 | $123.85 | Dividend | Reinvestment | Paid |
| 4/10/2017 | $220.67 | Dividend | Reinvestment | Paid |
| 1/10/2017 | $218.73 | Dividend | Reinvestment | Paid |
| 10/11/2016 | $216.62 | Dividend | Reinvestment | Paid |
| 7/11/2016 | $199.06 | Dividend | Reinvestment | Paid |
| 4/11/2016 | $197.33 | Dividend | Reinvestment | Paid |
| 1/11/2016 | $195.50 | Dividend | Reinvestment | Paid |
| 10/9/2015 | $174.35 | Dividend | Reinvestment | Paid |
| 7/10/2015 | $158.89 | Dividend | Reinvestment | Paid |
| 4/10/2015 | $157.37 | Dividend | Reinvestment | Paid |
| 1/9/2015 | $155.80 | Dividend | Reinvestment | Paid |
| 10/10/2014 | $154.14 | Dividend | Reinvestment | Paid |
| 7/10/2014 | $140.74 | Dividend | Reinvestment | Paid |
| 4/10/2014 | $139.03 | Dividend | Reinvestment | Paid |
| 1/10/2014 | $137.30 | Dividend | Reinvestment | Paid |
| 10/10/2013 | $135.50 | Dividend | Reinvestment | Paid |
| 7/10/2013 | $122.77 | Dividend | Reinvestment | Paid |

Page 1 of 33

**Computershare** Investor Center

| Payment Date | Net | Type | Method | Status |
|---|---|---|---|---|
| 4/10/2013 | $121.31 | Dividend | Reinvestment | Paid |
| 1/10/2013 | $119.74 | Dividend | Reinvestment | Paid |
| 10/10/2012 | $118.23 | Dividend | Reinvestment | Paid |
| 7/10/2012 | $108.94 | Dividend | Reinvestment | Paid |
| 4/10/2012 | $107.56 | Dividend | Reinvestment | Paid |
| 1/10/2012 | $106.10 | Dividend | Reinvestment | Paid |
| 10/11/2011 | $104.60 | Dividend | Reinvestment | Paid |
| 7/11/2011 | $95.64 | Dividend | Reinvestment | Paid |
| 4/11/2011 | $94.34 | Dividend | Reinvestment | Paid |
| 1/10/2011 | $92.94 | Dividend | Reinvestment | Paid |
| 10/12/2010 | $91.57 | Dividend | Reinvestment | Paid |
| 7/9/2010 | $83.03 | Dividend | Reinvestment | Paid |
| 4/9/2010 | $81.72 | Dividend | Reinvestment | Paid |
| 1/11/2010 | $78.12 | Dividend | Reinvestment | Paid |
| 10/9/2009 | $76.73 | Dividend | Reinvestment | Paid |
| 7/10/2009 | $70.90 | Dividend | Reinvestment | Paid |
| 4/10/2009 | $69.61 | Dividend | Reinvestment | Paid |
| 1/9/2009 | $68.27 | Dividend | Reinvestment | Paid |
| 10/10/2008 | $67.05 | Dividend | Reinvestment | Paid |
| 7/10/2008 | $59.99 | Dividend | Reinvestment | Paid |
| 4/10/2008 | $150.00 | Dividend | Reinvestment | Paid |
| 1/10/2008 | $150.00 | Dividend | Check | Paid |

## PHILIP MORRIS INTERNATIONAL INC.

### Ken R Deboskey Cust Amanda M Deboskey Utma Fl ███████

| Payment Date | Net | Type | Method | Status |
|---|---|---|---|---|
| 1/10/2022 | $493.41 | Dividend | Reinvestment | Paid |
| 10/14/2021 | $487.32 | Dividend | Reinvestment | Paid |
| 7/12/2021 | $462.29 | Dividend | Reinvestment | Paid |
| 4/9/2021 | $456.31 | Dividend | Reinvestment | Paid |
| 1/11/2021 | $449.91 | Dividend | Reinvestment | Paid |
| 10/13/2020 | $443.27 | Dividend | Reinvestment | Paid |
| 7/10/2020 | $425.35 | Dividend | Reinvestment | Paid |
| 4/9/2020 | $419.10 | Dividend | Reinvestment | Paid |
| 1/10/2020 | $413.62 | Dividend | Reinvestment | Paid |
| 10/11/2019 | $407.56 | Dividend | Reinvestment | Paid |
| 7/10/2019 | $391.58 | Dividend | Reinvestment | Paid |
| 4/11/2019 | $386.48 | Dividend | Reinvestment | Paid |
| 1/11/2019 | $380.23 | Dividend | Reinvestment | Paid |
| 10/12/2018 | $375.05 | Dividend | Reinvestment | Paid |
| 7/11/2018 | $369.99 | Dividend | Reinvestment | Paid |

Page 2 of 33

Computershare Investor Center

| Payment Date | Net | Type | Method | Status |
|---|---|---|---|---|
| 4/11/2018 | $343.68 | Dividend | Reinvestment | Paid |
| 1/11/2018 | $340.26 | Dividend | Reinvestment | Paid |
| 10/12/2017 | $337.13 | Dividend | Reinvestment | Paid |
| 7/11/2017 | $324.83 | Dividend | Reinvestment | Paid |
| 4/11/2017 | $321.90 | Dividend | Reinvestment | Paid |
| 1/10/2017 | $318.29 | Dividend | Reinvestment | Paid |
| 10/13/2016 | $314.91 | Dividend | Reinvestment | Paid |
| 7/11/2016 | $305.86 | Dividend | Reinvestment | Paid |
| 4/11/2016 | $302.83 | Dividend | Reinvestment | Paid |
| 1/8/2016 | $299.36 | Dividend | Reinvestment | Paid |
| 10/14/2015 | $295.85 | Dividend | Reinvestment | Paid |
| 7/10/2015 | $286.60 | Dividend | Reinvestment | Paid |
| 4/10/2015 | $283.02 | Dividend | Reinvestment | Paid |
| 1/9/2015 | $279.69 | Dividend | Reinvestment | Paid |
| 10/10/2014 | $276.46 | Dividend | Reinvestment | Paid |
| 7/11/2014 | $257.08 | Dividend | Reinvestment | Paid |
| 4/11/2014 | $254.24 | Dividend | Reinvestment | Paid |
| 1/10/2014 | $251.41 | Dividend | Reinvestment | Paid |
| 10/11/2013 | $248.69 | Dividend | Reinvestment | Paid |
| 7/12/2013 | $222.79 | Dividend | Reinvestment | Paid |
| 4/12/2013 | $220.87 | Dividend | Reinvestment | Paid |
| 1/11/2013 | $218.82 | Dividend | Reinvestment | Paid |
| 10/11/2012 | $216.82 | Dividend | Reinvestment | Paid |
| 7/12/2012 | $194.78 | Dividend | Reinvestment | Paid |
| 4/12/2012 | $193.11 | Dividend | Reinvestment | Paid |
| 1/10/2012 | $191.22 | Dividend | Reinvestment | Paid |
| 10/11/2011 | $178.07 | Dividend | Reinvestment | Paid |
| 7/11/2011 | $146.67 | Dividend | Reinvestment | Paid |
| 4/11/2011 | $145.32 | Dividend | Reinvestment | Paid |
| 1/10/2011 | $143.73 | Dividend | Reinvestment | Paid |
| 10/8/2010 | $142.16 | Dividend | Reinvestment | Paid |
| 7/9/2010 | $127.36 | Dividend | Reinvestment | Paid |
| 4/9/2010 | $126.00 | Dividend | Reinvestment | Paid |
| 1/11/2010 | $124.58 | Dividend | Reinvestment | Paid |
| 10/9/2009 | $123.19 | Dividend | Reinvestment | Paid |
| 7/10/2009 | $113.30 | Dividend | Reinvestment | Paid |
| 4/9/2009 | $111.75 | Dividend | Reinvestment | Paid |
| 1/9/2009 | $110.39 | Dividend | Reinvestment | Paid |
| 10/10/2008 | $108.90 | Dividend | Reinvestment | Paid |
| 7/10/2008 | $92.00 | Dividend | Reinvestment | Paid |

Page 3 of 33

| CERTAINTY | INGENUITY | ADVANTAGE |

*Altria Group Inc. Securities Litigation Settlement*
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

Website: www.AltriaGroupIncSecuritiesLitigation.com
Email:   info@AltriaGroupIncSecuritiesLitigation.com
Phone:                                      855-604-1694

*400543760008478799*
000 0009874 00000000 0001 0002 09548 INS: 0 0
KEN R DEBOSKEY CUST
AMANDA M DEBOSKEY UTMA FL

Claim Number:          800000244

Response Deadline:    September 14, 2022

August 25, 2022

## Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Altria Group Inc. Securities Litigation*. We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim.**

**Deficiency:** Missing Information.

The documentation that you submitted with your Claim does not include some or all of the required information for the transaction(s) listed in the chart below.

**How to Resolve:** For a transaction to be considered in your Recognized Loss calculation, you must submit genuine and sufficient documentation for that transaction. To cure this deficiency, you must provide acceptable documentation that includes all the required information for the transaction(s) listed below. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified for a given transaction below, the transaction(s) will be rejected, along with any corresponding transaction(s), according to First-In, First-Out ("FIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The specific transaction(s) for which you must submit complete documentation is (are) listed below.

| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|---|---|---|---|---|
| 01/10/2019 | Missing | Missing | Purchase | Common Stock |
| 04/30/2019 | Missing | Missing | Purchase | Common Stock |
| 07/10/2019 | Missing | Missing | Purchase | Common Stock |
| 10/10/2019 | Missing | Missing | Purchase | Common Stock |
| 01/10/2020 | Missing | Missing | Purchase | Common Stock |

AH0701 v.06



| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|------|----------|-----------------|---------------------|------------------|
| 04/30/2020 | Missing | Missing | Purchase | Common Stock |

**Deficiency:** Partial Documentation.

You either did not supply documentation to support some of the transactions listed on your Claim, or the documentation that you submitted with your Claim does not include some or all of the required information for the transaction(s) listed in the chart below.

**How to Resolve:** For a transaction to be considered in your Recognized Loss calculation, you must submit genuine and sufficient documentation for that transaction. To cure this deficiency, you must provide acceptable documentation for the transaction(s) listed below. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified for a given transaction below, the transaction(s) will be rejected, along with any corresponding transaction(s), according to First-In, First-Out ("FIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The specific transaction(s) for which you must submit complete documentation is (are) listed below.

| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|------|----------|-----------------|---------------------|------------------|
| 11/01/2018 | 21.00 | $45.00 | Purchase | Common Stock |

**Deficiency:** No Proof of Unsold (Ending) Holdings.

Your Claim indicates that you may have held Altria Group, Inc.'s common stock as of the close of trading June 30, 2020; however, you did not provide any documentation showing your unsold (ending) holdings.

**How to Resolve:** You must provide acceptable documentation for holdings as of the close of trading on June 30, 2020. Acceptable documentation will show the possession of Altria Group, Inc.'s common stock on or after this date or the sale of Altria Group, Inc.'s common stock after this date. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

| Quantity | Type of Transaction | Type of Security |
|----------|---------------------|------------------|
| 213.00 | Unsold Holdings | Common Stock |

To resolve any of the conditions listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss under the Court-approved Plan of Allocation set forth in the Notice in order to receive payment from the Net Settlement Fund. If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

AH0702 v.06

To: Altria Group Litigation Settlement

Claims Administrator


Sirs,

See enclosed documentation addressing each of the deficiencies noted in your notice dated August 25, 2022. I believe this documentation is sufficient to address the deficiencies and I request the court review and reconsider rejection of this claim. I have owned Altria on behalf of my daughter Amanda since the split from Philip Morris in 2007 and continue to own these shares to the current date. Please move forward with my claim upon receipt of this letter and supporting documentation.


Kenneth R DeBoskey

**Hello again, Amanda.**
**Your profile is 100% complete. Click here to update profile** ⌄

Click here to enroll in Text Message Communications                    ✕

## Portfolio

**Portfolio Value** USD $52,201.72

| Holdings | Quantity | Price | Market Value | |
|---|---|---|---|---|
| ALTRIA GROUP, INC. (MO) COMMON STOCK | 282.902 | $45.34 ▼ As of 8/30/2022 | $12,826.75 | View Details ⌄ |

**Add External Holdings** ⌄

All pricing data is delayed by at least 20 minutes. **Market Data Provider**

Investor Center (/Investor/#Summary)

Contact Us    Help    Privacy Policy    Terms and Conditions

Page 7 of 33

# Activity

| Dividends & Payments | Transactions | Pending Transactions |

⤓ Export to PDF

ALTRIA GROUP, INC., Ken R Deboskey Cust Amanda M Deboskey Utma FI ▬▬▬ ⌄

**Filter by dates**

| FINANCIAL PERIOD | DATE RANGE |

**Financial year**

All ⌄

⌄ **ALTRIA GROUP, INC.**

**Ken R Deboskey Cust Amanda M Deboskey Utma FI** ▬▬▬

**COMMON STOCK**

| | |
|---|---|
| **Date** | 2/23/2017 |
| **Transaction** | CERTIFICATE INDICATOR SETTING |
| **Debit/credit** | 0 |
| **Balance** | 200 |
| **Action** | View Details |

Skip to main content

⌃

| Date | 12/13/2016 |
|---|---|
| Transaction | CERTIFICATE INDICATOR SETTING |
| Debit/credit | 0 |
| Balance | 200 |
| Action | View Details |

| Date | 11/19/2007 |
|---|---|
| Transaction | DTC STOCK WITHDRAWALS (DMA) |
| Debit/credit | +200 |
| Balance | 200 |
| Action | View Details |

## DSPP - COMMON STOCK

| Date | 7/13/2022 |
|---|---|
| Transaction | DIVIDEND |
| Debit/credit | +5.79408 |
| Balance | 82.90152 |
| Action | View Details |

| Date | 5/3/2022 |
|---|---|
| Transaction | DIVIDEND |
| Debit/credit | +4.26859 |
| Balance | 77.10744 |
| Action | View Details |

Skip to main content

| | |
|---|---|
| **Date** | 1/12/2022 |
| **Transaction** | DIVIDEND |
| **Debit/credit** | +4.726636 |
| **Balance** | 72.83885 |
| **Action** | View Details |

| | |
|---|---|
| **Date** | 10/14/2021 |
| **Transaction** | DIVIDEND |
| **Debit/credit** | +4.881013 |
| **Balance** | 68.112214 |
| **Action** | View Details |

| | |
|---|---|
| **Date** | 7/13/2021 |
| **Transaction** | DIVIDEND |
| **Debit/credit** | +4.618616 |
| **Balance** | 63.231201 |
| **Action** | View Details |

| | |
|---|---|
| **Date** | 5/4/2021 |
| **Transaction** | DIVIDEND |
| **Debit/credit** | +4.527558 |
| **Balance** | 58.612585 |

Skip to main content

| | |
|---|---|
| **Action** | View Details |

| Date | 1/13/2021 |
| --- | --- |
| Transaction | DIVIDEND |
| Debit/credit | +5.038962 |
| Balance | 54.085027 |
| Action | View Details |

| Date | 10/14/2020 |
| --- | --- |
| Transaction | DIVIDEND |
| Debit/credit | +5.030294 |
| Balance | 49.046065 |
| Action | View Details |

| Date | 7/14/2020 |
| --- | --- |
| Transaction | DIVIDEND |
| Debit/credit | +4.982165 |
| Balance | 44.015771 |
| Action | View Details |

| Date | 5/4/2020 |
| --- | --- |
| Transaction | DIVIDEND |
| Debit/credit | +4.845755 |
| Balance | 39.033606 |
| Action | View Details |

Skip to main content

# Transaction Details



## ALTRIA GROUP, INC.

Ken R Deboskey Cust Amanda M Deboskey Utma Fl ███████████

Export ⌄

## Summary

| | |
|---|---|
| **Transaction** | Reinvestment |
| **Transaction date** | 1/10/2019 |
| **Settlement date** | 1/14/2019 |
| **Holding** | DSPP - COMMON STOCK |
| **Shares** | +3.405409 |
| **Price** | $49.809 |
| **FMV** | $49.809 |
| **Exchange rate** | 0 |
| **Amount received** | $172.74 |
| **Total fees** | $3.12 |
| **Amount invested** | $169.62 |

## Fees

| | |
|---|---|
| | Skip to main content |
| **Amount received** | $172.74 |

### Fees

| | |
|---|---|
| **Trading charges** | $0.12 |
| **Brokerage fee** | $0.00 |

| | |
|---|---|
| Handling fee | $3.00 |
| Check charge | $0.00 |
| Wire charge | $0.00 |
| Direct banking charge | $0.00 |
| Courier charge | $0.00 |
| Amount invested | $169.62 |

## Cost Basis and Tax Information Summary

| Type | Covered |
|---|---|
| Shares | 3.405409 |
| Proceeds | $0.00 |
| Cost Basis | $172.74 |

| Type | Non-covered (1) |
|---|---|
| Shares | 0 |
| Proceeds | $0.00 |
| Cost Basis | $0.00 |

| Type | Non-covered (2) |
|---|---|
| Shares | 0 |
| Proceeds | $0.00 |
| Cost Basis | N/A |

Skip to main content

## Share Lot Details

| | |
|---|---|
| **Original Date** | 1/10/2019 |
| **Transaction Type** | DIVIDEND |
| **Original Price** | $49.809 |
| **Shares** | 3.405409 |
| **Type** | Covered |
| **Cost Basis** | $172.74 |

Investor Center (/Investor/#Summary)

Contact Us    Help    Privacy Policy    Terms and Conditions

# Transaction Details



## ALTRIA GROUP, INC.

Ken R Deboskey Cust Amanda M Deboskey Utma Fl ███████

Export ▾

## Summary

| | |
|---|---|
| Transaction | Reinvestment |
| Transaction date | 4/30/2019 |
| Settlement date | 5/2/2019 |
| Holding | DSPP - COMMON STOCK |
| Shares | +3.18678 |
| Price | $54.0828 |
| FMV | $54.0828 |
| Exchange rate | 0 |
| Amount received | $175.47 |
| Total fees | $3.12 |
| Amount invested | $172.35 |

## Fees

| | |
|---|---|
| Amount received | Skip to main content $175.47 |

## Fees

| | |
|---|---|
| Trading charges | $0.12 |
| Brokerage fee | $0.00 |

| | |
|---|---|
| Handling fee | $3.00 |
| Check charge | $0.00 |
| Wire charge | $0.00 |
| Direct banking charge | $0.00 |
| Courier charge | $0.00 |
| Amount invested | $172.35 |

## Cost Basis and Tax Information Summary

| Type | Covered |
|---|---|
| Shares | 3.18678 |
| Proceeds | $0.00 |
| Cost Basis | $175.47 |

| Type | Non-covered (1) |
|---|---|
| Shares | 0 |
| Proceeds | $0.00 |
| Cost Basis | $0.00 |

| Type | Non-covered (2) |
|---|---|
| Shares | 0 |
| Proceeds | $0.00 |
| Cost Basis | N/A |

Skip to main content

## Share Lot Details

| | |
|---|---|
| **Original Date** | 4/30/2019 |
| **Transaction Type** | DIVIDEND |
| **Original Price** | $54.0828 |
| **Shares** | 3.18678 |
| **Type** | Covered |
| **Cost Basis** | $175.47 |

Investor Center (/Investor/#Summary)

Contact Us    Help    Privacy Policy    Terms and Conditions

# Transaction Details



## ALTRIA GROUP, INC.

Ken R Deboskey Cust Amanda M Deboskey Utma Fl ▮▮▮▮▮▮

Export ˅

## Summary

| | |
|---|---|
| Transaction | Reinvestment |
| Transaction date | 7/10/2019 |
| Settlement date | 7/12/2019 |
| Holding | DSPP - COMMON STOCK |
| Shares | +3.557344 |
| Price | $49.1659 |
| FMV | $49.1659 |
| Exchange rate | 0 |
| Amount received | $178.02 |
| Total fees | $3.12 |
| Amount invested | $174.90 |

## Fees

| | |
|---|---|
| Amount received | Skip to main content $178.02 |

## Fees

| | |
|---|---|
| Trading charges | $0.12 |
| Brokerage fee | $0.00 |

| | |
|---|---|
| **Handling fee** | $3.00 |
| **Check charge** | $0.00 |
| **Wire charge** | $0.00 |
| **Direct banking charge** | $0.00 |
| **Courier charge** | $0.00 |
| **Amount invested** | $174.90 |

## Cost Basis and Tax Information Summary

| | |
|---|---|
| **Type** | Covered |
| **Shares** | 3.557344 |
| **Proceeds** | $0.00 |
| **Cost Basis** | $178.02 |

| | |
|---|---|
| **Type** | Non-covered (1) |
| **Shares** | 0 |
| **Proceeds** | $0.00 |
| **Cost Basis** | $0.00 |

| | |
|---|---|
| **Type** | Non-covered (2) |
| **Shares** | 0 |
| **Proceeds** | $0.00 |
| **Cost Basis** | N/A |

Skip to main content

## Share Lot Details

Page 19 of 33

| | |
|---|---|
| **Original Date** | 7/10/2019 |
| **Transaction Type** | DIVIDEND |
| **Original Price** | $49.1659 |
| **Shares** | 3.557344 |
| **Type** | Covered |
| **Cost Basis** | $178.02 |

Investor Center (/Investor/#Summary)

Contact Us    Help    Privacy Policy    Terms and Conditions

# Transaction Details



## ALTRIA GROUP, INC.                                    Export ▾

Ken R Deboskey Cust Amanda M Deboskey Utma Fl ▮▮▮▮▮▮

## Summary

| | |
|---|---|
| Transaction | Reinvestment |
| Transaction date | 10/10/2019 |
| Settlement date | 10/15/2019 |
| Holding | DSPP - COMMON STOCK |
| Shares | +4.328016 |
| Price | $43.1491 |
| FMV | $43.1491 |
| Exchange rate | 0 |
| Amount received | $189.90 |
| Total fees | $3.15 |
| Amount invested | $186.75 |

## Fees

| | |
|---|---|
| Amount received | $189.9r |

Skip to main content

## Fees

| | |
|---|---|
| Trading charges | $0.15 |
| Brokerage fee | $0.00 |

Page 21 of 33

| | |
|---|---|
| **Handling fee** | $3.00 |
| **Check charge** | $0.00 |
| **Wire charge** | $0.00 |
| **Direct banking charge** | $0.00 |
| **Courier charge** | $0.00 |
| **Amount invested** | $186.75 |

# Cost Basis and Tax Information Summary

| | |
|---|---|
| **Type** | Covered |
| **Shares** | 4.328016 |
| **Proceeds** | $0.00 |
| **Cost Basis** | $189.90 |

| | |
|---|---|
| **Type** | Non-covered (1) |
| **Shares** | 0 |
| **Proceeds** | $0.00 |
| **Cost Basis** | $0.00 |

| | |
|---|---|
| **Type** | Non-covered (2) |
| **Shares** | 0 |
| **Proceeds** | $0.00 |
| **Cost Basis** | N/A |

Skip to main content

# Share Lot Details

| | |
|---|---|
| **Original Date** | 10/10/2019 |
| **Transaction Type** | DIVIDEND |
| **Original Price** | $43.1491 |
| **Shares** | 4.328016 |
| **Type** | Covered |
| **Cost Basis** | $189.90 |

Investor Center (/Investor/#Summary)

Contact Us    Help    Privacy Policy    Terms and Conditions

# Transaction Details



## ALTRIA GROUP, INC.                                Export ⌄

Ken R Deboskey Cust Amanda M Deboskey Utma Fl ███████████

## Summary

| | |
|---|---|
| **Transaction** | Reinvestment |
| **Transaction date** | 1/10/2020 |
| **Settlement date** | 1/14/2020 |
| **Holding** | DSPP - COMMON STOCK |
| **Shares** | +3.783324 |
| **Price** | $50.3314 |
| **FMV** | $50.3314 |
| **Exchange rate** | 0 |
| **Amount received** | $193.54 |
| **Total fees** | $3.12 |
| **Amount invested** | $190.42 |

## Fees

| | |
|---|---|
| **Amount received** | Skip to main content<br>$193.54 |

## Fees

| | |
|---|---|
| **Trading charges** | $0.12 |
| **Brokerage fee** | $0.00 |

Page 24 of 33

| | |
|---|---|
| Handling fee | $3.00 |
| Check charge | $0.00 |
| Wire charge | $0.00 |
| Direct banking charge | $0.00 |
| Courier charge | $0.00 |
| Amount invested | $190.42 |

## Cost Basis and Tax Information Summary

| Type | Covered |
|---|---|
| Shares | 3.783324 |
| Proceeds | $0.00 |
| Cost Basis | $193.54 |

| Type | Non-covered (1) |
|---|---|
| Shares | 0 |
| Proceeds | $0.00 |
| Cost Basis | $0.00 |

| Type | Non-covered (2) |
|---|---|
| Shares | 0 |
| Proceeds | $0.00 |
| Cost Basis | N/A |

Skip to main content

## Share Lot Details

| | |
|---|---|
| **Original Date** | 1/10/2020 |
| **Transaction Type** | DIVIDEND |
| **Original Price** | $50.3314 |
| **Shares** | 3.783324 |
| **Type** | Covered |
| **Cost Basis** | $193.54 |

Investor Center (/Investor/#Summary)

Contact Us    Help    Privacy Policy    Terms and Conditions

# Transaction Details



## ALTRIA GROUP, INC.                                           Export ⌄

Ken R Deboskey Cust Amanda M Deboskey Utma Fl ███████████

## Summary

| | |
|---|---|
| **Transaction** | Reinvestment |
| **Transaction date** | 4/30/2020 |
| **Settlement date** | 5/4/2020 |
| **Holding** | DSPP - COMMON STOCK |
| **Shares** | +4.845755 |
| **Price** | $39.9463 |
| **FMV** | $39.9463 |
| **Exchange rate** | 0 |
| **Amount received** | $196.72 |
| **Total fees** | $3.15 |
| **Amount invested** | $193.57 |

## Fees

Skip to main content

**Amount received**                          $196.72

## Fees

| | |
|---|---|
| **Trading charges** | $0.15 |
| **Brokerage fee** | $0.00 |

| | |
|---|---|
| **Handling fee** | $3.00 |
| **Check charge** | $0.00 |
| **Wire charge** | $0.00 |
| **Direct banking charge** | $0.00 |
| **Courier charge** | $0.00 |
| **Amount invested** | $193.57 |

## Cost Basis and Tax Information Summary

| Type | Covered |
|---|---|
| Shares | 4.845755 |
| Proceeds | $0.00 |
| Cost Basis | $196.72 |

| Type | Non-covered (1) |
|---|---|
| Shares | 0 |
| Proceeds | $0.00 |
| Cost Basis | $0.00 |

| Type | Non-covered (2) |
|---|---|
| Shares | 0 |
| Proceeds | $0.00 |
| Cost Basis | N/A |

Skip to main content

## Share Lot Details

| | |
|---|---|
| **Original Date** | 4/30/2020 |
| **Transaction Type** | DIVIDEND |
| **Original Price** | $39.9463 |
| **Shares** | 4.845755 |
| **Type** | Covered |
| **Cost Basis** | $196.72 |

Investor Center (/Investor/#Summary)

Contact Us    Help    Privacy Policy    Terms and Conditions

# Transaction Details



## ALTRIA GROUP, INC.

Ken R Deboskey Cust Amanda M Deboskey Utma Fl ███████████

Export ▾

## Summary

| | |
|---|---|
| **Transaction** | Purchase |
| **Transaction date** | 11/5/2015 |
| **Settlement date** | 11/10/2015 |
| **Holding** | DSPP - COMMON STOCK |
| **Shares** | +34.428072 |
| **Price** | $57.9164 |
| **FMV** | $57.9164 |
| **Exchange rate** | 0 |
| **Amount received** | $2,000.00 |
| **Total fees** | $6.05 |
| **Amount invested** | $1,993.95 |

## Fees

Skip to main content

| | |
|---|---|
| **Amount received** | $2,000.00 |

## Fees

| | |
|---|---|
| **Trading charges** | $1.05 |
| **Brokerage fee** | $0.00 |

Page 30 of 33

| | |
|---|---|
| Handling fee | $0.00 |
| Check charge | $5.00 |
| Wire charge | $0.00 |
| Direct banking charge | $0.00 |
| Courier charge | $0.00 |
| Amount invested | $1,993.95 |

## Cost Basis and Tax Information Summary

| Type | Covered |
|---|---|
| Shares | 34.428072 |
| Proceeds | $0.00 |
| Cost Basis | $1,995.00 |

| Type | Non-covered (1) |
|---|---|
| Shares | 0 |
| Proceeds | $0.00 |
| Cost Basis | $0.00 |

| Type | Non-covered (2) |
|---|---|
| Shares | 0 |
| Proceeds | $0.00 |
| Cost Basis | N/A |

Skip to main content

## Share Lot Details

| **Original Date** | 11/5/2015 |
|---|---|
| **Transaction Type** | PURCHASE |
| **Original Price** | $57.9164 |
| **Shares** | 34.428072 |
| **Type** | Covered |
| **Cost Basis** | $1,995.00 |

Investor Center (/Investor/#Summary)

Contact Us    Help    Privacy Policy    Terms and Conditions

DeBoskey





1000          97228



Altria Group Inc. Securities Litigation Settlement
Claims Administrator

PO Box 6935

Portland, OR   97228-6935

Page 33 of 33

# Dispute #5

Roth IRA brokerage account

Brian P Infalt

Vanguard Voyager Services®

Voyager Services: 800-284-7245

Page 4 of 8 20200702 151107 RSBJM686 406H 000000611131574 L

Balances and holdings for Vanguard Brokerage ▮▮▮▮▮▮▮▮▮▮ continued

Settlement fund

Name Quantity

Price on

06/30/2020

Balance on

03/31/2020

Balance on

06/30/2020

VANGUARD FEDERAL MONEY 171.5100 $1.00 $171.38 $171.51

MARKET FUND

Est. yield: 0.12%

$171.38 $171.51

Stocks

Symbol Name Total cost Quantity

Price on

06/30/2020

Balance on

03/31/2020

Balance on

06/30/2020

MO ALTRIA GROUP INC $21,318.23 478.7570 $39.2500 $18,174.90 $18,791.21

Est. annual income: $1,608.62; Est. yield: 8.56%

KHC KRAFT HEINZ CO 21,700.29 797.0360 31.8900 19,474.31 25,417.47

Est. annual income: $1,275.25; Est. yield: 5.02%

Total Est. annual income: $2,883.87; Est. yield: 6.52% $37,649.21 $44,208.68

Account activity for Vanguard Brokerage Account████████

This section shows trades that have settled by June 30, 2020.

Income summary

Dividends Interest Tax-exempt interest Short-term capital gains Long-term capital gains Other income

June $314.88 $0.00 $0.00 $0.00 $0.00 $0.00

Year-to-date 987.88 0.00 0.00 0.00 0

*Altria Group Inc. Securities Litigation Settlement*
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

Website: www.AltriaGroupIncSecuritiesLitigation.com
Email:   info@AltriaGroupIncSecuritiesLitigation.com
Phone:                                   855-604-1694

*400543760008448032*
000 0001912 00000000 0001 0001 01912 INS: 0 0
BRIAN P INFALT ROTH IRA
VANGUARD VOYAGER SERVICES
CUSTODIAN

Claim Number:          800006919

Response Deadline:    September 14, 2022

August 25, 2022

## Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Altria Group Inc. Securities Litigation*. We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim.**

**Ineligibility Condition:** Inadequate Documentation.

The Claim referenced above sets forth Class Period purchases/acquisitions of Altria Group, Inc.'s common stock, but none of the documentation previously provided was deemed adequate.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting acceptable documentation to support your Claim, including all of the transactions and holding amounts set forth in the Claim. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.) Please note: Do not merely resubmit the same documentation, as it was deemed deficient. You will need to provide additional documentation to cure the deficiency in your Claim.

**PLEASE NOTE:** Curing this condition of ineligibility in its entirety or in part is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If the deficiency is only cured in part, the Claim will be calculated based on the transactions for which acceptable documentation was submitted. If you have other deficiencies and cure them, your Claim still will not be eligible, unless this deficiency is cured at least in part and, to the extent that it is cured, it calculates to a Recognized Loss under the Plan of Allocation.

**Deficiency:** No Proof of Unsold (Ending) Holdings.

Your Claim indicates that you may have held Altria Group, Inc.'s common stock as of the close of trading June 30, 2020; however, you did not provide any documentation showing your unsold (ending) holdings.

**How to Resolve:** You must provide acceptable documentation for holdings as of the close of trading on June 30, 2020. Acceptable documentation will show the possession of Altria Group, Inc.'s common stock on or after this date or the sale of Altria Group, Inc.'s common stock after this date. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)           Page 3 of 9

| Quantity | Type of Transaction | Type of Security |
|---|---|---|
| 478.75 | Unsold Holdings | Common Stock |

**Deficiency:** No Recognized Loss Unless Defects Are Cured.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the settlement website), the Claim referenced above does not calculate to a Recognized Loss due to certain defects listed in this letter and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Loss is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your shares, and still have no Recognized Loss under the Plan of Allocation. In addition, if you had an overall market gain from your transactions in Altria Group, Inc.'s common stock during the Class Period, your Recognized Loss is $0.00.

**How to Resolve:** You can resolve this condition of ineligibility by resolving the other defects listed in this letter and/or by submitting additional transactions in the Fund during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Loss. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Your Claim must calculate to a Recognized Loss under the Plan of Allocation in order for you to be eligible to receive a distribution.

To resolve any of the conditions listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss under the Court-approved Plan of Allocation set forth in the Notice in order to receive payment from the Net Settlement Fund. If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.AltriaGroupIncSecuritiesLitigation.com.

Sincerely,

*Altria Group Inc. Securities Litigation*
Claims Administrator



## Roth IRA brokerage account—███████████

Brian P Infalt

**Vanguard Voyager Ser**

Voyager Services: 800-2:

### Balances and holdings for Vanguard Brokerage Account—██████████ ontinued

#### Settlement fund

| Name | Quantity | Price on 07/31/2020 | Balance on 06/30/2020 |
|---|---|---|---|
| ███████████████ | ████████████████ | | |

#### Stocks

| Symbol | Name | Total cost | Quantity | Price on 07/31/2020 | Balance on 06/30/2020 | |
|---|---|---|---|---|---|---|
| MO | ALTRIA GROUP INC  Est. annual income: $1,682.40; Est. yield: 8.36% | $21,720.39 | 489.0710 | $41.1500 | $18,791.21 | $: |
| ████████████████████████████████████████ | | | | | | : |
| | | | | | | $: |

### Account activity for Vanguard Brokerage Account—████████████

This section shows trades that have settled by July 31, 2020.

#### Income summary

| | | Ot |
|---|---|---|
| ███████████████████████████████████ | | |
| July | | |
| Year-to-date | | |

**Vanguard®**

Roth IRA brokerage account— █████████████

Brian P Infalt

**Vanguard Voyager Services®**

Voyager Services: 800-284-7245

**Balances and holdings for Vanguard Brokerage Account—** ████████ ntinued

**Settlement fund**

████████████████████████████████████████████████████████

**Stocks**

| Symbol | Name | Total cost | Quantity | Price on 12/31/2020 | Balance on 12/31/2019 | Balance on 12/31/2020 |
|--------|------|-----------|----------|---------------------|-----------------------|-----------------------|
| MO | ALTRIA GROUP INC | $22,140.99 | 499.3700 | $41.0000 | - | $20,474.17 |
| | Est. annual income: $1,717.83; Est. yield: 8.39% | | | | | |

████████████████████████████████████████████████████████

**Account activity for Vanguard Brokerage Account—85037843**

This section shows trades that have settled by December 31, 2020.

**Income summary**

████████████████████████████████████████████████████████

December 31, 2020, year-to-date statement

**Page 4 of 8**

02 SEPTEMBER 2022

CLAIM NUMBER:  800006919

UNSOLD HOLDINGS      QUANTITY:  478.75      COMMON STOCK

BRIAN P. INFALT



1. INCLUDE COPY OF THIS NOTICE (INCLUDED)

2. I REQUEST COURT REVIEW OF THE FULL OR PARTIAL REJECTION OF THE CLAIM

3. I AM CONTESTING THE REJECTION OF THE CLAIM, AS I STILL HELD ALL OF THE ALTRIA STOCK SHARES LISTED ABOVE, AT THE END OF 2020, AND CONTINUE TO HOLD THOSE SHARES PLUS ADDITIONAL SHARES TODAY, 02SEP22.  I HAVE MADE NO SALES OF ANY KIND, AS THIS IS A RETIREMENT ACCOUNT

4. I INCLUDE A COPY OF THE END-OF-YEAR STATEMENT FOR 2020, SHOWING I HELD 499.3700 SHARES (ADDITIONAL SHARES ABOVE 478.75 ARE DUE TO DIVIDEND REINVESTMENT/PURCHASE OF ADDITIONAL SHARES AFTER JUNE OF 2020).

IF YOU NEED ANY ADDITIONAL INFORMATION, PLEASE ADVISE.

THANK YOU,

BRIAN P. INFALT

Page 7 of 9

Mr. Brian Infalt

2 SEP 2022   PM 1  L



U S A F O R E V E R

ALTRIA GROUP, INC. SECURITIES LITIGATION SETTLEMENT
CLAIMS ADMINISTRATOR
PO BOX 6935
PORTLAND, OR
                97228-6935

Page 8 of 9

97228-693535

# Dispute #7



## Account activity

Order status    Pending activity    **Transaction history**    Confirmations    Statements    Historical documents

Text size: **A** A A

Roland Gong—Roth IRA Brokerage Account—▮▮▮▮▮▮

| Roland Gong—Roth IRA Brc ▾ |

Dividends and capital gains summary | Cost basis summary | More account information ▾

| 3 years ▾ | | ALTRIA GROUP INC(MC ▾ | | Transaction types: All ▾ | **UPDATE TABLE** | | | ☑ Display sweep |

| Settlement date ▾ | Trade date ▾ | Symbol ▾ | Name ▾ | Transaction type ▾ | Quantity ▾ | Price ▾ | Commissions and fees ▾ | Amount ▾ |
|---|---|---|---|---|---|---|---|---|
| 01/10/2022 | 01/10/2022 | MO | ALTRIA GROUP INC | Dividend | -- | -- | -- | $53.53 |
| 01/10/2022 | 01/10/2022 | MO | ALTRIA GROUP INC | Reinvestment | 1.0680 | $50.11 | -- | − $53.53 |
| 10/14/2021 | 10/12/2021 | MO | ALTRIA GROUP INC | Sell | − 25.0000 | $48.00 | $0.01 | $1,199.99 |
| 10/12/2021 | 10/12/2021 | MO | ALTRIA GROUP INC | Dividend | -- | -- | -- | $74.62 |
| 10/12/2021 | 10/12/2021 | MO | ALTRIA GROUP INC | Reinvestment | 1.5680 | $47.58 | -- | − $74.62 |
| 07/09/2021 | 07/09/2021 | MO | ALTRIA GROUP INC | Dividend | -- | -- | -- | $70.03 |
| 07/09/2021 | 07/09/2021 | MO | ALTRIA GROUP INC | Reinvestment | 1.4840 | $47.19 | -- | − $70.03 |
| 04/30/2021 | 04/30/2021 | MO | ALTRIA GROUP INC | Dividend | -- | -- | -- | $68.77 |
| 04/30/2021 | 04/30/2021 | MO | ALTRIA GROUP INC | Reinvestment | 1.4560 | $47.23 | -- | − $68.77 |
| 01/11/2021 | 01/11/2021 | MO | ALTRIA GROUP INC | Dividend | -- | -- | -- | $67.38 |
| 01/11/2021 | 01/11/2021 | MO | ALTRIA GROUP INC | Reinvestment | 1.6190 | $41.61 | -- | − $67.38 |
| 10/09/2020 | 10/09/2020 | MO | ALTRIA GROUP INC | Dividend | -- | -- | -- | $65.99 |
| 10/09/2020 | 10/09/2020 | MO | ALTRIA GROUP INC | Reinvestment | 1.6160 | $40.84 | -- | − $65.99 |
| 07/10/2020 | 07/10/2020 | MO | ALTRIA GROUP INC | Dividend | -- | -- | -- | $63.10 |
| 07/10/2020 | 07/10/2020 | MO | ALTRIA GROUP INC | Reinvestment | 1.6180 | $38.99 | -- | − $63.10 |
| 04/30/2020 | 04/30/2020 | MO | ALTRIA GROUP INC | Dividend | -- | -- | -- | $43.53 |
| 04/30/2020 | 04/30/2020 | MO | ALTRIA GROUP INC | Reinvestment | 1.0310 | $42.20 | -- | − $43.53 |
| 04/16/2020 | 04/16/2020 | MO | ALTRIA GROUP INC | Conversion (incoming) | 22.2660 | -- | -- | $899.54 |
| 01/10/2020 | 01/10/2020 | MO | ALTRIA GROUP INC | Dividend | -- | -- | -- | $42.82 |
| 01/10/2020 | 01/10/2020 | MO | ALTRIA GROUP INC | Reinvestment | 0.8400 | $50.98 | -- | − $42.82 |
| 10/10/2019 | 10/10/2019 | MO | ALTRIA GROUP INC | Dividend | -- | -- | -- | $42.00 |
| 10/10/2019 | 10/10/2019 | MO | ALTRIA GROUP INC | Reinvestment | 0.9800 | $42.84 | -- | − $42.00 |
| 08/29/2019 | 08/27/2019 | MO | ALTRIA GROUP INC | Buy | 50.0000 | $45.80 | $7.00 | − $2,297.00 |

*Note on account protection: Securities in your brokerage account are held in custody by Vanguard Brokerage Services®, a division of Vanguard Marketing Corporation, member FINRA and SIPC.
Account protection

Page 1 of 9

**SEP 09 2022**

*Altria Group Inc. Securities Litigation Settlement*
Claims Administrator
P.O. Box 6935
Portland, OR 97228-6935

Website: www.AltriaGroupIncSecuritiesLitigation.com
Email:   info@AltriaGroupIncSecuritiesLitigation.com
Phone:                           855-604-1694

**This document was received in the same envelope as the previously labeled document**
Document Control

*400543760008387735*
000 0002341 00000000 0001 0001 02341 INS: 0 0
ROLAND GONG ROTH IRA
VANGUARD CUSTODIAN

Claim Number:          800002034

Response Deadline:    September 14, 2022

August 25, 2022

### Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Altria Group Inc. Securities Litigation*. We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: <u>This is the only notice you will receive with respect to this Claim.</u>**

**Deficiency:** Received Shares/Transfers.

You listed trades on your Claim that are transfers of securities and not open-market transactions.

**How to Resolve:** In order for the Altria Group, Inc. common stock transferred into your account to factor into the calculation of your Recognized Loss under the Plan of Allocation, you must provide documentation to show that the Altria Group, Inc. common stock you received were purchased during the Class Period from October 25, 2018, through April 1, 2020, inclusive.

**PLEASE NOTE:** If you do not have additional documentation, or if you want the transferred Altria Group, Inc.'s common stock to be used to balance your Claim only, you do not need to respond to this deficiency. If you do not respond, the transferred shares will be rejected, along with any corresponding transaction(s), according to First-In, First-Out ("FIFO") matching, and such shares and corresponding transaction(s) will not be considered in the calculation of your Claim's Recognized Loss pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The specific transaction(s) for which this information is required is (are) listed in the chart below.

| Date | Quantity | Type of Transaction | Type of Security |
|---|---|---|---|
| 04/16/2020 | 22.26 | Received Shares | Common Stock |

AH0701 v.06



In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the settlement website), the Claim referenced above does not calculate to a Recognized Loss due to certain defects listed in this letter and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Loss is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your shares, and still have no Recognized Loss under the Plan of Allocation. In addition, if you had an overall market gain from your transactions in Altria Group, Inc.'s common stock during the Class Period, your Recognized Loss is $0.00.

**How to Resolve:** You can resolve this condition of ineligibility by resolving the other defects listed in this letter and/or by submitting additional transactions in the Fund during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Loss. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Your Claim must calculate to a Recognized Loss under the Plan of Allocation in order for you to be eligible to receive a distribution.

To resolve any of the conditions listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss under the Court-approved Plan of Allocation set forth in the Notice in order to receive payment from the Net Settlement Fund. If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.AltriaGroupIncSecuritiesLitigation.com.

Sincerely,

*Altria Group Inc. Securities Litigation*
Claims Administrator

AH0702 v.06

September 1st, 2022

Roland Gong

███████████████████████

To Whom It May Concern:

I here submit the evidence to the court (and/or Claims Administrator) for the claim numbers 800001873 and 800002034.

I have bought 175 shares between Oct 25th, 2018, and Apr 1st, 2020, via three of my investment accounts, which are
- 100 shares in one Fidelity account (in Sep 2019)
- 50 shares in one Vanguard Roth IRA account (in Aug 2019)
- Additional 22.26 shares are also in above Roth account, however, it used to be in one Vanguard traditional IRA account before I converted them io Roth IRA on April 16th, 2020.
- 3 more shares come from reinvestment of dividends during the claim period.

I have attached these statements containing these three transactions (highlighted).

I wish the court can review the evidence and support my claim. Please contact me if there is any issue or concern.

Best regards

Roland Gong



Roth IRA brokerage account—███████████████

**Roland Gong**

Client Services: 800-662-2739

---

**Balances and holdings for Vanguard Brokerage Account—**████████ continued

### Mutual funds

| Symbol | Name | Average price per share | Total cost | Quantity | Price on 04/30/2020 | Balance on 03/31/2020 | Balance on 04/30/2020 |
|--------|------|------------------------|-----------|----------|---------------------|----------------------|----------------------|
| ███████████████████████████████████████████████████████████████████████████ |

### ETFs

| Symbol | Name | Total cost | Quantity | Price on 04/30/2020 | Balance on 03/31/2020 | Balance on 04/30/2020 |
|--------|------|-----------|----------|---------------------|----------------------|----------------------|
| ███████████████████████████████████████████████████████████████████████████ |

### Stocks

| Symbol | Name | Total cost | Quantity | Price on 04/30/2020 | Balance on 03/31/2020 | Balance on 04/30/2020 |
|--------|------|-----------|----------|---------------------|----------------------|----------------------|
| MO | ALTRIA GROUP INC | $3,648.96 | 75.1170 | $39.2500 | $2,003.87 | $2,948.33 |
| | Est. annual income: $252.39; Est. yield: 8.56% | | | | | |

April 30, 2020, monthly transaction statement

**Page 4 of 8**



## Roth IRA brokerage account—█████████

**Roland Gong**

**Client Services: 800-662-2739**

20200502 092356 RSBJM5D6 404G 00000044

### Account activity for Vanguard Brokerage Account — ████████████

This section shows trades that have settled by April 30, 2020.

**Income summary**

██████████████████████████

### Completed transactions

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/16 | 04/16 | MO | ALTRIA GROUP INC FROM: 45570656-1 | Conversion | Cash | 22.2660 | - | - | $0.00 |
| ██ | ██ | ██ | ██████████ | ████████ | ████ | ████ | ████ | ████ | ████ |
| 04/30 | 04/30 | MO | ALTRIA GROUP INC | Reinvestment | Cash | 1.0310 | $42.2040 | - | -43.53 |

██████████████████████████

April 30, 2020, monthly transaction statement

**Page 5 of 8**

## Vanguard®

Roth IRA brokerage account— ■■■■■■

Roland Gong

**Client Services: 800-662-2739**

20190831 214849 RSBJM5D6 404G 00000045291568 L

**Balances and holdings for Vanguard Brokerage Account—** ■■■■■■

### Stocks continued

| | | | Price on | Balance on | Balance on |
|---|---|---|---|---|---|
| | | | | | |

**Account activity for Vanguard Brokerage Account —** ■■■■■■

This section shows trades that have settled by August 30, 2019.

### Income summary

| Dividends | Interest | Tax-exempt interest | Short-term capital gains | Long-term capital gains | Other income |
|---|---|---|---|---|---|
| | | | | | |

### Completed transactions

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 08/29 | 08/27 | MO | ALTRIA GROUP INC | Buy | Cash | 50.0000 | 45.8000 | $7.00 | -2,297.00 |

August 31, 2019, monthly transaction statement

**Page 4 of 8**



## Activity

ROLAND GONG - INDIVIDUAL - TOD

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/03 | ALTRIA GROUP INC | 02209S103 | You Bought | 50.000 | $44.95000 | | -$4.95 | -$2,252.45 |
| 09/23 | ALTRIA GROUP INC | 02209S103 | You Bought | 50.000 | 39.50000 | | -4.95 | -1,979.95 |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | | Amount |
|---|---|---|---|---|---|---|---|

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Date | Account Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|

MR_CE_BHMSTFBBBHKWD_BBBBB 20190930    S

5 of 8



Roland Gong

9 SEP 2022   PM 1  L

To: Altria Group Inc. Securities Litigation settlement

Claims Administrator

P.O. Box 6935

Portland, OR

97228-6935

Page 9 of 9

97228-693535