**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | |
|---|---|
| GABBY KLEIN, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALTRIA GROUP, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:20-cv-00075-DJN<br><br><u>CLASS ACTION</u> |

**LEAD PLAINTIFFS' MOTION FOR DISTRIBUTION OF**
**CLASS ACTION SETTLEMENT FUNDS**

**PLEASE TAKE NOTICE** that, pursuant to ¶32 of the parties' Stipulation and Agreement of Settlement filed with this Court on December 9, 2021 (ECF No. 297-1) Lead Plaintiffs Donald and Sarah Sherbondy and Construction Laborers Pension Trust of Greater St. Louis, on behalf of themselves and the Settlement Class, will and hereby do move this Court, before the Honorable David J. Novak, for an order authorizing the distribution of class action settlement funds. The grounds in support of this Motion are set forth fully in the accompanying (i) Memorandum of Law in Support of Plaintiffs' Motion for Distribution of Class Action Settlement Funds and (ii) Declaration of Jordan Broker In Support of Lead Plaintiffs' Motion For Distribution of Class Action Settlement Funds.

A proposed Order Granting Motion for Distribution of Class Action Settlement Funds, which grants the requested relief, is also submitted herewith.

Respectfully submitted,

DATED:  February 6, 2023

By: */s/ Steven J. Toll*

Steven J. Toll (VSB #15300)
Daniel S. Sommers
S. Douglas Bunch
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W., Suite 500
Washington, D.C.  20005
Telephone:  202/408-4600
202/408-4699 (fax)
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

*Local Counsel for Lead Plaintiffs*

Jeremy A. Lieberman
Michael J. Wernke
POMERANTZ LLP
600 Third Ave.
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)
jalieberman@pomlaw.com
mjwernke@pomlaw.com

*Lead Counsel for Lead Plaintiffs Donald
Sherbondy and Sarah Sherbondy*

Brian Schall
THE SCHALL LAW FIRM
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: 310/301-3335
brian@schallfirm.com

*Additional Counsel for Lead Plaintiffs Donald
Sherbondy and Sarah Sherbondy*

2

Samuel H. Rudman
David A. Rosenfeld
Erin W. Boardman
Philip T. Merenda
ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Rd., Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
eboardman@rgrdlaw.com
pmerenda@rgrdlaw.com

Ellen Gusikoff Stewart
Douglas R. Britton
Kevin A. Lavelle
Matthew J. Balotta
ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
dougb@rgrdlaw.com
klavelle@rgrdlaw.com
mbalotta@rgrdlaw.com

*Lead Counsel for Lead Plaintiff Laborers Pension Trust of Greater St. Louis*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

*/s/Steven J. Toll*
Steven J. Toll

4