# Exhibit D



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Payment by Wire:
Bank:            Silicon Valley Bank (Santa Clara, CA)
ABA Routing:    121140399
Acct No:        3300483242
SWIFT:          SVBKUS6S

**Bill-To**

Michael J. Wernke
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90624800 | Invoice Date | 03/10/2022 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |
| Currency | USD | | |
| Contract No. | 40054376 | | |
| Contract Description | Altria Group Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40054376 | | |

**Comments**
Billing Period: Start to 02/28/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims Volume Range 1 to 250,000 | 3,166 | EA | 2.7500 | 8,706.50 |
| | **Notice Print/Mail Fee Schedule** | | | | |
| 60 | 1,000,000 in lot | 913,241 | EA | 0.0290 | 26,483.99 |
| | **Other Expenses Billed Separately** | | | | |
| 80 | PR Newswire Release | 2,260 | EA | 1.0000 | 2,260.00 |
| 100 | Investor's Business Daily (1/6-page ad) | 3,145 | EA | 1.0000 | 3,145.00 |
| 110 | Proxy List Notification | 1,095 | EA | 1.5200 | 1,664.40 |
| 120 | Postage | 163,985.380 | DLR | 1.0000 | 163,985.38 |
| 140 | IVR Configuration and Recording | 1 | EA | 2,000.0000 | 2,000.00 |
| 150 | IVR Maintenance Fee | 2 | EA | 175.0000 | 350.00 |
| 160 | IVR Minutes of Use | 12,331.860 | EA | 0.1700 | 2,096.42 |
| 180 | Website Deployment and Testing | 1 | EA | 2,000.0000 | 2,000.00 |
| 190 | Website Hosting | 2 | EA | 175.0000 | 350.00 |



CONFIDENTIAL



# Invoice

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90624800 | Invoice Date | 03/10/2022 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |

**Comments**

Billing Period: Start to 02/28/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 200 | Print/Mail Deficiency Letter | 2 | EA | 0.1000 | 0.20 |
| 250 | Box Storage | 10 | EA | 3.5000 | 35.00 |
| 270 | Broker/Nominee Fees | 660.100 | DLR | 1.0000 | 660.10 |
| | **Standard Rates** | | | | |
| 350 | Contact Center (shared) | 17,184 | MIN | 1.0500 | 18,043.20 |

--------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| **Net Amount** | 231,780.19 |
| **Sales Tax** | 2,211.30 |
| **Total Amount Due** | 233,991.49 |

--------------------------------------------------------------------------------------------------------------------



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| Dept 0286 | | Billing questions: call 503-350-5800 |
| PO Box 120286 | | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | | |

**Bill-To**

Michael J. Wernke
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

Payment by Wire:
Bank:          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:   121140399
Acct No:       3300483242
SWIFT:         SVBKUS6S

**Information**

| Invoice No. | 90652052 | Invoice Date | 06/30/2022 |
|---|---|---|---|
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |
| Currency | USD | | |
| Contract No. | 40054376 | | |
| Contract Description | Altria Group Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40054376 | | |

**Comments**

Billing Period: 03/01/2022 - 03/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims Volume Range 1 to 250,000 | 17,601 | EA | 2.7500 | 48,402.75 |
| | **Notice Print/Mail Fee Schedule** | | | | |
| 60 | 1,000,000 in lot | 120,380 | EA | 0.0290 | 3,491.02 |
| | **Other Expenses Billed Separately** | | | | |
| 120 | Postage | 52,410.707 | DLR | 1.0000 | 52,410.71 |
| 130 | Delivery Charges | 554.810 | EA | 1.0000 | 554.81 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 30,545.750 | EA | 0.1700 | 5,192.78 |
| 190 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 250 | Box Storage | 19 | EA | 3.5000 | 66.50 |
| | **Standard Rates** | | | | |
| 350 | Contact Center (shared) | 36,696 | MIN | 1.0500 | 38,530.80 |
| 360 | Contact Center Bilingual (shared) | 72 | MIN | 1.0500 | 75.60 |



CONFIDENTIAL



| Information | | | | |
|---|---|---|---|---|
| Invoice No. | 90652052 | Invoice Date | 06/30/2022 | |
| Purchase Order No. | | | | |
| Customer No. | 1001713 | | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Comments**

Billing Period: 03/01/2022 - 03/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 149,074.97 |
| | **Sales Tax** | | | | 3,146.92 |
| | **Total Amount Due** | | | | 152,221.89 |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Payment by Wire:
Bank:          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:   121140399
Acct No:       3300483242
SWIFT:         SVBKUS6S

**Bill-To**

Michael J. Wernke
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90652053 | Invoice Date | 06/30/2022 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |
| Currency | USD | | |
| Contract No. | 40054376 | | |
| Contract Description | Altria Group Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40054376 | | |

**Comments**
Billing Period: 04/01/2022 - 04/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims Volume Range 1 to 250,000 | 23,186 | EA | 2.7500 | 63,761.50 |
| | **Notice Print/Mail Fee Schedule** | | | | |
| 60 | 1,000,000 in lot | 757 | EA | 0.0290 | 21.95 |
| | **Other Expenses Billed Separately** | | | | |
| 120 | Postage | 518.452 | DLR | 1.0000 | 518.45 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 12,146 | EA | 0.1700 | 2,064.82 |
| 190 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 200 | Print/Mail Deficiency Letter | 1 | EA | 0.1000 | 0.10 |
| 240 | Photocopy or Image | 580 | PAG | 0.1200 | 69.60 |
| 250 | Box Storage | 35 | EA | 3.5000 | 122.50 |
| | **Standard Rates** | | | | |
| 350 | Contact Center (shared) | 12,018 | MIN | 1.0500 | 12,618.90 |



CONFIDENTIAL



**Invoice**

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90652053 | Invoice Date | 06/30/2022 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |

**Comments**

Billing Period: 04/01/2022 - 04/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 79,527.82 |
| | **Sales Tax** | | | | 3,831.20 |
| | **Total Amount Due** | | | | 83,359.02 |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq                                                    Tax ID: 93-1210932
Class Action & Claims Solutions
Dept 0286                              Billing questions: call 503-350-5800
PO Box 120286                          or ecabilling@epiqglobal.com
Dallas, TX 75312-0286

Payment by Wire:
Bank:          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:   121140399
Acct No:       3300483242
SWIFT:         SVBKUS6S

**Bill-To**

Michael J. Wernke
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90652054 | Invoice Date | 06/30/2022 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |
| Currency | USD | | |
| Contract No. | 40054376 | | |
| Contract Description | Altria Group Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40054376 | | |

**Comments**

Billing Period: 05/01/2022 - 05/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims Volume Range 1 to 250,000 | 53,571 | EA | 2.7500 | 147,320.25 |
| | **Notice Print/Mail Fee Schedule** | | | | |
| 60 | 1,000,000 in lot | 50 | EA | 0.0290 | 1.45 |
| | **Other Expenses Billed Separately** | | | | |
| 120 | Postage | 26.046 | DLR | 1.0000 | 26.05 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 1,446.300 | EA | 0.1700 | 245.87 |
| 190 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 200 | Print/Mail Deficiency Letter | 2 | EA | 0.1000 | 0.20 |
| 240 | Photocopy or Image | 167 | PAG | 0.1200 | 20.04 |
| 250 | Box Storage | 35 | EA | 3.5000 | 122.50 |
| | **Standard Rates** | | | | |
| 350 | Contact Center (shared) | 7,842 | MIN | 1.0500 | 8,234.10 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90652054 | Invoice Date | 06/30/2022 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |

**Comments**

Billing Period: 05/01/2022 - 05/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 156,320.46 |
| | **Sales Tax** | | | | 8,840.52 |
| | **Total Amount Due** | | | | 165,160.98 |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**

Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Payment by Wire:
Bank:              Silicon Valley Bank (Santa Clara, CA)
ABA Routing:    121140399
Acct No:          3300483242
SWIFT:            SVBKUS6S

**Bill-To**

Michael J. Wernke
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

**Information**

| | |
|---|---|
| Invoice No. | 90652063 |
| Purchase Order No. | |
| Customer No. | 1001713 |
| Currency | USD |
| Contract No. | 40054376 |
| Contract Description | Altria Group Securities Litigation |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | 40054376 |

| | |
|---|---|
| Invoice Date | 06/30/2022 |

**Comments**

Billing Period: 06/01/2022 - 06/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims Volume Range 1 to 250,000 | 68,505 | EA | 2.7500 | 188,388.75 |
| | **Notice Print/Mail Fee Schedule** | | | | |
| 60 | 1,000,000 in lot | 43 | EA | 0.0290 | 1.25 |
| | **Other Expenses Billed Separately** | | | | |
| 120 | Postage | 4,811.792 | DLR | 1.0000 | 4,811.79 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 784.430 | EA | 0.1700 | 133.35 |
| 190 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 200 | Print/Mail Deficiency Letter | 1 | EA | 0.1000 | 0.10 |
| 240 | Photocopy or Image | 82 | PAG | 0.1200 | 9.84 |
| 250 | Box Storage | 35 | EA | 3.5000 | 122.50 |
| | **Standard Rates** | | | | |
| 350 | Contact Center (shared) | 5,826 | MIN | 1.0500 | 6,117.30 |



CONFIDENTIAL



**Invoice**

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90652063 | Invoice Date | 06/30/2022 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |

**Comments**

Billing Period: 06/01/2022 - 06/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 199,934.88 |
| | **Sales Tax** | | | | 11,304.01 |
| | **Total Amount Due** | | | | 211,238.89 |



CONFIDENTIAL



**Invoice**

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| Dept 0286 | | Billing questions: call 503-350-5800 |
| PO Box 120286 | | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | | |

**Bill-To**

Michael J. Wernke
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

Payment by Wire:
Bank:          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:   121140399
Acct No:       3300483242
SWIFT:         SVBKUS6S

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90664593 | Invoice Date | 07/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |
| Currency | USD | | |
| Contract No. | 40054376 | | |
| Contract Description | Altria Group Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40054376 | | |

**Comments**

Billing Period: 07/01/2022 - 07/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims Volume Range 1 to 250,000 | 83,558 | EA | 2.7500 | 229,784.50 |
| | **Notice Print/Mail Fee Schedule** | | | | |
| 60 | 1,000,000 in lot | 207 | EA | 0.0290 | 6.00 |
| | **Other Expenses Billed Separately** | | | | |
| 120 | Postage | 123.880 | DLR | 1.0000 | 123.88 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 354.570 | EA | 0.1700 | 60.28 |
| 190 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 200 | Print/Mail Deficiency Letter | 3 | EA | 0.1000 | 0.30 |
| 240 | Photocopy or Image | 2,333 | PAG | 0.1200 | 279.96 |
| 250 | Box Storage | 36 | EA | 3.5000 | 126.00 |
| | **Standard Rates** | | | | |
| 350 | Contact Center (shared) | 1,608 | MIN | 1.0500 | 1,688.40 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

## Information

| | | | |
|---|---|---|---|
| Invoice No. | 90664593 | Invoice Date | 07/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |

## Comments

Billing Period: 07/01/2022 - 07/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 232,419.32 |
| | **Sales Tax** | | | | 13,804.25 |
| | **Total Amount Due** | | | | 246,223.57 |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Bill-To**

Michael J. Wernke
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

**Remit to**
Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Payment by Wire:
Bank:           Silicon Valley Bank (Santa Clara, CA)
ABA Routing:    121140399
Acct No:        3300483242
SWIFT:          SVBKUS6S

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90674671 | Invoice Date | 09/19/2022 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |
| Currency | USD | | |
| Contract No. | 40054376 | | |
| Contract Description | Altria Group Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40054376 | | |

**Comments**

Billing Period: 08/01/2022 - 08/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims Volume Range 1 to 250,000 | 413 | EA | 2.7500 | 1,135.75 |
| 40 | Claims Volume Range 250,001 and up | 140,551 | EA | 2.5000 | 351,377.50 |
| | **Notice Print/Mail Fee Schedule** | | | | |
| 60 | 1,000,000 in lot | 258 | EA | 0.0290 | 7.48 |
| | **Other Expenses Billed Separately** | | | | |
| 120 | Postage | 7,175.695 | DLR | 1.0000 | 7,175.70 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 5,921.730 | EA | 0.1700 | 1,006.69 |
| 190 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 240 | Photocopy or Image | 442 | PAG | 0.1200 | 53.04 |
| 250 | Box Storage | 37 | EA | 3.5000 | 129.50 |
| 270 | Broker/Nominee Fees | 164,971.900 | DLR | 1.0000 | 164,971.90 |
| | **Standard Rates** | | | | |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90674671 | Invoice Date | 09/19/2022 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |

**Comments**

Billing Period: 08/01/2022 - 08/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 350 | Contact Center (shared) | 6,564 | MIN | 1.0500 | 6,892.20 |

---

| | | |
|---|---|---|
| **Net Amount** | | 533,099.76 |
| **Sales Tax** | | 21,154.43 |
| **Total Amount Due** | | 554,254.19 |

---



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| Dept 0286 | | Billing questions: call 503-350-5800 |
| PO Box 120286 | | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | | |

**Bill-To**

Michael J. Wernke
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

Payment by Wire:
Bank:          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:   121140399
Acct No:       3300483242
SWIFT:         SVBKUS6S

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90684298 | Invoice Date | 10/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |
| Currency | USD | | |
| Contract No. | 40054376 | | |
| Contract Description | Altria Group Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40054376 | | |

**Comments**
Billing Period: 09/01/2022 - 09/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 40 | Claims Volume Range 250,001 and up | 9,978 | EA | 2.5000 | 24,945.00 |
| | **Notice Print/Mail Fee Schedule** | | | | |
| 60 | 1,000,000 in lot | 45 | EA | 0.0290 | 1.31 |
| | **Other Expenses Billed Separately** | | | | |
| 120 | Postage | 132.130 | DLR | 1.0000 | 132.13 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 10,586.370 | EA | 0.1700 | 1,799.68 |
| 190 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 200 | Print/Mail Deficiency Letter | 148 | EA | 0.1000 | 14.80 |
| 240 | Photocopy or Image | 710 | PAG | 0.1200 | 85.20 |
| 250 | Box Storage | 47 | EA | 3.5000 | 164.50 |
| | **Standard Rates** | | | | |
| 350 | Contact Center (shared) | 33,126 | MIN | 1.0500 | 34,782.30 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90684298 | Invoice Date | 10/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |

**Comments**
Billing Period: 09/01/2022 - 09/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 62,274.92 |
| | **Sales Tax** | | | | 1,502.78 |
| | **Total Amount Due** | | | | 63,777.70 |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
| --- | --- | --- |
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| Dept 0286 | | Billing questions: call 503-350-5800 |
| PO Box 120286 | | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | | |

Payment by Wire:
Bank:            Silicon Valley Bank (Santa Clara, CA)
ABA Routing:     121140399
Acct No:         3300483242
SWIFT:           SVBKUS6S

**Bill-To**

Michael J. Wernke
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

| **Information** | |
| --- | --- |
| Invoice No. | 90692292 |
| Purchase Order No. | |
| Customer No. | 1001713 |
| Currency | USD |
| Contract No. | 40054376 |
| Contract Description | Altria Group Securities Litigation |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | 40054376 |

| Invoice Date | 11/21/2022 |
| --- | --- |

**Comments**
Billing Period: 10/01/2022 - 10/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| | **Claims Processing Fee Schedule** | | | | |
| 40 | Claims Volume Range 250,001 and up | 260 | EA | 2.5000 | 650.00 |
| | **Notice Print/Mail Fee Schedule** | | | | |
| 60 | 1,000,000 in lot | 6 | EA | 0.0290 | 0.17 |
| | **Other Expenses Billed Separately** | | | | |
| 120 | Postage | 201.642 | DLR | 1.0000 | 201.64 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 1,041.750 | EA | 0.1700 | 177.10 |
| 190 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 200 | Print/Mail Deficiency Letter | 282 | EA | 0.1000 | 28.20 |
| 240 | Photocopy or Image | 1,887 | PAG | 0.1200 | 226.44 |
| 250 | Box Storage | 50 | EA | 3.5000 | 175.00 |
| 270 | Broker/Nominee Fees | 55,717.870 | DLR | 1.0000 | 55,717.87 |
| | **Standard Rates** | | | | |



CONFIDENTIAL



**Invoice**

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90692292 | Invoice Date | 11/21/2022 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |

**Comments**
Billing Period: 10/01/2022 - 10/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 350 | Contact Center (shared) | 4,392 | MIN | 1.0500 | 4,611.60 |

-----------------------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| **Net Amount** | 62,138.02 |
| **Sales Tax** | 54.29 |
| **Total Amount Due** | 62,192.31 |

-----------------------------------------------------------------------------------------------------------------------------------



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq Class Action & Claims Solutions Dept 0286 PO Box 120286 Dallas, TX 75312-0286 | | Tax ID: 93-1210932 |
| | | Billing questions: call 503-350-5800 or ecabilling@epiqglobal.com |

Payment by Wire:
Bank:          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:   121140399
Acct No:       3300483242
SWIFT:         SVBKUS6S

**Bill-To**

Michael J. Wernke
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

| **Information** | | |
|---|---|---|
| Invoice No. | 90694090 | Invoice Date   11/30/2022 |
| Purchase Order No. | | |
| Customer No. | 1001713 | |
| Currency | USD | |
| Contract No. | 40054376 | |
| Contract Description | Altria Group Securities Litigation | |
| Terms of Payment | Net due in 30 days | |
| Internal Reference No | 40054376 | |

**Comments**
Billing Period: 11/01/2022 - 11/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 40 | Claims Volume Range 250,001 and up | 172 | EA | 2.5000 | 430.00 |
| | **Other Expenses Billed Separately** | | | | |
| 120 | Postage | 172.893 | DLR | 1.0000 | 172.89 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 791.720 | EA | 0.1700 | 134.59 |
| 190 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 200 | Print/Mail Deficiency Letter | 252 | EA | 0.1000 | 25.20 |
| 240 | Photocopy or Image | 546 | PAG | 0.1200 | 65.52 |
| 250 | Box Storage | 51 | EA | 3.5000 | 178.50 |
| | **Standard Rates** | | | | |
| 350 | Contact Center (shared) | 2,652 | MIN | 1.0500 | 2,784.60 |

----------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Net Amount** | | 4,141.30 |
| **Sales Tax** | | 31.24 |
| **Total Amount Due** | | 4,172.54 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90694090 | Invoice Date | 11/30/2022 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |

**Comments**
Billing Period: 11/01/2022 - 11/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| ------------------------------------------------------------------------------------------------------------------------------------- | | | | | |



CONFIDENTIAL



**Invoice**

Page 1 of 1

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| Dept 0286 | | Billing questions: call 503-350-5800 |
| PO Box 120286 | | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | | |

**Bill-To**

Michael J. Wernke
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

Payment by Wire:
Bank:          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:   121140399
Acct No:       3300483242
SWIFT:         SVBKUS6S

**Information**

| Invoice No. | 90709672 | Invoice Date | 01/23/2023 |
|---|---|---|---|
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |
| Currency | USD | | |
| Contract No. | 40054376 | | |
| Contract Description | Altria Group Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40054376 | | |

**Comments**

Billing Period: 12/01/2022 - 12/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 40 | Claims Volume Range 250,001 and up | 230 | EA | 2.5000 | 575.00 |
| | **Other Expenses Billed Separately** | | | | |
| 120 | Postage | 1.200 | DLR | 1.0000 | 1.20 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 412.370 | EA | 0.1700 | 70.10 |
| 190 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 200 | Print/Mail Deficiency Letter | 1 | EA | 0.1000 | 0.10 |
| 250 | Box Storage | 51 | EA | 3.5000 | 178.50 |
| | **Standard Rates** | | | | |
| 350 | Contact Center (shared) | 1,542 | MIN | 1.0500 | 1,619.10 |

--------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| **Net Amount** | 2,794.00 |
| **Sales Tax** | 34.51 |
| **Total Amount Due** | 2,828.51 |

--------------------------------------------------------------------------------------------------------------



CONFIDENTIAL

**epiq** SYSTEMS

# Altria Group Inc Securities Litigation
# Initial Distribution Estimate

## Distribution - Estimated Volumes

| | |
|---|---|
| Checks | 42,000 |
| De Minimis Letters | 6,100 |
| Wires (Bulk) | 162 |
| Percentage of Undeliverables | 8% |
| Reissues | 1,500 |
| Duration | 12 months |

## Detailed Estimate
# Altria Group Inc Securities Litigation

| Activity | Unit | Rate | | Volume | Amount | |
|---|---|---|---|---|---|---|
| Monthly Hosting and Website Support | Per Month | $ | 175 | 12 | $ | 2,100.00 |
| IVR Maintenance Fee | Per Month | $ | 175 | 12 | $ | 2,100.00 |
| IVR Minutes of Use | Per Minute | $ | 0.17 | 20,000 | $ | 3,400.00 |
| Contact Center Agent Call Handling | Per Minute | $ | 1.05 | 15,000 | $ | 15,750.00 |
| Print/Mail 1-Image Check Stub | Per Check | $ | 0.35 | 43,500 | $ | 15,225.00 |
| Claimant Notification Letters | Per Letter | $ | 0.10 | 6,100 | $ | 610.00 |
| Wire Payments | Per Wire | $ | 25 | 162 | $ | 4,050.00 |
| Postage | Discounts Apply | $ | 0.53 | 49,600.00 | $ | 26,337.60 |
| Box Storage | Per Month | $ | 3.50 | 612 | $ | 2,142.00 |
| Website Update | Per Hour | | $190 | 4 | $ | 760.00 |
| IVR Update | Per Hour | | $125 | 2 | $ | 250.00 |

**Total Estimated Costs  $ 72,724.60**